**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **GHOUS KHAN** | **CIVIL ACTION NO.:** |
| **VERSUS** | **4:22−cv−02071** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | |

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **GHOUS KHAN**, who submits the following list of parties with financial interest in this proceeding:

1. Ghous Khan, Plaintiff herein;
2. The Lincoln National Life Insurance Company, Defendant herein;
3. J. Price McNamara

Respectfully Submitted,

s/J. Price McNamara

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
price@jpricemcnamara.com
Attorney for Complainant