**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GHOUS KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02071** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN**
**under Rule 26(f) of the**
**Federal Rules of Civil Procedure**

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

A conference of the Parties was held via telephone on September __, 2022. J. Price McNamara attended on behalf of Plaintiff and Iwana Rademaekers attended on behalf of Defendant.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

None.

3. **Briefly describe what this case is about.**

Plaintiff seeks recovery of disability benefits and attorneys' fees under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 from Defendant. Defendant denies that Plaintiff is entitled to any relief.

4. **Specify the allegation of federal jurisdiction.**

This Court has jurisdiction of this matter pursuant to 29 U.S.C. §1132(c) in that Plaintiff's claims arise under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Sec. 1001, et seq. as Plaintiff seeks benefits under an ERISA employee welfare benefit plan. No parties disagree.

5. **Identify the parties who disagree and the reasons.**

None.

**6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

None at this time.

**7. List anticipated interventions.**

None at this time.

**8. Describe class-action or collective-action issues.**

None at this time.

**9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

As this is an action for review on an administrative record, this action is exempted from this requirement pursuant to F.R.C.P. 26(a)(1)(B)(i). This case is further exempted from the Court's *Order for Certain Employment Cases* (Dkt 4) entered in this matter on July 7, 2022, as this is a case "in which the allegations involve only…violations of the Employee Retirement Income Security Act (ERISA)." However, Defendant has agreed to serve a complete copy of the bates-labeled administrative record on Plaintiff by September 26, 2022.

**10. Describe the proposed agreed discovery plan, including:**

**A. Responses to all the matters raised in Rule 26(f) including any agreements reached concerning electronic discovery and any disputed issues relating to electronic discovery.**

As this is an action for review on an administrative record, this action is exempted from this requirement pursuant to F.R.C.P. 26(a)(1)(B)(i). Defendant has agreed to serve a complete copy of the bates-labeled administrative record on Plaintiff by September 26, 2022, and the Parties do not anticipate the need for any special discovery arrangements modifying the local rules or the Federal Rules of Civil Procedure.

**B. When and to whom the plaintiff anticipates it may send interrogatories.**

As this matter is a claim for ERISA benefits allegedly due, no discovery is required or permitted in this case other than production of the relevant administrative record and plan documents.

**C. When and to whom the defendant anticipates it may send interrogatories.**

As this matter is a claim for ERISA benefits allegedly due, no discovery is required or permitted in this case other than production of the relevant administrative record and plan documents.

**D. Of whom and by when the plaintiff anticipates taking oral depositions.**

None.

**E. Of whom and by when the defendant anticipates taking oral depositions.**

None.

**F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

The only experts relate to attorney's fees and the parties agree to submit any fee issues to the Court to decide after the underlying case is decided.

**G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.**

None.

**H. List expert depositions the opposing party anticipates taking and their anticipated completion date.**

None.

**I. In a case involving parties that are unincorporated entities, such as an LLC or LLP, state the citizenship of every member and file an affidavit or declaration setting out the citizenship of every member.**

N/A.

**11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties agree on the discovery plan.

**12. Specify the discovery beyond initial disclosures that has been undertaken to date.**

None. Defendant is producing the Administrative Record.

**13. State the date the planned discovery can reasonably be completed.**

Discovery can reasonably be completed by October 31, 2022.

**14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.**

The parties have discussed settlement offers and negotiations are ongoing.

**15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

The parties believe that non-binding mediation is an appropriate alternative dispute resolution method for resolving this matter if their discussions are not successful. The parties have agreed to mediate by December 5, 2022.

**16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

All parties do not consent to a trial before a Magistrate Judge.

**17. State whether a jury demand has been made and if it was made on time.**

No jury demand was made.

**18. Specify the number of hours it will take to present the evidence in this case.**

The parties anticipate that it will take 1-2 days to present the evidence in this case.

**19. List pending motions that can be ruled on at the initial pretrial and scheduling conference.**

None.

**20. List other motions pending.**

None.

**21. List other issues, including discovery, that should be addressed at the conference.**

None at this time.

**22. Certify that all parties have filed Disclosure of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons, listing the date of filing for original and any amendments.**

Plaintiff filed the Disclosure on September 12, 2022.
Defendant filed the Disclosure on or about August 26, 2022.

**23. List the names, bar numbers, addresses, telephone numbers, and e-mails of all counsel and unrepresented parties.**

**<u>For the Plaintiff</u>:**
J. Price McNamara
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com

**<u>For Defendant</u>:**
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Dated: September 12, 2022.

Respectfully submitted,

By: /s/ J. Price McNamara (w/permission)
J. PRICE McNAMARA
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com

ATTORNEYS FOR PLAINTIFF

- AND -

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT