**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Ghous Khan

v. Case Number: 4:22−cv−02071

The Lincoln National Life Insurance
Company

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/4/2022

**TIME:** 02:50 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: September 27, 2022 Nathan Ochsner, Clerk