**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Ghous Khan

v. Case Number: 4:22−cv−02071

The Lincoln National Life Insurance Company

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/7/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: October 2, 2022

Nathan Ochsner, Clerk