United States District Court
Southern District of Texas

**ENTERED**

October 06, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GHOUS KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02071** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following deadlines to submit this ERISA action case to the Court on the merits based on the administrative record:

| | |
|---|---|
| November 14, 2022 | Deadline for Defendant to file the Administrative Record with the Court. |
| December 12, 2022 | Deadline for both parties to file opening briefs. |
| January 9, 2023 | Deadline for both parties to file response briefs. |

SIGNED on October 6, 2022, at Houston, Texas.

Lee H. Rosenthal

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

September 12, 2022 /s/ J. Price McNamara
Date J. Price McNamara
Counsel for Plaintiff

September 12, 2022 /s/ Iwana Rademaekers
Date Iwana Rademaekers
Counsel for Defendant