**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GHOUS KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02071** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD UNDER SEAL**

Defendant The Lincoln National Life Insurance Company files this Submission of Administrative Record, pursuant to the Scheduling Order (Dkt 13) entered by the Court on October 6, 2022.

1) Group Disability Income Policy (Lincoln/Khan 0001-0067);
2) Appeal Decision Letter Dated March 24, 2022 (Lincoln/Khan 0251-0259); and
3) Administrative Record (Lincoln/Khan 0068-0086 and 0260-1120).[1]

SUBMITTED this 14th day of November 2022.

[1] Documents labeled 0087-0250 were produced and labeled as part of Defendant's files concerning this claim but are not filed as a part of the administrative record as they were produced/generated after the March 24, 2022, uphold letter.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. PRICE McNAMARA
Email: price@jpricemcnamara.com

November 14, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers