**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 10420268 Claim Last Updated 05/09/2022 Printed On 7/6/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | GHOUS W KHAN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 10995.83 | Mode | M |
| | | Date of Hire | 11/02/2008 | | |
| | | Last Work Date | 05/22/2020 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CLINICAL RESEARCH ASSOCIATE

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 08/26/2020 |
| Disability Date | 05/27/2020 | Close Date | 09/11/2021 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 09/23/2024 | RTW FT / PT | |
| Ben Begin Date | 09/24/2020 | Apprv Thru Date | 09/10/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc S80.911A Unspecified superficial injury of right knee, init encntr

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 291839 PRA HEALTH SCIENCES

Subsidiary 0100 PRA HEALTH SCIENCES

Location RGUS0000 PRA HEALTH SCIENCES

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2017

Class 02 ALL ACTIVE EMPLOYEES ELECTING THE BUY-UP PLAN

Waiting Period: New/Mode-Current/Mode 0 | | 0 | | Days in WRKWK

| | | | | | |
|---|---|---|---|---|---|
| Elimination Period: Days/Type | 120 | Hospital-Sickness | COLA: Mode/Duration | | |
| Successive Period: Period/Mode | 6 | Month | SS Integration:Type/Value | FSS | |
| Partial Disability Type/Pct | QRP+ | 7.00 | Survivor Ben Months/Wait Period | 3 | 120 |

Non-Verifiable Symptoms Limit | Own Occupation Definition Limit 24 | M/N Limit 24

Benefit % | Max Benefit $ | Min Benefit $ | Employer Contr % 57.95 | Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 12/01/2008 |
| GD | 01 | STD | 02 | 12/01/2008 |

Additional Information:



EXHIBIT

3, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9878561 Claim Last Updated 09/29/2020 Printed On 7/6/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | GHOUS W KHAN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2537.50 | Mode | W |
| | | Date of Hire | 11/02/2008 | | |
| | | Last Work Date | 05/22/2020 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CLINICAL RESEARCH ASSOCIATE

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Maximum Duration | Received Date | 03/10/2020 |
| Disability Date | 05/27/2020 | Close Date | 09/23/2020 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 09/22/2020 | RTW FT / PT | |
| Ben Begin Date | 06/03/2020 | Apprv Thru Date | 09/22/2020 | Gross Ben $ | |

Diagnosis 1 Code/Desc S80.911A Unspecified superficial injury of right knee, init encntr

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 291839 PRA HEALTH SCIENCES

Subsidiary 0100 PRA HEALTH SCIENCES

Location RGUS0000 PRA HEALTH SCIENCES

Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2017

Class 02 ALL ACTIVE EMPLOYEES ELECTING THE BUY-UP PLAN

Waiting Period: New/Mode-Current/Mode 0 | | 0 | | Days in WRKWK 7

Elimination Period: Days/Type 7 Hospital-Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 42.64 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 12/01/2008 |
| GD | 01 | STD | 02 | 12/01/2008 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 10420268 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**07/05/2022 11:19 AM - CLAIM Note 78**
Claim/Event/Leave: 10420268
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/05/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**06/16/2022 3:25 PM - CLAIM Note 77**
Claim/Event/Leave: 10420268
NoteSubject : LTR to Atty
Other Subject :
Text: [06/16/2022 - BERRY, STEPHANIE]WE RECEIVED YOUR JUNE 16, 2022 REQUEST FOR APPEAL ON BEHALF OF MR. KHAN. MR. KHAN HAS ALREADY EXHAUSTED HIS APPEALS. MR. KHAN'S CLAIM WAS DENIED ON SEPTEMBER 11, 2021. HE WAS ADVISED OF HIS RIGHT TO APPEAL THE DECISION UNDER ERISA GUIDELINES. HE APPEALED THE DECISION ON DECEMBER 31, 2021. OUR OFFICE CONDUCTED A FULL AND FAIR REVIEW OF HIS APPEAL AND A DECISION WAS RENDERED ON MARCH 24, 2022 TO UPHOLD THE DENIAL OF BENEFITS (DECISION LETTER ATTACHED). PURSUANT TO ERISA REGULATIONS, MR. KHAN WAS AFFORDED AN OPPORTUNITY TO APPEAL THE DENIAL OF HIS CLAIM AND TO SUBMIT ADDITIONAL DOCUMENTATION TO SUPPORT HIS CLAIM. LINCOLN FINANCIAL GROUP REVIEWED THE APPEAL AND RENDERED OUR FINAL DECISION ON HIS CLAIM. MR. KHAN HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES UNDER ERISA. THEREFORE, HIS CLAIM REMAINS CLOSED AND NO FURTHER ACTION WILL BE TAKEN BY LINCOLN FINANCIAL GROUP.

**06/16/2022 3:25 PM - CLAIM Note 76**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : LAW OFFICE MCNAMARA
Text: [06/16/2022 - BERRY, STEPHANIE]6/16/22 APPEAL REQUEST REC'D FROM LAW OFFICES OF J. PRICE MCNAMARA.

**04/27/2022 9:11 AM - CLAIM Note 75**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/27/2022 - BLAISDELL, BRIANNA]INVOICE RECEIVED ON 03/21/2022 AND DATED 03/21/2022 FROM MLS GROUP OF COMPANIES. INV # 126682-1, IN THE AMOUNT OF $210.00 FOR PEER REVIEW PERFORMED BY CHRISTOPHER BALINT WITH A SPECIALTY IN ORTHOPAEDIC SURGERY. DATESOF SERVICE 03/21/2022. INVOICE PAID IN FULL.

**04/06/2022 12:41 PM - CLAIM Note 74**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/06/2022 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SUPPORT@JPRICEMCNAMARA.COM

**04/06/2022 9:16 AM - PHONE Note 25**
Claim/Event/Leave: 10420268
NoteSubject : Called Other
Other Subject : ATTY OFFICE
Text: [04/06/2022 - BERRY, STEPHANIE]CALLED AND SPOKE W/ ATTY OFFICE. ADVISED THAT ADMIN WILL SEND COPY OF CLAIM FILE VIA EMAIL TO EMAIL ADDRESS WE WERE PROVIDED. THIS WILL BE IN NEXT COUPLE OF DAYS. EMAIL WILL PROVIDE INSTRUCTIONS TO DOWNLOAD FILE.

**04/06/2022 9:12 AM - CLAIM Note 73**
Claim/Event/Leave: 10420268

NoteSubject : Other
Other Subject : FILE COPY / POLICY
Text: [04/06/2022 - BERRY, STEPHANIE]ADMIN TO SEND CLAIM FILE ELECTRONICALLY TO ATTY (STD AND LTD) W/ POLICY (IN CLAIM FILE) W/ MY COVER LETTER.

**04/06/2022 7:55 AM - CLAIM Note 72**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : EE AUTH TO ATTY
Text: [04/06/2022 - BERRY, STEPHANIE]EE AUTH TO RELEASE INFO TO ATTY REC'D

**03/31/2022 2:43 PM - PHONE Note 24**
Claim/Event/Leave: 10420268
NoteSubject : Called Other
Other Subject :
Text: [03/31/2022 - BERRY, STEPHANIE]CALLED ATTY OFFICE J. PRICE MCNAMARA. SPOKE W/ CLAIR. ADVISED NO AUTH ATTACHED AND REQUESTED. SHE SAID SHE WOULD SEND TO MR. KHAN AND GET OVER TO ME AS SOON AS POSSIBLE. ADVISED USE SAME FAX

**03/31/2022 2:42 PM - CLAIM Note 71**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : ATTY REQ
Text: [03/31/2022 - BERRY, STEPHANIE]REC'D ATTY REQUEST FOR FILE FROM LAW OFFICES J. PRICE MCNAMARA. NO AUTH ATTACHED.

**03/24/2022 9:06 AM - CLAIM Note 70**
Claim/Event/Leave: 10420268
NoteSubject : LTR to ER
Other Subject :
Text: [03/24/2022 - BERRY, STEPHANIE]UPHOLD NOTICE SENT TO ER VIA EMAIL

**03/24/2022 9:03 AM - CLAIM Note 69**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : OUT
Text: [03/24/2022 - BERRY, STEPHANIE]UPHOLD DENIAL FOR NOT TD OWN OCC BEYOND 9/10/21. PCP HAD SIGNED OFF IN AGREEMENT W/ R&L PRIOR TO CLOSURE. ORTHOPEDIST DID NOT RESPOND ON R&L OPINION. OCC DEMANDS LESS THAN JOB DEMANDS. NEW MEDICAL REVIEW CONDUCTED ON APPEAL. ORTHOPEDIST DIDN'T RESPOND TO R&L OPINION. EE OBTAINED RESIDUAL FUNCTIONAL CAPACITY FORM COMPLETED BY PCP'S NP UPON RTR. ADDENDUM MEDICAL REVIEW CONDUCTED AND PEER INDICATED IT REINFORCED HIS CONCLUSIONS. TOLLING FOR 15 DAYS DURING RTR. UPHOLDLETTER SENT TO EE.

**03/23/2022 10:22 AM - CLAIM Note 68**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject :
Text: [03/23/2022 - BERRY, STEPHANIE]EMAIL FROM EE REC'D

**03/22/2022 1:29 PM - CLAIM Note 67**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : VENDOR PMT
Text: [03/22/2022 - BERRY, STEPHANIE]MLS PEER REVIEW INVOICE126682-1 FOR ADDENDUM FORWARDED FOR PMT

**03/21/2022 4:23 PM - CLAIM Note 66**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/21/2022 - BERRY, STEPHANIE]3/21 EMAIL FROM EE

**03/14/2022 5:23 PM - CLAIM Note 65**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject :
Text: [03/14/2022 - BERRY, STEPHANIE]EE CALLED LM 3/10 AND EMAILED ME IN RESPONSE TO MY LAST LETTER. EXPLANATION THAT MS. YIN IS DR GOPALANI'S NP. NO OTHER EVAL FROM MS YIN OTHER THAN ONE FROM 12/15

**03/14/2022 4:14 PM - CLAIM Note 64**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : STATUS
Text: [03/14/2022 - BERRY, STEPHANIE]RTR COMPLETE. TOLLING 15 DAYS. FURTHER ACTION AFTER ADDENDUM REVIEW.

**03/07/2022 6:25 PM - PHONE Note 23**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [03/07/2022 - BERRY, STEPHANIE]LM THAT WE DID RECEIVE HIS EMAILS AND FORM COMPLETED BY WEI YIN FNP. THAT FORM NOTES VISITS HE HAD WITH HER FROM 1/2021 TO 12/2021. CURRENTLY NO RECORDS ON FILE FROM FNP YIN. SUGGEST HE HAVE ANY RECORDS FROM HER OFFICESUBMITTED TO VALIDATE HOW SHE COMPLTED FORM. DEADLINE OF 3/16 STILL IN PLACE. IF HE NEEDS EXTENSION OF TIME BEYOND 3/16, LET ME KNOW IN ADVANCE.

**03/07/2022 6:23 PM - CLAIM Note 63**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/07/2022 - BERRY, STEPHANIE]TO SEE IF I REC'D PRIOR EMAIL

**02/25/2022 1:51 PM - CLAIM Note 62**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/25/2022 - DEVLIN, TAMIE]INVOICE RECEIVED FROM VENDOR MLS, INV# 122642-1, DATED 1/27/2022, IN THE AMOUNT OF $1680.00, FOR PEER REVIEW: ORTHOPAEDIC SURGERY. INVOICE PAID IN FULL.

**02/24/2022 12:01 PM - CLAIM Note 61**
Claim/Event/Leave: 10420268
NoteSubject : LTR to EE
Other Subject :
Text: [02/24/2022 - BERRY, STEPHANIE]RTR LETTER SENT TO EE. TOLLING TO 3/16

**02/24/2022 11:52 AM - CLAIM Note 60**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject :
Text: [02/24/2022 - BERRY, STEPHANIE]MLS SENT US PEER REVIEW, INVOICE, P2P LETTER & FAX CONFIRMATION

**02/24/2022 11:51 AM - CLAIM Note 59**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : VENDOR PMT
Text: [02/24/2022 - BERRY, STEPHANIE]MLS INVOICE 122642-1 FOR PEER REVIEW ON APPEAL FORWARDED FOR PMT

**02/24/2022 10:03 AM - CLAIM Note 58**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : INQUIRY TO MED VENDO
Text: [02/24/2022 - BERRY, STEPHANIE]INQUIRY TO MLS ON STATUS OF REVIEW

**02/24/2022 10:02 AM - CLAIM Note 57**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [02/24/2022 - BERRY, STEPHANIE]INQUIRY FROM EE ON CASE STATUS

**01/12/2022 5:16 PM - PHONE Note 22**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [01/12/2022 - BERRY, STEPHANIE]EE CALLED AND LM 4:45 FOR C/B. C/B AND SPOKE W/ EE. HE ASKED IF ANY OTHER INFO NEEDED AT THIS TIME. ADVISED FILE UNDER MEDICAL REVIEW. ONCE I GET THAT BACK AND HAVE UPDATE FOR HIM, I'LL BE CONTACTING HIM VIA EMAIL. SUGGESTED PROACTIVE STEP TO MAKE SURE LFG EMAILS NOT ENDING UP IN HIS SPAM FOLDER. BRIEFLY EXPLAINED RTR OPPORTUNITY IF I COULD NOT REVERSE DENIAL WHEN I GET REVIEW BACK.

**01/07/2022 10:41 AM - CLAIM Note 56**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : FILE COPY
Text: [01/07/2022 - ROSZELLE, MICHAEL]REQUEST HAS BEEN COMPLETED TO INCLUDE ALL DOCS & LETTERS IN DOC LIST EXCEPT CORRESPONDENCE & INVOICES VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED REFERRALS@MLS-IME.COM.

**01/06/2022 8:51 PM - CLAIM Note 55**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/6/2022 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**01/06/2022 2:09 PM - PHONE Note 21**

**01/06/2022 2:09 PM - PHONE Note 21**
Claim/Event/Leave: 10420268
NoteSubject : EE Called
Other Subject :
Text: [01/06/2022 - AVERILL, REBECCA]EE CALLED TO QUESTION IF HE NEEDED TO SEND ANY APPEAL FORMS. INFORMED HER THAT THERE ARE NO APPEAL. FORMS HOWEVER IF THERE ARE ANY FORMS THAT HIS AP WANTS TO PROVIDE US ON THEIR OWN WE WILL ADD THEN TO THE APPEAL REVIEW. I ASKED HIM IF HIS APPEAL WAS COMPLETE AS I HAD UNDERSTOOD IT WAS. HE CONFIRMED THAT YES IT IS COMPLETE BUT HE WANTED TO MAKE SURE HE DIDN'T FORGET ANY 'APPEAL FORMS' IF THEY WERE NEEDED. ADVISED HIM THE APPEAL REVIEW HAS BEGIN AND I PROVIDED HIM THE ARCS EXT # FOR ADDTL QUESTIONS. HE THANKED ME FOR MY TIME AD CALL ENDED

**01/05/2022 11:55 AM - CLAIM Note 54**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [01/05/2022 - BERRY, STEPHANIE]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 03/10/2020. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OWN OCC BEYOND 9/10/21, DATE OF DENIAL WAS 09/11/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 03/10/2022. LETTER OF APPEAL RECEIVED 12/31/2021. ACTION PLAN: APPEAL REC'D WITH ADDL EVIDENCE. FILE REVIEWED. FURTHER ACTION AFTER MEDICAL REVIEW.

**01/03/2022 11:06 AM - CLAIM Note 53**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [01/03/2022 - AVERILL, REBECCA]ASSIGNED TO STEPHANIE BERRY

**11/12/2021 12:58 PM - PHONE Note 20**
Claim/Event/Leave: 10420268
NoteSubject : EE Called
Other Subject : PLANS TO APPEAL
Text: [11/12/2021 - AVERILL, REBECCA]EE CALLED BACK AND CONFIRMED THAT HE PLANS TO APPEAL THE CLAIM. HE HAD SOME QUESTIONS ABOUT SSDI AND I ASKED HIM TO CALLL DCM SHAYLA FOR HIS QUESTIONS REGARDING THAT AS I AM UNFAMILIAR. ADVISED HIM THAT I WILL EMAIL HIMTHE INTENT ACK LETTER TO PROVIDE MY CONTACT INFO AND WHERE TO SEND HIS APPEAL PACKAGE TO. HE STATES HE HAS SOME RECORDS ALREADY AND WILL WORK ON COLLECTING ADDTL AND WILL ALSO WORK ON HIS APPEAL LETTER. HE WILL BE SENDING INFO FROM HIS ORTHO, PCP, AND PHYSICAL THERAPY. CONFIRMED HIS APPEAL DEADLINE IS 3/10/22 AND THAT I WILL GET HIM ALL OF MY CONTACT INFO. HE WILL CALL BACK IF HE NEEDS MY ASSISTANCE WITH REQUESTING RECORDS. INFORMED HIM THAT I WILL LET DCM SHAYLA KNOW THAT HE WILL BE CALLING HER NEXT WEEK TO ASK HIS SSDI QUESTIONS AS A HEADS UP. SHE WILL NOT BE ABLE TO SPEAK TO THE APPEAL, BUT ONLY REGARDING SSDI AND WHY THE CLAIM HAS CLOSED INITIALLY. HE THANKED ME FOR MY HELP AND CALL ENDED

**11/12/2021 11:28 AM - PHONE Note 19**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject : APPEAL INTAKE
Text: [11/12/2021 - AVERILL, REBECCA]PLACED CALL TO CLAIMANT AT AND LEFT A VM ADVISING WE RECVD NOTICE FROM ATTORNEY MARC WHITEHEAD ON 11/10/21 THAT THEY ARE NO LONGER REPPING HIM. I ASKED HIM TO CALL BACK ASAP TO CONFIRM IF HE IS STILL PLANNING TO APPEAL OR NOT. I PROVIDED MY CONTACT INFO. CALL ENDED

**10/18/2021 2:42 PM - CLAIM Note 52**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : FILE COPY
Text: [10/18/2021 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #10420268 & #9878561. SUBMITTED TO THE ATTORNEY VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED AGGIE@MARCWHITEHEAD.COM .

**10/18/2021 2:06 PM - CLAIM Note 51**
Claim/Event/Leave: 10420268
NoteSubject : LTR to Other
Other Subject : INTENT TO APPEAL ACK
Text: [10/18/2021 - AVERILL, REBECCA]SENT THE INTENT TO APPEAL ACK LETTER TO THE ATTORNEY. THE APPEAL DEADLINE IS 3/10/22. THE CLAIM FILE IS FORTHCOMING.

**10/18/2021 1:34 PM - CLAIM Note 50**
Claim/Event/Leave: 10420268
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE
Text: [10/18/2021 - AVERILL, REBECCA]PRESCREEN COMPLETE. FI LTD ERISA CLAIM RECVD IN 03/10/2020 WITH STD 9878561. AUTH AND JD ON FILE. CLOSED NOT TD OO. LETTER MAILED 9/11/21. APPEAL TIMEFRAME 180 DAYS. APPEAL DEADLINE 3/10/22. ATTORNEY REPPED (MARC WHITEHEAD) INTENT TO APPEAL NOTICE AND REQ FOR THE CLAIM FILE RECVD ON 10/7/21. WILL RESPOND WITH THE INTENT TO APPEAL ACK LETTER AND GET THE CLAIM FILE EMAILED TO THE ATTORNEY.

**10/14/2021 9:23 AM - CLAIM Note 49**
Claim/Event/Leave: 10420268

NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [10/14/2021 - AVERILL, REBECCA]ASSIGNED TO BECKY AVERILL

**10/13/2021 8:51 PM - CLAIM Note 48**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 10/13/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**10/13/2021 8:56 AM - CLAIM Note 47**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject :
Text: [10/13/2021 - CASTAGNO III, VINCENT]AGREE WITH REFL TO ARU BASED ON RED ATTORNEY LETTER

**10/09/2021 3:37 PM - CLAIM Note 46**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : LETTER FROM ATTORNEY
Text: [10/09/2021 - ELLIS, KATHERINE]DCM RECV LETTER FROM ATTORNEY TO STOP APPEAL AND ASKED FOR 180 DAYS FROM DATE OF LETTER FROM 9/11/21 TO COMPLETE DECELOPMENT OF THE ADMIN RECORDS

**10/09/2021 3:35 PM - CLAIM Note 45**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : ATTORNEY LETTER
Text: [10/09/2021 - ELLIS, KATHERINE]PG 3 OF ATTORNEY LETTER RECV FROM MARC WHITEHEAD

**09/10/2021 10:13 AM - PHONE Note 18**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [09/10/2021 - TERRELL, SHAYLA]NOTIFIED EE OF CLOSURE D/T NOT TD FFR FINDINGS, LETTER TO BE SENT VIA EMAIL AND MAIL TO CLAIMANT PER REQ.

**09/09/2021 3:49 PM - CLAIM Note 44**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [09/09/2021 - CASTAGNO III, VINCENT]AGREE WITH DETERMINATION BASED ON PHYSICIAN LEVEL REVIEW FINDINGS AND VOC ANALYSIS, DCM TO ISSUE ALL APPLICABLE NOTIFICATIONS

**09/09/2021 12:59 PM - CLAIM Note 43**
Claim/Event/Leave: 10420268
NoteSubject : Closed
Other Subject : REC CLOSURE
Text: [09/09/2021 - TERRELL, SHAYLA]61 YOM CLINICAL RESEARCH ASSOCIATE W/LDW 05/22/20, DOD 05/27/20, LTD BBD 09/24/20, CID 09/24/22 (EE COULD HAVE WORKED DURING GAP PER EE- JUST PLANNED DAYS OFF) E OOW DT RT KNEE SURGERY ON 05/27. THE SITE SUBSEQUENTLY BECAME INFECTED AND HEHAD TO HAVE A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. FFR SUPPORTED R/S OF SEDENTARY WHICH IS IN LINE WITH OA. FROM 11/28/2020, THE MEDICAL EVIDENCE SUPPORTS THE FOLLOWING RESTRICTIONS AND LIMITATIONS: OCCASIONAL WALKING AND STANDING WITH ABILITY TO SIT AS NEEDED AND CHANGE POSITION AS NEEDED, OCCASIONAL LIFTING, CARRYING, PULLING, PUSHING UP TO 10 POUNDS, LESS THAN OCCASIONAL KNEELING, STOOPING, SQUATTING, NO CRAWLING OR CLIMBING. THE MEDICAL EVIDENCE IS INSUFFICIENT TO SUPPORT ANY RESTRICTIONS WITH REGARDS TO UPPER EXTREMITY USE SUCH AS REACHING, TYPING, OR FINGERING. THE MEDICAL EVIDENCE IS ALSO INSUFFICIENT TO SUPPORT THE CLAIMANT S INABILITY TO SUSTAIN FULL-TIME ACTIVITY WITHIN THE RECOMMENDED RESTRICTIONS AND LIMITATIONS. THESE R&L S ARE SUPPORTED FOR THE FORESEEABLE FUTURE AND SHOULD BE REASSESSED IF THE CLAIMANT ELECTS FOR A REVISION ARTHROPLASTY TO REMOVE THE NICKEL COMPONENT OF HIS HARDWARE. D/T R/S INLINE WITH OA RECOMMENDING NOT TD CLOSURE.

**08/25/2021 11:41 AM - CLAIM Note 42**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject :
Text: [08/25/2021 - TERRELL, SHAYLA]REFERRED FOR PMR FFR

**07/26/2021 3:00 PM - CLAIM Note 41**
Claim/Event/Leave: 10420268
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [07/26/2021 - TERRELL, SHAYLA] CONTACTED STERLING PHYSICAL THERAPY AND WELLNESS, DR. BLUM, DR. DICKSON, AND DR. KANCHERLA FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**06/24/2021 11:37 AM - CLAIM Note 40**
Claim/Event/Leave: 10420268
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [06/24/2021 - TERRELL, SHAYLA] CONTACTED STERLING PHYSICAL THERAPY AND WELLNESS, DR. BLUM, DR. DICKSON, DR. GOPALANI, AND DR. KANCHERLA FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**06/24/2021 11:33 AM - PHONE Note 17**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [06/24/2021 - TERRELL, SHAYLA]PT LAST SESSION WAS LAST WEEK, FOLLOW UP W/ AP ON 6/21 WAS ADVISED ONLY OPTION GOING FORWARD IS SURGERY.[06/24/2021 - TERRELL, SHAYLA]SSDB APP STILL PENDING, NO UPDATE AT THIS TIME. SENT REQ FOR MR AND PLACED ON NP

**06/02/2021 5:36 PM - PHONE Note 16**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [06/02/2021 - TERRELL, SHAYLA]CALLED EE FOR DISCHARGE IN PT. EE STILL ENGAGED IN PT STILL HAVE 2-3 WKS LEFT IN PT.[06/02/2021 - TERRELL, SHAYLA]EE ADVSD DID APPLY FOR SSDB. EE NOV IS 6/20 AND WILL PROVIDE UPDATE AFTER VISIT.

**04/26/2021 9:44 AM - CLAIM Note 39**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/26/2021 - TERRELL, SHAYLA]KANCHERLA 03/10/2021 - 4/19/2021

**04/20/2021 2:43 PM - PHONE Note 15**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [04/20/2021 - TERRELL, SHAYLA]LVM FOR UPDATE ON TREATMENT

**04/18/2021 3:08 PM - CLAIM Note 38**
Claim/Event/Leave: 10420268
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2021
Text: [04/18/2021 - TERRELL, SHAYLA]61 YOM CLINICAL RESEARCH ASSOCIATE W/LDW 05/22/20, DOD 05/27/20, LTD BBD 09/24/20, CID 09/24/22 (EE COULD HAVE WORKED DURING GAP PER EE- JUST PLANNED DAYS OFF) E OOW DT RT KNEE SURGERY ON 05/27. THE SITE SUBSEQUENTLY BECAME INFECTED AND HEHAD TO HAVE A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. EE HAS BEEN ATTENDING PT 2-3X A WEEK. CLAIM REVIEWED IN ID CCS. BASED ON AVAILABLE MEDICAL RECORDS EE IS STILL USING CANE TO AMBULATE. GIVE AGE, INITIAL SX,WITHF/U SX DUE TO INFECTION, IT WOULD BE REUSABLE TO SUPPORT LESS THAN SEDENTARY THROUGH 11/1/2020 TO ALLOW COMPLETION OF PT. RECOMMEND F/UP W/EE IN NOV- 4/19 W/ DR. DIXON IF NO RTW, REQUEST UPDATED OVNS- PENDING A FEW OVNS AND WILL THEN CONSIDER CLINICAL REVIEW

**03/31/2021 12:21 PM - PHONE Note 14**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [03/31/2021 - TERRELL, SHAYLA]CALLED EE FOR UPDATE. LAST APPT WITH ALLERGY DOCTOR (DR. VICTOR CONT. - EE WILL EMAIL), PERFORMED TESTING, BUT FOR KNEE. 4/19 NOV W/ DR. DIXON TO DISCUSS PLAN FOR KNEE.W/ POSSIBLE SURGERY. EE MISSED CALL WITH SS, AWAITING FOR ANOTHER APPT.

**02/28/2021 4:37 PM - PHONE Note 13**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [02/28/2021 - TERRELL, SHAYLA]CALLED EE REGARDING LAB TESTING, EE STATED SENT LAB TESTING, LAB TEST RECEIVED. ONGOING PLAN IS TO REDO THE PROCEDURE BUT WANT TO TRY TO MANAGE IT BY MEDICATION AND REFERRED TO ALLERGY DOCTOR (HASN'T BEEN ASSIGNED AT THIS TIME). PT WILL NOT START AT THIS TIME.

**02/26/2021 5:07 PM - CLAIM Note 37**
Claim/Event/Leave: 10420268
NoteSubject : Ref to SS Vendor
Other Subject : VENDOR ACCEPTED
Text: VENDOR TRIAGED FOR SSDI AND HAS ACCEPTED THE REFERRAL. VENDOR IS IN THE PROCESS OF REACHING OUT TO CLAIMANT AND DISCUSSING NEXT STEPS. SET TASK FOR 45 DAYS TO REVIEW SSDI.

**02/12/2021 1:34 PM - PHONE Note 12**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :

Other Subject :
Text: [02/12/2021 - TERRELL, SHAYLA]CALLED FOR UPDATE: EE IS WAITING FOR NEXT WILL GET LAB RESULTS AND ONGOING TREATMENT WILL DISCUSSED AT THAT TIME.[02/12/2021 - TERRELL, SHAYLA]WILL F/U WITH ORTHO SURGEON. EE STILL IN PAIN BUT WILL HAVE TO RESULTS ARE BACK.[02/12/2021 - TERRELL, SHAYLA]SURGEON IS DR. DICKSON, PCP IS DR. GOPALANI. EE STATED HAVE PT ON 1/17 FOR EVALUATION.

**02/03/2021 9:14 PM - CLAIM Note 36**
Claim/Event/Leave: 10420268
NoteSubject : LTR to EE
Other Subject : CICM/REASSIGNED
Text: [02/03/2021 - GIBSON, KRISTA]CLAIM REASSIGNED TO S. TERRELL. CICM LETTER SENT TO EE.

**02/03/2021 12:57 PM - CLAIM Note 35**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [02/03/2021 - WILLIAMS, JENNIFER]RCVD EMAIL STRING FROM 8/27- 2/21 LATEST EMAIL STATES TO UPDATE THE STATUS OF THE EFFORTS TOWARDS THE DIAGNOSIS POST KNEE JOINT REPLACEMENT COMPLICATIONS, I HAVE RECEIVED THE ALLERGY TESTING KIT FROM ORTHOPEDIC ANALYSIS TODAY 2N FEB 2021. ONCE DR. DICKSON SIGNS THE REQUEST FORM; I'LL PROCEED TO THE LAB FOR A SAMPLE DRAWING FACILITY AND SHIP THE SAMPLE FOR ANALYSIS. AS SOON AS I RECEIVE THE TEST RESULTS, I'LL UPDATE YOU ACCORDINGLY. PLEASE LET ME KNOW IF YOU HAVE QUESTIONS RELATED TO MY KNEE CONDITION

**01/28/2021 9:42 AM - PHONE Note 11**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [01/28/2021 - KAYLOR, ROBERT]EE ADVISED DR. DICKSON WANTED TO GIVE THE EE'S KNEE SOME REST, SO PT WAS STOPPED. EE WILL NEED TO HAVE SOME TESTING ON THE HARDWARE, BE CREATING LOCAL ALLERGIES TO THE METALS USED IN THE JOINT WHICH IS CAUSING THE SWELLING AND PAIN. EE WAS HAVE THE TESTING AT A LAB. (EE HAS NOT SET UP LAB DATE). DCM ASKED EE TO SET UP THE LABWORK ASAP AND C/B TO LET LFG KNOW WHEN AND WHERE THE LABS WILL BE COMPLETED. EE ADVISED HE IS UNABLE TO WORK BECAUSE THE PAIN IS CONSTANT AND MOVEMENT INCREASES THE PAIN. EE ASKED IF EMAIL WAS RECEIVED A COUPLE WEEKS AGO. DCM ADVISED YES ON 1/14/2021. EE UNDERSTOOD AND THANKED.

**01/26/2021 1:59 PM - PHONE Note 10**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject : RTC
Text: [01/26/2021 - WATSON, KATRINA]CALLED EE AT TO F/U REGARDING HIS VM IN ACM ABSENCE. THERE WAS NO ANSWER SO LVM ADVISING EE TO CALL BACK AND OPT TO SPEAK WITH ANY CM WITH QUESTIONS HE MAY HAVE PERTAINING TO THE CLAIM.

**01/26/2021 1:58 PM - PHONE Note 9**
Claim/Event/Leave: 10420268
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [01/26/2021 - WATSON, KATRINA]EE CALLED STATING HE WAS RTC FROM A CM. IF ANY ADDTN L INFO IS NEEDED LET HIM KNOW, BUT HE HAS ALREADY SENT AN EMAIL. EE STATES HE WAS TOLD TO DISCONTINUE PT UNTIL FURTHER TESTING IS DONE. WILL SEE DR. DICKSON AFTER TESTING IS DONE AND WILL PROVIDE MORE UPDATES. CONDITION REMAINS SAME- CALL BACK AFTER CHECKING EMAIL HE SENT WITH DETAILS.

**01/21/2021 1:35 PM - PHONE Note 8**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject : LVMM
Text: [01/21/2021 - YOO, HENRY]CALLED EE AT - LVMM - ADVISED DCM CALLING REGARDING EE CLAIM FROM LFG- CALLING REQUESTING UPDATE ON CURRENT CONDITION, PT, RELASED?

**01/15/2021 12:21 PM - CLAIM Note 34**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/15/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #713391, IN THE AMOUNT OF $144.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**12/10/2020 2:14 PM - PHONE Note 7**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [12/10/2020 - WILKINSON, CAITLIN]PLACED CALL TO EE. HE ANSWERED. ASKED IF HE IS STILL IN PT- HE ADVISED YES. HE HAS 2 MORE SESSIONS AND WILL THEN BE RE-EVALUATED. HE ADVISED HIS FOLLOW UP W/DR DICKSON IS ON THE 21ST. HE HAS BEEN LOOKING FOR LESS PHYSICALLY DEMANDING WORK BUT HAS NOT FOUND ANYTHING YET. ADVISED I PLAN TO CONNECT WITH HIM AT THE BEGINNING OF THE YEAR.

**12/08/2020 12:45 PM - CLAIM Note 33**
Claim/Event/Leave: 10420268
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2021
Text: [12/08/2020 - WILKINSON, CAITLIN]61 YOM CLINICAL RESEARCH ASSOCIATE W/LDW 05/22/20, DOD 05/27/20, LTD BBD 09/24/20, CID 09/24/22 (EE COULD HAVE WORKED DURING GAP PER EE- JUST PLANNED DAYS OFF) E OOW DT RT KNEE SURGERY ON 05/27. THE SITE SUBSEQUENTLYBECAME INFECTED AND HEHAD TO HAVE A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. EE HAS BEEN ATTENDING PT 2-3X A WEEK. CLAIM REVIEWED IN ID CCS. BASED ON AVAILABLE MEDICAL RECORDS EE IS STILL USING CANE TO AMBULATE. GIVE AGE, INITIAL SX,WITH F/U SX DUE TO INFECTION, IT WOULD BE REUSABLE TO SUPPORT LESS THAN SEDENTARY THROUGH 11/1/2020 TO ALLOW COMPLETION OF PT. RECOMMEND F/UP W/EE IN NOV- IF NO RTW, REQUEST UPDATED OVNS- PENDING A FEW OVNS AND WILL THEN CONSIDER CLINICAL REVIEW

**12/04/2020 11:44 AM - CLAIM Note 32**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : MULT
Text: [12/04/2020 - WILKINSON, CAITLIN]REC'D OVNS FROM STERLING PT 10/15/20-11/23/20 , DR DICKSON 11/09/20-11/10/20 AND DR GOPALANI 10/29/20

**12/04/2020 11:37 AM - PHONE Note 6**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [12/04/2020 - WILKINSON, CAITLIN]CALLED EE FOR UPDATE - HOW DID RHEUM VISIT OF 12/01 GO? WHAT WERE RESULTS OF 11/25 CT SCAN? LEFT VMM FOR RTC

**12/01/2020 1:12 PM - CLAIM Note 31**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : DICKSON
Text: [12/01/2020 - WILKINSON, CAITLIN]06/30/20-11/09/20

**11/23/2020 10:24 AM - CLAIM Note 30**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : RP
Text: [11/23/2020 - WILKINSON, CAITLIN]REQUESTED 01/01/20 TO PRES OVNS FROM GOPALANI VIA RP

**11/23/2020 10:23 AM - PHONE Note 5**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [11/23/2020 - WILKINSON, CAITLIN]PLACED CALL TO EE FOR QUICK UPDATE. ASKED EE HOW HE IS DOING. HE ADVISED HE CAN DO SOME THINGS. BUT HE NOTICED THAT IF HE LIFTS ANYTHING OR MOVES A LOT EVEN IF IT DOES NOT SEEM LIKE A LOT THE KNEE SWELLS AND IS PAINFUL. HE IS BEING SENT FOR A CT SCAN OF THE KNEE THIS WED AND THEN SEES A RHEUMATOLOGIST ON 12/01. HE ADVISED THEY ARE CONCERNED AS HE SHOULD BE DOING A LOT BETTE RTHAN HE IS. HE IS STILL ATTENDING PT 2-3 TIMES A WEEK. ADVISED I AM SORRY TO HEARTHAT HE HAS ONGOING ISSUES. I ASKED HIM ABOUT RTW PLANNING- POSSIBLY PART TIME FROM HOME. HE ADVISED HE IS CURRENTLY LOOKING FOR A JOB THAT IS PART TIME AND WORK FROM HOME. HE HAS BEEN IN CONTACT WITH A FEW COMPANIES. ADVISED HIM TO PLEASE LET USKNOW IF HE FINDS SOMETHING- HE ADVISED HE UNDERSTANDS. HE WOULD LIKE TO WORK DOING SOMETHING SIMILAR BUT NOT THE SAME. HE WOULD LIKE TO DO SOMETHING MORE LIKE AUDITING/ QUALITY CONTROL, VS WHAT HE WAS DOING BEFORE- SLIGHTLY DIFFERENT. I OFFERED VRS-HE ADVISED HE HAS DONE A LOT ON HIS OWN, BUT WILL LET ME KNOW IF HE NEEDS ASSISTANCE. ADVISED OF RECEIPT OF OVNS. HE ADVISED THAT HE RECOMMENDS THAT WE GET INFO FROM GEN PRACTITIONER AS WELL. ADVISED I WOULD REQUEST OVNS. ASKED HIM TO PLEASE SEND IN COPY OF CT SCAN AND COPY OF 12/01 VISIT W/RHEUM. HE ADVISED HE WILL DO THAT. ADVISED ONCE ALL OVNS ARE IN, INCLUDING GP RECORDS, CT SCAN AND RHEUM VISIT- CLAIM WILL LIKLELY NEED A FILE REVIEW FOR ASSESSMENT OF RS/LS AND PROGNOSIS. HE ADVISED HE UNDERSTANDS. WE THANKED EACHOTHER AND THE CALL ENDED

**11/23/2020 9:43 AM - CLAIM Note 29**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject :
Text: [11/23/2020 - WILKINSON, CAITLIN]STERLING PT AND DR. DICKSON[11/23/2020 - WILKINSON, CAITLIN]STERLING PT 11/09/20-11/10/20

**11/23/2020 9:42 AM - CLAIM Note 28**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : STERLING PT
Text: [11/23/2020 - WILKINSON, CAITLIN]REC'D 10/16/20 PT OVNS

**11/11/2020 10:59 AM - CLAIM Note 27**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other

NoteSubject : Ref to Other
Other Subject : RP
Text: [11/11/2020 - WILKINSON, CAITLIN]REQUESTED OVNS FROM DICKSON FOR 08/22/20 TO PRES AND STERLING PT FOR THE PERIOD OF 10/13/20. PRIOR REQUEST FOR OVNS FROM BLUM WAS KICKED BACK DUE TO NO OVNS IN TIMEPERIOD

**11/11/2020 10:57 AM - PHONE Note 4**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject : LEFT VMM
Text: [11/11/2020 - WILKINSON, CAITLIN]CALLED EE FOR UPDATE ON MEDICAL STATUS AND RTW PLANNING. LEFT VMM FOR RTC

**11/11/2020 10:52 AM - CLAIM Note 26**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : DICKSON
Text: [11/11/2020 - WILKINSON, CAITLIN]REC'D OVNS FROM DR DICKSON FOR 08/21/20

**11/11/2020 10:51 AM - CLAIM Note 25**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : SUSPENDED
Text: [11/11/2020 - WILKINSON, CAITLIN]NO OVNS IN REQUESTED TIMEFRAME FROM DR BLUM

**10/19/2020 11:15 PM - NOTIFICATION Note 1**
Claim/Event: 10420268
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 10420268. Your benefit payment for 09/24/2020 through 10/23/2020 in the net amount of $6,305.02 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 10/19/2020 11:15 PM EST
Current Status: DELIVERED
Delivered ON: 10/20/2020 11:00 AM EST

**10/18/2020 1:22 PM - CLAIM Note 24**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : STERLING PT AND WELL
Text: [10/18/2020 - WILKINSON, CAITLIN]REC'D 09/02/20-10/12/20 STERLING PT AND WELLNESS OVNS

**10/07/2020 1:11 PM - CLAIM Note 23**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/07/2020 - NAI, TIMOTHY]INVOICE DATED 08/27/2020 FROM STERLING THERAPY & REHAB . INV #1688 IN THE AMT OF $100.00 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**10/02/2020 11:31 AM - CLAIM Note 22**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : DD REC'D
Text: [10/02/2020 - WILKINSON, CAITLIN]AND SET UP

**10/01/2020 1:10 PM - CLAIM Note 21**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : W9 SCORE
Text: [10/01/2020 - NAI, TIMOTHY]W9 REC'D FROM STERLING PHYSICAL THERAPY &WELLNESS. SAVED TO DOC LIST. TAX ID NEEDS UPDATING IN SYSTEM. SENT TO TAX UNIT FOR UPDATE. ONCE CONFIRMED, INVOICE WILL BE PROCESSED

**09/29/2020 1:11 PM - PHONE Note 3**
Claim/Event/Leave: 10420268
NoteSubject : Called EE
Other Subject :
Text: [09/29/2020 - WILKINSON, CAITLIN]PLACED CALL TO EE TO GO OVER CLAIM APPROVAL AND TO THANK HIM FOR THE UPDATED PT NOTE. I ADVISED WE DO NOT HAVE A DD FORM FOR HIM ON FILE- IF HE WANTS DD WE CAN SET IT UP. HE ASKED THAT FORM BE EMAILED- ADVISED I WOULD DO THAT AFTER OUR CALL. HE ASKED FOR BENEFIT AMOUNT- CHECKED FRS NOTE AND RELAYED EXACT DOLLAR AMOUNT. I ADVISED OF BENEFIT PERIOD AND THAT CHECKS WOULD GO OUT BETWEEN THE 19-21 OF EVERY MONTH. ADVISED MY PLAN IS TO TOUCH BASE W/HIM IN NOV ANDTO SEE HOW HE IS DOING AT THAT TIME. WE THANKED EACHOTHER AND THE CALL ENDED

**09/29/2020 1:02 PM - CLAIM Note 20**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd

NoteSubject : Med Records Rcvd
Other Subject : PT RECORDS
Text: [09/29/2020 - WILKINSON, CAITLIN]09/18/20 PT OVN REC'D

**09/27/2020 7:52 AM - CLAIM Note 19**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [09/27/2020 - TURNER, MELANIE]SET UP SCHEDULED PAYMENT FROM 09/24/2020 THROUGH 09/23/2022 BASED ON $131,950 ANN / 12 = $10,995.83 BME BASED ON ELIG FILE WITH HSD 3/10/2020.. THE BENEFIT IS 60% OR $6,597.50 WITH NO KNOWN OFFSET OR DEDUCTION.

**09/25/2020 9:25 AM - NOTIFICATION Note 1**
Claim/Event/Leave: 10420268
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name : Lincoln Financial Group: Claim 10420268. Your disability claim has been approved.
**TEXT Life Cycle**
Sent ON: 09/25/2020 09:25 AM EST
Current Status: DELIVERED
Delivered ON: 09/25/2020 11:02 AM EST

**09/25/2020 9:17 AM - CLAIM Note 18**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : LEAD REVIEW
Text: [09/25/2020 - HARMON, MARGRET]AGREE WITH DETERMINATION AND ACTION PLAN. RECOMMEND UPDATING EDOC.

**09/24/2020 3:23 PM - CLAIM Note 17**
Claim/Event/Leave: 10420268
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2020
Text: [09/24/2020 - WILKINSON, CAITLIN]61 YOM CLINICAL RESEARCH ASSOCIATE W/LDW 05/22/20, DOD 05/27/20, LTD BBD 09/24/20, CID 09/24/22 (EE COULD HAVE WORKED DURING GAP PER EE- JUST PLANNED DAYS OFF) E OOW DT RT KNEE SURGERY ON 05/27. THE SITE SUBSEQUENTLYBECAME INFECTED AND HEHAD TO HAVE A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. EE HAS BEEN ATTENDING PT 2-3X A WEEK. CLAIM REVIEWED IN ID CCS. BASED ON AVAILABLE MEDICAL RECORDS EE IS STILL USING CANE TO AMBULATE. GIVE AGE, INITIAL SX,WITH F/U SX DUE TO INFECTION, IT WOULD BE REUSABLE TO SUPPORT LESS THAN SEDENTARY THROUGH 11/1/2020 TO ALLOW COMPLETION OF PT. RECOMMEND F/UP W/EE IN NOV- IF NO RTW, REQUEST UPDATED OVNS

**09/24/2020 3:22 PM - CLAIM Note 16**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : M1
Text: [09/24/2020 - WILKINSON, CAITLIN]61 YOM CLINICAL RESEARCH ASSOCIATE W/LDW 05/22/20, DOD 05/27/20, LTD BBD 09/24/20, CID 09/24/22 (EE COULD HAVE WORKED DURING GAP PER EE- JUST PLANNED DAYS OFF) E OOW DT RT KNEE SURGERY ON 05/27. THE SITE SUBSEQUENTLYBECAME INFECTED AND HEHAD TO HAVE A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. EE HAS BEEN ATTENDING PT 2-3X A WEEK. CLAIM REVIEWED IN ID CCS. BASED ON AVAILABLE MEDICAL RECORDS EE IS STILL USING CANE TO AMBULATE. GIVE AGE, INITIAL SX,WITH F/U SX DUE TO INFECTION, IT WOULD BE REUSABLE TO SUPPORT LESS THAN SEDENTARY THROUGH 11/1/2020 TO ALLOW COMPLETION OF PT. RECOMMEND APPROVAL OF CLAIM AS EE WOULD HAVE LESS THAN SEDENTARY BEYOND BBD OF 09/24/20. PLEASE SEE ACTION PLAN FOR NEXTSTEPS

**09/22/2020 8:52 PM - CLAIM Note 15**
Claim/Event/Leave: 10420268
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/22/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO PROVOST, MEGAN. CLAIM/AS EVENT IS PENDING REVIEW.

**09/21/2020 8:52 PM - CLAIM Note 14**
Claim/Event/Leave: 10420268
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/21/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**09/21/2020 8:51 PM - CLAIM Note 13**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/21/2020 - REFERRED TO THE VOC UNIT FOR CONSULTATION/CASE REVIEW MEETING.

**09/21/2020 1:44 PM - MDS Note**
Claim/Leave: 10420268
Episode #: 1
Nurse Name: VAN DYKE, JACQUELINE

Service #: 16995206
Service Date: 09/21/2020
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, CAITLIN, WILKINSON
Note Type: INFORMATION OBTAINED DESC
Text: SEE ID CCS NOTES, REVIEWED WITH CS. ASSIGNMENT COMPLETE.

**09/21/2020 1:16 PM - CLAIM Note 12**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : ID CCS
Text: [09/21/2020 - ELLIS, KATHERINE]61 YOM***JOB: CLINICAL RESEARCH ASSOCIATE***LDW 05/22/20***DOD 05/27/20 (EE COULD HVE WORKED DURING GAP PER EE- JUST PLANNED DAYS OFF)***EE OOW DT RT KNEE SURGERY ON 05/27. THE SITE SUBSEQUENTLY BECAME INFECTED AND HEHAD TO HAVE A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. EE HAS BEEN ATTENDING PT 2-3X A WEEK. CLAIM REVIEWED IN ID CCS. BASED ON AVAILABLE MEDICAL RECORDS EE IS STILL USING CANE TO AMBULATE. GIVE AGE, INITIAL SX, WITH F/U SX DUE TO INFECTION, IT WOULD BE REUSABLE TO SUPPORT LESS THAN SEDENTARY THROUGH 11/1/2020 TO ALLOW COMPLETION OF PT. IF NO RTW, GATHER UPDATED MEDICAL RECORDS FROM PT TO CX IF ANY RESIDUAL DEFICITS ALONG WITH UPDATED ORTHO NOTES.

**09/21/2020 8:55 AM - CLAIM Note 11**
Claim/Event/Leave: 10420268
NoteSubject : Voc Rehab
Other Subject : OA
Text: [09/21/2020 - HALL, NICOLE]RCVD REFERRAL FOR OA REPORT; COMPLETED OA AND PLACED IN S1 WITH NOTIFICATION TO CCM. OA SUMMARY PROVIDED BELOW: THE EMPLOYER REQUIREMENTS OF THE JOB ARE GREATER THAN THAT OF THE NATIONAL REQUIREMENTS OF THE OCCUPATION. THEOCCUPATION IS MOST OFTEN PERFORMED AT THE SEDENTARY LEVEL IN THE NATIONAL ECONOMY PER THE EDOT AND REQUIRES FREQUENT TRAVEL.

**09/17/2020 9:48 AM - CLAIM Note 10**
Claim/Event/Leave: 10420268
NoteSubject : LTR to AP
Other Subject : VENDOR W-9
Text: [09/17/2020 - HERTERICH, KIMBERLY]FAXED LETTER TO AP STERLING THERAPY & REHABILITATION, PLLC TO OBTAIN W9 TAX FORM IN ORDER TO PROCESS INVOICE A DCM NOTIFIED OF OUR REQUEST.

**09/16/2020 8:51 PM - CLAIM Note 9**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO MELANIE TURNER.

**09/16/2020 8:51 PM - CLAIM Note 8**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/16/2020 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**09/16/2020 8:50 PM - CLAIM Note 7**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: THANK YOU

**09/16/2020 12:06 PM - CLAIM Note 6**
Claim/Event/Leave: 10420268
NoteSubject : Med Records Rcvd
Other Subject : DICKSON
Text: [09/16/2020 - WILKINSON, CAITLIN]06/29/20-07/13/20

**09/16/2020 11:59 AM - CLAIM Note 5**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : VOC
Text: [09/16/2020 - WILKINSON, CAITLIN]FOR OA

**09/16/2020 11:54 AM - CLAIM Note 4**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other
Other Subject : PSU
Text: [09/16/2020 - WILKINSON, CAITLIN]FOR INITIAL PAYMENT CALC

**09/16/2020 11:50 AM - CLAIM Note 3**
Claim/Event/Leave: 10420268
NoteSubject : Ref to Other

NoteSubject : Ref to Other
Other Subject : RP
Text: [09/16/2020 - WILKINSON, CAITLIN]REQUESTED 07/14/.20 TO PRES OVNS VIA RP FROM BLUM, STERLING PT AND DICKSON VIA RP

**08/31/2020 2:52 PM - PHONE Note 2**
Claim/Event/Leave: 10420268
NoteSubject : EE Called
Other Subject :
Text: [08/31/2020 - WILKINSON, CAITLIN]EE CALLED IN TO CONFIRM THAT WE HAVE REC'D FORMS. CONFIRMED YES, WE ARE WAITING FOR HIS OVNS- THESE WERE REQUESTED ON 08/26/20. HE HAD QUESTION ABOUT BBD ON STD. I ADVISED OF WEEK ELIMINATION PERIOD ON STD. HE ADVISED HE UNDERSTANDS. WE THANKED EACHOTHER AND THE CALL ENDED

**08/28/2020 8:07 AM - CLAIM Note 2**
Claim/Event/Leave: 10420268
NoteSubject : Other
Other Subject : FORMS REC'D
Text: [08/28/2020 - WILKINSON, CAITLIN]REC'D CIF, AUTHS, TEE, CSS, FIQ, AND ACT Q'AIRE FROM EE

**08/26/2020 1:55 PM - CLAIM Note 1**
Claim/Event/Leave: 10420268
NoteSubject : LTR to AP
Other Subject :
Text: [08/26/2020 - WILKINSON, CAITLIN]SENT FAXES TO BLUM, DICKSON AND PT FOR 07/14 TO PRESENT OVNS

**08/26/2020 1:20 PM - PHONE Note 1**
Claim/Event/Leave: 10420268
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [08/26/2020 - WILKINSON, CAITLIN]CALLED EE FOR ILTPC. EE ANSWERED. VERIFIED LDW AND DOD. GAP WAS PLANNED, EE WOULD HAVE BEEN ABLE TO WORK. VERIFIED MARITAL STATUS AND ADDRESS. UPDATED EMAIL ADDRESS. EE WENT OOW FOR RIGHT KNEE SURGERY ON 05/27.THEN HE ENDED UP WITH AN INFECTION AND HAD A 2ND SURGERY ON 06/09 AND WAS INPATIENT FOR 2 WEEKS. HE IS CURRENTLY IN PT 2-3X A WEEK. I ASKED IF HE IS USING A CANE OR ANY DEVICES. HE ADVISED HE IS STILL USING A CANE. I ASKED HIM IF HE HAS ANY UPCOMING ORTHO APPTS- NOV IS IN 6 MOS W/ORTHO. HE ADVISED HE HOPES TO GO BACK TO WORK IN A MONTH OR SO THOUGH. I ADVISED WE WOULD BE REQUESTING 07/14/20 TO PRES OVNS. ADVISED I WOULD ALSO BE SENDING HIM AN ACK LETTER W/FORMS FOR COMPLETION. HE ADVED HE WOULD COMPLETE AND RETURN. I ASKED IF HE WOULD PREFER THAT I EMAILOR MAIL LETTER. HE ADVISED HE WOUD PREFER THAT WE EMAIL IT. ADVISED THAT IS FINE- AND I WOULD SEND VIA EMAIL.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 9878561 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**09/30/2020 3:43 AM - NOTIFICATION Note 8**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 09/07/2020 through 09/22/2020 in the net amount of $3,927.57 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/30/2020 03:43 AM EST
Current Status: DELIVERED
Delivered ON: 09/30/2020 11:01 AM EST

**09/21/2020 12:40 PM - CLAIM Note 19**
Claim/Event/Leave: 9878561
NoteSubject : Other
Other Subject : OA REC'D
Text: [09/21/2020 - WILKINSON, CAITLIN]OCC IS SEDENTARY

**09/08/2020 12:44 PM - NOTIFICATION Note 7**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 09/02/2020 through 09/06/2020 in the net amount of $1,227.37 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/08/2020 12:44 PM EST
Current Status: DELIVERED
Delivered ON: 09/08/2020 12:44 PM EST

**09/02/2020 4:11 AM - NOTIFICATION Note 6**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 08/26/2020 through 09/01/2020 in the net amount of $1,718.31 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/02/2020 04:11 AM EST
Current Status: DELIVERED
Delivered ON: 09/02/2020 11:00 AM EST

**08/26/2020 3:50 AM - NOTIFICATION Note 5**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 08/19/2020 through 08/25/2020 in the net amount of $1,718.31 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/26/2020 03:50 AM EST
Current Status: DELIVERED
Delivered ON: 08/26/2020 11:00 AM EST

**08/24/2020 8:53 AM - CLAIM Note 18**
Claim/Event/Leave: 9878561
NoteSubject : Other

NoteSubject : Other
Other Subject :
Text: [08/24/2020 - BAILEY, SARAH]CLAIM REASSIGNED TO CAILTIN WILKINSON

**08/21/2020 9:44 AM - CLAIM Note 17**
Claim/Event/Leave: 9878561
NoteSubject : Escalation
Other Subject : MANAGER REVIEW
Text: [08/21/2020 - DUNNING, LAURA]AGREE WITH ESCALATION TO LTD.

**08/21/2020 7:02 AM - NOTIFICATION Note 2**
Claim/Event/Leave: 9878561
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your approved through date has been changed from 07/21/2020 to 09/06/2020.
**TEXT Life Cycle**
Sent ON: 08/21/2020 07:02 AM EST
Current Status: DELIVERED
Delivered ON: 08/21/2020 11:09 AM EST

**08/21/2020 6:59 AM - CLAIM Note 16**
Claim/Event/Leave: 9878561
NoteSubject : Extended Benefits
Other Subject :
Text: [08/21/2020 - FRAZIER, EBONI]RECVD MR FROM EE - EE WAS RECENTLY HOSPITLIZED AS OF 6/23 AND DISCHARGED 6/29 HAD A CHEST PROCEDURE 6/26 AND TWO INCISIONS TO KNEE 6/30 AND 7/1. AS OF 7/13/20, EE CONTINUES TO TREAT W/PT 3X'S PER WK FOR 8 WKS DUE TO R KNEE PAIN (WEIGHT BEARING AS TOLERATED). BASED ON MR RECVD AND RECENT NOTES FROM PT, ADCM FINDS IT REASONABLE TO EXTEND CLAIM THROUGH 9/6/20 (8 WK DURATION).

**08/19/2020 9:26 PM - CLAIM Note 15**
Claim/Event/Leave: 9878561
NoteSubject : Med Records Rcvd
Other Subject :
Text: [08/19/2020 - FRAZIER, EBONI]EE PROVIDED UPDATED OVN/MR, UPLOADED TO EDM

**08/18/2020 6:52 AM - CLAIM Note 14**
Claim/Event/Leave: 9878561
NoteSubject : Ref to Other
Other Subject : RECOMMEND ESCALATION
Text: [08/18/2020 - FRAZIER, EBONI]LDW: 5/22/20, DOD: 5/27/20, DX: UNSPECIFIED SUPERFICIAL INJURY OF RIGHT KNEE, INITIAL ENCOUNTER JD: CLINICAL RESEARCH ASSOCIATE (LIGHT), EE IS NO LONGER WITH ER CX BY BOTH ER/EE. ACDM RECOMMENDS ESCALATION DUE TO NO RTW STATUS UNKNOWN & CONTINUED TREATMENT WITH AP.[08/21/2020 - FRAZIER, EBONI]***** UPDATED: CLAIM EXTENDED TO 9/6/20, ACDM RECOMMENDS ESCALATION DUE TO NO RTW STATUS UNKNOWN & CONTINUED TREATMENT WITH AP/PT FOR AN ADDITIONAL 8 WKS, EE CONTINUES TO EXPERIENCE PAIN IN R KNEE AND IS CURRENTLY WEIGHT BEARNG AS TOLERATED PER OVN FROM PT ON 7/13/20.

**08/18/2020 6:50 AM - CLAIM Note 13**
Claim/Event/Leave: 9878561
NoteSubject : LTR to EE
Other Subject :
Text: [08/18/2020 - FRAZIER, EBONI]RESPONDED TO CLMT VIA EMAIL ADVISING THAT ATTACHMENTS WERE NOT UPLOADED AND REQUESTED EE RESEND.

**08/12/2020 1:00 PM - PHONE Note 7**
Claim/Event/Leave: 9878561
NoteSubject : EE Called
Other Subject :
Text: [08/12/2020 - FRAZIER, EBONI]CLMT CALLED TO CHECK STATUS, CX HE IS NO LONGER WITH ER BUT STILL TREATING W AP, STATES THAT HE SENT MR PREVIOUSLY AND WANTED TO CX RECEIPT, ADVISED ADCM DID NOT RECEIVE, ENCOURAGED EE TO RESEND AND PROVIDED PERSONAL EMAIL ADDRESS TO CLMT, ADVISED ONCE RECEIVED ADCM WILL F/U WITH CLMT TO DISCUSS STATUS, EE UNDERSTOOD HAD NFQ.

**07/30/2020 8:39 AM - CLAIM Note 12**
Claim/Event/Leave: 9878561
NoteSubject : Action Plan
Other Subject :
Text: [07/30/2020 - DUNNING, LAURA]DR. BLUM PROVIDED RESTRICTIONS THROUGH 7/21/20 AND RECD CONFIRMATION OF PT RX THROUGH 7/5/20. WILL CONTINUE TO F/U FOR UPDATED RECORDS TO SUPPORT EXTENSION BEYOND 7/21/20.

**07/30/2020 8:36 AM - CLAIM Note 11**
Claim/Event/Leave: 9878561
NoteSubject : Med Records Rcvd
Other Subject : MEMORIAL HERMANN
Text: [07/30/2020 - DUNNING, LAURA]RECD 5/27/20 - 6/29/20 DISCHARGE INSTRUCTIONS, 7/13/20 PT RX.

**07/28/2020 2:28 PM - PHONE Note 6**
Claim/Event/Leave: 9878561
NoteSubject : EE Called
Other Subject :
Text: [07/28/2020 - ROBINSON, JOHNNY]EE CALLED TO GIVE UPDATE STATUS OF CLAIM. EE HAS NOT RTW YET. EE HAS POST SX INFECTION AND WAS HOSPITALIZED FROM 6/23 TO 7/5, HE WILL SEND IN DISCHARGE INFO AND F/U FROM ORTHO SX, ONCE RECVD AND REVIEWED, ADCM WILL F/UWITH AND UPDATE. EEUNDERSTOOD.

**07/24/2020 10:28 AM - CLAIM Note 10**
Claim/Event/Leave: 9878561
NoteSubject : Other
Other Subject :
Text: [07/24/2020 - LEDBETTER, ALEXAS]EMAILED ER TO CX RTW

**07/24/2020 10:21 AM - PHONE Note 5**
Claim/Event/Leave: 9878561
NoteSubject : Called EE
Other Subject :
Text: [07/24/2020 - LEDBETTER, ALEXAS]NO ANSWER. LVM FOR RTC TO PROVIDE UPDATE ON RTW OR TX PLAN. PROVIDED ADCM CONTACT INFO

**07/23/2020 3:41 AM - NOTIFICATION Note 4**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 07/07/2020 through 07/21/2020 in the net amount of $3,682.09 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/23/2020 03:41 AM EST
Current Status: DELIVERED
Delivered ON: 07/23/2020 11:00 AM EST

**07/22/2020 11:13 AM - CLAIM Note 9**
Claim/Event/Leave: 9878561
NoteSubject : Extended Benefits
Other Subject :
Text: [07/22/2020 - DUNNING, LAURA]LDW: 5/22/20, DOD: 5/27/20, DX: UNSPECIFIED SUPERFICIAL INJURY OF RIGHT KNEE, INITIAL ENCOUNTER, JOB TITLE: CLINICAL RESEARCH ASSOCIATE (LIGHT). EE UNDERWENT TOTAL KNEE REPLACEMENT. DR. BLUM PROVIDED RESTRICTIONS THROUGH7/21/20. REASONABLE TO EXTEND THROUGH 7/21/20 AND WILL F/U FOR UPDATED INFORMATION IF ADDITIONAL EXTENSION IS NEEDED.

**07/22/2020 11:11 AM - CLAIM Note 8**
Claim/Event/Leave: 9878561
NoteSubject : Med Records Rcvd
Other Subject : BLUM
Text: [07/22/2020 - DUNNING, LAURA]RECD 7/21/20 R&L FORM AND 5/4/20 - 6/9/20 OV NOTES.

**07/16/2020 6:41 PM - CLAIM Note 7**
Claim/Event/Leave: 9878561
NoteSubject : LTR to EE
Other Subject : N&P
Text: [07/16/2020 - BELTON, KRISTIN]SENT N&P LETTER TO EE FOR MR AP-BLUM- DAY46-9/1

**07/16/2020 6:41 PM - CLAIM Note 6**
Claim/Event/Leave: 9878561
NoteSubject : LTR to AP
Other Subject : BLUM
Text: [07/16/2020 - BELTON, KRISTIN]SENT MRR TO AP BLUM DUE 7/22

**07/07/2020 3:49 AM - NOTIFICATION Note 3**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 07/01/2020 through 07/06/2020 in the net amount of $1,472.84 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/07/2020 03:49 AM EST
Current Status: DELIVERED
Delivered ON: 07/07/2020 11:00 AM EST

**07/01/2020 4:24 AM - NOTIFICATION Note 2**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued

Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 06/24/2020 through 06/30/2020 in the net amount of $1,718.31 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/01/2020 04:24 AM EST
Current Status: DELIVERED
Delivered ON: 07/01/2020 11:01 AM EST

**06/26/2020 3:42 AM - NOTIFICATION Note 1**
Claim/Event: 9878561
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your benefit payment for 06/03/2020 through 06/23/2020 in the net amount of $5,154.92 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/26/2020 03:42 AM EST
Current Status: DELIVERED
Delivered ON: 06/26/2020 11:00 AM EST

**06/22/2020 12:39 PM - CLAIM Note 5**
Claim/Event/Leave: 9878561
NoteSubject : Approved
Other Subject :
Text: [06/22/2020 - FRAZIER, EBONI]LDW: 5/22/20, DOD: 5/27/20, DX: UNSPECIFIED SUPERFICIAL INJURY OF RIGHT KNEE, INITIAL ENCOUNTER, JOB TITLE: CLINICAL RESEARCH ASSOCIATE (LIGHT); ADCM FINDS IT REASONABLE TO APPROVE CLAIM THROUGH 7/6 BASED ON CONFIRMATIONOF SX DATE AND HAS REQUESTED UPDATED MED RECORDS FROM 6/9-PRESENT TO EXTEND OUT THROUGH 9/5 (90 DAY PERIOD). CALLED CLMT AT TO EXPLAIN APPROVAL AND ACTION PLANS. EE STATES THAT HE'S CURRENTLY IN THE HOSPITAL FOR THE SAME CONDITION, FOR IV INFUSIONS AND COULD NOT PROVIDE DIRECT DEPOSIT INFO BUT WILL CALL BACK TO HAVE THE INFO UPDATED. ADVISED THAT DEPENDING ON WHEN EE CALLS BACK, IT MAY BE TOO LATE TO STOP FIRST CHECK FROM BEING MAILED. EE UNDERSTOOD HAD NFQ.

**06/22/2020 12:28 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 9878561
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name : Lincoln Financial Group: Claim 9878561. Your disability claim has been approved through 07/06/2020.
**TEXT Life Cycle**
Sent ON: 06/22/2020 12:28 PM EST
Current Status: DELIVERED
Delivered ON: 06/22/2020 12:28 PM EST

**06/22/2020 12:27 PM - PHONE Note 4**
Claim/Event/Leave: 9878561
NoteSubject : Called AP
Other Subject : BLUM
Text: [06/22/2020 - FRAZIER, EBONI]CALLED A BLUM'S OFFICE AT (713) 486-3550 TO CX SX, S/W COURTNEY WHO CX SX DATE OF 5/27 AND POST OP VISIT WAS ON 6/17, NOV 6/25. NO RTW DATE NOT YET DETERMINED DUE TO COMPLICATIONS, EE IS EXPECTED TO REMAIN OOW FOR 90 DAYSFROM SX DATE, EE HAD ANOTHER SX DATE ON 6/9, CLARIFIED THAT THE 90 DAYS WOULD BEGIN FROM 6/9.

**05/11/2020 12:34 PM - PHONE Note 3**
Claim/Event/Leave: 9878561
NoteSubject : Initial EE Interview
Other Subject :
Text: [05/11/2020 - FRAZIER, EBONI]LDW: 5/22/20, DOD: 5/27/20 (GAP - EE WILL USE PTO TWO DAYS PRIOR TO SX). DX - UNSPECIFIED SUPERFICIAL INJURY OF RIGHT KNEE, INITIAL ENCOUNTER. JOB TITLE: CLINICAL RESEARCH ASSOCIATE (LIGHT), SALARY/FT, NO ADDITIONAL INCOME. AP INFO - DR HENRY BLUM #713-486-3550. C/M: NONE. EXPLAINED BBD/SCHEDULED PAYMENTS AND ADVISED CLMT THAT ADCM WILL CONTACT EE AFTER SX DATE TO CONFIRM STATUS. EE UNDERSTOOD HAD NFQ.

**05/11/2020 12:32 PM - CLAIM Note 4**
Claim/Event/Leave: 9878561
NoteSubject : FMLA
Other Subject : BEGIN DATE CHANGE
Text: THE LEAVE BEGIN DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S LDW.

**05/11/2020 12:29 PM - CLAIM Note 3**
Claim/Event/Leave: 9878561
NoteSubject : FMLA
Other Subject : BEGIN DATE CHANGE
Text: THE LEAVE BEGIN DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S LDW.

**04/02/2020 12:57 PM - PHONE Note 2**

Claim/Event/Leave: 9878561
NoteSubject : EE Called
Other Subject :
Text: [04/02/2020 - BASS, SHARESSA]DCM ADVISED EE THAT HIS CLAIM IS PENDED. EE STATED THAT HE WANTED TO ADVISE THAT HIS SX DATE HAS BEEN CANCELED AND EE DOES NOT HAVE A NEW DATE. EE STATED THAT HE WILL FU WITH ADCM WITH SX DATE OR ADVISE IF EE WOULD LIKE TO WITHDRAW THE CLAIM.

**03/11/2020 11:10 AM - PHONE Note 1**
Claim/Event/Leave: 9878561
NoteSubject : Initial EE Interview
Other Subject :
Text: [03/11/2020 - FRAZIER, EBONI]CALLED CLMT AT TO MAKE INITIAL CONTACT AND ADVISE OF CLAIM BEING SUBMITTED EARLY. LEFT VM ADVISING DCM TO FOLLOW UP CLOSER TO DOD AND PROVIDED DCM CONTACT INFO IF CLMT HAS QUESTIONS.

**03/10/2020 5:56 PM - CLAIM Note 2**
Claim/Event/Leave: 9878561
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 07/15/2020 AND THE LEAVE END DATE IS 08/14/2020.

**03/10/2020 5:55 PM - CLAIM Note 1**
Claim/Event/Leave: 9878561
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: RIGHT KNEE INJURY RESULTED IN MEDIAL MENISCUS TEAR. ELECTIVE SURGERY FOR RIGHT KNEE REPLACEMENT SCHEDULED FOR 14-FEB-2020.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, March 24, 2022 8:57:29 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan |
| Attachments: | cc_7ksnp1rbjzvsuthmoaxc_12429620_12752884.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5709

March 24, 2022

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

We reviewed your appeal request for Long Term Disability ("LTD") benefits and maintained the decision to deny benefits beyond September 10, 2021.

**<u>Initial Claim Decision</u>**

You submitted a claim for your absence from work as of May 27, 2020, as a result of undergoing a total knee arthroplasty. LTD benefits were approved from September 24, 2020 through September 10, 2021. Benefits beyond September 10, 2021 were denied as the evaluation concluded you were no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated September 11, 2021. You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied, and submit additional information to support your claim. Specifically, you were advised to submit the following information: *Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, chiropractic notes, physical therapy notes, orthopedic notes, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from all treating providers. You should also provide any additional information that you feel will support your claim.*

**<u>Appeal</u>**

In your letter of appeal dated December 31, 2021, you indicated that you are still having knee pain and swelling, and cannot resume work. Carrying some weight, walking, standing, or even sitting for long periods aggravates your knee pain. You had been applying for an office-based or remote job, but because of lack of skills and experience, you felt that you could not succeed. The nickel allergy handicapped you.

In support of your claim, you submitted the following information:
June 21, 2021, December 13, 2021 Dr. Dickson office visit notes.

Metal-LTT Analysis Report.
Physical Therapy progress/recertification/plan of care notes September 18, 2020, October 16, 2020, and December 27, 2021.
December 15, 2021 office visit note with Dr. Gopalani.

**Appeal Evaluation**

Your claim was reviewed by a vocational consultant, who completed an occupational analysis in order to identify the material and substantial duties of your own occupation as it is normally performed in the national economy. The analysis showed that your occupation is that of a Clinical Research Associate. The occupation in the national economy is performed at the sedentary physical demand level, including constant sitting; frequent handling, travel; occasional standing, walking, reaching, fingering; never stooping, kneeling, crouching, crawling, climbing, or balancing; and occasional bending/twisting. While sedentary occupations such as yours can involve constant sitting, in the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupations. Such equipment can allow an individual to alternate positions at will from sitting to standing, while continuing to work. The vocational consultant noted that your employer's physical demand requirements of your job are greater than that of the national requirements of the occupation.

We have reviewed your file to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation as it's performed in the national economy beyond September 10, 2021. We are not required to ensure the availability of this occupation or that you return to active employment with PRA Health Sciences in the same or different position.

On September 1, 2021, your internist, Dr. Gopalani, signed in agreement with the following assessment of restrictions and limitations:

- *Occasional walking and standing with ability to sit as needed and change position as needed*
- *Occasional lifting, carrying, pulling, pushing up to 10 pounds*
- *Less than occasional kneeling, stooping, squatting*
- *No crawling or climbing*

*The medical evidence is insufficient to support any restrictions with regards to upper extremity use such as reaching, typing, or fingering. The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment. These R&L's are supported for the foreseeable future and should be reassessed if the claimant elects for a revision arthroplasty to remove the nickel component of his hardware.* These restrictions and limitations would not preclude you from performing the material and substantial duties of your own occupation as it's performed in the national economy.

On September 3, 2021, your orthopedist, Dr. Dickson was also asked to review the same assessment of restrictions and limitations as above; however, he did not provide a response.

During the appeal, your claim was reviewed by Christopher Balint DO, an independent physician who is board certified in orthopedic surgery. Based on his review of the medical records, Dr. Balint concluded:

*Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to - beyond 9/10/21 (same date).*

*The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with Synovasure and will proceed with revision surgery with prosthesis that does not have nickel.*

*Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence:*
**may lift, push, pull, carry 10# frequently, up to 20# occasionally,*
**no restrictions on reaching at waist level, above shoulder level or below waist level,*
**no restrictions on sitting,*
**may stand for 20 minutes per hour, up to two hours per shift,*
**may walk for 20 minutes per hour, up to two hours per shift,*
**no climbing of ladders,*
**occasional climbing of stairs,*
**no kneeling, squatting, crawling, stooping or crouching,*
**no restrictions on gripping, grasping, fingering, keying or fine manipulation.*
*May work in a full time sustained capacity while working within the above noted restrictions and imitations.*
*Restrictions will remain until revision surgery is completed.*
*Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.*

Dr. Balint was not successful in reaching Dr. Dickson (orthopedics) for a conversation about your case. On January 13, 2022, Dr. Dickson's office advised that your last visit was on December 13, 2021 and you did not have a follow-up in place. On January 17, 2022, a letter was sent to Dr. Dickson with a summary of Dr. Balint's assessment of your restrictions and limitations, and questions for review and response. To date, we have not received a response from Dr. Dickson.

On February 25, 2022, we sent you a copy of Dr. Balint's medical review and the letter that was sent to Dr. Dickson. You were given the opportunity to review and respond to this new information by March 16, 2022.

On February 24, 2022, you responded that you agreed with the restrictions and limitations but wanted to provide your personal experience and feelings about the activities listed. After lifting 10 pounds frequently and 20 pounds occasionally, you have increased pain, joint swelling, tingling in your muscles above the kneecap, and tenderness with puffiness on both sides of the kneecap. The symptoms start after 3-4 hours of the activity and last for about a day. You repeatedly mentioned this to your orthopedic surgeon, PCP, and PT provider. While sitting, if your knee touches anything hard, there is intense pain at the point of contact that lasts for 3-4 minutes. Standing for 20 minutes

per hour, up to two hours per shift, results in dull pain and slight swelling in the knee joint after some time and last for about 6-8 hours. Walking 20 minutes per hour, up to two hours per shift, results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours. In light of the suggestions provided by your healthcare providers and Lincoln, and because of the limitations, you were reluctant to take any responsibility which you may not fulfill. Even with the limitations, you plan to resume work as soon as you are able. You are spending your time enhancing your knowledge to match the requirements for any suitable job that you could perform with fewer restrictions and less stress. You indicated that you would provide additional information as soon as possible.

On February 25, 2022, you submitted a Residual Functional Capacity Form completed by Wei Yin FNP (internal medicine) dated December 15, 2021. You disputed the restrictions regarding lift, push, pull, carry, reaching, sitting, standing, and walking, and pointed to Ms. Yin's assessment. On the form, Ms. Yin indicated that you were seen January 19, 2021, March 18, 2021, June 28, 2021, September 1, 2021, and December 15, 2021 for complaints and or health maintenance preventative care. Symptoms were right knee pain. Regarding clinical findings and test results, she noted see attached, however, no records were attached. Diagnosis of your symptoms and test results noted presence of right artificial knee joint, pain in right knee, benign prostatic hypertrophy, gastrointestinal reflux disease. Treatment has been physical therapy and medication, and result has been improvement. Fair prognosis. Disability or impairment is expected to last one year or more or has already lasted one year. Disability or impairment prevents you from standing for 6-8 hours. Disability or impairment does not prevent you from sitting upright for 6-8 hours. If you cannot stand and/or sit upright for 6-8 hours, the reason is right knee pain. Disability or impairment requires you to lie down during the day, but no explanation was given. You can walk a half-mile without stopping. You can rarely reach toward the floor. You can frequently reach up above shoulders, reach down to waist level, carefully handle objects. You can consistently handle with fingers. You can lift and carry 11-20 pounds during an eight-hour period. You can lift and carry 11-20 pounds regularly/daily. Disability or impairment prevent you from performing certain motions such as lifting, pulling, holding objects. You have difficulty bending, squatting, kneeling, and turning any parts of the body; however, no range of motion information was given. Disability or impairment would not prevent you from travelling alone. Abnormal gate and ambulating with care affect your ability to work or function normally in daily life. The nature of your pain is right knee total replacement and multiple knee injections. Your pain is chronic. The level of pain is moderate. You are credible. There is an objective medical reason for pain. Given her experience with you, diagnosis, disability or impairment, and because of your right knee limited range of motion and pain, she does not believe that you could continue or resume work at your current or previous employment. Your disability is not likely to change. She did not comment whether you could do other work or when you may be able to return to work.

On March 11, 2022, in response to our inquiry, you indicated that Ms. Yin conducted the evaluation on December 15, 2021. She is Dr. Gopalani's nurse practitioner and substituting for Dr. Gopalani while he is on a long-term leave. There were no other evaluations or physical examinations performed by Ms. Yin, other than the one dated December 15, 2021. You are doing your best to keep up with knowledge and take an office-related job where there is no travelling. You hope to find one before your total knee revision surgery. You requested that we consider your limited capacity to work, efforts for rehabilitation, and financial condition. On March 21, 2022, expressed appreciation and faith in a fair decision. Because of your limitations, resuming work in your own occupation is difficult until the knee implant metal allergy is resolved, which is very unlikely until you have a

revision of the total knee replacement.

Dr. Balint reviewed the additional information and responses and concluded that the additional information did not alter his prior conclusions:
*The additional information reinforces the restrictions placed in the original report.*
*There is no change to my previous answers given in my original report.*
*Per the previous report:*
*Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence:*
**may lift, push, pull, carry 10# frequently, up to 20# occasionally,*
**no restrictions on reaching at waist level, above shoulder level or below waist level,*
**no restrictions on sitting,*
**may stand for 20 minutes per hour, up to two hours per shift,*
**may walk for 20 minutes per hour, up to two hours per shift,*
**no climbing of ladders,*
**occasional climbing of stairs,*
**no kneeling, squatting, crawling, stooping or crouching,*
**no restrictions on gripping, grasping, fingering, keying or fine manipulation.*
*May work in a full time sustained capacity while working within the above noted restrictions and imitations.*
*Restrictions will remain until revision surgery is completed.*
*Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.* (R/Ls: restrictions and limitations)

The restrictions and limitations as outlined by Dr. Balint, would not preclude you from performing the material and substantial duties of your own occupation as it's performed in the national economy.

We are aware that your claim for Social Security Disability Income benefits is being processed. It should be noted that any ruling by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of the PRA Health Sciences Group Disability Income Policy.

**<u>Conclusion</u>**

We conducted a thorough and independent review of your entire claim. We are sorry that the decision could not be in your favor. We acknowledge that you may have continued to experience some symptoms and impairments associated with your condition beyond September 10, 2021 and that you will likely proceed with knee revision surgery with prosthesis that does not have nickel. However, the information does not contain exam findings, diagnostic test results, or other forms of medical documentation supporting your impairments and symptoms were of such severity, that they resulted in restrictions or limitations rendering you unable to perform the material and substantial duties of your own occupation as it's performed in the national economy after that date.

Having carefully considered all of the information submitted in support of your claim, our position remains that you no longer met the definition of disability and that proof of your continued disability in accordance with the Policy provisions after September 10, 2021 has not been provided.

Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

*Applicable to Class 1, 2:*
*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation;*

***"Material and Substantial Duties"****, with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*
*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

***Disability Benefit***
*When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:*
*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*
*The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*
*For purposes of determining Disability, the Injury must occur and Disability must begin while the*

*Employee is insured for this coverage.*

***Discontinuation of the Long Term Disability Benefit***
*The Monthly Benefit will cease on the earliest of:*
*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
*. . .*
*9. the date the Covered Person is no longer Disabled according to this policy;*
*. . .*

***Legal Proceedings***
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

***Notice and Proof of Claim***
*. . .*
*2.* ***Proof***
*a. Satisfactory Proof of loss must be given to Liberty no later than 180 days after the end of the Elimination Period.*
*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*
*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular*
*Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is April 23, 2025.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the PRA Holdings, Inc. Group Disability Income Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh níiní’ąągo naaltsoos níiníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Berry
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16391
Secure Fax No.: (603) 334-5709

CC: Ghous Khan

**From:**Berry, Stephanie
**Sent:**Thu, 24 Mar 2022 13:06:09 +0000
**To:**Hr-Benefits@prahs.com
**Subject:**LTD appeal uphold / Khan / 10420268

Hello,

RE: Ghous Khan
Employee id: 10631
Claim: 10420268

We have completed the appeal assessment of this claim and maintained the prior denial of LTD benefits beyond 9/10/21. A letter has been sent today to notify them of our decision.

Thank you,

**Stephanie Berry**
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DisabilityDocuments
**Sent:** Tuesday, March 22, 2022 12:11 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Tuesday, March 22, 2022 4:09:44 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fw: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Berry,

I wasn't sure if I emailed it earlier.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Monday, March 21, 2022 12:53 AM
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Re: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

Hi Ms. Berry,

I appreciate your help in guiding me through the entire process of the appeal. I have complete faith in the board of experts to make a fair decision in my case. Because of the limitations, resuming work in my "own occupation" is difficult until the knee implant metal allergy is resolved, which is very unlikely until I have a revision of the total knee replacement.

I have heard a lot about the fairness and generosity of Lincoln Financial and hope that it'll resume my long-term disability benefits as soon as possible.

Kind regards,
Ghous Khan

---

**From:** LFGNotifications@LFG.com <LFGNotifications@LFG.com>
**Sent:** Monday, March 14, 2022 3:40 PM
**To:** <
**Subject:** [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

3/21/2022

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | GHOUS W KHAN |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Berry, Stephanie |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10420268 |

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Progress Notes | W. Yin FNP-C | 12/15/21 |
| Appeal Letters | Ghous Khan | 02/25/22 |
| UR Report | C. Balint DO | 01/27/22 |
| Misc | | 02/24/22 |

## SUMMARY OF PEER OUTREACH

No additional AP calls were requested for this addendum report.

## SUMMARY OF MEDICAL DOCUMENTATION

This is an addendum report for review of additional documentation.

Additional medical records provided for review:

- Email from claimant stating he does not agree with restrictions and does not feel he can work with those restrictions
- Wei Yin NP, internal medicine-Residual functional capacity form right knee pain, presence of artificial knee joint, pain in right knee, benign prostatic hyperplasia (BPH), gastroesophageal reflux disease (GERD), improved with physical therapy medications. Prognosis is fair. Claimant unable to stand for 8 hours. Can walk ½ mile. No upper extremity

restrictions. Able to lift up to 20 pounds. Abnormal gait, ambulates with cane. Right total knee replacement, multiple infections.

**QUESTION**

**1. Addendum request to C. Balint. Yin FNP works with Dr. Gopalani and saw claimant on 12/15/21.**

**Does the additional information alter the prior conclusions? Please explain either way.**

No, it does not. The additional information does not alter the prior conclusions.
The additional information reinforces the restrictions placed in the original report.
There is no change to my previous answers given in my original report.

Per the previous report:

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence:

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.
May work in a full time sustained capacity while working within the above noted restrictions and imitations.
Restrictions will remain until revision surgery is completed.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Balint, D.O.
Board Certified: American Board of Orthopaedic Surgery
Indiana State Medical Association
American Osteopathic Academy of Orthopedics

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**From:**JCallison@mlsgroupllc.com
**Sent:**Mon, 21 Mar 2022 14:59:03 -0400
**To:**Berry, Stephanie
**Cc:**VendorReferrals
**Subject:**MLS review notification for case - 10420268 ID: MLS# 126682
**Attachments:**Invoice_126682-1_v1.pdf, Report_MLS_D2__R01_126682-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the review for your case #10420268 (MLS #126682, Reconsideration, ) has been completed and is ready to be viewed on our website.

You can access the report via https://client.mlsgroupllc.com using your username and password.

Thank you for the referral,
MLS Group of Companies, LLC

Cheryl Gratowski
cgratowski@mlsgroupllc.com

Julie Callison
JCallison@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **126682-1**

**Date of Invoice** 3/21/2022

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Stephanie Berry

**Case ID:** 10420268
**Referral ID:** 126682
**Name:** GHOUS W KHAN
**Employer:**
**Physician:** Christopher Balint
**Specialty:** Orthopaedic Surgery
**Svc Date:** 3/21/2022

| Item | Rate |
|---|---|
| Peer Review | $210.00 |

| | |
|---|---|
| **Invoice Total** | $210.00 |
| **Tax Total** | $0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $210.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**From:** DisabilityDocuments
**Sent:** Monday, March 21, 2022 1:54 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Monday, March 21, 2022 5:53:46 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Berry,

I appreciate your help in guiding me through the entire process of the appeal. I have complete faith in the board of experts to make a fair decision in my case. Because of the limitations, resuming work in my "own occupation" is difficult until the knee implant metal allergy is resolved, which is very unlikely until I have a revision of the total knee replacement.

I have heard a lot about the fairness and generosity of Lincoln Financial and hope that it'll resume my long-term disability benefits as soon as possible.

Kind regards,
Ghous Khan

---

**From:** LFGNotifications@LFG.com <LFGNotifications@LFG.com>
**Sent:** Monday, March 14, 2022 3:40 PM
**To:** <
**Subject:** [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**From:**Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Sent:**Tue, 15 Mar 2022 11:44:11 +0000
**To:**Berry, Stephanie
**Subject:**RE: (secure) addendum request 10420268

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Stephanie, We will forward to the reviewer for handling

Cheryl Gratowski
Peer Review Coordinator

MLS Group of Companies, LLC
20750 Civic Center Dr. Suite 600
Southfield, MI, 48076

www.mlsgroupllc.com

Office: 248-945-9001 x165946
Direct: 248-728-2946
Fax: 248-356-6757
Email: cgratowski@mlsgroupllc.com

Connect on LinkedIn

*"We believe everyone should have a voice in healthcare"*

**From:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Sent:** Monday, March 14, 2022 4:05 PM
**To:** MLS Referrals <referrals@mls-ime.com>
**Subject:** (secure) addendum request 10420268

This message was sent securely using Zix®

Re: 10420268, G. Khan

Addendum request to C. Balint. Yin FNP works with Dr. Gopalani and saw claimant on 12/15/21. Does the additional information alter the prior conclusions. Please explain either way.

Thank you,

**Stephanie Berry**
(she/her/hers)
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 14, 2022 4:40:40 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan |
| Attachments: | kyawyh5pebsdm75hxpfz_12360689.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5709

March 14, 2022

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy beyond Septemer 10, 2021.

We received your reponse to the medical review and form completed by Wei Yin FNP. We understand that this is all of the information you intend to submit for our consideration of your appeal.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical/ vocational review and assessment by a physician. We anticipate a response from the reviewing physician no later than 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated February 24, 2022, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Berry
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16391
Secure Fax No.: (603) 334-5709

**From:**Berry, Stephanie
**Sent:**Mon, 14 Mar 2022 20:05:14 +0000
**To:**referrals@mls-ime.com
**Subject:**(secure) addendum request 10420268
**Attachments:**10420268-EMPLOYEE-CLAIMANT-CORRESPONDENCE-02.24.2022.pdf, 10420268-EMPLOYEE-CLAIMANT-CORRESPONDENCE-02.25.2022.pdf

Re: 10420268, G. Khan

Addendum request to C. Balint. Yin FNP works with Dr. Gopalani and saw claimant on 12/15/21. Does the additional information alter the prior conclusions. Please explain either way.

Thank you,

**Stephanie Berry**
(she/her/hers)
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DisabilityDocuments
**Sent:** Friday, March 11, 2022 2:36 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan <
**Sent:** Friday, March 11, 2022 7:35:15 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fw: Claim No. 10420268_request for appeal review

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---

**From:** Ghous Khan <
**Sent:** Thursday, March 10, 2022 6:39 PM
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Re: Claim No. 10420268_request for appeal review

Hi Ms. Berry,

I hope you are doing great. I have also called and left a message on your office phone number.

I received your voice message about the evaluation I emailed, which was performed by Wie Yin. This evaluation was done on 15/Dec/2021. Ms. Yin is Dr. Salim Gopalani's Nurse Practitioner substituting him during his absence since Dr. Gopalani is on long-term sickness leave. There are no other evaluations or physical examinations performed by Ms. Yin other than the one dated 12/15/2021.

As I have mentioned earlier, I'm doing my best to keep up with my knowledge to take an office-related job where there is no travelling required and hopefully, I'll be able to find one before my total knee revision surgery. Therefore, I request the learned members of "Lincoln's Appeal Review Unit" to please consider my limited capacity to work and efforts for rehabilitations, which affected my financial conditions, especially during the last six months.

Please let me know if you have questions or need any other information. I look forward to hearing from you soon.

Kind regards,

Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, March 4, 2022 2:12 PM
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Fw: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan
**Sent:** Friday, February 25, 2022 3:34 PM
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Claim No. 10420268_request for an appeal review

Ms. Berry,

I would like to dispute the restrictions mentioned on page 2 of the letter emailed to me, dated 1/17/2022 and page 5 of the letter dated 1/27/2022. On obtaining my medical records from my PCP, Dr. Salim Gopalani, the evaluation which was completed on 12/15/2021 (attached), please review the following suggestions related to the restrictions mentioned;

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,

Page 4 (Wie Yin), question 16-does the patient's disability or impairment prevents him from performing certain motions such as lifting, pulling, holding objects, etc.? The answer is "yes".

*After lifting the above weight categories, there is an increase in the intensity of pain, joint swelling, tingling sensations in the muscles above the kneecap, and tenderness with puffiness on both sides at the knee cap level. This symptom starts after 3-4 hours of the activity and lasts for about a day or so. I repeatedly mentioned this to my orthopedic surgeon, PCP, and Physical Therapy provider.*

*no restrictions on reaching at waist level, above shoulder level or below waist level,

Page 3, (Wie Yin), question 13- the activities patient can perform;

Reach above shoulder-frequency 30-70%

Reach down to waist level- frequency 30-70%

Reach down towards floor- 0 - 30%

Carefully handle the objects- 30 - 70%

Handle with fingers- 70 - 100%

*no restrictions on sitting,

Page 3, (Wie Yin) question 10-"if the patient cannot stand and/or sit upright for six to eight hours, what is the reason? The answer is "Right Knee Pain".

*While sitting, if my knee touched anything hard, there was an intense pain at the point of contact. This tenderness lasts for 3-4 minutes.*

*may stand for 20 minutes per hour, up to two hours per shift,

Page 2, (Wie Yin) question 8-"does the disability or impairment prevent the patient from standing for six to eight hours? The answer is "yes".

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.*

*may walk for 20 minutes per hour, up to two hours per shift,

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours*

May work in a full-time sustained capacity while working within the above-noted restrictions and

imitations.

Page 4,(Wie Yin) question 19- Are there any other abnormal factors not addressed in the above questions that you believe may affect the patient's ability to work or function normally in daily life? The answer is " abnormal gait, ambulate with care.

Page 5, (Wie Yin) question 21- "Given the experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he could continue or resume work at current or previous employment"? The answer is "No", the reason being Right Knee limited range of motion and pain".

If I carry 20# weight for about 20 minutes or about half a mile, have any of the evaluators examine my knee the next day to confirm my statement.

As mentioned earlier, even with these limitations, I plan to resume my work as soon as I'm able to. I'm spending my time enhancing my knowledge to match the requirements for any suitable job which I can perform with fewer restrictions and less stress.

Please let me know if you have questions or need any other documents.

Sincerely,
Ghous Khan

**From:** DisabilityDocuments
**Sent:** Thursday, March 10, 2022 7:40 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan <
**Sent:** Friday, March 11, 2022 12:39:01 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: Claim No. 10420268_request for appeal review

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Berry,

I hope you are doing great. I have also called and left a message on your office phone number.

I received your voice message about the evaluation I emailed, which was performed by Wie Yin. This evaluation was done on 15/Dec/2021. Ms. Yin is Dr. Salim Gopalani's Nurse Practitioner substituting him during his absence since Dr. Gopalani is on long-term sickness leave. There are no other evaluations or physical examinations performed by Ms. Yin other than the one dated 12/15/2021.

As I have mentioned earlier, I'm doing my best to keep up with my knowledge to take an office-related job where there is no travelling required and hopefully, I'll be able to find one before my total knee revision surgery. Therefore, I request the learned members of "Lincoln's Appeal Review Unit" to please consider my limited capacity to work and efforts for rehabilitations, which affected my financial conditions, especially during the last six months.

Please let me know if you have questions or need any other information. I look forward to hearing from you soon.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, March 4, 2022 2:12 PM

**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Fw: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan
**Sent:** Friday, February 25, 2022 3:34 PM
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Claim No. 10420268_request for an appeal review

Ms. Berry,

I would like to dispute the restrictions mentioned on page 2 of the letter emailed to me, dated 1/17/2022 and page 5 of the letter dated 1/27/2022. On obtaining my medical records from my PCP, Dr. Salim Gopalani, the evaluation which was completed on 12/15/2021 (attached), please review the following suggestions related to the restrictions mentioned;

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,

Page 4 (Wie Yin), question 16-does the patient's disability or impairment prevents him from performing certain motions such as lifting, pulling, holding objects, etc.? The answer is "yes".

*After lifting the above weight categories, there is an increase in the intensity of pain, joint swelling, tingling sensations in the muscles above the kneecap, and tenderness with puffiness on both sides at the knee cap level. This symptom starts after 3-4 hours of the activity and lasts for about a day or so. I repeatedly mentioned this to my orthopedic surgeon, PCP, and Physical Therapy provider.*

*no restrictions on reaching at waist level, above shoulder level or below waist level,

Page 3, (Wie Yin), question 13- the activities patient can perform;

Reach above shoulder-frequency 30-70%

Reach down to waist level- frequency 30-70%

Reach down towards floor- 0 - 30%

Carefully handle the objects- 30 - 70%

Handle with fingers- 70 - 100%

*no restrictions on sitting,

Page 3, (Wie Yin) question 10-"if the patient cannot stand and/or sit upright for six to eight hours, what is the reason? The answer is "Right Knee Pain".

*While sitting, if my knee touched anything hard, there was an intense pain at the point of contact. This tenderness lasts for 3-4 minutes.*

*may stand for 20 minutes per hour, up to two hours per shift,

Page 2, (Wie Yin) question 8-"does the disability or impairment prevent the patient from standing for six to eight hours? The answer is "yes".

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.*

*may walk for 20 minutes per hour, up to two hours per shift,

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours*

May work in a full-time sustained capacity while working within the above-noted restrictions and

imitations.

Page 4,(Wie Yin) question 19- Are there any other abnormal factors not addressed in the above questions that you believe may affect the patient's ability to work or function normally in daily life? The answer is " abnormal gait, ambulate with care.

Page 5, (Wie Yin) question 21- "Given the experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he could continue or resume work at current or previous employment"? The answer is "No", the reason being Right Knee limited range of motion and pain".

If I carry 20# weight for about 20 minutes or about half a mile, have any of the evaluators examine my knee the next day to confirm my statement.

As mentioned earlier, even with these limitations, I plan to resume my work as soon as I'm able to. I'm spending my time enhancing my knowledge to match the requirements for any suitable job which I can perform with fewer restrictions and less stress.

Please let me know if you have questions or need any other documents.

Sincerely,
Ghous Khan

**From:** DisabilityDocuments
**Sent:** Friday, March 4, 2022 3:09 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, March 4, 2022 8:07:52 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fw: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---

**From:** Ghous Khan <
**Sent:** Friday, March 4, 2022 2:02 PM
**To:** LFGNotifications@LFG.com <LFGNotifications@LFG.com>
**Subject:** Re: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

Hi Ms. Berry,

I hope you are fine. I just wanted to confirm if you received my email which I sent last week on 2/24/2022. Please let me know if you need any other documents or have questions.

I look forward to hearing from you soon.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan
**Sent:** Thursday, February 24, 2022 1:22 PM
**To:** LFGNotifications@LFG.com <LFGNotifications@LFG.com>
**Subject:** Re: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

Dear Ms. Berry,

Thank you so much for the prompt response to my email. I appreciate and agree with the R&Ls suggested by Dr. Dickson and Board of Experts from LGG, but would like to

provide my personal experience about the activities and feelings, (though subjective) regarding the below listed suggestions:

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,

After lifting the above weight categories, there is an increase in the intensity of pain, joint swelling, tingling sensations in the muscles above the kneecap, and tenderness with puffiness on both the sides at the knee cap level. This symptom starts after 3-4 hours of the activity and lasts for about a day or so. I repeatedly mentioned this to my orthopedic surgeon, PCP, and Physical Therapy provider.

*no restrictions on reaching at waist level, above shoulder level or below waist level,

*no restrictions on sitting,

While sitting, if my knee touched anything hard, there was an intense pain at the point of contact lasting for 3-4 minutes.

*may stand for 20 minutes per hour, up to two hours per shift,

This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.

*may walk for 20 minutes per hour, up to two hours per shift

This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.

In the light of the suggestions provided by my healthcare providers and LFG review board, it is an established fact that because of the limitations; I was reluctant to take any responsibility which I thought I may not fulfil. Even with these limitations, I'm determined to resume my work as soon as I'm able to. I'm spending my time in enhancing my

knowledge to match the requirements for any suitable job which I can perform with fewer restrictions and less stress.

I'll provide any new information available as soon as I receive from my PCP of Physical Therapist. Please let me know if you have questions. I look forward to receiving a favorable decision about my claim.

Sincerely,
Ghous Khan

**From:** LFGNotifications@LFG.com <LFGNotifications@LFG.com>
**Sent:** Thursday, February 24, 2022 11:01 AM
**To:** <
**Subject:** [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DisabilityDocuments
**Sent:** Friday, March 4, 2022 3:13 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan <
**Sent:** Friday, March 4, 2022 8:12:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fw: Claim No. 10420268_request for appeal review

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---

**From:** Ghous Khan
**Sent:** Friday, February 25, 2022 3:34 PM
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Subject:** Claim No. 10420268_request for appeal review

Ms. Berry,

I would like to dispute the restrictions mentioned on page 2 of the letter emailed to me, dated 1/17/2022 and page 5 of the letter dated 1/27/2022. On obtaining my medical records from my PCP, Dr. Salim Gopalani, the evaluation which was completed on 12/15/2021 (attached), please review the following suggestions related to the restrictions mentioned;

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,

Page 4 (Wie Yin), question 16-does the patient's disability or impairment prevents him from performing certain motions such as lifting, pulling, holding objects, etc.? The answer is "yes".

*After lifting the above weight categories, there is an increase in the intensity of pain, joint swelling, tingling sensations in the muscles above the kneecap, and tenderness with puffiness on both sides at the knee cap level. This symptom starts after 3-4 hours of the activity and lasts for about a day or so. I repeatedly mentioned this to my orthopedic surgeon, PCP, and Physical Therapy provider.*

*no restrictions on reaching at waist level, above shoulder level or below waist level,

Page 3, (Wie Yin), question 13- the activities patient can perform;

Reach above shoulder-frequency 30-70%

Reach down to waist level- frequency 30-70%

Reach down towards floor- 0 - 30%

Carefully handle the objects- 30 - 70%

Handle with fingers- 70 - 100%

*no restrictions on sitting,

Page 3, (Wie Yin) question 10-"if the patient cannot stand and/or sit upright for six to eight hours, what is the reason? The answer is "Right Knee Pain".

*While sitting, if my knee touched anything hard, there was an intense pain at the point of contact. This tenderness lasts for 3-4 minutes.*

*may stand for 20 minutes per hour, up to two hours per shift,

Page 2, (Wie Yin) question 8-"does the disability or impairment prevent the patient from standing for six to eight hours? The answer is "yes".

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.*

*may walk for 20 minutes per hour, up to two hours per shift,

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours*

May work in a full-time sustained capacity while working within the above-noted restrictions and

imitations.

Page 4,(Wie Yin) question 19- Are there any other abnormal factors not addressed in the above questions that you believe may affect the patient's ability to work or function normally in daily life? The answer is " abnormal gait, ambulate with care.

Page 5, (Wie Yin) question 21- "Given the experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he could continue or resume work at current or previous employment"? The answer is "No", the reason being Right Knee limited range of motion and pain".

If I carry 20# weight for about 20 minutes or about half a mile, have any of the evaluators examine my knee the next day to confirm my statement.

As mentioned earlier, even with these limitations, I plan to resume my work as soon as I'm able to. I'm spending my time enhancing my knowledge to match the requirements for any suitable job which I can perform with fewer restrictions and less stress.

Please let me know if you have questions or need any other documents.

Sincerely,
Ghous Khan

GK_Evaluation by Wie Yin_12.15...

## Residual Functional Capacity Form

**Patient:** Khan, Ghaus **SS #:** ____________

**Date of Birth:**__

**Dear Doctor:**____________________

Please respond to the following questions regarding your patient's disability. This will be used as medical evidence for a Social Security disability claim or a private long-term disability claim.

**Please be specific with regards to your patient's medical ailments and how they affect his or her daily activities both at work and at home:**

**1. With regards to your contact with the patient, please describe the frequency and purpose:**

12.15.2021. 9.1.2021. 6.28.2021. 3.18.2021. 1.18.2021.
complains. and/or health maintainance. preventive care.

**2. Please describe the patient's symptoms as completely as possible:**

Right knee pain

**3. Please state all clinical findings and any medical test results and/or laboratory results:**

as attached

**4. What is your diagnosis of the patients symptoms and test results?**

presence of Right artificial knee joint.
pain in Right knee
BPH.
GERD.

**5. Please describe any treatment done so far and the results of treatment:**

physical therapy

medication

improved

**6. What is your prognosis for this patient?**

fair

**7. Would you expect the patient's disability or impairment to last one year or more, or has it already lasted one year?**

Yes ✓ No ____

**8. Does the disability or impairment prevent the patient from standing for six to eight hours?**

Yes ✓ No ____

Can the patient stand at all, and if so for how long?

**9. Does the disability or impairment prevent the patient from sitting upright for six to eight hours?**

Yes ____ No ✓

Can the patient sit at all, and if so for how long?

10. If the patient cannot stand and/or sit upright for six to eight hours, what is the reason?

Ⓡ knee pain

11. Does the disability or impairment require the patient to lie down during the day?

Yes ✓ No ____

If the answer is yes, please explain why:

12. How far can the patient walk without stopping?

half miles

13. Please check the frequency with which the patient can perform the following activities:

| Percentage of Time | Rarely 0-30% | Frequently 30-70% | Consistently 70-100% |
|---|---|---|---|
| Reach Up Above Shoulders | | ✓ | |
| Reach Down to Waist Level | | ✓ | |
| Reach Down Towards Floor | ✓ | | |
| Carefully Handle Objects | | ✓ | |
| Handle with Fingers | | | ✓ |

14. In pounds, how much weight can the patient lift and carry during an eight-hour period?

____ Less than 5 ____ 5-10 ✓ 11-20 ____ 21-50 ____ over 50

15. In pounds, how much weight can the patient lift and carry regularly/daily?

____ Less than 5 ____ 5-10 ✓ 11-20 ____ 21-50 ____ over 50

**16. Does the patient's disability or impairment prevent the him or her from performing certain motions such as lifting, pulling, holding objects, etc.?**

yes

**17. Does the patient have any difficulty performing the motions below? (Please include any range of motion information.)**

Bending ___yes___

Squatting ___yes___

Kneeling ___yes___

Turning any parts of the body ___yes___

**18. Would the patient's disability or impairment prevent him or her from traveling alone?**
**Yes _____ No __✓__ Why?**

**19. Are there any other factors not addressed in the above questions that you believe may affect the patient's ability to work, or function normally in daily life?**

abnormal gait ambulate with cane

**20. If the patient has any complaints of pain, please address the following questions:**

What is the nature of the pain?

Ⓡ knee total replacement. multiple knee infections

How frequent is the pain?

chronic

How would you describe the level of pain?

moderate

How would you rate the patient's creditability with regards to claims of pain?

it is credible

Is there an objective medical reason for the pain?

Yes

**21. Given your experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he or she could continue or resume work at current or previous employment?**

Yes _____ No __√__

If not, please explain why:

Ⓡ knee Limited Range of motion. pain,

Is there other work the patient could do given his or her skills and disability or impairment?

**22. How would you expect the patient's diagnosis/disability to change over time?**

__✓__ Disability is Not Likely to Change

____ Disability is Temporary, From: ________ To: __________

23. When would you expect the patient to be able to return to work, with and/or without any restrictions?

Please enclose all relevant medical, clinical, and laboratory records you have for this patient, and use the space below for any additional comment or information you feel is relevant.

Date Report Completed: 12.15. 2021

Signature of Physician: [signature] FNP-C

Physician Name: Wei Yin FNP-C

Address: 1631 N loop west suite 260. houston. Tx 77008

Telephone: 713 802 9024

Specialty: internal medicine

**From:** DisabilityDocuments
**Sent:** Friday, February 25, 2022 4:36 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan <
**Sent:** Friday, February 25, 2022 9:34:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 10420268_request for appeal review

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Berry,

I would like to dispute the restrictions mentioned on page 2 of the letter emailed to me, dated 1/17/2022 and page 5 of the letter dated 1/27/2022. On obtaining my medical records from my PCP, Dr. Salim Gopalani, the evaluation which was completed on 12/15/2021 (attached), please review the following suggestions related to the restrictions mentioned;

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,

Page 4 (Wie Yin), question 16-does the patient's disability or impairment prevents him from performing certain motions such as lifting, pulling, holding objects, etc.? The answer is "yes".

*After lifting the above weight categories, there is an increase in the intensity of pain, joint swelling, tingling sensations in the muscles above the kneecap, and tenderness with puffiness on both sides at the knee cap level. This symptom starts after 3-4 hours of the activity and lasts for about a day or so. I repeatedly mentioned this to my orthopedic surgeon, PCP, and Physical Therapy provider.*

*no restrictions on reaching at waist level, above shoulder level or below waist level,

Page 3, (Wie Yin), question 13- the activities patient can perform;

Reach above shoulder-frequency 30-70%

Reach down to waist level- frequency 30-70%

Reach down towards floor- 0 - 30%

Carefully handle the objects- 30 - 70%

Handle with fingers- 70 - 100%

*no restrictions on sitting,

Page 3, (Wie Yin) question 10-"if the patient cannot stand and/or sit upright for six to eight hours, what is the reason? The answer is "Right Knee Pain".

*While sitting, if my knee touched anything hard, there was an intense pain at the point of contact. This tenderness lasts for 3-4 minutes.*

*may stand for 20 minutes per hour, up to two hours per shift,

Page 2, (Wie Yin) question 8-"does the disability or impairment prevent the patient from standing for six to eight hours? The answer is "yes".

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.*

*may walk for 20 minutes per hour, up to two hours per shift,

*This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours*

May work in a full-time sustained capacity while working within the above-noted restrictions and

imitations.

Page 4,(Wie Yin) question 19- Are there any other abnormal factors not addressed in the above questions that you believe may affect the patient's ability to work or function normally in daily life? The answer is " abnormal gait, ambulate with care.

Page 5, (Wie Yin) question 21- "Given the experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he could continue or resume work at current or previous employment"? The answer is "No", the reason being Right Knee limited range of motion and pain".

If I carry 20# weight for about 20 minutes or about half a mile, have any of the evaluators examine my knee the next day to confirm my statement.

As mentioned earlier, even with these limitations, I plan to resume my work as soon as I'm able to. I'm spending my time enhancing my knowledge to match the requirements for any suitable job which I can perform with fewer restrictions and less stress.

Please let me know if you have questions or need any other documents.

Sincerely,
Ghous Khan

GK_Evaluation by
Wie Yin_12.15...

## Residual Functional Capacity Form

**Patient:** Khan, Ghaus **SS #:** ____________

**Date of Birth:**__

**Dear Doctor:**____________________

Please respond to the following questions regarding your patient's disability. This will be used as medical evidence for a Social Security disability claim or a private long-term disability claim.

**Please be specific with regards to your patient's medical ailments and how they affect his or her daily activities both at work and at home:**

**1. With regards to your contact with the patient, please describe the frequency and purpose:**

12.15.2021. 9.1.2021. 6.28.2021. 3.18.2021. 1.18.2021.
complains. and/or health maintainance. preventive care.

**2. Please describe the patient's symptoms as completely as possible:**

Right knee pain

**3. Please state all clinical findings and any medical test results and/or laboratory results:**

as attached

**4. What is your diagnosis of the patients symptoms and test results?**

presence of Right artificial knee joint.
pain in Right knee
BPH.
GERD.

**5. Please describe any treatment done so far and the results of treatment:**

physical therapy
medication
improved

**6. What is your prognosis for this patient?**

fair

**7. Would you expect the patient's disability or impairment to last one year or more, or has it already lasted one year?**

Yes ✓ No ____

**8. Does the disability or impairment prevent the patient from standing for six to eight hours?**

Yes ✓ No ____

Can the patient stand at all, and if so for how long?

**9. Does the disability or impairment prevent the patient from sitting upright for six to eight hours?**

Yes ____ No ✓

Can the patient sit at all, and if so for how long?

10. If the patient cannot stand and/or sit upright for six to eight hours, what is the reason?

Ⓡ knee pain

11. Does the disability or impairment require the patient to lie down during the day?

Yes __√__ No _____

If the answer is yes, please explain why:

12. How far can the patient walk without stopping?

half miles

13. Please check the frequency with which the patient can perform the following activities:

| Percentage of Time | Rarely 0-30% | Frequently 30-70% | Consistently 70-100% |
|---|---|---|---|
| Reach Up Above Shoulders | | √ | |
| Reach Down to Waist Level | | √ | |
| Reach Down Towards Floor | √ | | |
| Carefully Handle Objects | | √ | |
| Handle with Fingers | | | √ |

14. In pounds, how much weight can the patient lift and carry during an eight-hour period?

_____ Less than 5 _____5-10 __√__11-20 _____21-50 _____over 50

15. In pounds, how much weight can the patient lift and carry regularly/daily?

_____ Less than 5 _____5-10 __√__11-20 _____21-50 _____over 50

**16. Does the patient's disability or impairment prevent the him or her from performing certain motions such as lifting, pulling, holding objects, etc.?**

yes

**17. Does the patient have any difficulty performing the motions below? (Please include any range of motion information.)**

Bending ____yes____

Squatting ____yes____

Kneeling ____yes____

Turning any parts of the body ____yes____

**18. Would the patient's disability or impairment prevent him or her from traveling alone?**
**Yes _____ No ✓ Why?**

**19. Are there any other factors not addressed in the above questions that you believe may affect the patient's ability to work, or function normally in daily life?**

abnormal gait ambulate with cane

**20. If the patient has any complaints of pain, please address the following questions:**

What is the nature of the pain?

Ⓡ knee total replacement. multiple knee infections

How frequent is the pain?

chronic

How would you describe the level of pain?

moderate

How would you rate the patient's creditability with regards to claims of pain?

it is credible

Is there an objective medical reason for the pain?

Yes

**21. Given your experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he or she could continue or resume work at current or previous employment?**

Yes _____ No __√__

If not, please explain why:

Ⓡ knee Limited Range of motion. pain,

Is there other work the patient could do given his or her skills and disability or impairment?

**22. How would you expect the patient's diagnosis/disability to change over time?**

__✓__ Disability is Not Likely to Change

____ Disability is Temporary, From: ________ To: ___________

23. When would you expect the patient to be able to return to work, with and/or without any restrictions?

Please enclose all relevant medical, clinical, and laboratory records you have for this patient, and use the space below for any additional comment or information you feel is relevant.

Date Report Completed: 12.15.2021

Signature of Physician: Wei FNP-C

Physician Name: Wei Yin FNP-C

Address: 1631 N loop west suite 260. houston. Tx 77008

Telephone: 713 802 9024

Specialty: internal medicine

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MR. GHOUS KHAN

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5709

February 25, 2022

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the PRA Health Sciences Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy beyond September 10, 2021.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the new medical review and letter sent to your attending, which is new or additional evidence in connection with your appeal. To date, we have not received a response back from Dr. Dickson. We apologize for the delay in getting these to you, we only just received them today. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or March 16, 2022, we will proceed with making a determination on your appeal. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by March 16, 2022, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act. Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Berry
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16391
Secure Fax No.: (603) 334-5709

Attachments: 10420268-MEDICAL-CORRESPONDENCE-01.17.2022
10420268-MEDICAL-CP/PEER REVIEW-01.27.2022

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

1/17/2022

Kyle Dickson
Re: GHOUS W KHAN

Hello Dr. Kyle Dickson,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Christopher R Balint, DO, regarding your patient, referenced above. In lieu of a teleconference, Christopher R Balint, DO has provided the following questions:

What functional limits have you currently assigned?
What is current diagnosis?
What objective evidence (scans, films, nerve testing, functional capacity testing, etc.) support restrictions assessed?
What objective evidence will be needed to modify these limits and when/how will this additional objective evidence be obtained?

**Summary of findings:**
Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to present and beyond.

The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with synovassure and will proceed with revision surgery with prosthesis that does not have nickel.

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence. Restrictions will remain until revision surgery is completed.

MLS Group of Companies, LLC
MLS National Medical Evaluation Services

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.

May work in a full time sustained capacity while working within the above noted restrictions and imitations.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

Please fax or email your response by 10/28/2020 to 248-356-6757 or cgratowski@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Cheryl Gratowski
Peer Review Services
MLS Group of Companies, LLC

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

1/27/2022

RE: Claimant Name : GHOUS W KHAN
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Berry, Stephanie
Type of Review : Disability
Type of Service : LTD
Claim Number: : 10420268

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 10/13/21-01/06/22 |
| Progress notes | Clear lake Arthritis Clinic | 12/01/20 |
| Progress notes | S. Gopaini, MD | 10/29/20-12/15/21 |
| Progress notes | Houston Methodist Hospital | 06/29/20-07/05/20 |
| Progress notes | V. Kancherla, MD | 03/10/21 |
| Progress notes | Memorial Hermann | 05/27/20-06/29/20 |
| Progress notes | Southwest Orthopedic Group | 06/30/20-12/13/21 |
| Progress notes | UT Physicians | 05/04/20-06/09/20 |
| PT | Sterling Physical Therapy & Wellness | 09/02/20-12/27/21 |
| UR Report | S. Kasuganti, MD | 09/03/21 |
| CT | Global Imaging | 11/25/20 |
| Lab | CD Laboratories | 07/01/20 |
| Lab | Orthopedic Analysis | 02/04/21 |
| Lab | Quest Diagnostics | 12/01/20 |
| Job | Pra Health Sciences | 08/01/17 |
| Misc | | 01/01/17-01/07/22 & undated |
| ROI | | 08/27/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Kyle Dickson
2) DATE: 1/13/2022

3) TIME: 12:21 PM CT
4) PERSON SPOKEN WITH: Daisy
5) POSITION OF PERSON SPOKEN WITH: Secretary

SUMMARY OF CONVERSATION: Called Dr. Dickson's office. Purpose of call and call back information left for provider. Claimant was last seen on 12/13/2021 and has no follow up in place. Fax is 713-800-1081

TELECONFERENCE #2:
1) AP NAME: Kyle Dickson
2) DATE: 1/14/2022
3) TIME: 1:22 PM CT
4) PERSON SPOKEN WITH: Daisy
5) POSITION OF PERSON SPOKEN WITH: Secretary

SUMMARY OF CONVERSATION: Called Dr. Dickson's office. Again spoke with Daisy. Call back number left for provider. No return call was received.

**SUMMARY OF MEDICAL DOCUMENTATION**

All of the records were reviewed in their entirety. I will summarize those portions of the records received that have relevance to the questions and time frame identified for this review and within the scope of my Orthopaedic Surgery expertise.

OPERATIVE REPORTS
- 5/27/2020 Henry Blum, MD (Orthopedics) 1. Right total knee arthroplasty utilizing Press-Fit size 4 Triathlon femoral component, size 4 tibial component with a 9-mm cruciate substituting polyethylene and 35 mm patella. 2. CT scan interpretation, right lower extremity to visualize the hip center, knee center and ankle center and visualized osteophytes and for planning with the MAKO software.
- 6/9/2020 Henry Blum, MD (Orthopedics) Right knee irrigation and debridement and revision polyethylene exchange placing a size 4, 9-mm cruciate substituting insert.
- 7/1/2020 Kyle Dickson-Farr, MD (Orthopedics) Aspiration right total knee joint.

DIAGNOSTICS
- 11/25/2020 CT right knee-impression: 1. Total knee prosthesis without loosening or periprosthetic fracture within limits of streak metal artifact. 2. Moderate joint effusion with 4 mm thick synovial borders suggesting chronic inflammation. 3. Nonspecific increased density soft tissue deep to the patellar tendon that limits assessment of the tendon.

PHYSICIAN OFFICE NOTES
- 5/4/2020 Henry Blum, MD (Orthopedics) Right knee pain with history of lumbar disease and sciatica. X-rays show varus alignment, severe degenerative changes medial compartment, mild patellofemoral degenerative changes. Right knee arthritis. Recommend total knee arthroplasty and the patient would like to proceed.

- 6/8/2020 Henry Blum, MD (Orthopedics) Still has waves of pain and "fever" temp max 99.8. Status post right total knee replacement. Possible infection right total knee. X-ray right knee shows acceptable alignment total joint arthroplasty with no evidence of hardware failure or loss of reduction. Plan to start Gabapentin, 300 mg, Sedimentation rate ordered and CRP.
- 7/13/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Will send him to physical therapy or may do home exercises to gain more flexion. Follow up in one month.
- 8/21/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Will write for more therapy. Will check his labs and let him know what results are. Follow up 12/11/2020 at which point will get x-rays.
- 11/10/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. No evidence of loosening on x-rays, although may be a line on the superior phalanges, but otherwise good interface. Would like to get allergy testing on his knee. Would like him to try biking. Pennsaid recommended. CT right knee ordered to evaluate alignment. Would like him to see a rheumatologist. Follow up in one month.
- 12/20/2020 Abdelnaser Elkhalili, MD (Rheumatology) Second opinion right knee, possible arthritis. Inflammatory polyarthropathy and right knee pain. Start prednisone 10 mg. Labs ordered. Follow up 1/2021.
- 12/21/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Prednisone from rheumatology did not change anything. All lab values were normal, so likely no autoimmune disease. Going to get allergy testing from the rheumatologist to rule out nickel or poly inflammation. May be a degree of tendinitis caused by the allergy or stress on it. He is going to try 8 weeks of no stress on it, take Mobic and do Voltaren cream. Basic knee wrap and ice every night. Follow up in February.
- 2/22/2021 Kyle Dickson, MD (Orthopedics) Increased pain and redness right total knee. Will see him back in 2 months. Sending him to an allergist to see if there is something more like an antihistamine that may work. He will decide about whether or not he can tolerate or if he wants a revision. Follow up in 2 months.
- 3/10/2021 Vikas Subhash Kancherla MD (Allergy and immunology) Height: 64 inches. Weight: 136 pounds. Contact dermatitis due to metals, Allergic pollen rhinitis. Follow up for patch testing.
- 4/20/2021 Kyle Dickson, MD (Orthopedics) Increased pain and redness right total knee. Start Neurontin 300 mg. Sent for physical therapy. Going to get allergy testing and metal testing. Likely end up recommending revision to prosthesis without nickel. Will wait at least a year from his surgery.
- 6/21/2021 Kyle Dickson, MD (Orthopedics) Painful right total knee done by Dr. Blum 6/9/2020. Seemed to be a nickel, iron and molybdenum allergy. He saw a rheumatologist and there did not seem to be autoimmune. Discussed Smith and Nephew revision when he no longer wants to wait. May take anti-inflammatories and Benadryl for the swelling. Up to him whether he wants to maintain nonsteroidal.
- 12/13/2021 Kyle Dickson, MD (Orthopedics) Right total knee done by Dr. Blum 6/9/2020 with increased pain and redness. He had a nickel allergy as well as iron. Did see rheumatology and they could not figure out any kind of autoimmune. Has anxiety, restless leg syndrome. X-rays show no acute changes. Recommend aspiration with Synovasure and will talk about revision to a knee that does not have nickel.

- 12/15/2021 Salim Gopalani MD (Internal Medicine) Multiple knee infections 18 months after knee replacement. Pain in right knee and artificial joint presence stable. Also history of restless leg syndrome, neck pain, bacterial arthritis. Follow up in 3 months.

PHYSICAL THERAPY

- Sterling Physical Therapy 5/27/2020, 9/2/2020, 9/8/2020, 9/10/2020, 9/15/2020, 9/18/2020, 9/24/2020, 9/25/2020, 9/29/2020, 10/5/2020, 10/7/2020, 10/12/2020, 10/15/2020, 10/16/2020, 10/20/2020, 10/22/2020, 10/26/2020, 10/28/2020, 11/2/2020, 11/5/2020, 11/10/2020, 11/11/2020, 11/16/2020, 11/18/2020, 11/23/2020, 4/7/2021, 4/29/2021, 5/20/2021, 5/25/2021, 5/27/2021, 5/29/2021, 6/3/2021, 12/27/2021

MISC

- Clinical Review Memo, PM&R. Shipla Kasuganti, MD (Physical Medicine and Rehabilitation) 9/9/2021
- Restrictions Form 6/28/2021 Restrictions: Pain knee and swelling after surgery, not able to bend or move. Gets tired and fatigued with slight walk. Imposed from 6/2020. Permanent.
- Activities Questionnaire 8/27/2020
- Training, Education and Experience 8/27/2020
- Restrictions Form 7/21/2020 Restrictions: None listed. Imposed from 5/27 to present.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses include:

*right total knee arthroplasty, Z96.653
*osteoarthritis of the knee, M17.10
*right knee infection, T84.53XA

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses noted.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - beyond 9/10/21 to - beyond 9/10/21 (same date), and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to - beyond 9/10/21 (same date).

The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision

of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with Synovasure and will proceed with revision surgery with prosthesis that does not have nickel.

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence:

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.
May work in a full time sustained capacity while working within the above noted restrictions and imitations.
Restrictions will remain until revision surgery is completed.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

**4. Do medical records support any R&Ls that were recommended by treating providers for the time frames in question?**

Yes. The medical records do support restrictions and limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

Treatment has been appropriate and within the stated guidelines.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No. There were none noted.

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Kyle Dickson (713) 800 1080 F (713) 800-1081**
**When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond 9/10/21. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. *If you did not reach the provider after 2 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

Contact with the treating provider was unsuccessful. Please see call log for details.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Balint, D.O.
Board Certified: American Board of Orthopaedic Surgery
Indiana State Medical Association
American Osteopathic Academy of Orthopedics

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, February 24, 2022 12:01:08 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan |
| Attachments: | h8ibyzlyl8o5rgmct4oz_12243798.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5709

February 24, 2022

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the PRA Health Sciences Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy beyond September 10, 2021.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the new medical review and letter sent to your attending, which is new or additional evidence in connection with your appeal. To date, we have not received a response back from Dr. Dickson. We apologize for the delay in getting these to you, we only just received them today. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or March 16, 2022, we will proceed with making a determination on your appeal. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by March 16, 2022, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act. Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Berry
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16391
Secure Fax No.: (603) 334-5709

Attachments: 10420268-MEDICAL-CORRESPONDENCE-01.17.2022
10420268-MEDICAL-CP/PEER REVIEW-01.27.2022

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

1/17/2022

Kyle Dickson
Re: GHOUS W KHAN

Hello Dr. Kyle Dickson,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Christopher R Balint, DO, regarding your patient, referenced above. In lieu of a teleconference, Christopher R Balint, DO has provided the following questions:

What functional limits have you currently assigned?
What is current diagnosis?
What objective evidence (scans, films, nerve testing, functional capacity testing, etc.) support restrictions assessed?
What objective evidence will be needed to modify these limits and when/how will this additional objective evidence be obtained?

**Summary of findings:**
Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to present and beyond.

The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with synovassure and will proceed with revision surgery with prosthesis that does not have nickel.

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence. Restrictions will remain until revision surgery is completed.

MLS Group of Companies, LLC
MLS National Medical Evaluation Services

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.

May work in a full time sustained capacity while working within the above noted restrictions and imitations.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

Please fax or email your response by 10/28/2020 to 248-356-6757 or cgratowski@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Cheryl Gratowski
Peer Review Services
MLS Group of Companies, LLC

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

1/27/2022

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | GHOUS W KHAN |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Berry, Stephanie |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10420268 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 10/13/21-01/06/22 |
| Progress notes | Clear lake Arthritis Clinic | 12/01/20 |
| Progress notes | S. Gopaini, MD | 10/29/20-12/15/21 |
| Progress notes | Houston Methodist Hospital | 06/29/20-07/05/20 |
| Progress notes | V. Kancherla, MD | 03/10/21 |
| Progress notes | Memorial Hermann | 05/27/20-06/29/20 |
| Progress notes | Southwest Orthopedic Group | 06/30/20-12/13/21 |
| Progress notes | UT Physicians | 05/04/20-06/09/20 |
| PT | Sterling Physical Therapy & Wellness | 09/02/20-12/27/21 |
| UR Report | S. Kasuganti, MD | 09/03/21 |
| CT | Global Imaging | 11/25/20 |
| Lab | CD Laboratories | 07/01/20 |
| Lab | Orthopedic Analysis | 02/04/21 |
| Lab | Quest Diagnostics | 12/01/20 |
| Job | Pra Health Sciences | 08/01/17 |
| Misc | | 01/01/17-01/07/22 & undated |
| ROI | | 08/27/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Kyle Dickson
2) DATE: 1/13/2022

3) TIME: 12:21 PM CT
4) PERSON SPOKEN WITH: Daisy
5) POSITION OF PERSON SPOKEN WITH: Secretary

SUMMARY OF CONVERSATION: Called Dr. Dickson's office. Purpose of call and call back information left for provider. Claimant was last seen on 12/13/2021 and has no follow up in place. Fax is 713-800-1081

TELECONFERENCE #2:
1) AP NAME: Kyle Dickson
2) DATE: 1/14/2022
3) TIME: 1:22 PM CT
4) PERSON SPOKEN WITH: Daisy
5) POSITION OF PERSON SPOKEN WITH: Secretary

SUMMARY OF CONVERSATION: Called Dr. Dickson's office. Again spoke with Daisy. Call back number left for provider. No return call was received.

**SUMMARY OF MEDICAL DOCUMENTATION**

All of the records were reviewed in their entirety. I will summarize those portions of the records received that have relevance to the questions and time frame identified for this review and within the scope of my Orthopaedic Surgery expertise.

OPERATIVE REPORTS
- 5/27/2020 Henry Blum, MD (Orthopedics) 1. Right total knee arthroplasty utilizing Press-Fit size 4 Triathlon femoral component, size 4 tibial component with a 9-mm cruciate substituting polyethylene and 35 mm patella. 2. CT scan interpretation, right lower extremity to visualize the hip center, knee center and ankle center and visualized osteophytes and for planning with the MAKO software.
- 6/9/2020 Henry Blum, MD (Orthopedics) Right knee irrigation and debridement and revision polyethylene exchange placing a size 4, 9-mm cruciate substituting insert.
- 7/1/2020 Kyle Dickson-Farr, MD (Orthopedics) Aspiration right total knee joint.

DIAGNOSTICS
- 11/25/2020 CT right knee-impression: 1. Total knee prosthesis without loosening or periprosthetic fracture within limits of streak metal artifact. 2. Moderate joint effusion with 4 mm thick synovial borders suggesting chronic inflammation. 3. Nonspecific increased density soft tissue deep to the patellar tendon that limits assessment of the tendon.

PHYSICIAN OFFICE NOTES
- 5/4/2020 Henry Blum, MD (Orthopedics) Right knee pain with history of lumbar disease and sciatica. X-rays show varus alignment, severe degenerative changes medial compartment, mild patellofemoral degenerative changes. Right knee arthritis. Recommend total knee arthroplasty and the patient would like to proceed.

- 6/8/2020 Henry Blum, MD (Orthopedics) Still has waves of pain and "fever" temp max 99.8. Status post right total knee replacement. Possible infection right total knee. X-ray right knee shows acceptable alignment total joint arthroplasty with no evidence of hardware failure or loss of reduction. Plan to start Gabapentin, 300 mg, Sedimentation rate ordered and CRP.
- 7/13/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Will send him to physical therapy or may do home exercises to gain more flexion. Follow up in one month.
- 8/21/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Will write for more therapy. Will check his labs and let him know what results are. Follow up 12/11/2020 at which point will get x-rays.
- 11/10/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. No evidence of loosening on x-rays, although may be a line on the superior phalanges, but otherwise good interface. Would like to get allergy testing on his knee. Would like him to try biking. Pennsaid recommended. CT right knee ordered to evaluate alignment. Would like him to see a rheumatologist. Follow up in one month.
- 12/20/2020 Abdelnaser Elkhalili, MD (Rheumatology) Second opinion right knee, possible arthritis. Inflammatory polyarthropathy and right knee pain. Start prednisone 10 mg. Labs ordered. Follow up 1/2021.
- 12/21/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Prednisone from rheumatology did not change anything. All lab values were normal, so likely no autoimmune disease. Going to get allergy testing from the rheumatologist to rule out nickel or poly inflammation. May be a degree of tendinitis caused by the allergy or stress on it. He is going to try 8 weeks of no stress on it, take Mobic and do Voltaren cream. Basic knee wrap and ice every night. Follow up in February.
- 2/22/2021 Kyle Dickson, MD (Orthopedics) Increased pain and redness right total knee. Will see him back in 2 months. Sending him to an allergist to see if there is something more like an antihistamine that may work. He will decide about whether or not he can tolerate or if he wants a revision. Follow up in 2 months.
- 3/10/2021 Vikas Subhash Kancherla MD (Allergy and immunology) Height: 64 inches. Weight: 136 pounds. Contact dermatitis due to metals, Allergic pollen rhinitis. Follow up for patch testing.
- 4/20/2021 Kyle Dickson, MD (Orthopedics) Increased pain and redness right total knee. Start Neurontin 300 mg. Sent for physical therapy. Going to get allergy testing and metal testing. Likely end up recommending revision to prosthesis without nickel. Will wait at least a year from his surgery.
- 6/21/2021 Kyle Dickson, MD (Orthopedics) Painful right total knee done by Dr. Blum 6/9/2020. Seemed to be a nickel, iron and molybdenum allergy. He saw a rheumatologist and there did not seem to be autoimmune. Discussed Smith and Nephew revision when he no longer wants to wait. May take anti-inflammatories and Benadryl for the swelling. Up to him whether he wants to maintain nonsteroidal.
- 12/13/2021 Kyle Dickson, MD (Orthopedics) Right total knee done by Dr. Blum 6/9/2020 with increased pain and redness. He had a nickel allergy as well as iron. Did see rheumatology and they could not figure out any kind of autoimmune. Has anxiety, restless leg syndrome. X-rays show no acute changes. Recommend aspiration with Synovasure and will talk about revision to a knee that does not have nickel.

- 12/15/2021 Salim Gopalani MD (Internal Medicine) Multiple knee infections 18 months after knee replacement. Pain in right knee and artificial joint presence stable. Also history of restless leg syndrome, neck pain, bacterial arthritis. Follow up in 3 months.

PHYSICAL THERAPY

- Sterling Physical Therapy 5/27/2020, 9/2/2020, 9/8/2020, 9/10/2020, 9/15/2020, 9/18/2020, 9/24/2020, 9/25/2020, 9/29/2020, 10/5/2020, 10/7/2020, 10/12/2020, 10/15/2020, 10/16/2020, 10/20/2020, 10/22/2020, 10/26/2020, 10/28/2020, 11/2/2020, 11/5/2020, 11/10/2020, 11/11/2020, 11/16/2020, 11/18/2020, 11/23/2020, 4/7/2021, 4/29/2021, 5/20/2021, 5/25/2021, 5/27/2021, 5/29/2021, 6/3/2021, 12/27/2021

MISC

- Clinical Review Memo, PM&R. Shipla Kasuganti, MD (Physical Medicine and Rehabilitation) 9/9/2021
- Restrictions Form 6/28/2021 Restrictions: Pain knee and swelling after surgery, not able to bend or move. Gets tired and fatigued with slight walk. Imposed from 6/2020. Permanent.
- Activities Questionnaire 8/27/2020
- Training, Education and Experience 8/27/2020
- Restrictions Form 7/21/2020 Restrictions: None listed. Imposed from 5/27 to present.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses include:

*right total knee arthroplasty, Z96.653
*osteoarthritis of the knee, M17.10
*right knee infection, T84.53XA

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses noted.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - beyond 9/10/21 to - beyond 9/10/21 (same date), and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to - beyond 9/10/21 (same date).

The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision

of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with Synovasure and will proceed with revision surgery with prosthesis that does not have nickel.

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence:

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.
May work in a full time sustained capacity while working within the above noted restrictions and imitations.
Restrictions will remain until revision surgery is completed.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

**4. Do medical records support any R&Ls that were recommended by treating providers for the time frames in question?**

Yes. The medical records do support restrictions and limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

Treatment has been appropriate and within the stated guidelines.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No. There were none noted.

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Kyle Dickson (713) 800 1080 F (713) 800-1081**
**When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond 9/10/21. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. *If you did not reach the provider after 2 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

Contact with the treating provider was unsuccessful. Please see call log for details.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Balint, D.O.
Board Certified: American Board of Orthopaedic Surgery
Indiana State Medical Association
American Osteopathic Academy of Orthopedics

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**From:**Julie Callison <JCallison@mlsgroupllc.com>
**Sent:**Thu, 24 Feb 2022 16:57:49 +0000
**To:**Berry, Stephanie
**Subject:**FW: MLSr case - 10420268 ID: MLS 122642 Requesting fee approval

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Stephanie!

I just received the email below.
I looked back at this case and it looks like the invoice did not generate at the time I completed the report and I completely forgot to go back and submit them both to you via email.
I am so very sorry and apologize for the confusion and inconvenience. ☹

Is there something I can do on my end to correct this?
Please feel free to call me if this would be easier to discuss over the phone.

**Julie Callison, RN, BSN**
Clinical Quality Assurance Coordinator

Group of Companies, LLC

(F) 815-713-8370
(E) jcallison@mlsgroupllc.com

---

**From:** Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Sent:** Thursday, February 24, 2022 10:49 AM
**To:** Julie Callison <JCallison@mlsgroupllc.com>
**Subject:** FW: MLSr case - 10420268 ID: MLS 122642 Requesting fee approval

Julie, See client request below

Cheryl Gratowski
Peer Review Coordinator

MLS Group of Companies, LLC

20750 Civic Center Dr. Suite 600

Southfield, MI, 48076

www.mlsgroupllc.com

Office: 248-945-9001 x165946
Direct: 248-728-2946
Fax: 248-356-6757
Email: cgratowski@mlsgroupllc.com

Connect on LinkedIn

---

**From:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Sent:** Thursday, February 24, 2022 11:42 AM
**To:** Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Subject:** MLSr case - 10420268 ID: MLS 122642 Requesting fee approval

Do you have email from when report originally sent to Lincoln. Trying to track down what happened that it didn't get added to claim.

Thank you,



**Stephanie Berry**
(she/her/hers)
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly

prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

nd any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Sent:**Thu, 24 Feb 2022 15:26:17 +0000
**To:**Berry, Stephanie
**Subject:**RE: MLSr case - 10420268 ID: MLS 122642 Requesting fee approval
**Attachments:**Fax Sent to ToDrDickson at 917138001081 - Successfully.pdf, Khan- question for Dr Dickson.pdf, Invoice_122642-1_v1.pdf

Stephanie, Please find the requested items attached

Cheryl Gratowski
Peer Review Coordinator

MLS Group of Companies, LLC
20750 Civic Center Dr. Suite 600
Southfield, MI, 48076

www.mlsgroupllc.com

Office: 248-945-9001 x165946
Direct: 248-728-2946
Fax: 248-356-6757
Email: cgratowski@mlsgroupllc.com

Connect on LinkedIn

---

**From:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Sent:** Thursday, February 24, 2022 10:12 AM
**To:** Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Subject:** RE: MLSr case - 10420268 ID: MLS 122642 Requesting fee approval

Can you send me the peer inquiry letter(s), fax confirmation(s) and invoice as well? None of it made it to the claim.

Thank you,

**Stephanie Berry**
(she/her/hers)
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Sent:** Thursday, February 24, 2022 10:08 AM
**To:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Subject:** RE: MLSr case - 10420268 ID: MLS 122642 Requesting fee approval

Stephan, The report was delivered on 1/27. Please find the report attached

Cheryl Gratowski
Peer Review Coordinator

MLS Group of Companies, LLC

20750 Civic Center Dr. Suite 600
Southfield, MI, 48076

www.mlsgroupllc.com

Office: 248-945-9001 x165946
Direct: 248-728-2946
Fax: 248-356-6757

Email: cgratowski@mlsgroupllc.com

Connect on Linked in

**From:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Sent:** Thursday, February 24, 2022 10:02 AM
**To:** Cheryl Gratowski <CGratowski@mlsgroupllc.com>
**Subject:** RE: MLSr case - 10420268 ID: MLS 122642 Requesting fee approval

Good morning. What is the status of this review? I haven't received the report yet.

Thank you,

**Stephanie Berry**
(she/her/hers)
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Berry, Stephanie
**Sent:** Tuesday, January 11, 2022 12:30 PM

**To:** 'cgratowski@mlsgroupllc.com' <cgratowski@mlsgroupllc.com>
**Subject:** RE: MLSr case - 10420268 ID: MLS# 122642 Requesting fee approval

yes

**Stephanie Berry**
Specialist, Claims
GP Claims
888-437-7611 ex. 16391 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** cgratowski@mlsgroupllc.com <cgratowski@mlsgroupllc.com>
**Sent:** Tuesday, January 11, 2022 11:42 AM
**To:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Subject:** MLSr case - 10420268 ID: MLS# 122642 Requesting fee approval

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Stephanie, Please advise me if the fee of $1680 is approved for this case

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to

which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DisabilityDocuments
**Sent:** Thursday, February 24, 2022 3:03 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, February 24, 2022 8:01:39 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fw: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Subject:** Re: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

Dear Ms. Berry,

Thank you so much for the prompt response to my email. I appreciate and agree with the R&Ls suggested by Dr. Dickson and Board of Experts from LGG, but would like to provide my personal experience about the activities and feelings, (though subjective) regarding the below listed suggestions:

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,

After lifting the above weight categories, there is an increase in the intensity of pain, joint swelling, tingling sensations in the muscles above the kneecap, and tenderness with puffiness on both the sides at the knee cap level. This symptom starts after 3-4 hours of the activity and lasts for about a day or so. I repeatedly mentioned this to my orthopedic surgeon, PCP, and Physical Therapy provider.

*no restrictions on reaching at waist level, above shoulder level or below waist level,

*no restrictions on sitting,

While sitting, if my knee touched anything hard, there was an intense pain at the point of contact lasting for 3-4 minutes.

*may stand for 20 minutes per hour, up to two hours per shift,

This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.

*may walk for 20 minutes per hour, up to two hours per shift

This activity results in dull pain and slight swelling in the knee joint after some time and lasts for about 6-8 hours.

In the light of the suggestions provided by my healthcare providers and LFG review board, it is an established fact that because of the limitations; I was reluctant to take any responsibility which I thought I may not fulfil. Even with these limitations, I'm determined to resume my work as soon as I'm able to. I'm spending my time in enhancing my knowledge to match the requirements for any suitable job which I can perform with fewer restrictions and less stress.

I'll provide any new information available as soon as I receive from my PCP of Physical Therapist. Please let me know if you have questions. I look forward to receiving a favorable decision about my claim.

Sincerely,
Ghous Khan

**From:** LFGNotifications@LFG.com <LFGNotifications@LFG.com>
**Sent:** Thursday, February 24, 2022 11:01 AM
**To:** <
**Subject:** [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DisabilityDocuments
**Sent:** Wednesday, February 23, 2022 2:15 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan <
**Sent:** Wednesday, February 23, 2022 7:14:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Becky.Averill@lfg.com <Becky.Averill@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>; Ghous Khan <
**Subject:** Re: Claim No. 10420268_request for appeal review

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear, Ms. Averill,

I hope you are doing fine. Regarding the letter received dated 03/Jan/2022l for claim # 10420268 in response to my appeal filed on 31/December/2021, I would like to know the status of my claim since it's been 54 days since filing the appeal.

Under the Employee Retirement Income Security Act, I expected a written notification about the decision within 45 days from the date (31/Dec/2021) I request a review. I understand the circumstances which, based on the Social Security Disability Insurance decision which I had applied through Brown and Brown as per your request and had my MD evaluation completed on 24/Jan/2022.

Earlier, I had mentioned that I hadn't been able to start my work due to the difficulties I'm facing because of my knee implant metal allergies. I hoped to have my case evaluated by Lincoln Financial's board of experts, but it seems like it is based on the SSDI's decision.

I, therefore, request you to please consider my case based on my disability and financial difficulties to my family. If you need any information or have questions, please let me know. I look forward to hearing from you soon.

Sincerely,
Ghous Khan

---

**From:** Ghous Khan
**Sent:** Thursday, December 30, 2021 11:07 PM
**To:** Becky.Averill@lfg.com <Becky.Averill@lfg.com>; DisabilityDocuments

<DisabilityDocuments@lfg.com>
**Subject:** Claim No. 10420268_request for appeal review

Ms. Averill,

I hope you are doing well. I am writing to request a review of my long-term disability benefits closure dated 11 September 2021. During our phone conversation on 12 November 2021, I had informed that I'm still having knee pain and swelling, due to which I'm unable to resume my work. It was your kind advice that I submit the doctor's evaluation and clinic notes after I follow up with my doctors.

I had my follow-up visit with my PCP and a review of my knee status from my orthopedic surgeon, the clinic notes of which I'm attaching for your review. After the denial of my long-term disability benefits on 11 September, I had a tough time because of no job and knee disability. Carrying some weight, walking, standing or even sitting for long periods aggravates my knee pain.

I have been applying for an office-based or remote job, but because of the lack of skills and experience, I could not succeed as I have worked in clinical research for over 20 years, travelling to the research sites which are mostly out of town. But, during the period I stayed home, I spent my time in continuing education and in completing the courses, which could help me find a local job. But, the nickel allergy, which is permanent and is part of my implant, has made me handicapped. So, I request the learned review committee to please consider the continuation of my long-term disability benefits. I'll appreciate your help.

The documents attached are:

Clinic notes from Dr. Dickson - 12.13.2021
Clinic notes from Dr. Dickson - 6.21.2021
Clinic notes from Dr. Gopalani - 12.15.2021
Sterling Physical Therapy evaluation notes - 12.27.2021 (5 documents)
Metal allergy report - 2.5.2021

Please let me know if you have questions or need any other documents.

Sincerely,
Ghous Khan

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

1/27/2022

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | GHOUS W KHAN |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Berry, Stephanie |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10420268 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 10/13/21-01/06/22 |
| Progress notes | Clear lake Arthritis Clinic | 12/01/20 |
| Progress notes | S. Gopaini, MD | 10/29/20-12/15/21 |
| Progress notes | Houston Methodist Hospital | 06/29/20-07/05/20 |
| Progress notes | V. Kancherla, MD | 03/10/21 |
| Progress notes | Memorial Hermann | 05/27/20-06/29/20 |
| Progress notes | Southwest Orthopedic Group | 06/30/20-12/13/21 |
| Progress notes | UT Physicians | 05/04/20-06/09/20 |
| PT | Sterling Physical Therapy & Wellness | 09/02/20-12/27/21 |
| UR Report | S. Kasuganti, MD | 09/03/21 |
| CT | Global Imaging | 11/25/20 |
| Lab | CD Laboratories | 07/01/20 |
| Lab | Orthopedic Analysis | 02/04/21 |
| Lab | Quest Diagnostics | 12/01/20 |
| Job | Pra Health Sciences | 08/01/17 |
| Misc | | 01/01/17-01/07/22 & undated |
| ROI | | 08/27/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Kyle Dickson
2) DATE: 1/13/2022

3) TIME: 12:21 PM CT
4) PERSON SPOKEN WITH: Daisy
5) POSITION OF PERSON SPOKEN WITH: Secretary

SUMMARY OF CONVERSATION: Called Dr. Dickson's office. Purpose of call and call back information left for provider. Claimant was last seen on 12/13/2021 and has no follow up in place. Fax is 713-800-1081

TELECONFERENCE #2:
1) AP NAME: Kyle Dickson
2) DATE: 1/14/2022
3) TIME: 1:22 PM CT
4) PERSON SPOKEN WITH: Daisy
5) POSITION OF PERSON SPOKEN WITH: Secretary

SUMMARY OF CONVERSATION: Called Dr. Dickson's office. Again spoke with Daisy. Call back number left for provider. No return call was received.

**<u>SUMMARY OF MEDICAL DOCUMENTATION</u>**

All of the records were reviewed in their entirety. I will summarize those portions of the records received that have relevance to the questions and time frame identified for this review and within the scope of my Orthopaedic Surgery expertise.

OPERATIVE REPORTS
- 5/27/2020 Henry Blum, MD (Orthopedics) 1. Right total knee arthroplasty utilizing Press-Fit size 4 Triathlon femoral component, size 4 tibial component with a 9-mm cruciate substituting polyethylene and 35 mm patella. 2. CT scan interpretation, right lower extremity to visualize the hip center, knee center and ankle center and visualized osteophytes and for planning with the MAKO software.
- 6/9/2020 Henry Blum, MD (Orthopedics) Right knee irrigation and debridement and revision polyethylene exchange placing a size 4, 9-mm cruciate substituting insert.
- 7/1/2020 Kyle Dickson-Farr, MD (Orthopedics) Aspiration right total knee joint.

DIAGNOSTICS
- 11/25/2020 CT right knee-impression: 1. Total knee prosthesis without loosening or periprosthetic fracture within limits of streak metal artifact. 2. Moderate joint effusion with 4 mm thick synovial borders suggesting chronic inflammation. 3. Nonspecific increased density soft tissue deep to the patellar tendon that limits assessment of the tendon.

PHYSICIAN OFFICE NOTES
- 5/4/2020 Henry Blum, MD (Orthopedics) Right knee pain with history of lumbar disease and sciatica. X-rays show varus alignment, severe degenerative changes medial compartment, mild patellofemoral degenerative changes. Right knee arthritis. Recommend total knee arthroplasty and the patient would like to proceed.

- 6/8/2020 Henry Blum, MD (Orthopedics) Still has waves of pain and "fever" temp max 99.8. Status post right total knee replacement. Possible infection right total knee. X-ray right knee shows acceptable alignment total joint arthroplasty with no evidence of hardware failure or loss of reduction. Plan to start Gabapentin, 300 mg, Sedimentation rate ordered and CRP.
- 7/13/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Will send him to physical therapy or may do home exercises to gain more flexion. Follow up in one month.
- 8/21/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Will write for more therapy. Will check his labs and let him know what results are. Follow up 12/11/2020 at which point will get x-rays.
- 11/10/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. No evidence of loosening on x-rays, although may be a line on the superior phalanges, but otherwise good interface. Would like to get allergy testing on his knee. Would like him to try biking. Pennsaid recommended. CT right knee ordered to evaluate alignment. Would like him to see a rheumatologist. Follow up in one month.
- 12/20/2020 Abdelnaser Elkhalili, MD (Rheumatology) Second opinion right knee, possible arthritis. Inflammatory polyarthropathy and right knee pain. Start prednisone 10 mg. Labs ordered. Follow up 1/2021.
- 12/21/2020 Kyle Dickson, MD (Orthopedics) Painful right total knee. Prednisone from rheumatology did not change anything. All lab values were normal, so likely no autoimmune disease. Going to get allergy testing from the rheumatologist to rule out nickel or poly inflammation. May be a degree of tendinitis caused by the allergy or stress on it. He is going to try 8 weeks of no stress on it, take Mobic and do Voltaren cream. Basic knee wrap and ice every night. Follow up in February.
- 2/22/2021 Kyle Dickson, MD (Orthopedics) Increased pain and redness right total knee. Will see him back in 2 months. Sending him to an allergist to see if there is something more like an antihistamine that may work. He will decide about whether or not he can tolerate or if he wants a revision. Follow up in 2 months.
- 3/10/2021 Vikas Subhash Kancherla MD (Allergy and immunology) Height: 64 inches. Weight: 136 pounds. Contact dermatitis due to metals, Allergic pollen rhinitis. Follow up for patch testing.
- 4/20/2021 Kyle Dickson, MD (Orthopedics) Increased pain and redness right total knee. Start Neurontin 300 mg. Sent for physical therapy. Going to get allergy testing and metal testing. Likely end up recommending revision to prosthesis without nickel. Will wait at least a year from his surgery.
- 6/21/2021 Kyle Dickson, MD (Orthopedics) Painful right total knee done by Dr. Blum 6/9/2020. Seemed to be a nickel, iron and molybdenum allergy. He saw a rheumatologist and there did not seem to be autoimmune. Discussed Smith and Nephew revision when he no longer wants to wait. May take anti-inflammatories and Benadryl for the swelling. Up to him whether he wants to maintain nonsteroidal.
- 12/13/2021 Kyle Dickson, MD (Orthopedics) Right total knee done by Dr. Blum 6/9/2020 with increased pain and redness. He had a nickel allergy as well as iron. Did see rheumatology and they could not figure out any kind of autoimmune. Has anxiety, restless leg syndrome. X-rays show no acute changes. Recommend aspiration with Synovasure and will talk about revision to a knee that does not have nickel.

- 12/15/2021 Salim Gopalani MD (Internal Medicine) Multiple knee infections 18 months after knee replacement. Pain in right knee and artificial joint presence stable. Also history of restless leg syndrome, neck pain, bacterial arthritis. Follow up in 3 months.

PHYSICAL THERAPY

- Sterling Physical Therapy 5/27/2020, 9/2/2020, 9/8/2020, 9/10/2020, 9/15/2020, 9/18/2020, 9/24/2020, 9/25/2020, 9/29/2020, 10/5/2020, 10/7/2020, 10/12/2020, 10/15/2020, 10/16/2020, 10/20/2020, 10/22/2020, 10/26/2020, 10/28/2020, 11/2/2020, 11/5/2020, 11/10/2020, 11/11/2020, 11/16/2020, 11/18/2020, 11/23/2020, 4/7/2021, 4/29/2021, 5/20/2021, 5/25/2021, 5/27/2021, 5/29/2021, 6/3/2021, 12/27/2021

MISC

- Clinical Review Memo, PM&R. Shipla Kasuganti, MD (Physical Medicine and Rehabilitation) 9/9/2021
- Restrictions Form 6/28/2021 Restrictions: Pain knee and swelling after surgery, not able to bend or move. Gets tired and fatigued with slight walk. Imposed from 6/2020. Permanent.
- Activities Questionnaire 8/27/2020
- Training, Education and Experience 8/27/2020
- Restrictions Form 7/21/2020 Restrictions: None listed. Imposed from 5/27 to present.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses include:

*right total knee arthroplasty, Z96.653
*osteoarthritis of the knee, M17.10
*right knee infection, T84.53XA

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses noted.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - beyond 9/10/21 to - beyond 9/10/21 (same date), and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to - beyond 9/10/21 (same date).

The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision

of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with Synovasure and will proceed with revision surgery with prosthesis that does not have nickel.

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence:

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.
May work in a full time sustained capacity while working within the above noted restrictions and imitations.
Restrictions will remain until revision surgery is completed.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

**4. Do medical records support any R&Ls that were recommended by treating providers for the time frames in question?**

Yes. The medical records do support restrictions and limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

Treatment has been appropriate and within the stated guidelines.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No. There were none noted.

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Kyle Dickson (713) 800 1080 F (713) 800-1081**
**When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond 9/10/21. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. *If you did not reach the provider after 2 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

Contact with the treating provider was unsuccessful. Please see call log for details.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Balint, D.O.
Board Certified: American Board of Orthopaedic Surgery
Indiana State Medical Association
American Osteopathic Academy of Orthopedics

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Invoice** **122642-1**

**Date of Invoice** 1/27/2022

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Stephanie Berry

**Case ID:** 10420268
**Referral ID:** 122642
**Name:** GHOUS W KHAN
**Employer:**
**Physician:** Christopher Balint
**Specialty:** Orthopaedic Surgery
**Svc Date:** 1/27/2022

| Item | Rate |
|---|---|
| Peer Review | $1680.00 |

| | |
|---|---|
| **Invoice Total** | $1680.00 |
| **Tax Total** | 0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $1680.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

| | |
|---|---|
| **From:** | fax@examworks.com |
| **To:** | Cheryl Gratowski |
| **Subject:** | Fax Sent to ToDrDickson at 917138001081 - Successfully |
| **Date:** | Monday, January 17, 2022 11:58:45 AM |
| **Attachments:** | 1F45C4E4-3ACE-[redacted]D-56270-OF.pdf |

Time Sent : Monday, January 17, 2022 at 11:58:34 AM Eastern Standard Time
Pages Sent : 3
Duration : 134
Remote CSID :
Destination : 917138001081
Subject : Questions to be addressed

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

1/17/2022

Kyle Dickson
Re: GHOUS W KHAN

Hello Dr. Kyle Dickson,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Christopher R Balint, DO, regarding your patient, referenced above. In lieu of a teleconference, Christopher R Balint, DO has provided the following questions:

What functional limits have you currently assigned?
What is current diagnosis?
What objective evidence (scans, films, nerve testing, functional capacity testing, etc.) support restrictions assessed?
What objective evidence will be needed to modify these limits and when/how will this additional objective evidence be obtained?

**Summary of findings:**
Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, a functional impairment that translates into restrictions and limitations is supported from - beyond 9/10/21 to present and beyond.

The claimant is a 62 year old male who underwent right total knee arthroplasty on 05/27/2020. Has had multiple infections following. He had right knee irrigation and debridement and revision of polyethylene exchange on 06/09/2020 and had an aspiration on 07/01/2020. He continued to have redness and swelling in the right knee. He was referred to rheumatology for work up, and everything came back normal, no autoimmune conditions were noted. He then had allergy testing completed and it is noted that he has a nickel allergy. X-rays show hardware is in good position, no failure of hardware. Knee is stable. At last appointment, suggested aspiration with synovassure and will proceed with revision surgery with prosthesis that does not have nickel.

Based on the above clinical information, the following restrictions and limitations are medically necessary and supported by the objective medical evidence. Restrictions will remain until revision surgery is completed.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

*may lift, push, pull, carry 10# frequently, up to 20# occasionally,
*no restrictions on reaching at waist level, above shoulder level or below waist level,
*no restrictions on sitting,
*may stand for 20 minutes per hour, up to two hours per shift,
*may walk for 20 minutes per hour, up to two hours per shift,
*no climbing of ladders,
*occasional climbing of stairs,
*no kneeling, squatting, crawling, stooping or crouching,
*no restrictions on gripping, grasping, fingering, keying or fine manipulation.

May work in a full time sustained capacity while working within the above noted restrictions and imitations.

Based on review of the provided medical records, the following restrictions would be in place from 09/10/2021 until revision surgery completed. He will also need to have R/Ls for 6 months following revision surgery.

Please fax or email your response by 10/28/2020 to 248-356-6757 or cgratowski@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Cheryl Gratowski
Peer Review Services
MLS Group of Companies, LLC

**From:**Berry, Stephanie
**Sent:**Fri, 7 Jan 2022 14:53:14 +0000
**To:**ClaimsHOAdmin
**Subject:**FW: Urgent: Send Medicals to Peer Review Claim 10420268

VCP Referral – please provide the following for claim number(s) 9878561, 10420268 :

- All documents & letters in Doc List and Correspondence Link **excluding outgoing correspondence and invoices**

Please deliver information to: referrals@mls-ime.com

Best regards,



**Stephanie Berry**
Appeals Consultant
GP Claims

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 ex. 16391 Office
My secure fax: (603) 334-5709

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:** Thursday, January 6, 2022 11:56 AM

**To:** Berry, Stephanie <Stephanie.Berry@lfg.com>
**Subject:** Urgent: Send Medicals to Peer Review Claim 10420268

Your referral for claim number 10420268 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: MLS National Medical Evaluation (MLS)
- Email records to: referrals@mls-ime.com

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, January 3, 2022 11:14:22 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan |
| Attachments: | 5oth76tlcenua8pdviz1_11900150.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

January 3, 2022

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences' Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your LTD claim on December 31, 2021.

We understand that you do not intend to send further information to be reviewed as part of your appeal.

Consequently, your file is being forwarded to Lincoln's Appeal Review Unit for a full, and fair review. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed their review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II

Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

**From:** DisabilityDocuments
**Sent:** Friday, December 31, 2021 12:09 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 10420268_request for appeal review

---

**From:** Ghous Khan <
**Sent:** Friday, December 31, 2021 5:07:23 AM (UTC+00:00) Monrovia, Reykjavik
**To:** Becky.Averill@lfg.com <Becky.Averill@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 10420268_request for appeal review

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Averill,

I hope you are doing well. I am writing to request a review of my long-term disability benefits closure dated 11 September 2021. During our phone conversation on 12 November 2021, I had informed that I'm still having knee pain and swelling, due to which I'm unable to resume my work. It was your kind advice that I submit the doctor's evaluation and clinic notes after I follow up with my doctors.

I had my follow-up visit with my PCP and a review of my knee status from my orthopedic surgeon, the clinic notes of which I'm attaching for your review. After the denial of my long-term disability benefits on 11 September, I had a tough time because of no job and knee disability. Carrying some weight, walking, standing or even sitting for long periods aggravates my knee pain.

I have been applying for an office-based or remote job, but because of the lack of skills and experience, I could not succeed as I have worked in clinical research for over 20 years, travelling to the research sites which are mostly out of town. But, during the period I stayed home, I spent my time in continuing education and in completing the courses, which could help me find a local job. But, the nickel allergy, which is permanent and is part of my implant, has made me handicapped. So, I request the learned review committee to please consider the continuation of my long-term disability benefits. I'll appreciate your help.

The documents attached are:

Clinic notes from Dr. Dickson - 12.13.2021
Clinic notes from Dr. Dickson - 6.21.2021
Clinic notes from Dr. Gopalani - 12.15.2021

Sterling Physical Therapy evaluation notes - 12.27.2021 (5 documents)
Metal allergy report - 2.5.2021

Please let me know if you have questions or need any other documents.

Sincerely,
Ghous Khan
**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**

**GHOUS KHAN**
**DOB:**

**DOS: 12/13/2021**

**PERSONAL INS FOLLOW UP**

This is a 62 -year-old who had a total knee done by Dr. Blum on 6/9/2020 with increased pain and redness. On 9/2, we did an aspiration as well as PRC that turned out negative. There was a question maybe he had some cellulitis. We also did some allergy testing that had a nickel allergy as well as an iron. We did try some Voltaren that did not really make him any better, did see a rheumatologist and they could not figure out any type of autoimmune. We did get the OP report and it was a Mako knee and did get up to 1200 mg three times a day, but that did not really give him any benefit, so he still has that burning pain in the front of his knee. We also tried some physical therapy, kind of a Smith & Nephew with Oxinium knee to try to help with his allergy.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he has some GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung GI or endocrine.

**PHYSICAL EXAMINATION:** He has had normal sensation. Normal toe motion. 2+ dorsalis pedis. Skin is intact. About a two month history of pain, kind of on both sides of his joint space anteriorly with that burning pain and do not detect any instability at that point.

**RADIOGRAPHS:** So, looking at his x-rays from today and comparing them to those on 7/13/2020, I do not see anything different in terms of the prosthesis. No evidence of any acute changes. I cannot tell if it was just the rotational of it.

**ASSESSMENT AND PLAN:** So, at this point I think we are kind of not sure exactly what to do, but he really has not been able to go back to work, so I think it is worth putting him on for an aspiration with the Synovasure, but Tenisha is also going to reach out to the Aesculap person.

So, what we are going to do is we are going to try to get the aspiration with the Synovasure and then Aesculap is the one revision and we will talk to them about sending me some information on their knee, that does not have any nickel and at that point will go from there.

So, what we will do is we will get this to him afterwards and then will work on that date.

KYLE F. DICKSON M.D.

KFD/NJI/247289364

ORTHOPEDIC ANALYSIS

# Metal-LTT Analysis Report

**Panel 1**

| | | | | |
|---|---|---|---|---|
| **Report Date** | 2/15/2021 | | | |
| **Report Time** | 12:01 PM | **Sample Collected** | 2/4/2021 | 1:50 PM |
| **Patient ID** | 30370 | **Sample Received** | 2/5/2021 | 9:21 AM |
| **Report For** | **Khan, Ghous** | **DOB** | | |
| **Attending Physician** | **Dr. Dickson, Kyle** | **Gender** | 0 | |

| | |
|---|---|
| **Control cpm** | 969.7 |
| **Positive control (PHA) cpm** | 77805.3 |




| | |
|---|---|
| Non Reactive | less than 2 |
| Mildly Reactive | 2 to 4 |
| Reactive | 4 to 8 |
| Highly Reactive | above 8 |

ORTHOPEDIC ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Report Date** | 2/15/2021 | | | |
| **Report Time** | 12:01 PM | **Sample Collected** | 2/4/2021 | 1:50 PM |
| **Patient ID** | 30370 | **Sample Received** | 2/5/2021 | 9:21 AM |
| **Report For** | **Khan, Ghous** | **DOB** | | |
| **Attending Physician** | **Dr. Dickson, Kyle** | **Gender** | 0 | |
| Control cpm | 969.7 | | | |
| Positive control (PHA) cpm | 77805.3 | | | |

| **Metal Challenge** | **Stimulation Index** | **Range (percentile based)** |
|---|---|---|
| Known Stimulant (PHA) | 80.2 | Normal |
| Aluminum | 1.8 | Normal |
| Cobalt | 0.6 | Normal |
| Chromium | 1.9 | Normal |
| Molybdenum | 2.7 | **Mildly Reactive** |
| Nickel | 9.0 | **Highly Reactive** |
| Vanadium | 1.8 | Normal |
| Zirconium | 1.3 | Normal |
| Iron | 2.3 | **Mildly Reactive** |

*(Normal = Non-Reactive)*

**IMPORTANT DISCLAIMERS:**
Metal-LTT is a diagnostic test for hypersensitivity responses. It is a highly quantitative blood assay that has been used in many published scientific studies of metal allergy. The results of this testing are the property of the patient and should be used in combination with patient evaluation for diagnosis. It remains unclear to what degree metal hypersensitivity in general is etiologically linked to poor implant performance.

The performance characteristics of this test were determined by Orthopedic Analysis, LLC. It has not been cleared or approved by the U.S Food and Drug Administration (FDA). FDA has determined that such clearance or approval is not necessary. This laboratory is certified under the Clinical Laboratory Improvement Amendment (CLIA-88) as qualified to perform high complexity clinical laboratory testing.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 13
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Progress Note:** 09/18/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 13

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Difficulty bending the R knee, increased pain with stairs

Patient reports increased pain and crepitus after therapy. Increased pain with lifting. Increased pain with stairs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Mobility: Walking & Moving Around:**

**Pain Location:** R knee
- **Pain Scale: Worst:** 8 **Best:** 4 **Current:** 6 **Previous Findings as of 07/23/2020 - Worst:7 Best:5 Current:7*
- **Pain Description:** Dull/Achy
- **Pain Follow-up Plan:** per POC

**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Previous Findings as of 07/23/2020*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 33/80/80 | *26/80* |

### Observation

| | |
|---|---|
| Gait | Normal |

### Range of Motion

**Previous Findings as of 07/23/2020*

WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/18/2020

| **Knee AROM** | **Right** | **Left** | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *118°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

## Strength

**Previous Findings as of 07/23/2020*

**Gross Muscle Tests Lower**

**Hip**

| | **Right** | **Left** | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 4+/5 | 4+/5 | *4+/5* | *4+/5* |

**Knee**

| | **Right** | **Left** | | |
|---|---|---|---|---|
| Knee Flexion | 4/5 | 5/5 | *4/5* | *5/5* |
| Knee Extension | 4+/5 | 5/5 | *4+/5* | *5/5* |

## Palpation

**Comments** mild TTP to superior patella
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Patient is progressing slowly, however additional skilled PT is required to meet all set goals.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
**Summary/Recommendations:** 4 additional weeks of skilled PT to meet goals.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/18/2020

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on September 18, 2020 at 10:35 am*

Physician Signature____________________
K. F. DICKSON, MD

Date:____________ Time:____________

**Lincoln/Khan 0377**

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 12/28/2021 at 04:22 PM CST by Aziz Gopalani

**KHAN. GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider on 12/15/2021

Clinical Note ID#66538737

**Care Type**
Transitional Visit

**Reason for Visit** follow up

**Review of Systems**

**HEENT**
Pt Denies: Vision change; Glaucoma; Ear problems; Sinus problems; Difficulty swallowing

**Cardiovascular**
Pt Denies: Chest pain; Heart murmur; Palpitations; Swelling; Orthopnea; Claudication

**Respiratory**
Pt Denies: Difficulty breathing; Wheezing; Cough; Phlegm

**Gastrointestinal**
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Constipation; Diarrhea

**Genitourinary**
Pt Denies: Losing control of urine; Urinary urgency; Frequent urination; Burning or pain on urination; Genital sores; Testicular pain; Penile pain; Penile discharge

**Neurological**
Pt Denies: Headaches; Migraines; Seizures; Dizziness upon standing; Vertigo; Short term memory problems; Long term memory problems; Confusion/disorientation; Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg; Numbness/tingling; Involuntary movements; Trouble with coordination; Tremors; Balance problems

**Musculoskeletal**
Pt Reports: Joint pain (right knee)
Pt Denies: Limited joint mobility; Muscle pain; Stiffness; Tenderness; Muscle weakness; Neck pain; Back pain; Difficulty walking; Trouble reaching above head; Difficulty rising from sitting position without assistance; Concems; Moves arms, legs, and head; Musculoskeletal symptoms; Joint swelling/pain; Having had an injury which caused missed practice(s) or game(s); Previous injury that required x-rays and/or treatment; Using a special brace or assistive device for sports; Musculoskeletal symptoms

**Subjective**
follow up without complains

**Vitals**
**L/H:** 64.0 in.; **W:** 138.0 lb.; **BMI:** 23.7; **B/P:** 141/86; **P:** 75 BPM; **$O_2$ Sat:** 99 %;

**Physical Exam**

**Constitutional:** Cooperative; No acute distress; Normal BMI
**Psychiatric:** Alert and oriented to person, place, and time; Recent and remote memory normal; Mood and affect appropriate for situation; Judgment and insight normal; Normal attention span and concentration
**HEENT:** PERRLA; Fundi normal; External ears normal; Ear canal normal; Hearing grossly normal; Nose and sinuses normal; External nose normal; Lips, teeth, tongue, and gums unremarkable; Teeth normal; Edentulous; Oral/dental hygiene normal; Cranial nerves grossly normal; Nasopharynx unremarkable
**Neck:** No crepitus; Thyroid normal; No regional lymphadenopathy; No masses; No carotid bruits
**Cardiovascular:** Heart rate and rhythm regular; Normal S1 and S2; No murmurs, rubs, gallops, or clicks; No lifts, heaves, or thrills felt on palpation; Heart location and apex normal; Carotid artery pulsations normal; No jugular vein distention; Normal peripheral pulses; No peripheral edema; No varicosities
**Respiratory:** Respiratory effort unremarkable; Respiratory rate and pattern normal; Lungs clear to auscultation bilaterally; No crackles or wheezing noted; Palpation of chest unremarkable; Accessory muscles utilized; Wheezing ; Crackles; Rhonchi; Bronchophony

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 12/28/2021 at 04:22 PM CST by Aziz Gopalani

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider on 12/15/2021

**Chest/Breasts:** No regional lymphadenopathy; Chest unremarkable
**Gastrointestinal:** Normal bowel sounds; Abdomen soft and nontender; No palpable masses; Liver and spleen normal; No hernias; No hemorrhoids; Hemorrhoids; Rectal: no masses, no lesions, no bleeding, non-tender; Ascites
**Genitourinary:** Bladder non-tender; Scrotum without lesions, cysts, or masses; Testes symmetrical, normal in size, and without masses; Penis without lesions, masses, plaque, or scarring; Seminal vesicles normal in size, symmetrical, and without tenderness or masses; Prostate gland normal in size, symmetrical, and without tenderness or nodularity
**Lymphatic:** No lymphadenopathy; No lymphadenopathy of the neck, axillae, or groin
**Integumentary:** Inspection and palpation of skin and subcutaneous tissue normal; No lesions, rashes, or ulcers; No pigmentation changes; Striae:; Eczema/Atopic dermatitis
**Musculoskeletal/Neurologic:** Cranial nerves II-XII normal; Range of motion, motor, and sensory exam normal; Range of motion, motor, and sensory exam grossly normal
Additional comments: ambulate with cane, right knee limited range of motion
**Comprehensive Diabetic Foot Exam:** Right foot posterior tibial pulse present; Right foot dorsalis pedis pulse present; Left foot posterior tibial pulse present; Left foot dorsalis pedis pulse present; No edema; Normal skin color and temperature; Skin is not fragile or shiny and has normal hair growth; Nails are normal thickness, length, and not ingrown; There is no evidence of fungal disease; No bunions; No foot drop

**Cognitive/Functional Status**
**Cognitive Status**
Mentally alert - 248234008
**Functional Status**
Impairment - 40226000

**Objective**
brought in lab results from other MD
he has been f/u with orthopedics, multiple right knee infections after total knee replacement about 18 months ago
c/o pain in right knee, limited ROM, not able to bear weight for long

**Diagnoses**
Nodular prostate with lower urinary tract symptoms N40.3
Benign prostatic hyperplasia-266569009
Pain in right knee M25.561
Knee pain-30989003
Presence of right artificial knee joint Z96.651
Artificial knee joint present-911000119102
Gastro-esophageal reflux disease without esophagitis K21.9
Gastroesophageal reflux disease-235595009

**Procedures**
99214 - OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN; 12/15/21 05:48 PM; Performed in Office

**Plan of Care**
**Plan Text**
PT referral per his request
residual functional capacity form is filled out
I have reconciled medication
continue with current treatment
Diet discussed
Reduce Salt intake recommended
Exercise recommended

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 12/28/2021 at 04:22 PM CST by Aziz Gopalani

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider on 12/15/2021

Compliance with Meds and diet discussed
Functional status reviewed
medication education done
pain assessment done
risk evaluation done: measures to prevent fall and prevent covid 19 education done
Advance directive discussed
Patient Clinical Instructions
BP and BS control , safety discussed, bone health discussed, fracture risk discussed. Exercises and healthy diet discussed.

N40.3 - Nodular prostate with lower urinary tract symptoms
266569009 - Benign prostatic hyperplasia
Status: stable

M25.561 - Pain in right knee
30989003 - Knee pain
Status: stable

Z96.651 - Presence of right artificial knee joint
911000119102 - Artificial knee joint present
Status: stable

K21.9 - Gastro-esophageal reflux disease without esophagitis
235595009 - Gastroesophageal reflux disease
Status: controlled

**Future Scheduled Appointments**
3 months

*Finalized and Signed at 19:44:34 on 12/15/2021 by Wei Yin NP*

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 21

**Date of Recertification:** 10/16/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Mobility: Walking & Moving Around:**

**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Previous Findings as of 09/18/2020*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 31/80/80 | *33/80* |

### Observation

| | |
|---|---|
| **Gait** | Normal |

### Range of Motion

**Previous Findings as of 09/18/2020*

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *120°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

### Strength

**Previous Findings as of 09/18/2020*

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

**Gross Muscle Tests**
**Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Abduction | 5/5 | 4+/5 | 4+/5 | 4+/5 |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 4+/5 | 5/5 | 4/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 | 4+/5 | 5/5 |

**Palpation**

**Comments** mild TTP to superior patella and ITB
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes. Per re-evaluation pt demos improved R knee and hip strength, improved gait, and has improved balance. Pt continues to have limitations with R knee flexion and LE mobility. Pt to benefit from additional skilled therapy to address above deficits.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sierra I. Andreason

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 16, 2020 at 9:57 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 19, 2020 at 5:38 am*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________________
K. F. DICKSON, MD
Date:_______________ Time:_______________

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Plan of Care Addendum

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** GOPALANI, SALIM MD
**Date of Original Eval:** 12/27/2021
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of Plan of Care:** 12/27/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased R knee pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.

**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**

1: (2 Weeks) | Indep in HEP |

2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |

**Long Term Goals:**

1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |

2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |

## Plan

**Frequency:** 3 times a week

**Duration:** 8 weeks

**Plan:** Begin Plan as Outlined

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing)



Powered by WebPT™

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 12/27/2021

# Plan of Care Addendum

Original Note Completed On: December 27, 2021 11:05am
Addendum Completed On: December 27, 2021 1:22pm

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sterling Carter, PT, DPT, MS, CSCS
License #1120715
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on December 27, 2021 at 1:22 pm*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________________
S. GOPALANI, MD

Date:____________ Time:____________



Powered by WebPT™

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet Addendum

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** GOPALANI, SALIM MD
**Date of Original Eval:** 12/27/2021
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of Daily Note:** 12/27/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Visit No.:** 1
**Insurance Name:** COMMUNITY HEALTH CHOICE

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Patient reports pain with extended walking, stairs, squatting, and kneeling. Patient also reports that he has not been able to return to work due to the large requirement to travel 80% of the time, carry luggage and walk for extended periods of time.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Pain Location:** R knee
**Pain Scale: Worst:** 7 **Best:** 5 **Current:** 6
**Pain Description:** Constant
**Pain Follow-up Plan:** Per POC
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97163 | PT Evaluation: High Complexity | 1 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased R knee pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.
**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |

## Plan

**Instructions:** Progressing Patient Next Visit

Original Note Completed On: December 27, 2021 11:05am



Powered by WebPT™

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet Addendum

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 12/27/2021

Addendum Completed On: December 27, 2021 1:22pm

Sterling Carter, PT, DPT, MS, CSCS
License #1120715
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on December 27, 2021 at 1:22 pm*



Powered by WebPT™

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination Addendum

STERLING
PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** GOPALANI, SALIM MD
**Visit No.:** 1

**Date of Initial Examination:** 12/27/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** R knee replacement 18 months ago, lumbar pain started about 3 weeks ago after doing house work
**Primary Concern/Chief Complaint:** Patient reports pain with extended walking, stairs, squatting, and kneeling. Patient also reports that he has not been able to return to work due to the large requirement to travel 80% of the time, carry luggage and walk for extended periods of time.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Pain Location:** R knee
**Pain Scale: Worst:** 7 **Best:** 5 **Current:** 6
**Pain Description:** Constant
**Pain Follow-up Plan:** Per POC
**Aggravating Factors:** Prolonged standing, walking,
**General Health:** Good
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Diagnostic Testing/Imaging:** None recently.
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (See scanned documents. )
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
**Patient Goals:** Reduce Pain

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Comments** Iliac crest heights are level

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 25/80 |

### Observation

**Standing Posture** Forward head, rounded shoulders, decreased lumbar lordosis.

**Gait** Antalgic
Guarded, antalgic gait with decreased truck rotation.



Powered by WebPT™

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination Addendum

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 12/27/2021

## Range of Motion

| **Lumbar AROM** | | |
|---|---|---|
| Forward Bending | Hand Reach to Feet | |
| Right Rotation | 50% | |
| Left Rotation | 75% | |
| Right Side Bending | Reach To Lateral Joint Line | |
| Left Side Bending | Reach To Lateral Joint Line | |
| **Knee AROM** | **Right** | **Left** |
| Flexion | 90 ° | Not Tested |
| Extension | 0 ° | Not Tested |
| **Knee PROM** | **Right** | **Left** |
| Flexion | 100 ° | WFL |

## Strength

| **Gross Muscle Tests Trunk** | | |
|---|---|---|
| Upper Abdominals | 4/5 | |
| | **Right** | **Left** |
| **Gross Muscle Tests Lower** | | |
| **Hip** | | |
| | **Right** | **Left** |
| Hip Flexion | 4/5 | 4/5 |
| Hip Abduction | 5/5 | 5/5 |
| Hip Adduction | 5/5 | 5/5 |
| **Knee** | | |
| | **Right** | **Left** |
| Knee Flexion | 4+/5 | 5/5 |
| Knee Extension | 4+/5 | 5/5 |

## Special Tests

| | **Right** | **Left** |
|---|---|---|
| SI Compression | Positive | Positive |
| **Leg Length** | | |
| | Normal | |
| | **Right** | **Left** |
| Elongation | None | None |

**Comments** FABER: Negative Bilaterally
Balance: Fair
Slump Test: Negative Bilaterally

## Palpation

**Comments** TTP of medial lateral knee joints.



Powered by WebPT™

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination Addendum

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 12/27/2021

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased R knee pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**

1: (2 Weeks) | Indep in HEP
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities.

**Long Term Goals:**

1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing)

Original Note Completed On: December 27, 2021 11:05am
Addendum Completed On: December 27, 2021 1:18pm

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sterling Carter, PT, DPT, MS, CSCS
License #1120715
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on December 27, 2021 at 1:18 pm*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________________
S. GOPALANI, MD

Date:____________ Time:____________



Powered by WebPT™

**GHOUS KHAN**
**DOB:**

**DOS: 6/21/2021**

**PERSONAL INS FOLLOW UP**

This is a 62-year-old who had a total knee by Dr. Blum on 06/09/2020 with increased pain and redness. On 09/02/2020, we did an aspiration as well as a PCR. This all turned out to be negative so probably just some cellulitis. **We also did some allergy testing that seemed to be a nickel allergy as well as iron as well as molybdenum.** We did some Pennsaid as well as Voltaren. It did make him feel better. He did see a rheumatologist and there was no kind of autoimmune. He did get a rash and he got some allergy testing. We did get the OP report from Dr. Blum and it was a MAKO knee. We started him on some Neurontin 300 mg and told him we could get up to 1200 mg. So, that did not really give him any benefit. We also tried to do some physical therapy for some core testing. We had talked about doing maybe a revision on him to do a Smith & Nephew and not use the nickel. They do not have a hinge and that was one of the down sides of it.

**REVIEW OF SYSTEMS:** In terms of review of systems, he has some GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lungs, GI or endocrine.

**EXAMINATION:** He has had normal sensation, normal toe motion, 2+ dorsalis pedis and the skin is intact.

**ASSESSMENT/PLAN:** He is going to kind of wait a little while but I told him if something changes and he wants to go with the Smith & Nephew revision then we can go ahead and do that. It would be kind of a posterior cruciate sacrificing one with as much as stability as we can get with the liner and in the meantime he can certainly do antiinflammatory agents as well as Benadryl for any kind of swelling up and I told him at some point he may want to just always be on nonsteroidal's to kind of help with the inflammation but I will leave that up to him. At the six

months since we did not get any x-rays today, I would probably do a standing AP, lateral and sunrise views of the right knee and then for the standing I would do a standing AP and the sunrise, do both sides.

KYLE F. DICKSON M.D.

KFD/ar/235699540

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, November 12, 2021 1:14:27 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan |
| Attachments: | fy4zmo5jrl2np020wvff_11613409.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

November 12, 2021

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences' Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge your intent to appeal the closure of your claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with your formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln's Appeal Review Unit at this time.

As set forth in the closure letter issued to you on September 11, 2021 you have a maximum of 180 days to submit a written request for review, which will expire on March 10, 2022. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request for appeal no later than **March 10, 2022**.

As outlined in the closure letter, a written request for appeal review must be submitted stating the reasons you feel your claim should not have been denied. In your request for review, please include any and all medical records/ evidence in which you want considered in the appeal review.

You may submit your Appeal Package which includes your formal written request to appeal and any medical evidence for the review by email to **DisabilityDocuments@LFG.Com** or fax them to **(603) 430-1601**. Please be sure to include your full name and claim number in your email or fax. You may also submit your Appeal Package by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# Fax Transmission

**To:** 16034301601@shoretelfax.com
**From:** Melissa High
**Fax:** 16034301601
**Date:** 11/10/2021 9:50:07 AM PST
**RE:** Claimant: Ghous W. Khan Claim No.: 10420268
**Pages:** 2

**Comments:**

Sincerely,

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Melissa High
Marc Whitehead & Associates
403 Heights Blvd.
Houston, TX 77007
Phone:
Fax:
713.228.8888
346.299.2646
website<http://www.disabilitydenials.com/> |
vCard<http://www.dynasend.com/signatures/vcard/Melissa-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/Marc+Whitehead+%26+Associates+Attorney+at+Law,+LLP/@29.762081 6,-95.4203077,16z/data=!4m5!3m4!1s0x8640c0c9cab2bb37:0x2670a17bed29bc0c!8m2!3d29.762077!4d-95.415925 !5m1!1e3>
| email<mailto:Melissa@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/33 08102/>[Twitter]<http://twitter.com/marcwhitehead>[Google+]<https://plus.google.com/u/0/10979128389174189 3813/about?%20rel=author>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**Marc Whitehead, Esq.**

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Anthony Vessel, Esq.**
*Sr. Associate Attorney, Mediator*

**Britney McDonald, Esq.**
*Sr. Associate Attorney, Mediator*

**Madison Donaldson, Esq.**
*Associate Attorney*

**Shane Kadlec, Esq. Of Counsel**
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

November 10, 2021

***Via Facsimile:(603) 430-1601***

Becky Averill, Appeal Examiner II
Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| Re: | Claimant: | Ghous W. Khan |
| | Claim No.: | 10420268 |
| | Policy Holder: | PRA Health Sciences |

Dear Ms. Averill:

I write to inform you that this office no longer represents Mr. Ghous Khan in his ongoing Long-Term Disability claim. As such, please feel free to forward all monthly benefit checks and any correspondence directly to Mr. Ghous Khan at the address listed below:

**Mr. Ghous Khan**

Thank you for your attention to this letter. Should you require anything further, please feel free to contact this office.

Regards,

*Melanie Donaldson*

Melanie Donaldson
Sr. Insurance Litigation Paralegal

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityDenials.com

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MARC WHITEHEAD
MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD
HOUSTON TX 77007

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

October 18, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan

Dear Marc Whitehead:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to Ghous Khan's claim for LTD benefits under the Policy.

Per Mr. Khan's October 7, 2021 request for relevant claim documentation, we have enclosed the following information:

- PRA Health Sciences's Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Mr. Khan has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# SHILPA RAO KASUGANTI, MD

## EMPLOYMENT

Aug 2016-Current **Consulting Physician, The Rehab Center, Charlotte, NC:** Evaluate and treat patients with work-related injuries in an outpatient clinic setting

Aug 2014-Current **Consulting Physician, Lincoln Financial Group (formerly known as Liberty Mutual Life Assurance Company), Charlotte, NC:** Review disability claims

June 2014-Current **Per Diem Physician, Carolinas HealthCare System, Department of Physical Medicine and Rehabilitation, Charlotte, NC:** Run inpatient rehab service of 10-14 patients when coverage is needed

Oct 2008-May 2014 **Faculty Physician, Carolinas HealthCare System, Department of Physical Medicine and Rehabilitation, Charlotte, NC**: Ran an inpatient service of 10-14 patients with two half-day clinics a week with focus on stroke and brain injury management; also ran a spasticity clinic once a month

## TRAINING

2005-2008 **Northwestern University, Rehabilitation Institute of Chicago,** Chicago, IL
Physical Medicine and Rehabilitation Residency

2004-2005 **Evanston Northwestern Hospital**, Evanston, IL
Preliminary Internal Medicine Internship, completed in June 2005

## EDUCATION

2000-2004 **Northwestern University Feinberg School of Medicine**, MD in May 2004

1996-1999 **Duke University**, BS in Psychology in December 1999

## HONORS AND AWARDS

2007 **Kovler Award** for "commitment to team work and interdisciplinary collaboration"

2006 **Gunther Meier Award** to "the second year resident who best displays the art of listening, understanding, and interacting with patients"

2000 **Phi Beta Kappa Honors Society**, Duke University

1999 **Magna Cum Laude**, Duke University

1997-1999 Duke University **Dean's List with Distinction**

1997 **Phi Eta Sigma** (Freshman Honor Society at Duke)

1996 **City of Medicine Award**, Durham, NC

## RESEARCH EXPERIENCE

1999 **Neurobiology Department, Duke University,** Jillian Einstein, MD
Evaluated the effects of hormonal manipulation on cognition by analyzing dendritic spine density of hippocampal neurons in ovarectomized mice given estrogen supplemenation.

1995 **Howard Hughes Summer Internship, Duke University Medical Center**, Meg Titus,PhD
Worked in cell biology lab investigating the role of myosin in the movement of amoeba.

## WORK HISTORY

1999 **Duke University TIP in Greece Program, Teaching Assistant**
Spent three weeks as a counselor in Greece with a group of American high school students.

1998 **Howard Hughes Summer Program in the Biological Sciences, Duke University, Teaching Assistant**
Taught lab techniques to high school students and helped them develop research projects.

## LECTURES AND PRESENTATIONS

Course Director for Intro to PM&R Lecture Series: given every July to new batch of residents
"AVM's and aneurysms"-Given to residents at Carolinas Rehabilitation; 2009-2014
Neuropsychiatric Sequelae of TBI-Grand Rounds Presentation; Oct 14, 2011
Dysautonomia after TBI- presented to therapists; August 2012
Hypertonicity after BI- presented at a TBI/SCI symposium to therapists and nurses; Oct 15, 2012

***Presentation***

Saxon S, **Kasuganti S,** Rosenow J, Philip P. Functional improvement following cranioplasty in patients with severe traumatic brain injury. Selected for presentation at the Congress of Neurological Surgeons Annual Meeting, San Diego, CA. September 15-20, 2007

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| 2005-present | American Academy of Physical Medicine and Rehabilitation |
| 2005-2015 | Association of Academic Physiatrists |
| 2009-2014 | American Medical Association |
| 2010-2014 | International Brain Injury Association |
| 2010-2014 | Brain Injury Association of North Carolina |
| 2010-2014 | North American Brain Injury Society |

## PROFESSIONAL WORKSHOPS AND CONFERENCES

Mind Body Medicine Conference, sponsored by Harvard School of Medicine. Boston, MA. October 2019
Annual Assembly, American Academy of Physical Medicine and Rehabilitation. Atlanta, GA. November 2012.
Advanced Treatment of Dystonia and Spasticity: Residency Training Workshop Demonstrating the Use of Botulinum Toxin. Chicago, IL. September 8, 2007.

## CERTIFICATION AND LICENSURE

| | |
|---|---|
| 2019 | Recertified in Physical Medicine and Rehabilitation |
| 2016 | Board certified in Brain Injury Medicine |
| 2009 | Board certified in Physical Medicine and Rehabilitation |
| 2008-present | North Carolina State Medical License, License Number 2008-00573 |
| 2004-2017 | Advance Cardiac Life Support and Pediatric Advanced Life Support |
| 2005 | USMLE Step III - passed |
| 2003 | USMLE Step II - passed |
| 2002 | USMLE Step I - passed |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date: | October 18, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Becky Averill<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

October 18, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan

Dear Marc Whitehead:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences' Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Mr. Ghous Khan's intent to appeal the closure of his claim for Long Term Disability (LTD) benefits.

We understand that Mr. Khan is in the process of gathering information to submit with his formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln's Appeal Review Unit at this time.

As set forth in the denial letter issued to Mr. Khan on September 11, 2021, he has a maximum of 180 days to submit a written request for review, which expires on March 10, 2022. Please be aware that all information that Mr. Khan would like to have considered on appeal must be submitted with the written request no later than **March 10, 2022**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to AGGIE@MARCWHITEHEAD.COM:

- PRA Health Sciences' LTD Policy
- A complete copy of our claim file

You may contact the employer for Summary Plan Description (SPD) materials as well as any and all documents which describe benefits available to Mr. Khan under the Plan(s) that were in effect between the date he was first employed by PRA Health Sciences and the present. You would also

request the recent annual report (Form 5500) from the employer.

A full and complete copy of the claim file and copy of the Long Term Disability (LTD) policy includes all information that was received and considered in our evaluation of Mr. Khan's claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln and any third party regarding the claimant; all emails discussing the claimant's claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Mr. Khan.

We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln adheres to all ERISA re

tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: CASTAGNO, VINCENT Case Mgr: TERRELL, SHAYLA

Claimant Name: GHOUS W KHAN Claim #: 10420268

Occupation (Job Title): CLINICAL RESEARCH ASSOCIATE Date Sent: 10/13/2021

Diagnosis: S80.911A Unspecified superficial injury of right knee, init encntr,

Date of Disability: 5/27/2020 Date Benefits Began: 9/24/2020

Maximum Duration: 9/23/2024 Paid Through: 9/10/2021

Date of Denial or (DB451): 9/9/2021 Date Appeal Received: 10/7/2021

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: PRA HEALTH SCIENCES

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

In addition, we request copies of all pertinent documents relating to the decision to deny Mr. Ghous Khan's disability benefits. We are entitled to copies of these documents without charge under ERISA. These documents include but are not limited to the following:

a) A complete copy of Mr. Khan's claim file including application or enrollment information, claims record, claim status, patient management records, all correspondence, medical reports and records, pertinent excerpts from claims manual, in-house memoranda, all reports and records from contracted sources whether relied upon or not, the identity of all consulting physicians, including those not rely upon in making any claims decisions, all other records used to determine Mr. Khan's claim.

b) A list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating claimant's claim.

**If you believe any event has occurred that has triggered any future deadline that may affect Mr. Ghous Khan's rights under the policy, you have a duty as a fiduciary to disclose those deadlines to your insured through this office immediately.** As such, we request that you disclose any deadlines imposed under the policy that you believe are pending, will be pending upon any event in the future or that you believe have already expired. Further, if you have information that there may be other insurance policies or insurance carriers that may provide benefits to the Claimant because of their disability, please disclose this information in writing.

We take the position that any materials not provided to us in response to this letter are inadmissible in a subsequent lawsuit. Further, requests made under this letter constitute a continuing request and corresponding duty on your part for any documents or information obtained in the future.

Attached please find a signed release authorizing you to release all medical, employment and other records to this office. We look forward to receiving these documents within the 30-day period provided by the law.

Sincerely,

*Marc Whitehead*

Marc Whitehead
Board Certified Attorney
Personal Injury Trial Law
Texas Board of Legal Specialization

Enclosures: Instructions to Insurance Company to Send Claim Information to My Attorney
Authorization for Release of Confidential Information

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: Lincoln Life Assurance Company of Boston RE: Ghous Khan

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

Lincoln Life Assurance Company of Boston

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from any & all to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of Ghous Khan.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

# Fax Transmission

**To:** 16033340380@shoretelfax.com
**From:** Melissa High
**Fax:** 16033340380
**Date:** 10/7/2021 1:19:49 PM PDT
**RE:** Claimant: Ghous W. Khan Claim No.: 10420268
**Pages:** 6

---

**Comments:**

Sincerely,

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Melissa High
Marc Whitehead & Associates
403 Heights Blvd.
Houston, TX 77007
Phone:
Fax:
713.228.8888
346.299.2646
website<http://www.disabilitydenials.com/> |
vCard<http://www.dynasend.com/signatures/vcard/Melissa-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/Marc+Whitehead+%26+Associates+Attorney+at+Law,+LLP/@29.762081 6,-95.4203077,16z/data=!4m5!3m4!1s0x8640c0c9cab2bb37:0x2670a17bed29bc0c!8m2!3d29.762077!4d-95.415925 !5m1!1e3>
| email<mailto:Melissa@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/33 08102/>[Twitter]<http://twitter.com/marcwhitehead>[Google+]<https://plus.google.com/u/0/10979128389174189 3813/about?%20rel=author>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. *Of Counsel*
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

October 7, 2021

***Via Facsimile:( 603) 334-0380***

Shayla Terrell, Sr. Claims Specialist
Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: Claimant: Ghous W. Khan
Claim No.: 10420268
Policy Holder: PRA Health Sciences

Dear Ms. Terrell:

This firm represents Mr. Ghous Khan in his claim for denied disability benefits. We have received indication that an appeal has been filed and you are in the midst of a review of this appeal. In this regard, we respectfully ask that you please stop the review as this office intends to file a proper and thorough appeal of this case within the 180 days allotted by Lincoln Life Assurance Company of Boston's denial letter dated September 11, 2021. Therefore, we suggest that the further decision making be abated or suspended until such time as this office has been able to submit additional vocational, medical and factual evidence and an accompanying legal brief outlining the Claimant's position in this matter.

**We hereby ask for 180 days from the date of your denial letter, dated September 11, 2021, to complete development of the administrative record. Further, we reserve the right to request additional time if so needed. If this procedure is not agreeable to you, we ask that you immediately notify this office of your objections in writing.**

Under Federal law, the Employees' Retirement Income Security Act (ERISA)29 USC § 1001 *et seq.*, the Plan Administrator is legally obligated to provide plan members with copies of documents governing the operation of the plan.

We have been advised that Lincoln Life Assurance Company of Boston is the Plan Administrator for Mr. Ghous Khan's disability benefits. We hereby request a copy of the contract, Policy, and Summary Plan Description, including those in effect currently, the ones in effect at the time Mr. Khan became disabled, and all interim Plan amendments. We also request the most recent annual report (Form 5500 series).

**LIMITED POWER OF ATTORNEY AND ASSIGNMENT OF DISABILITY BENEFITS**

I, Ghous Khan , do appoint Marc Whitehead & Associates, L.L.P., of Houston, Harris County, Texas, my lawful attorney in my name, place, and stead to **demand and receive** any and all sums of money due to me for back due and future Short and Long-term disability benefits. This includes all ancillary benefits, such as, but not limited to waiver of premium benefits.

I authorize and direct Lincoln Financial to make payment for any past or future disability benefits due to me to be made directly to Marc Whitehead & Associates, L.L.P., 403 Heights Boulevard, Houston, Texas 77007.

I assign and grant a lien on all money collected on my behalf under this agreement to Marc Whitehead & Associates, L.L.P.

**I acknowledge and direct** Lincoln Financial **to take notice that I have a contractual relationship with Marc Whitehead & Associates, L.L.P. regarding said assignment of benefits. I further direct said** Lincoln Financial **to comply with the instructions in this document.**

I direct that all funds received by Marc Whitehead & Associates, L.L.P. will be deposited into my attorney's IOLTA trust fund. My attorney has authority to write checks against this trust fund to pay expenses and legal fees as necessary. I give my attorney authority to endorse my signature by permission to deposit any funds into said trust fund. My attorneys are also authorized and empowered to act as my negotiator in any and all settlement negotiations concerning .

Insurance Carrier/Disability Plan Administrator: Lincoln Financial

My Social Security Number:

Claim Number: 10420268

Group Number:

Employer: PRA Health Sciences's

Date of Birth:

Witness ______________________ *[date]*.

Printed Name Ghous Khan Signature [signature]

Executed before me the undersigned Witness on this the _________ day of _________________, ______.

______________________________________

Witness Signature

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Marc Whitehead & Associates, LLP
403 Heights Boulevard
Houston, Texas 77007

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 7th day of October, 2021.

Patient's Signature or Other Legally Responsible Person

Relationship to Patient (If other than Patient) and Description of Authority

Patient's Social Security Number

Patient's Date of Birth

Subject: FW: End of long term disability benefits
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-09-20 09:11:49

From: Ghous Khan <
Sent: Friday, September 17, 2021 1:54 PM
To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: End of long term disability benefits

Dear Ms. Terrell,

I received a phone call notifying the termination of my long-term disability benefits. I requested the notification be emailed to me which was confirmed by the Lincoln Financial representative, but as of today, Friday, September 17th, I have received no letter in email or in the mail confirming the benefit termination with the summary of the decision and the board's evaluation. Please send me my long-term disability benefits termination notice via mail or email as soon as possible. I'll appreciate your help.

Kind regards,

Ghous Khan

---

From: Terrell, Shayla <Shayla.Terrell@lfg.com>
Sent: Wednesday, August 4, 2021 2:12 PM
To: Ghous Khan <
Subject: RE: Re evaluation_9.18.2020

Hi Mr. Khan

I have received updated medicals from Dr. Dickson, Southwest Ortho Group and Dr. Gopalani. I have not received any updated medicals from Sterling Physical Therapy, you would want to reach out to them to send LFG the medical records.

Shay Terrell

LTD Claims Examiner

Disability and Life Claims

P.O. Box 2578

Omaha, NE 68172-9688

800.291.0112 Office

59520 Extension

Fax: 603-334-0380

LincolnFinancial.com
<https://www.lfg.com/public/individual>

Follow us on:
<https://www.facebook.com/lincolnfinancialgroup>
<https://twitter.com/lincolnfingroup>
<http://www.youtube.com/lincolnfinancialgrp>
<https://www.instagram.com/lincolnfingroup/>
<http://www.linkedin.com/company/lincoln-financial-group>

From: Ghous Khan <
Sent: Wednesday, July 28, 2021 7:12 PM
To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments
<DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>>
Subject: Re: Re evaluation_9.18.2020

Hi Shyla,

I hope you are doing well. I'm writing to you to ask about the responses from the doctors you mentioned in the letter dated 25 Jun 2021. I had requested Dr. Gopalani, Dr. Dickson and Sterling Physical Therapy to update you about my clinical condition, as I have been seeing them regularly after the knee replacement surgery.

Though Dr. Blum had performed the knee replacement procedure, I am seeing Dr. Dickson for the follow-up, not Dr. Blum. I saw Dr. Kancherla only once for the opinion about the knee implant metal allergy.

Please let me know if you did not receive a response from any of the doctors I mentioned above. I look forward to hearing from you soon.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Thursday, April 22, 2021 3:53 PM

To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>>
Subject: Re: Re evaluation_9.18.2020

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000

Salim Gopalani, MD (PCP) phone: 713.802.9025 and

Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Terrell, Shayla <Shayla.Terrell@lfg.com>
Sent: Sunday, April 18, 2021 2:32 PM
To: Ghous Khan <
Subject: RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

Shayla Terrell
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National

Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Ghous Khan <
Sent: Friday, April 16, 2021 10:43 AM
To: Wood, Kelly <Kelly.Wood@lfg.com>
Cc: Terrell, Shayla <Shayla.Terrell@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Wood, Kelly <Kelly.Wood@lfg.com>
Sent: Thursday, February 18, 2021 6:49 AM
To: Ghous Khan <
Cc: Terrell, Shayla <Shayla.Terrell@lfg.com>
Subject: RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

Kelly Wood
LTD Team Manager
Group Protection

Lincoln Financial Group
LincolnFinancial.com
<https://www.lfg.com/public/individual>

800-291-0112 Ext*10275 Office
<https://www.facebook.com/lincolnfinancialgroup>
<https://twitter.com/lincolnfingroup>
<http://www.youtube.com/lincolnfinancialgrp>
<https://www.instagram.com/lincolnfingroup>
<http://www.linkedin.com/company/lincoln-financial-group>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Ghous Khan <
Sent: Thursday, February 18, 2021 1:24 AM
To: Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments
<DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Tuesday, February 2, 2021 12:40 PM
To:Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
Subject: Fw: Re evaluation_9.18.2020

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Tuesday, February 2, 2021 12:35 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Friday, December 4, 2020 11:13 AM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course

of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,

Ghous Khan

---

From: Ghous Khan <
Sent: Wednesday, November 11, 2020 1:36 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,

Ghous Khan

---

From: Ghous Khan <
Sent: Friday, September 25, 2020 11:29 AM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,

Ghous Khan

---

From: Ghous Khan <
Sent: Thursday, August 27, 2020 6:05 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,

Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly

prohibited
and may be unlawful. If you have received this E-mail in error, please notify
the
sender immediately and permanently delete the original and any copy of this
E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged,
confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or
entity to
which it is addressed. If you are not the intended recipient of this E-mail, you
are
hereby notified that any dissemination, distribution, copying, or action taken
in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please notify
the
sender immediately and permanently delete the original and any copy of this
E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged,
confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or
entity to
which it is addressed. If you are not the intended recipient of this E-mail, you
are
hereby notified that any dissemination, distribution, copying, or action taken
in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please notify
the
sender immediately and permanently delete the original and any copy of this
E-mail
and any printout. Thank You.**

From: LFGNotifications@LFG.com
Sent: Saturday, September 18, 2021 11:33:33 AM
To:
CC:
BCC:
Subject: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan
Attachments: vcn8tw6hnzolcf7dekaw_11250932.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 18, 2021

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 18, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: 10420268-CLOSE-NOT DISABLED-09.09.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 11, 2021

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond September 10, 2021. PRA Health Sciences's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 3:*
*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1, 2:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an*

*aircraft:*
*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since September 24, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Unspecified superficial injury of right knee, initial encounter and your claim file contains the following medical documentation:

Medical records from Dr. Blum dated 05/04/2020 to 06/09/2020
Medical records from Dr. Jaideep dated 06/22/2020 to 06/29/2020
Medical records from Dr. Afshar dated 06/23/2020 to 06/29/2020
Medical records from Houston Methodist dated 06/29/202 to 07/05/2020
Medical records from Dr. Dickson dated 06/29/2020 to 6/3/2021
Medical records from Sterling Physical Therapy dated 10/15/2020
Medical records from Dr. Gopalani dated 10/29/2020 to 06/28/2021
Medical records from Elkhalili dated 11/25/2020 to 12/01/2020
Medical records from Dr. Kancherla dated 03/10/2021 to 04/19/2021
Medical records from Southwest Ortho Group dated 06/30/2020 to 06/21/2021

To help better understand the information received, a Board Certified Physician specializing in Physical Medicine & Rehabilitation and Pain Medicine was asked to review your claim. The review concluded the following:

- Occasional walking and standing with ability to sit as needed and change position as needed
- Occasional lifting, carrying, pulling, pushing up to 10 pounds
- Less than occasional kneeling, stooping, squatting
- No crawling or climbing

*The medical evidence is also insufficient to support the claimant's inability to sustain full-time activity within the recommended restrictions and limitations.*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of

any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, chiropractic notes, physical therapy notes, orthopedic notes, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from all treating providers.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

**From:** LincolnAbsenceNotification@lfg.com
**To:** HR-Benefits@prahs.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long-Term Disability Status for Ghous Khan 10631 Claim 10420268

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long-Term Disability Information:**

Benefit Payments Period: 9/24/2020 thru 9/10/2021

Disability Claim Status: Closed - The claim has closed because the claimant is not totally disabled from their own occupation (or own job), as specified by the policy's definition of disability.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 59520 or contact the assigned Case Manager at SHAYLA.TERRELL@LFG.COM. Please be sure to reference claim number 10420268.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. GHOUS KHAN

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 11, 2021

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond September 10, 2021. PRA Health Sciences's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 3:*
*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1, 2:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an*

*aircraft:*
*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since September 24, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Unspecified superficial injury of right knee, initial encounter and your claim file contains the following medical documentation:

Medical records from Dr. Blum dated 05/04/2020 to 06/09/2020
Medical records from Dr. Jaideep dated 06/22/2020 to 06/29/2020
Medical records from Dr. Afshar dated 06/23/2020 to 06/29/2020
Medical records from Houston Methodist dated 06/29/202 to 07/05/2020
Medical records from Dr. Dickson dated 06/29/2020 to 6/3/2021
Medical records from Sterling Physical Therapy dated 10/15/2020
Medical records from Dr. Gopalani dated 10/29/2020 to 06/28/2021
Medical records from Elkhalili dated 11/25/2020 to 12/01/2020
Medical records from Dr. Kancherla dated 03/10/2021 to 04/19/2021
Medical records from Southwest Ortho Group dated 06/30/2020 to 06/21/2021

To help better understand the information received, a Board Certified Physician specializing in Physical Medicine & Rehabilitation and Pain Medicine was asked to review your claim. The review concluded the following:

- Occasional walking and standing with ability to sit as needed and change position as needed
- Occasional lifting, carrying, pulling, pushing up to 10 pounds
- Less than occasional kneeling, stooping, squatting
- No crawling or climbing

*The medical evidence is also insufficient to support the claimant's inability to sustain full-time activity within the recommended restrictions and limitations.*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of

any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, chiropractic notes, physical therapy notes, orthopedic notes, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from all treating providers.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Clinical Review Memo, PM&R

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PRA HEALTH SCIENCES | GHOUS KHAN | 10420268 |

| | | | |
|---|---|---|---|
| Report Date: | 9/3/21 | | |
| Referred By: | Shayla Terrell | Claimant DOB: | |
| Referral Date: | 08/25/2021 | Job Title: | CLINICAL RESEARCH ASSOCIATE |
| Due Date: | 09/09/2021 | Medical/ Surgical Condition: | Unspecified superficial injury of right knee, initial encounter |
| Referral Type: | Standard File Review | Disability Occupational Type: | Sedentary |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 05/22/2020 |
| | | DOD: | 05/27/2020 |
| Physical Demands: | sedentary | BBD: | 09/24/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | N/A |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.
   - Right knee arthroplasty complicated by infection and revision, further complicated by allergy to one of the hardware components (T84.092S)

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.
   - Low back pain (M54.5)

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 05/27/2020 to present date, and comment on the expected duration.
Response: From 5/27/2020 11/27/2020, less than sedentary restrictions were reasonably supported while the patient recovered from right knee arthroplasty and subsequent complication of hardware reactivity.

From 11/28/2020, the medical evidence supports the following restrictions and limitations:

- Occasional walking and standing with ability to sit as needed and change position as needed
- Occasional lifting, carrying, pulling, pushing up to 10 pounds
- Less than occasional kneeling, stooping, squatting
- No crawling or climbing

The medical evidence is insufficient to support any restrictions with regards to upper extremity use such as reaching, typing, or fingering. The medical evidence is also insufficient to support the claimant's inability to sustain full-time activity within the recommended restrictions and limitations. These R&L's are supported for the foreseeable future and should be reassessed if the claimant elects for a revision arthroplasty to remove the nickel component of his hardware.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).
Response: The R&L's provided are reasonably supported based on the documentation provided. It is not clear whether the treating orthopedic provider, Dr. Dickson, felt that any R&L's were reasonable. The PCP, Dr. Gopalani, endorsed sedentary R&L's but also stated the claimant was out of work due to fatigue. PT notes, however, documented him doing housework and gardening with some soreness noted. At this time, the evidence is insufficient to support the claimant's inability to sustain full-time activity within the recommended R&L's noted above.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).
Response: Yes.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
Response: No

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

Name: Sterling Physical Therapy Phone Number: 1 (281) 240 3140 ex ----- Fax Number: 2816055075
Response:
Date of call: 8/30/21 Time: 10:45am; voicemail message left
A staff member called me the next day and informed me that the claimant had not treated there in over 2 months. Therefore, it was not felt that contact was necessary at this time.

Name: Henry Blum Phone Number: 1 (713) 486 3550 ex ----- Fax Number: 7133831473
AP contact was not felt to be necessary as care was transferred over a year ago to Dr. Dickson.

Name: Kyle Dickson Phone Number: 1 (713) 800 1080 ex ----- Fax Number: 7138001081
Date of call: 8/30 Time: 10:50am
I spoke to staff member, Jessica, who indicated that there was no documentation of any restrictions. She agreed to reach out to Dr. Dickson for further clarification. Tenisha

Date of call: 9/2 Time 2:15pm
I spoke to staff member Tenisha, who stated she would put another message in to Dr. Dickson.

Date letter sent to AP: 9/3/21

Name: Dr. Salim Gopalani Phone Number: 1 (713) 802 9024 ex ----- Fax Number: 7138021868
Date of call: 8/30/21; Time: 10:55am
Spoke to staff member, who indicated that an office administrator would address my request to speak to the AP. A message was left for the administrator. Abdul, the office administrator, returned my call around 2:45 pm and requested my clarification in writing to present to Dr. Gopalani. A letter was faxed accordingly.

Date letter sent to AP: 8/30/21

Analysis of Medical Documentation and Support for Responses to Referral Questions:
This is a 62-year-old male who has been out of work since 5/22/2020 for progressive right knee pain. He underwent right knee replacement on 5/27/2020 which was complicated by infection requiring revision on June 9 and IV antibiotics via PICC line. Post-treatment, he underwent a prolonged course of physical therapy with notable improvement in strength and range of motion. However, he continued to complain of pain and swelling, worse with increased activity. He was seen by rheumatology and an autoimmune condition was ruled out. He underwent allergy testing and was noted to be sensitive to the nickel component. He was offered a revision with hardware not containing nickel but has not pursued it at this time. Incidentally, he also noted some low back pain which improved with a recent course of physical therapy.

Comorbid diagnoses include low back pain, GERD, benign prostatic hypertrophy, hyperlipidemia, and restless leg syndrome.

Based on the most recent medical documentation, the patient is still noted to have slightly limited range of motion of the right knee with pain and swelling. Therefore, impairment to the right knee is supported for the foreseeable future or until the patient chooses revision arthroplasty. However, his current physical impairments would not preclude him from some type of regular sedentary activity as it relates to competitive employment.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

Restrictions form dated June 28 21 by the PCP reported increased fatigue with walking. He was not able to walk or stand long.

Office visit dated 6/28/2021 by PCP, Dr. Gopalani, was reviewed. He was still reporting pain and swelling of the right knee after surgery and was unable to work. There is poor compliance with activities noted important endurance. He was not able to walk or stand for

long periods developed restlessness and fatigue. His disability form was filled and discussed. Previous visits from March and January were also noted.

What the follow-up visit dated 6/21/2021 by Dr. Dickson was reviewed. Neurontin did not give any benefit. He had been in PT for course strengthening. He was offered revision arthroplasty with non-nickel component and the patient opted to wait for now.

Ortho follow-up visit dated 4/20/2021 by Dr. Dickson was reviewed. CT of the knee did not show evidence of an email rotation. He was started on Neurontin three times a day and he was referred back to physical therapy for back and course strengthening. He was going to pursue allergy testing and get more metal testing and consideration of revision to remove the nickel into a prosthesis without nickel was recommended. He was to follow-up in mid June when he was one year post initial replacement.

Allergy consult dated 3/10/2021 was reviewed. Diagnoses included allergic rhinitis and contact dermatitis due to metals.

Follow-up visit with Dr. Dickson dated February 22 was noted. He noted a band of stiffness. He was not able to do the recommended biking. He sought rheumatologist and labs were noted to be normal so the rheumatologist did not feel this was autoimmune related. He was getting about 90° of flexion. CT should no evidence of not rotation. There was concern with possible allergy. He was sent to an allergist for the discomfort in his knee. Consideration of revision arthroplasty without nickel was suggested.

Rheumatology consult dated 12/1/2020 with Dr. Elkhalili was reviewed. This was a second opinion for right knee possible arthritis. He was diagnosed with inflammatory poly arthropathy and started on prednisone. Comprehensive rheumatologic labs workup was ordered.

Follow-up visit with primary care physician Dr. Gopalani dated 10/29/2020 was reviewed. This was first follow-up in over three years. He was reporting lots of pain to his knee with activity difficulty lifting weight which caused swelling and pain. He was reporting difficulty sitting for prolonged periods due to stiffness. He stated he was unable to travel. He was maintained on his prostate medications. He was limited from lifting heavy objects more than 15 pounds and restricted from prolonged sitting. He was to continue PT.

Office visit dated November 9 Dr. Dickson was reviewed. He noted increased pain and swelling with increased activity. Range of motion was noted to be 0-120°. X-rays were stable without any evidence of loosening. He was recommended allergy testing and topical and said cream. CT scan of the right knee was recommended to make sure the alignment was okay to see if there is an autoimmune component to his ongoing symptoms. Follow-up in December was recommended. It does appear he was being prescribed Norco for pain by one of his providers.

Office visit dated 8/21/2020 by Dr. Dickson was reviewed. Range of motion was zero 200° of the right knee. He was concerned about increased pain and mild swelling. Labs were

ordered to rule out infection. Previous aspiration from July was negative. He was recommended to continue physical therapy and follow-up in December.

New patient evaluation dated 7/13/2020 by Dr. Dickson was reviewed. This appears to be transfer of care for right knee dysfunction following knee replacement and postop infection. He was recommended physical therapy to increase his knee flexion. He was noted to have full extension. X-rays were stable. Recent aspiration of the knee was negative for infection. He was maintained off of antibiotics.

At the postop visit dated June 8, the patient was started on gabapentin x-ray was stable. On June 9, he required revision with right knee irrigation debridement for right knee have arthrosis with swelling, pain. After his initial replacement, he developed a medial blister with continued pain and low-grade fevers. Cultures were negative but there is high suspicion for early infection and he decided to proceed with irrigation, debridement and polyethylene exchange.

Op note dated 5/27/2020 was reviewed. This was right knee arthroplasty for right knee osteoarthritis.

Initial eval dated 5/4/20 was reviewed. She presented with chronic right knee pain after a sported injury 18yrs prior. There was prior history of knee arthroscopy. She noted that NSAID's, bracing and activity modification was not helping. She was ambulating without an AD. She also noted pain radiating into her right thigh with numbness and tingling. She noted a history of lumbar disease with sciatica. X-ray of the right knee showed degenerative sclerotic changes with stage V severity in the medial compartment, bone-on-bone. Patellofemoral compartment was noted to be mild. She was recommended total knee arthroplasty. X-ray of the left knee was also ordered.

PT notes from September through November 2020 were reviewed. As of October 12. There was overall improvement in strength and range of motion. He was reporting soreness, particularly after therapy sessions and gardening. As of October 16. Right knee flexion was 4+ out of five and knee extension was five out of five. There is mild tenderness to palpation of the superior patella and ITB. He had good patella mobility in all planes. There is also some soreness and swelling occasionally. He reported discomfort with sitting for about five minutes. As of November 23, he noted overall less swelling since starting ultrasound. There was improved strength and stability with good tolerance to dynamic balance activities noted. There was tightness that remained in the ITB and limitations into right knee flexion. He plateaued in regards to right knee flexion.

Second course of physical therapy from April to June 2021 were reviewed. He noted persistent pain in his right knee and low back. Overall strength in pain in the back had improved significantly but right knee remained limited. There was some concern about compliance with attendance to therapy. Initial evaluation from April 29 noted lumbar pain had recently started after doing housework. Strength at this evaluation noted five out of five for knee flexion and knee extension, 4 to 5 for hip flexion, all on the right.

CT of the right knee dated 11/25/2020 was reviewed. There is moderate joint effusion with a 4 mm thick synovial border that suggested chronic inflammation. There is a nonspecific increased density of soft tissue deep to the patellar tendon that limited assessment of the tendon.

Labs dated 12/1/2020 were reviewed. Notably, rheumatoid factor, ESR, and CRP were within normal limits.  Metal screening dated 2/15/2021 noted high reactivity to nickel.

Electronically Signed:

Shilpa Kasuganti, M.D.
Board Certified in Physical Medicine & Rehabilitation

Shilpa Kasuganti, MD

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

August 30, 2021

Dr. Salim Gopalani
Fax: 713-802-1868

Re: Disability Benefits
Claimant Name Ghous Khan
Claimant DOB:
Claim Number: 10420268

Dear Dr. Gopalani,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 8/30/21 and your office administrator, Abdul, recommended that I put my request in writing for your commentary. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

Review of the medical records indicates the primary diagnoses are:

- Right knee arthroplasty complicated by infection and revision, further complicated by allergy to one of the hardware components

As a result, from 11/28/20, the records reasonably support medical restrictions and limitations of:

- Occasional walking and standing with ability to sit as needed and change position as needed
- Occasional lifting, carrying, pulling, pushing up to 10 pounds
- Less than occasional kneeling, stooping, squatting
- No crawling or climbing

The medical evidence is insufficient to support any restrictions with regards to upper extremity use such as reaching, typing, or fingering. The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment. These R&L's are supported for the foreseeable future and should be reassessed if the claimant elects for a revision arthroplasty to remove the nickel component of his hardware.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Shilpa Kasuganti, M.D.
Board Certified, PM&R

✓ No changes/comments, OR
__ With changes/comments as noted above

[signature] 9/1/21
[Dr. Gopalani] Date

Secure Fax provided by Lincoln Financial Group to facili

09/03/2021 4:26PM FAX 7138021868 0002/0002

08/30/21 16:28:59 Lincoln Financial -> 7138021868 Lincoln Financial Gr Page 001

Lincoln
Financial Group®

**To:** **Dr. Salim Gopalani**
Company:
Fax: 713-802-1868
Phone:

**From:**
Fax:
Phone:

---

## NOTES:

Attn: Abdul
Please give this letter to Dr. Gopalani for review and signature and fax back, as discussed with Abdul earier today.

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, August 30, 2021 4:27:46 PM
**Number of pages including this cover sheet:** 02

Shilpa Kasuganti, MD

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

August 30, 2021

Dr. Salim Gopalani
Fax: 713-802-1868

Re: Disability Benefits
Claimant Name: Ghous Khan
Claimant DOB:
Claim Number: 10420268

Dear Dr. Gopalani,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 8/30/21 and your office administrator, Abdul, recommended that I put my request in writing for your commentary. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

Review of the medical records indicates the primary diagnoses are:

- Right knee arthroplasty complicated by infection and revision, further complicated by allergy to one of the hardware components

As a result, from 11/28/20, the records reasonably support medical restrictions and limitations of:

- Occasional walking and standing with ability to sit as needed and change position as needed
- Occasional lifting, carrying, pulling, pushing up to 10 pounds
- Less than occasional kneeling, stooping, squatting
- No crawling or climbing

The medical evidence is insufficient to support any restrictions with regards to upper extremity use such as reaching, typing, or fingering. The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment. These R&L's are supported for the foreseeable future and should be reassessed if the claimant elects for a revision arthroplasty to remove the nickel component of his hardware.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Shilpa Kasuganti, M.D.
Board Certified, PM&R

__ No changes/comments, OR
__ With changes/comments as noted above

____________ ______
[Dr. Gopalani] Date

Secure Fax provided by Lincoln Financial Group to facili

Shilpa Kasuganti, MD

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

September 3, 2021

Dr. Kyle Dickson
Fax: 713-800-1081

Re: Disability Benefits
Claimant Name: Ghous Khan
Claimant DOB:
Claim Number: 10420268

Dear Dr. Dickson,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 8/30/21 and 9/2/21 and messages were left with staff members, Jessica and Tenisha, respectively. Unfortunately, we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

Review of the medical records indicates the primary diagnoses are:

- Right knee arthroplasty complicated by infection and revision, further complicated by allergy to one of the hardware components

As a result, from 11/28/20, the records reasonably support medical restrictions and limitations of:

- Occasional walking and standing with ability to sit as needed and change position as needed
- Occasional lifting, carrying, pulling, pushing up to 10 pounds
- Less than occasional kneeling, stooping, squatting
- No crawling or climbing

The medical evidence is insufficient to support any restrictions with regards to upper extremity use such as reaching, typing, or fingering. The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment. These restrictions and limitations are supported for the foreseeable future and should be reassessed if the claimant elects for a revision arthroplasty to remove the nickel component of his hardware.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Shilpa Kasuganti, M.D.
Board Certified, PM&R

__ No changes/comments, OR
__ With changes/comments as noted above

____________ ______
[Dr. Dickson] Date

Secure Fax provided by Lincoln Financial Group to facili

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Fri, 3 Sep 2021 10:10:19 -0400
**To:**Kasuganti, Shilpa
**Subject:**Your fax has been successfully sent to Dr. Kyle Dickson at 713-800-1081.

Your fax has been successfully sent to Dr. Kyle Dickson at 713-800-1081.
--------------------------------------------------------------
Matter: Claim #10420268
--------------------------------------------------------------
10:07:58 AM 9/3/2021 Conversion Error Record
[10420268 09-03-2021 L2.docx]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (28ms)
Aspose #1: Success (22154ms)
Field Replacement #1: Success (59ms)
Word Automation #1: Microsoft Word is not installed on this server. (50ms)

10:08:04 AM 9/3/2021 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (735ms)
Image Optimization #1: Success (143ms)
PCL6 #1: Success (548ms)

9/3/2021 10:08:08 AM Transmission Record
Sent to 713-800-1081 with remote ID "7138001081"
Inbound user ID SHHKA1, routing code 100
Result: (0) Success
Page record: 1 - 2
Elapsed time: 00:50 on channel 1

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Mon, 30 Aug 2021 16:30:16 -0400
**To:**Kasuganti, Shilpa
**Subject:**Your fax has been successfully sent to Dr. Salim Gopalani at 713-802-1868.

Your fax has been successfully sent to Dr. Salim Gopalani at 713-802-1868.
----------------------------------------------------------
Matter: Claim #10420268
----------------------------------------------------------
4:28:19 PM 8/30/2021 Conversion Error Record
[10420268 08-30-2021 L1.docx]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (55ms)
Aspose #1: Success (21318ms)
Field Replacement #1: Success (50ms)
Word Automation #1: Microsoft Word is not installed on this server. (42ms)

4:28:24 PM 8/30/2021 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (693ms)
Image Optimization #1: Success (136ms)
PCL6 #1: Success (516ms)

8/30/2021 4:28:26 PM Transmission Record
Sent to 713-802-1868 with remote ID "7138021868"
Inbound user ID SHHKA1, routing code 100
Result: (0) Success
Page record: 1 - 2
Elapsed time: 01:12 on channel 1

**From:** Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:** Sun, 29 Aug 2021 21:54:10 +0000
**To:** Terrell, Shayla
**Subject:** Claim Referral - Assignment Notification

Your referral request with requested specialty of Physical Medicine & Rehabilitation (PM&R) for claim number 10420268 has been assigned to Dr. Jonas Sokolof. The anticipated due date for this request is 09/09/2021.

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Mon, 30 Aug 2021 12:55:11 +0000
**To:**Terrell, Shayla
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Physical Medicine & Rehabilitation (PM&R) for claim number 10420268 has been assigned to Dr. Shilpa Kasuganti. The anticipated due date for this request is 09/09/2021.

**From:**Ghous Khan <
**Sent:**Wed, 4 Aug 2021 23:25:20 +0000
**To:**Terrell, Shayla
**Subject:**Re: Re evaluation_9.18.2020

Hi Ms. Terrell,

The last treatment I received from them was in June. I'll contact Sterling Physical Therapy to send you the updated medical records.

Kind regards,
Ghous Khan

**From:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Sent:** Wednesday, August 4, 2021 2:12 PM
**To:** Ghous Khan <
**Subject:** RE: Re evaluation_9.18.2020

Hi Mr. Khan

I have received updated medicals from Dr. Dickson, Southwest Ortho Group and Dr. Gopalani. I have not received any updated medicals from Sterling Physical Therapy, you would want to reach out to them to send LFG the medical records.

Shay Terrell
LTD Claims Examiner
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
59520 Extension
Fax: 603-334-0380
LincolnFinancial.com

Follow us on:

---

**From:** Ghous Khan <
**Sent:** Wednesday, July 28, 2021 7:12 PM
**To:** Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Shyla,

I hope you are doing well. I'm writing to you to ask about the responses from the doctors you mentioned in the letter dated 25 Jun 2021. I had requested Dr. Gopalani, Dr. Dickson and Sterling Physical Therapy to update you about my clinical condition, as I have been seeing them regularly after the knee replacement surgery.

Though Dr. Blum had performed the knee replacement procedure, I am seeing Dr. Dickson for the follow-up, not Dr. Blum. I saw Dr. Kancherla only once for the opinion about the knee implant metal allergy.

Please let me know if you did not receive a response from any of the doctors I mentioned above. I look forward to hearing from you soon.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, April 22, 2021 3:53 PM
**To:** Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000
Salim Gopalani, MD (PCP) phone: 713.802.9025 and
Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,
Ghous Khan

---

**From:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Sent:** Sunday, April 18, 2021 2:32 PM
**To:** Ghous Khan <
**Subject:** RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

**Shayla Terrell**
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Friday, April 16, 2021 10:43 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,
Ghous Khan

---

**From:** Wood, Kelly <Kelly.Wood@lfg.com>
**Sent:** Thursday, February 18, 2021 6:49 AM
**To:** Ghous Khan <
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

**Kelly Wood**
LTD Team Manager
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112
Ext*10275 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Thursday, February 18, 2021 1:24 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:40 PM
**To:** Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
**Subject:** Fw: Re evaluation_9.18.2020

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:35 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM

**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

SOUTHWEST
Orthopedic Group, L.L.P.

**CONFIDENTIAL:**

**THIS IS A FAX FROM THE OFFICE OF:**

**Kyle F. Dickson, M.D.**
**Return Phone: (713) 800-1080**
**Return Fax: (713) 800-1081**

**ATTENTION:**

**NOTES:**

**This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.**

**If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:278089-A-256]**

## Encounters and Procedures

Clinical Encounter Summaries

**06/21/2021** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | None recorded. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



ena 7/29/2021 11:34:53 am EDT 46f70503-8176-4ab0-a5e2-7e088ea69102
SOUTHWEST ORTHOPEDIC GROUP, L.L.P • 6560 Fannin, Suite 1016, Houston TX 77030-2761
KHAN, GHOUS (id #278089, dob:
06/24/2021 12:12 PM TO:17133001081 FROM:2817456275 Page: 17

**GHOUS KHAN**
**DOB:**

**DOS: 6/21/2021**

**PERSONAL INS FOLLOW UP**

This is a 62-year-old who had a total knee by Dr. Blum on 06/09/2020 with increased pain and redness. On 09/02/2020, we did an aspiration as well as a PCR. This all turned out to be negative so probably just some cellulitis. **We also did some allergy testing that seemed to be a nickel allergy as well as iron as well as molybdenum.** We did some Pennsaid as well as Voltaren. It did make him feel better. He did see a rheumatologist and there was no kind of autoimmune. He did get a rash and he got some allergy testing. We did get the OP report from Dr. Blum and it was a MAKO knee. We started him on some Neurontin 300 mg and told him we could get up to 1200 mg. So, that did not really give him any benefit. We also tried to do some physical therapy for some core testing. We had talked about doing maybe a revision on him to do a Smith & Nephew and not use the nickel. They do not have a hinge and that was one of the down sides of it.

**REVIEW OF SYSTEMS:** In terms of review of systems, he has some GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lungs, GI or endocrine.

**EXAMINATION:** He has had normal sensation, normal toe motion, 2+ dorsalis pedis and the skin is intact.

**ASSESSMENT/PLAN:** He is going to kind of wait a little while but I told him if something changes and he wants to go with the Smith & Nephew revision then we can go ahead and do that. It would be kind of a posterior cruciate sacrificing one with as much as stability as we can get with the liner and in the meantime he can certainly do antiinflammatory agents as well as Benadryl for any kind of swelling up and I told him at some point he may want to just always be on nonsteroidal's to kind of help with the inflammation but I will leave that up to him. At the six

... [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:6033340380 * CSID:athena * ANI:16173936902 * DURATION (mm-ss):08-50

**KHAN, GHOUS (id #278089, dob:**

**04/19/2021** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | None recorded. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



**GHOUS KHAN**
**DOB:**

**DOS: 4/20/2021**

**PERSONAL INS FOLLOW UP**

This is a 61 year old who had a total knee by Dr. Blum on 06/09/2020. He had some increased pain with redness. On 09/02/2020, we did an aspiration as well as a PCR. This all turned out to be negative, so maybe some cellulitis. We also did some allergy testing, and their seemed to be a nickel allergy as well as iron as well as molybdenum. We did try some Pennsaid as well as Voltaren. It did make it feel better, but when he was on it, it was giving him problems. He did see a rheumatologist to make sure there was no kind of autoimmune. He did get a rash and he got some allergy testing, but there was no real medicine that made the knee pain any better. We did get Dr. Blum's operative report, and he had used a Mako knee.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he has some GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI, or endocrine.

**EXAMINATION:** On physical exam, he has had normal sensation, normal toe motion. 2+ dorsalis pedis. The skin is intact.

**RADIOGRAPHS:** We had gotten a CT that showed no evidence of any malrotation. Everything looked like it was in a good position. His range of motion has been about 0 to 90 degrees.

**PLAN:** He is already on some ibuprofen. We are going to start him on some Neurontin 300 mg three times a day and would like to get up to 1200 mg, but would kind of maybe increase it gradually three times a day by the week, and then we are going to send him for physical therapy for his back to do some core strengthening. I think he is going to go to the allergy testing and get some more metal testing, but my thinking is that I would probably end up recommending us doing a revision. We have kind of tried everything out, and I would just kind of remove the nickel and do a prosthesis without nickel. The Smith & Nephew one does not have a hinge, but it does have a posterior cruciate-sacrificing one that would give him more stability and I think remove the nickel, so that is kind of what my thinking and my recommendation would be. We will just wait at least a year from his surgery, so we are going to have him come back on 06/21/2021, and if he has any problems before that, he will let me know.

KYLE F. DICKSON M.D.

KFD/afl/232074178

**02/22/2021** **KHAN,GHOUS**

**HISTORY:** None recorded.

**EXAMINATION:** None recorded.

**REVIEW OF SYSTEMS:** None recorded.

**PROCEDURE:** None recorded.

**ASSESSMENT:**

Electronically Signed by: KYLE F. DICKSON, MD



**GHOUS KHAN**
**DOB:**

**DOS: 2/22/2021**

**PERSONAL INS FOLLOW UP**

This is a 61-year-old who had a total knee by Dr. Blum on 06/09/2020. He had some increased pain and redness. On 09/02, 2020, we did an aspiration as well as a PCR. We are thinking that maybe he had some kind of cellulitis, but that all turned out negative. We also did allergy testing and nickel seemed the most predominant highly reactive allergy, but he also had some iron that was mildly reactive as well as molybdenum which may be components of this. We did try steroids at some point. We did try some Pennsaid, some cream on it as well as some Voltaren, and he still feels kind of tightness and he has got some pain in it, hits is quite frequently as well as he feels like there is a band of stiffness. He was not really able to do the biking. He did see a rheumatologist and his labs were normal, so he did not feel like there was any autoimmune type injury. He feels like there is a combination of swelling in there as well which may be from the knee itself, and he definitely has more swelling on that side versus the other side, but I think it is probably more at this point scar tissue. He can get to about 90 degrees. Not sure that he is able to go back to work and I think that could be a concern.

**REVIEW OF SYSTEMS:** In terms of his review of systems, she has got GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI or endocrine problems.

**EXAMINATION:** On physical exam, he goes maybe 0-90 degrees. Normal sensation, normal toe motion, 2+ dorsalis pedis. The skin is intact.

**IMAGING:** We had done a CT scan that showed no evidence of malrotation. Everything looked like it was in a good position.

**ASSESSMENT:** Again, a concern with the possible allergy.

**PLAN:** We are going to see him back in two months, but I am going to send him to an allergist to see if there is something more like an antihistamine that may work

**KHAN, GHOUS**
**FEBRUARY 22, 2021**
**PAGE 2**

better to help kind of with the discomfort that he has in the knee, and he is going to kind of decide about whether he can tolerate this or not or would want a revision where we would kind of put in the kind of Oxinium type knee from Smith & Nephew. It really depends on whether he can live with this or not. We will see him on April 19 here at Sugar Land. At that point, hopefully Raul is going to see if we can get the actual implant that was used either by the pictures taken or by calling Dr. Blum and then with the company what kind there. Hopefully, he then has two months to work with the allergist to see if there is some kind of antihistamine that may help him with the allergy that he has in the knee. Then, we will see him in two months and make a decision whether we need to do another surgery or just continue conservative treatment.

KYLE F. DICKSON M.D.

KFD/PKM/228554674

**12/21/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD

**GHOUS KHAN**
**DOB:**

**DOS: 12/21/2020**

**PERSONAL INS FOLLOW UP**

This is a 61 year old who had surgery by Dr. Blum for a total knee. He had some increased pain and redness. His surgery was on 06/09/2020. Unfortunately on 09/02/2020 at 12 weeks, we ended up doing an aspiration. Everything was negative as well as the PCR, so we were kind of convinced that it was not in the joint but maybe some cellulitis so mostly the pain was coming kind where the kneecap attaches to the patellar tendon and on the side a little bit. What we were planning on doing is doing some allergy testing on him as well as trying 30 minutes of biking as well as doing some Pennsaid. He has been on Voltaren, which we kept him on. We did the alignment looks okay.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he has GERD, BPH, anxiety, hyperlipidemia, and RLS. No other heart, lung, GI, or endocrine.

**EXAMINATION:** On physical exam, he is 0 to 120 degrees. Normal sensation. Normal toe motion. 2+ dorsalis pedis, and the skin is intact.

**RADIOGRAPHS:** Unfortunately, the CT all looks like it is in good position, no evidence of malrotation, so that leaves us kind of with the allergy and potentially some patellar tendon.

**PLAN:** We will see how the biking went 30 minutes every day. He did see a rheumatologist. They did give him some prednisone and that did not really change anything. All of his lab values were normal, so I do not think he has any type of autoimmune disease. We are going to try to do eight weeks of treating this like a China doll to try to get the inflammation out. The idea is that he is going to get his allergy testing from the rheumatologist, and we are really going to look for the nickel and the poly and see if that is kind of causing some inflammation. He still has swelling there. Interestingly, it used to be a little bit more tender above the kneecap, and now it is more inferior, so that means to some degree it may be the tendinitis whether it is caused from the allergy or just kind of stress on it, I do not

**KHAN, GHOUS**
**DECEMBER 21, 2020**
**PAGE 2**

know yet, but at some point we need to do this. He is going to really try for eight weeks of not doing any stress on it, which means he is going to take some Mobic. We are going to do some Voltaren cream on it. We are going to do basically a knee wrap around it with some kind of Bengay or Deep Blue. He is going to ice it every night 15 minutes on and 15 minutes off and really just try to avoid anything that might stress it. If he wants to do some exercises, I have encouraged him to do swimming or something that would not put any pressure on it. We will see him back in 02/22/2020 and see how this goes and then also the results of his allergy test.

KYLE F. DICKSON M.D.

KFD/esa/sma/225374470

**11/09/2020** **KHAN,GHOUS**

**HISTORY:** None recorded.

**EXAMINATION:** Patient is a 61-year-old male.

**REVIEW OF SYSTEMS:** None recorded.

**PROCEDURE:** None recorded.

**ASSESSMENT:**

Electronically Signed by: KYLE F. DICKSON, MD

**GHOUS KHAN**
**DOB:**

**DOS: 11/10/2020**

**PERSONAL INS FOLLOW UP**

This is a 61-year-old who Dr. Blum did a total knee. He had some increased pain and redness. His surgery was on 06/09/2020. Unfortunately, 09/02/2020 was 12 weeks and we ended up doing an aspiration. Everything was negative as well as the PCR so we were fairly convinced that he did not have an infection and maybe just had some cellulitis and some inflammation. So he is now five months. We had written for some therapy. He feels like if he is on it a lot he gets a lot of swelling and pain. Most of his pain seems to be more kind of on the top area, almost where the kneecap attaches to the patellar tendon and then on the side a little bit where his knee is.

**REVIEW OF SYSTEMS:** He does have GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI or endocrine.

**EXAMINATION:** On physical exam, he is probably 0 to about 120. 2+ dorsalis pedis, normal sensation, skin is intact.

**RADIOGRAPHS:** Looking at his x-rays from today, I do not see any evidence of loosening. Maybe a line kind of on the superior phalange but otherwise there looks like there is good interface. His kneecap is centered on the Sunrise view.

**PLAN:** What I would like to do is get some allergy testing on his knee. I would like him to try to do 30 minutes of biking. We are going to try to give him some Pennsaid to rub on that area to see if that makes it any better. He has been on Voltaren. I would probably keep him doing that. We will get a CT scan of his right knee and specifically to make sure the alignment is okay and there is not any other factor that may be giving a problem that I do not see on the plain x-ray. Then, I would like to have him see a rheumatologist. If we could get his labs back before we see him next month, I am really interested in a sed rate and a CRP. If he does not do those, then we will order those, but I want to make sure he does not

**KHAN, GHOUS**
**NOVEMBER 10, 2020**
**PAGE 2**

have any kind of autoimmune disorder. So what we will do is we will see him on the 14th of December and hopefully go over all of these.

KYLE F. DICKSON M.D.

KFD/PKM/222668914

SOUTHWEST ORTHOPEDIC GROUP, L.L.P • 6560 Fannin, Suite 1016, Houston TX 77030-2761

**KHAN, GHOUS (id #278089, dob:**

**08/21/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



**GHOUS KHAN**
**DOB:**

**DOS: 8/21/2020**

**PERSONAL INS FOLLOW UP**

This is a 61 year old who Dr. Blum did a total knee. He had some increased pain and redness. His surgery was on 06/09/2020. Unfortunately, 09/02/2020 would be 12 weeks. We ended up doing an aspiration. Everything was negative as well as the PCR so we are pretty convinced that he did not have an infection. He just had maybe some cellulitis and some inflammation. Over the last few days he has had some increased pain kind of laterally and more superior with some swelling. We are going to order some more infection labs to make sure that nothing has increased. That would be a sed rate, CRP, and white blood count.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he does have GERD, BPH, anxiety, hyperlipidemia, and RLS. No other heart, lung, GI, or endocrine.

**EXAMINATION:** On physical exam, I think he is pretty much 0 to 110 degrees.

We talked about doing a manipulation, but I think he is pretty good. In the next two weeks we would need to do it if he is not happy with his range of motion. I do not think that would change. I do think he will still get better from his total knee. I just do not think he will increase his range of motion. He has 2+ dorsalis pedis, normal sensation, and the skin is intact.

**RADIOGRAPHS:** Everything with the x-rays look good. There is no evidence of loosening or acute changes.

**PLAN:** At this point, what we will do is we will just kind of see him on 12/11/2020. We did do the aspiration that was on 07/01/2020. We will go ahead and write for some more therapy. We will check his labs and then we will let him know what the results are. What we will do is we will see him on 12/11/2020. At that point, we will get some x-rays in terms of an AP, lateral, mortise. If something is wrong with his labs or if he has any problems, he will let us know.

**KHAN, GHOUS**
**AUGUST 21, 2020**
**PAGE 2**

KYLE F. DICKSON M.D.

KFD/esa/sma/217095081

**07/13/2020** **KHAN,GHOUS**

**HISTORY:** None recorded.

**EXAMINATION:** Patient is a 61-year-old male.

**REVIEW OF SYSTEMS:** None recorded.

**PROCEDURE:** None recorded.

**ASSESSMENT:**

Electronically Signed by: KYLE F. DICKSON, MD

**GHOUS KHAN**
**DOB:**

**DOS: 7/13/2020**

**PERSONAL INS NEW PATIENT EVALUATION**

**HISTORY OF PRESENT ILLNESS:** This is a 61-year-old who Dr. Blum did a total knee, had some increased pain and some redness, and on June 9, 2020 did an I&D by Dr. Blum. He was already on antibiotics and the cultures were all negative. We ended up doing an aspiration that everything was negative and he just did not look like he was infected, so we tried to kind of see how he did without the antibiotic. This aspiration included crystals as well as PCR and so I was pretty convinced that it looked like it was doing fine. He has now been off two to three weeks and is doing well with it.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he has GERD, BPH, anxiety disorder, hyperlipidemia, RLS. No other heart, lung, GI or endocrine problems.

**EXAMINATION:** On physical exam, he has had normal motion, 2+ dorsalis pedis, normal sensation, skin is intact.

**RADIOGRAPHS:** Looking at his x-rays, no acute changes in it. Everything looks like it is in a reasonable position.

**PLAN:** So, I would like him to have a little bit more flexion of it. I think he is pretty much full extension, but we can send him for physical therapy. If he likes it, he can continue to do it. If not, we will just let him kind of do it on his own. What

KHAN, GHOUS #278089
* 2866426y256 Last Page E-ProgNote

**KHAN, GHOUS**
**JULY 13, 2020**
**PAGE 2**

I would like to do is maybe have him come back in a month, August 17. What we will do is see how he is doing. If there are any problems before that he will let me know.

KYLE F. DICKSON M.D.

KFD/PKM/215161159

07/01/2020 KHAN,GHOUS

**KHAN, GHOUS (id #278089, dob:**

**HISTORY:** None recorded.

**EXAMINATION:** Patient is a 61-year-old male.

**REVIEW OF SYSTEMS:** None recorded.

**PROCEDURE:** 07/01/2020 10:34 PM Nuance → 17138001081 pg 2 of 2

HOUSTON METHODIST HOSPITAL
TEXAS MEDICAL CENTER
HOUSTON, TEXAS

OPERATIVE REPORT

PATIENT NAME: KHAN, GHOUS
ENCOUNTER NO: 2100080841500
DATE OF BIRTH:

DATE OF ADMISSION: 06/29/2020
DATE OF OPERATION: 07/01/2020

SURGEON: KYLE DICKSON-FARR, MD
ADMITTING PHYSICIAN: JAMES F. ASBURY, MD

ASSISTANT:
Nurse.

PREOPERATIVE DIAGNOSIS:
The patient with a question of an infection in right total knee arthroplasty, had a previous washout. No cultures have ever grown out, but there was a positive alpha defensin. At this point, it looks pretty good and so we were taken him to rule out it with another aspiration.

ANESTHESIA:
General.

ESTIMATED BLOOD LOSS:
Minimal.

COMPLICATIONS:
None.

PROCEDURE IN DETAIL:
The right knee was sterilely prepped and draped in the usual manner. We used the C-arm to kind of position at the joint line and then went underneath the patella and took out about 20 mL of clear fluid that was not cloudy at all, so we are sending that for culture and then alpha defensin and crystals and white blood count. The patient tolerated the procedure well, was awakened and taken to the recovery room in good condition.

040973/CAM216177
D: 07/01/2020 15:01:59 T: 07/01/2020 20:49:52
Conf/Job#: 250397 / Ref#: 4139756

CC: 005165/JAMES F. ASBURY, MD
006185/WILLIAM P. GDINS
040973/KYLE DICKSON-FARR, MD

Unreviewed Copy for: Dickson-Farr, Kyle MD (40973) Page 1 of 1

**ASSESSMENT:**

Electronically Signed by: KYLE F. DICKSON, MD



HOUSTON METHODIST HOSPITAL
TEXAS MEDICAL CENTER
HOUSTON, TEXAS

OPERATIVE REPORT

PATIENT NAME: KHAN, GHOUS
ENCOUNTER NO: 2100080841500
DATE OF BIRTH:

DATE OF ADMISSION: 06/29/2020
DATE OF OPERATION: 07/01/2020

SURGEON: KYLE DICKSON-FARR, MD
ADMITTING PHYSICIAN: JAMES F. ASBURY, MD

ASSISTANT:
Nurse.

PREOPERATIVE DIAGNOSIS:
The patient with a question of an infection in right total knee arthroplasty, had a previous washout. No cultures have ever grown out, but there was a positive alpha defensin. At this point, it looks pretty good and so we were taken him to rule out it with another aspiration.

ANESTHESIA:
General.

ESTIMATED BLOOD LOSS:
Minimal.

COMPLICATIONS:
None.

PROCEDURE IN DETAIL:
The right knee was sterilely prepped and draped in the usual manner. We used the C-arm to kind of position at the joint line and then went underneath the patella and took out about 20 mL of clear fluid that was not cloudy at all, so we are sending that for culture and then alpha defensin and crystals and white blood count. The patient tolerated the procedure well, was awakened and taken to the recovery room in good condition.

040973/CAM216177
D: 07/01/2020 15:01:59 T: 07/01/2020 20:49:52
Conf/Job#: 250397 / Ref#: 4139756

CC: 005165/JAMES F. ASBURY, MD
006185/WILLIAM P. GOINS
040973/KYLE DICKSON-FARR, MD


Unreviewed Copy for: Dickson-Farr, Kyle MD (40973)

**06/30/2020** **Khan,Ghous**

**HISTORY:** None recorded

**EXAMINATION:** Patient is a 61-year-old male.

**REVIEW OF SYSTEMS:** None recorded

**PROCEDURE:** None recorded

**ASSESSMENT:**

Electronically Signed by: KYLE F. DICKSON, MD

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033340380 |
| FROM | SterlingCarter |
| DATE | 2021-07-29 21:26:51 GMT |
| RE | MR RELEASE \| GHOUS KHAN \| Records from 02.16.21 - Present |

COVER MESSAGE

Good afternoon

Please see attached Records per your request

Thank you

--

**Sterling Physical Therapy & Wellness**
fax: (281) 605-5075
website: www.sterlingtherapy.com

**Sugar Land Clinic**
business: (281) 240-3140
1449 Hwy 6, Suite #260
Sugar Land, TX 77478
*inside Offices on Brooks Lake building* (cross street Fluor Daniel)

**Southwest Houston Clinic**
business: (832) 333-3360
8323 Southwest Freeway, Suite #651
Houston, TX 77074

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** ICD10: M54.5: Low back pain

**Date of Daily Note:** 06/10/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**Visit No.:** 7
**Insurance Name:** COMMUNITY HEALTH CHOICE

## Subjective

**Current Complaints / Gains:** Patient reports his knee is bothering him a bit today. He states his pain is about 7/10 in his right knee. 4/10 pain in his lower back today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient able to complete exercises albeit with mild pain in the lower back and significant discomfort in the right knee. Patient strength and balance requires continued improvement. Patient requires additional strengthening, stabilization and mobility interventions to improve function.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 06/10/2021

## Daily Note / Billing Sheet

### Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter

Thomas Earl Hampton JR
License#1253371
*Initiated by Thomas Earl Hampton JR on June 10, 2021 at 2:03 pm*

Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on June 11, 2021 at 8:10 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** ICD10: M54.5: Low back pain

**Date of Daily Note:** 06/03/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**Visit No.:** 6
**Insurance Name:** COMMUNITY HEALTH CHOICE

## Subjective

**Current Complaints / Gains:** Patient reports that he had blood test done and has found he is allergic to nickel. Will need to get re-do knee surgery and have nickel removed. Not sure when as he is "not mentally prepared."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient requires mild > moderate cues to maintain form throughout exercises. Decreased tissue tension noted during manual therapy. Overall responds well to session.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Document Date:** 06/03/2021

# Daily Note / Billing Sheet

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter

Valencia Harris

Valencia Harris
License#2135889
*Initiated by Valencia Harris on June 3, 2021 at 3:47 pm*

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on June 4, 2021 at 8:42 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** ICD10: M54.5: Low back pain

**Date of Daily Note:** 05/29/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**Visit No.:** 5
**Insurance Name:** COMMU NITY HEALTH CHOICE

## Subjective

**Current Complaints / Gains:** Patient reports overall his back is better.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Difficulty with bird dog due to increase right knee pain from a past knee replacement. Verbal/visual cues for proper technique for cat-cow. Patient able to perform all other exercises without increase in symptoms. Patient will benefit from continued skilled PT to improve Lsp strength and stabilization.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Document Date:** 05/29/2021

### Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter

Maricar Hwang

Maricar Hwang, PTA
License#2083376
*Initiated by Maricar Hwang, PTA on May 29, 2021 at 1:21 pm*

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on June 1, 2021 at 5:54 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** ICD10: M54.5: Low back pain

**Date of Daily Note:** 05/27/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**Visit No.:** 4
**Insurance Name:** COMMU NITY HEALTH CHOICE

## Subjective

**Current Complaints / Gains:** Patient reports his back feels good and the traction continues to help.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt continues to arrive late to tx and was reminded of importance of being punctual for full benefits of tx. Improved postural control with dynamic ex's displayed with only minimum corrective cues needed. Strength in B hips and glutes are improving well with increased ex challenges. Pt would continue to benefit from further Lsp strength and stabilization training to improve overall function and reducing pain for return to PLOF.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 05/27/2021

# Daily Note / Billing Sheet

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on May 27, 2021 at 6:15 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on May 28, 2021 at 3:56 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING
PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DIC KSON, KY LE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** IC D10: M54.5: Low back pain

**Date of Daily Note:** 05/25/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** IC D10: M54.5: Low back pain
**Visit No.:** 3
**Insurance Name:** C OMMU NITY HEALTH C HOIC E

## Subjective

**Current Complaints / Gains:** Patient reports his back seems to be doing a little better now but he has been pretty busy and hasn't been able to come to therapy.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Educated pt of consistent compliance with attendance for optimal outcome as pt has numerous cancellations. Improved postural control displayed with standing ex's today. Focused on increased glute and hip strengthening for improved pelvic stabilization. Decreased tightness and tenderness noted during STM. Pt would continue to benefit from further Lsp strength and stabilization training to improve overall function and reducing pain.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 05/25/2021

# Daily Note / Billing Sheet

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on May 25, 2021 at 12:17 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on May 26, 2021 at 8:49 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M54.5: Low back pain

**Date of No Show:** 05/22/2021
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** No Show
thought appt was at 11:15

SL Admin
License #310298
*Document created on May 22, 2021 at 3:26 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, T X 77478-5146
P hone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DIC KSON, KY LE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** IC D10: M54.5: Low back pain

**Date of Daily Note:** 05/20/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** IC D10: M54.5: Low back pain
**Visit No.:** 2
**Insurance Name:** C OMMU NITY HEALTH C HOIC E

## Subjective

**Current Complaints / Gains:** Patient reports he feels well today. Pain mostly along the right and left lower lumbar spine.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 2 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient was able to perform all exercises without signififcant limitation. Patient noted improvement in pain following STM and IFC. Patient will benefit from additional skilled physical therapy to alleviate symptoms and improve mobility to safely execute daily activities in home and community.
**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, T X 77478-5146
P hone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Document Date:** 05/20/2021

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Thomas Earl Hampton JR
License#1253371
*Initiated by Thomas Earl Hampton JR on May 20, 2021 at 5:25 pm*

Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on May 21, 2021 at 8:34 am*



Powered by WebPT

STERLING
PHYSICAL THERAPY & WELLNESS

961

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 5/20/2021

Name: Ghous Khan DOB: ________

(Please Print)

Have you visited a country outside the United States? NO

Country Visited (last 2 weeks): ____________________

Date(s): ____________________

Check all that applies: NONE

☐ Fever ☐ Cough ☐ Shortness of breath

If any of the symptoms are present, patient is given a mask immediately.

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M54.5: Low back pain

**Date of No Show:** 05/13/2021
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** No Show
Other

Alain Tran, PTA
License #196911
*Document created on May 13, 2021 at 5:03 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, T X 77478-5146
P hone: (281)240-3140
Fax: (281)605-5075

STERLING
PHYSICAL THERAPY & WELLNESS

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M54.5: Low back pain

**Date of No Show:** 05/08/2021
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** No Show
Forgot

SL Admin
License #310298
*Document created on May 8, 2021 at 5:02 pm*



Powered by WebPT

# CONFIDENTIAL Fax

**FROM:**

KYLE F. DICKSON, MD
6560 Fannin, Suite 1016, Houston, TX 77030-2761
Phone: (713) 610-4260
Fax: (713) 800-1081

**TO:**

STERLING PHYSICAL THERAPY
1449 HWY 6, SUGAR LAND, TX 77478
Phone: (281) 240-3140
Fax: (281) 605-5075

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:2558405-H-256]

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Fax Cover Sheet

**To: DICKSON, KYLE, MD**
**Fax: 7138001081**

**From: Thomas Earl Hampton JR**
**Sent on: May 2, 2021**

## Regarding: Initial Examination: 04/29/2021 for KHAN, GHOUS

Thank you for this referral --

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination

STERLING
PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Visit No.:** 1

**Date of Initial Examination:** 04/29/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**Treatment Diagnosis:** ICD10: M54.5: Low back pain

## Subjective

**History of Present Condition/Mechanism of Injury:** R knee replacement 11 months ago, lumbar pain started about 3 weeks ago after doing house work
**Primary Concern/Chief Complaint:** Pain with deep breathing, turning in bed, relief with hanging from a pull up bar to distract spine
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Pain Location:** low back
**Pain Scale: Worst:** 9 **Best:** 5 **Current:** 7
**Pain Follow-up Plan:** Per POC
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Diagnostic Testing/Imaging:** None recently.
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Patient Goals:** Reduce Pain

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Comments** Iliac crest heights are level

### Outcome Measurement Tools

**Lower Extremity**
Lower Extremity Functional Scale 30/80

### Observation

**Standing Posture** Forward head, rounded shoulders, decreased lumbar lordosis.

**Gait** Guarded, antalgic gait with decreased truck rotation.

### Range of Motion

**Lumbar AROM**
Forward Bending Hand Reach to Feet

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 04/29/2021

| | |
|---|---|
| Right Rotation | 50% |
| Left Rotation | 75% |
| Right Side Bending | Reach To Lateral Joint Line |
| Left Side Bending | Reach To Lateral Joint Line |

| **Knee PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | 100 ° | WFL |

## Strength

**Gross Muscle Tests Trunk**

| | | |
|---|---|---|
| Upper Abdominals | 4/5 | |
| | **Right** | **Left** |

**Gross Muscle Tests Lower**

**Hip**

| | **Right** | **Left** |
|---|---|---|
| Hip Flexion | 4/5 | 4/5 |
| Hip Abduction | 5/5 | 5/5 |
| Hip Adduction | 5/5 | 5/5 |

**Knee**

| | **Right** | **Left** |
|---|---|---|
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |

## Special Tests

| | **Right** | **Left** |
|---|---|---|
| SI Compression | Positive | Positive |

**Leg Length**

| | | |
|---|---|---|
| | Normal | |
| | **Right** | **Left** |
| Elongation | None | None |

**Comments** FABER: Negative Bilaterally
Balance: Fair
Slump Test: Negative Bilaterally

## Palpation

**Comments** TTP L thoracic paraspinals, R lumbar paraspinals, B SI joints

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased lower back pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.

Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 04/29/2021

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**

1: (2 Weeks) | Indep in HEP
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities.

**Long Term Goals:**

1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks.

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sincerely,

Thomas Earl Hampton JR
License #1253371
*Initiated by Thomas Earl Hampton JR on April 29, 2021 at 5:44 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on May 2, 2021 at 7:09 am*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

X have no revisions to the plan of care.
__Revise the plan of care as follows__________________

Physician Signature__________
K. F. DICKSON, MD
Date:________ Time:________ 05/03/2021

Powered by WebPT

From: Sterling Carter 12816055075 2021-07-29 21:27:36 GMT Page: 23 of 43 To: 16033340380

PAGE 23/43 * RCVD AT 7/29/2021 5:27:46 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID:12816055075 * ANI:13055038239 * DURATION (mm-ss):66-55

# The Lower Extremity Functional Scale

We are interested in knowing whether you are having any difficulty at all with the activities listed below **because of your lower limb problem** for which you are currently seeking attention. Please provide an answer for **each** activity.

**Today, *do you* or *would you* have any difficulty at all with:**

(30)

| | Activities | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|---|
| 1 | Any of your usual work, housework, or school activities. | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 2 | Your usual hobbies, re creational or sporting activities. | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 3 | Getting into or out of the bath. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☒ | 4 ☐ |
| 4 | Walking between rooms. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☒ | 4 ☐ |
| 5 | Putting on your shoes or socks. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☒ | 4 ☐ |
| 6 | Squatting. | 0 ☒ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 7 | Lifting an object, like a bag of groceries from the floor. | 0 ☒ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 8 | Performing light activities around your home. | 0 ☐ | 1 ☐ | 2 ☒ | 3 ☐ | 4 ☐ |
| 9 | Performing heavy activities around your home. | 0 ☒ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 10 | Getting into or out of a car. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☒ | 4 ☐ |
| 11 | Walking 2 blocks. | 0 ☐ | 1 ☐ | 2 ☒ | 3 ☐ | 4 ☐ |
| 12 | Walking a mile. | 0 ☐ | 1 ☐ | 2 ☒ | 3 ☐ | 4 ☐ |
| 13 | Going up or down 10 stairs (about 1 flight of stairs). | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 14 | Standing for 1 hour. | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 15 | Sitting for 1 hour. | 0 ☐ | 1 ☐ | 2 ☒ | 3 ☐ | 4 ☐ |
| 16 | Running on even ground. | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 17 | Running on uneven ground. | 0 ☒ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 18 | Making sharp turns while running fast. | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 19 | Hopping. | 0 ☐ | 1 ☒ | 2 ☐ | 3 ☐ | 4 ☐ |
| 20 | Rolling over in bed. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☒ | 4 ☐ |
| | **Column Totals:** | | 0 7 | 0 8 | 0 15 | 0 |

**Minimum Level of Detectable Change (90% Confidence): 9 points** **SCORE: 0 / 80 (fill in the blank with the sum of your responses)**

**Source:** Binkley et al (1999): The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383.

salesforce

- Close Window
- Print This Page
- Expand All | Collapse All

## GHOUS KHAN

| | | | |
|---|---|---|---|
| Name | GHOUS KHAN | Cell Phone | |
| Gender | Male | Home phone | |
| Date of birth | | Email | |
| Contact Record Type | Patient | Emergency Contact Name | |
| Account Name | STERLING PHYSICAL THERAPY & WELLNESS | Phone # | |
| Sector | Therapy | | |

### Billing Information

| | |
|---|---|
| Mailing Address | United States |

### Primary Payer

| | | | |
|---|---|---|---|
| PRIMARY PAYER | COMMUNITY HEALTH CHOICE | Primary Policy ID / Claim # | 0008059845-00 |
| *Others (Please type) | | Group # | |
| *Type | | Insured Party | Self |
| **Others (Please type) | | Phone number | (713) 295-6704 |

### Secondary Payer

| | | | |
|---|---|---|---|
| SECONDARY PAYER | | Secondary Policy ID / Claim # | |
| ***Others (Please type) | | Group # | |
| **Type | | Insured Party | |
| ****Others (Please type) | | Phone number | |

### Intake

| | | | |
|---|---|---|---|
| Intake Special Instruction | | Intake status | |

### Acknowledgement (By signing, patient certifies the above information is correct)

Patient's Signature [signature] Date Signed 04/29/2021

### Doctor Referral
**9355-07-20-2020**

| | |
|---|---|
| Status | **Completed** |
| Place of Service | **Sugar Land Clinic** |
| Diagnosis/Body Part | **R KNEE** |
| Physician (On Script) | **KYLE DICKSON** |

Patient/DOB: GHOUS KHAN \ ID: 0008059845-00

## BENEFIT DETAILS

**Please use Patient Demographic and Payor Information in previous Page(s) to complete Benefit Verification**

*Check All In-net-work NPI/Tax ID*

☐ Facility NPI - 1417114364 ☐ Dr. Sterling Carter - 1184672206 ☐ Dr. Sierra Andreason - 1053867077 ☐ Tax ID - 262630132

| PRIMARY | SECONDARY |
|---|---|
| Plan Name CHC HMO | Plan Name |
| ☐ In-Network benefit ☐ Out-of-network benefit | ☐ In-Network benefit ☐ Out-of-network benefit |
| *This is a Federally Funded Plan?* ☒ Yes ☐ No | *This is a Federally Funded Plan?* ☐ Yes ☐ No |
| *Pt has Outpatient PT in Office Setting Coverage* ☒ Yes ☐ No | *Pt has Outpatient PT in Office Setting Coverage?* ☐ Yes ☐ No |
| *Handled through 3rd Party/ IPA? (Please list)* ☐ Yes ☒ No | *Handled through 3rd Party/ IPA? (Please list)* ☐ Yes ☐ No |
| Effective Date 01/01/2021 End Date | Effective Date End Date |
| Visit Limitation: UNLIMITED Used: Coinsurance (%) 0% | Visit Limitation: Used: Coinsurance (%) |
| Copay $ $20 ☐ Per visit ☐ IE/RE Only | Copay $ ☐ Per visit ☐ IE/RE Only |
| DED Ind $ N/A Fam $ — OOP MAX Ind $ $2700/$190.32 Fam $ | DED Ind $ Fam $ — OOP MAX Ind $ Fam $ |
| Met: ☐ Yes ☒ No — Met: ☐ Yes ☒ No | Met: ☐ Yes ☐ No — Met: ☐ Yes ☐ No |
| | ☐ *Pick up 1st plan DED* ☐ *Pick up 1st plan Coins* |
| Required for Therapy | Required for Therapy |
| ☐ *Pre-Cert* *(Please list Dept. name/ Online Portal & Phone/Fax)* | ☐ *Pre-Cert* *(Please list Dept. name/ Online Portal & Phone/Fax)* |
| ☐ *Authorization* *(Please list Dept. name/ Online Portal & Phone/Fax)* @FAX 713-295-7019 | ☐ *Authorization* *(Please list Dept. name/ Online Portal & Phone/Fax)* |
| ☐ *E-referral* *(Please list PCP name & Phone/Fax)* | ☐ *E-referral* *(Please list PCP name & Phone/Fax)* |

**Primary** — *(Verify Required Groups only. Check all billable codes)*

| Req. | Group | Codes |
|---|---|---|
| ☐ | *Core Code* | ☐ 97161 ☐ 97162 ☐ 97163 ☐ 97164 ☐ 97110 ☐ 97112 ☐ 97113 ☐ 97140 ☐ 97530 |
| ☐ | *Muskus* | ☐ 97750 ☐ 76881 |
| ☐ | *Tens* | ☐ E0730 ☐ 64550 ☐ 97535 |
| ☐ | *Strapping* | ☐ 29240 ☐ 29260 ☐ 29280 ☐ 29520 ☑ 29530 ☐ 29540 ☐ 29550 |
| ☐ | *Brace - UE* | ☐ L3916 *(Wrist)* ☐ L3908 *(Wrist)* ☐ L3809 *(Wrist)* |
| ☐ | *Brace - Back* | ☐ L0650 |
| ☐ | *Brace - LE* | ☐ L1851 *(Knee)* ☐ L1833 *(Knee)* ☐ L4398 *(Ankle)* |

*Additional Notes:* PROVIDERS & FACILITY INN. ALL THE CODES ARE COVERED. TELEHEALTH COVERED @100% UNTILL 04/30/2021.

Claim Address PO BOX 301424 HOUSTON TX 77230

**Secondary** — *(Verify Required Groups only. Check all billable codes)*

| Req. | Group | Codes |
|---|---|---|
| ☐ | *Core Code* | ☐ 97161 ☐ 97162 ☐ 97163 ☐ 97164 ☐ 97110 ☐ 97112 ☐ 97113 ☐ 97140 ☐ 97530 |
| ☐ | *Muskus* | ☐ 97750 ☐ 76881 |
| ☐ | *Tens* | ☐ E0730 ☐ 64550 ☐ 97535 |
| ☐ | *Strapping* | ☐ 29240 ☐ 29260 ☐ 29280 ☐ 29520 ☐ 29530 ☐ 29540 ☐ 29550 |
| ☐ | *Brace - UE* | ☐ L3916 *(Wrist)* ☐ L3908 *(Wrist)* ☐ L3909 *(Wrist)* |
| ☐ | *Brace - Back* | ☐ L0650 |
| ☐ | *Brace - LE* | ☐ L1851 *(Knee)* ☐ L1833 *(Knee)* ☐ L4398 *(Ankle)* |

*Additional Notes:* NO OON BENEFITS.

Claim Address

*Verification Date:* 04/21/2021 *Agent:* MARIA M *Verification Date:* *Agent:*
*Verified by:* GRAYSON *Ref #:* 2391423 *Verified by:* *Ref #:*

CPT CODE 97110,97112,97113,97140,97530,97750,E0730,97535,L0650 NEED AUTH @FAX 713-295-7019. REMAINING CODES NO AUTH REQUIRED.

## CHARGE ESTIMATES

**This section is for clinic use only**

☐ Unmet Deductible ☐ Met/ No Deductible

Initial Evaluation $ Initial Evaluation $

Follow Up $ Follow Up $

- Applied toward Deductible? ☐ Yes ☐ No
- Applied toward Out Of Pocket Max? ☐ Yes ☐ No
- Discount/Incentives Applied? ☐ Yes ☐ No

If the Answer is "Yes", Rate is approved by: ______ Date: ______

**The above estimate is true as of Verification date. Charges are due at Appointment time. Any changes in accumulated amount toward Deductible or Out of Pocket Max that affect charges at Appointments require Re-verification with Insurance Entity. Finance charges are accrued monthly to account outstanding balance.*

Patient Rate acknowledgement

By signing, I certify the above information has been fully explained to me and [illegible]

Patient/Guardian/Responsible Party ______ Date ______

Witness ______

## HOW DID YOU HEAR ABOUT US?

**This section is for clinic use only**

☐ My Doctor ☐ Internet/ Google Search ☐ Triwest
☐ My Attorney ☐ Facebook ☐ DARS
☐ My Health/Auto Insurance ☐ Twitter ☐ Mail/Post Card
☐ Former Sterling PT patient ☐ Yelp! ☐ Lifetime Fitness Commercial
☐ Friends/Family/other Relationship (not patient) ☐ Groupon ☐ Walk-in Patient
☐ Sterling PT employee ☐ physicaltherapist.com ☐ Magazine/ Newspaper:
☐ I am a returning patient ☐ YouTube/ Video Blog/ Written Blog ☐ Others:

Version 02/08/2021

STERLING
PHYSICAL THERAPY & WELLNESS

# Patient Medical History Form

Patient's Name: ______________________ Gender: Male Female Date: __________

Referring Physician: ______________________________ Return Visit Date: __________

Body Part: __________________ Injury Date: ____________ Surgery Date: __________

Type of Surgery: ______________________________________________

**What is the nature of your current injury?**

| | | | |
|---|---|---|---|
| Work Related | Chronic / Reoccurring | Fall | Motor Vehicle Accident |
| Recreational | Lift or Carry | Insidious | Surgery |

**Please use the diagram to mark the location of symptoms.**



**What is your pain rating in the last 24 hours?**

0 – 10 Numeric Pain Intensity Scale

0 No pain — 1 — 2 — 3 — 4 — 5 Moderate pain — 6 — 7 — 8 — 9 — 10 Worst possible pain

My symptoms are:

☐ New ☐ Constant ☐ Intermittent ☐ Chronic

My symptoms are made better by?

______________________________________________

My symptoms are made worse by?

______________________________________________

Are your work or activities of daily living limited?

☐ Yes ☐ Partial ☐ No

## Past Medical History

Have you ever been diagnosed with any of the following? *(check all that apply)*

| | | | |
|---|---|---|---|
| Allergies (medicine / food / latex) | Congestive Heart Failure | Metal in Body | Pregnant (currently) |
| Arthritis | Diabetes Type I / Type II | Neurological Disease | Respiratory Problems |
| Cancer / Tumor | GI Disease | Osteoporosis | Seizures / Epilepsy |
| Chest Pain | High / Low Blood Pressure | Pacemaker | Stroke / CVA / TIA |
| Chronic Headaches | Lung Disease / COPD | Pneumonia | Thyroid Problems |

## Medications

Please see attached lists provided by the patient.

| Prescription / Over the Counter / Vitamins | Frequency | Dosage |
|---|---|---|
| | | |
| | | |
| | | |

STERLING PHYSICAL THERAPY & WELLNESS

# STERLING PHYSICAL THERAPY & WELLNESS
# FINANCIAL POLICY & PATIENT RESPONSIBILITY

Sterling Physical Therapy & Wellness (SPTW) thank you for choosing us! We are committed to providing our patients with the highest quality care. We thank you for taking the time to read and understand our policy.

**Self-Pay & Non-Contracted Plans:**

All charges are due and payable at the time of service. We accept cash, checks, and major credit cards. We may reschedule the appointment if payment is not made prior to the services rendered.

**Insurance Contracted Plans (Patients with Insurance):**

**It is the Patient's Responsibility...**

- To know their insurance policy. Patients should be aware of their benefit coverage including which healthcare providers are contracted with their plan and covered, non-covered benefits, **authorization requirements**, and **cost share information** such as deductibles, coinsurances, and co-payments. If you are not familiar with your plan coverage, we recommend you contact your carrier directly.
- To determine whether a referral is required from your Primary Care Physician (PCP). If the patient does not obtain a referral from their PCP prior to receiving services or a referral cannot be verified by our offices, the patient has the option of re-scheduling the appointment.

  If the patient decides to keep the set appointment and/or receive services, it is with the understanding that their health plan may not pay for charges related to the services provided by Sterling Physical Therapy & Wellness and that without a referral, the patient would be responsible for payment of all charges.
- Any non-covered services, as determined by the patient's insurance carrier, are the financial responsibility of the patient.
- To pay their co-payment or deductible at the time of service. Finance charges are accrued monthly on unpaid balances and are the responsibility of the patient.

  Prior to your first visit, we will contact your insurance company(s) to determine your out-of-pocket expenses. It is important for you to remember that this is an estimate based on your insurance benefits, and while we will do our best to give you the most accurate number. There are many variables which could change this number and additional charges that we cannot predict right now. If this does occur, we will send you a statement after we have received an Explanation of Benefits from your insurance company.
- To pay any Medicare deductible and co-insurance amounts not covered by supplemental insurance.
- SPTW will submit a claim for the current services to the patient's insurance carrier. Insurance carries are required to pay their portion of the claim within 45 days of receipt. When an insurance carrier is required to pay SPTW for a service that has been provided, the patient will only be responsible for what is considered the patient portion of the claim.

  However, if the insurance carrier rejects, delays, withholds, denies payment of its portion or covers only a portion of treatment for more than 90 days from the date of service, both the insurance and patient portions of the account then becomes the patient's responsibility. If we subsequently receive payment from the insurance carrier, we will credit the patient's account for the amount of payment and issue a refund accordingly.
- To facilitate in claim payments by contacting their insurance carrier when needed.

**It is Sterling Physical Therapy & Wellness' Responsibility...**

- To provide quality medical care.
- To file insurance claims as a courtesy to the patient. A 90-day period will be extended for pending insurance payments, after which, the patient may be held responsible for the balance.

**Refunds:**

- Overpayments will be refunded to the appropriate party, normally the insurance company or guarantor.
- Patient refunds will not be processed until all active or past due accounts are paid in full (until all claims have been resolved).

**Delinquent / Unpaid Account:**

- Prior to providing services, payment of prior outstanding accounts will be requested and should be received. Patients with unpaid delinquent accounts or accounts which have been written off to bad debt may be denied treatment if not medically urgent.
- Accounts which cannot be collected by SPTW after normal in-house collection procedures may be referred to a collection agency for further collection action in accordance with the SPTW's established guidelines. Charges shown by statement are agreed to be correct and reasonable unless protested in writing within thirty days (30) of billing.

**No Show / Same Day Cancellation Policy**

Our staff works hard to offer you an appointment that is convenient for you. We understand that there are times when you must miss an appointment due to emergencies or other obligations. If circumstances prevent you from keeping your appointment, please **call the office at least 24 hours in advance** to reschedule.

**If an appointment is not cancelled at least 24 hours in advance, you will be charged a thirty-dollar ($30) fee; this fee will not be covered by your insurance company.**

In the event that you neglect to notify us 24 hours in advance or miss your scheduled appointment, a member of our SPTW staff will call to remind you of the miss appointment and offer you an opportunity to reschedule the appointment within the same business week. If we are unable to reach you on the day of the visit or you are unable to reschedule within the same business week, the inconvenience fee will be applied to the account and the patient will be invoiced.

Please understand that our policy is in place to assure that we maintain a superior standard of care for all of our patients. Additionally, missed appointments prevent us from caring for other patients that may need our services at that time.

**Financial Policy Acknowledgement**

I have read and understand the above financial policy. I understand that regardless of my insurance claim status or absence of insurance coverage, I am ultimately responsible for the balance on my account for any services rendered.

**Release of Medical Information and Assignment of Benefits**

I authorize the release of medical information necessary for filling health insurance claims for me by Sterling Physical Therapy & Wellness. I also authorize my insurance carrier(s) to make payment directly to Sterling Physical Therapy & Wellness.

**I acknowledge that I have read, understood and accept each paragraph stated above.**

**Patient (or Legal Guardian) Signature**

[signature] 04/29/2021

Patient's Signature Date

STERLING
PHYSICAL THERAPY & WELLNESS

## Patient Financial Responsibility

What if I do not have insurance or you are not a participating provider for my carrier?

For patients who do not carry heath insurance and those for whom we do not accept their policy, payment will be expected in full at the time of the visit. Anyone who feels it is necessary to extend payments over a period of time is invited to discuss arrangements with us prior to their visit.

What are my financial responsibilities as a patient?

As a patient, it is in your best interest to know and understand your responsibility for any deductibles, co-insurance, or co-payment amounts prior to any visit. Not all services are covered in all insurance contracts. If your insurance plan does not cover a service or procedure, you may be liable for full payment of the bill. If you do not notify our office of a change in coverage at the time of you appointment and your claim is denied as a result, you will be responsible for the charges of the claim in full.

To find out what your insurance plan covers and what your financial obligation may be, call the Customer Service or Member Services Department of your insurance company (the phone numbers are on your insurance card). Your employer's human resources department may also be a source of information and assistance.

Make sure that your insurance company lists your physician as a participating provider. It is possible that only one of our physicians participate with your insurance plan. Benefit and coverage rules and policies differ among insurers and even between different plans of the same insurer. If you go to an out-of-network provider, you may have a greater financial responsibility for services provided from a physician that is not under contract with your health care plan. Your insurance company can assist you in finding an in-network provider to limit the amount of money you will have to pay for care. Contact your plan's Customer Service department for further assistance.

What should I do if my insurance changes?

You are responsible to notify us of all changes to your insurance coverage. Please have your current insurance card with you at all times, as well as a photo ID such as a driver's license, military ID or government issued ID.

IF WE ARE NOT NOTIFIED OF APPROPRIATE CHANGES AT THE TIME OF YOUR VISIT, WE CANNOT GUARANTEE INSURANCE PAYMENT. IF YOUR CLAIM IS DENIED BECAUSE WE WERE NOT NOTIFIED AT THE TIME OF YOUR VISIT YOU WILL BE FINANCIALLY RESPONSIBLE FOR ALL CHARGES. INITIAL GK

Why are you asking for my deductible, co-insurance or co-payment at the time of my visit?

We ask that payments be made when you are at the physician office so you will not be bothered with an invoice sent to your home after your visit. It also helps us reduce our costs and saves you the trouble of mailing a payment back to our office.

What if my insurance plan requires a referral and/or a prior authorization?

If your insurance company requires a referral and/or prior authorization, contact your primary care physician prior your appointment in our office.

If your insurance company requires a referral and/or prior authorization and you do not have one, you may not be seen for your scheduled appointment, or you will be responsible for full payment of your bill at the time of service. If you require more than one visit for treatment or if the referral has expired, you must contact your primary care physician for another referral and/or prior authorization.

When can I expect to receive a bill? Why was I sent a statement when my insurance company is supposed to pay my bill?

For patients with health insurance, you are typically required to pay your portion of the bill at the time of service. Please note, you are paying and "estimate" at the time of service. Any balance due or credit will be sent to you within 30-60 days.

Whether you have insurance coverage or not, you as the patient are ultimately responsible to make sure your bill is paid. If you receive a statement showing that your insurance company has not paid, it may be helpful for you to contact your insurance company to ask why payment has not been made.

Where do I send payment? What methods of payment are accepted?

You can make payment in person or over the phone during our office hours, or you can mail payment to:

***Sterling Physical Therapy & Wellness***

| Sugar Land Clinic | SW Houston Clinic |
|---|---|
| 1449 Hwy 6, Suite 260 | 8323 Southwest Frwy, Suite 651 |
| Sugar Land, TX 77478 | Houston, TX 77074 |

Payment can be made with check, money order, cash, Visa MasterCard, Express or Discover. Checks should be made payable to Sterling Physical Therapy & Wellness. Please note there is a $50 service charge for all returned checks.

I GHOUS KHAN have read and thoroughly understand my financial responsibility for all services rendered. I am aware my insurance contract is between me and my insurance company and I will be billed by my provider for any services rendered not payable.

Signature [signature] Date 04/29/2021

Texas USA

DRIVER LICENSE

Director:



# DRIVER LICENSE

4d. DL:

9. Class: C

4b. Exp: 2026

3. DOB:

4a. Iss: 2020

1. KHAN

2. GHOUS WAHAB

8.

12. Rest: A

9a. End: NONE

16. Hgt: 5'-04" 15. Sex: M 18. Eyes: BRO

5. DD: 30629080035213747724

CLASS: C-Single or comb veh w/GVWR ≤ 26,000 lbs which transports placarded HAZMAT or ≥ 16 pass, including driver

REST: A - With corrective lenses

END: NONE

REV: 02/23/2020

DOB:

Directive to physician has been filed at Tel #

Emergency Contact #

Allergic reaction to drugs:

TEXAS ROADSIDE ASSISTANCE: 1-800-525-5555

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, T X 77478-5146
P hone: (281)240-3140
Fax: (281)605-5075

# Plan of Care

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DIC KSON, KY LE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** IC D10: M54.5: Low back pain

**Date of Plan of Care:** 04/29/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** IC D10: M54.5: Low back pain
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased lower back pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.

**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**

1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |

**Long Term Goals:**

1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 04/29/2021

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sincerely,

______________________________
Thomas Earl Hampton JR
License#1253371
*Initiated by Thomas Earl Hampton JR on April 29, 2021 at 5:44 pm*



Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on May 2, 2021 at 7:09 am*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________
______________________________

PhysicianSignature______________________________
K. F. DICKSON, MD
Date:________________ Time:________________



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Visit No.:** 1

**Date of Initial Examination:** 04/29/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**TreatmentDiagnosis:** ICD10: M54.5: Low back pain

## Subjective

**History of Present Condition/Mechanism of Injury:** R knee replacement 11 months ago, lumbar pain started about 3 weeks ago after doing house work
**Primary Concern/Chief Complaint:** Pain with deep breathing, turning in bed, relief with hanging from a pull up bar to distract spine
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Pain Location:** low back
**Pain Scale: Worst:** 9 **Best:** 5 **Current:** 7
**Pain Follow-up Plan:** Per POC
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Diagnostic Testing/Imaging:** None recently.
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Patient Goals:** Reduce Pain

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Comments** Iliac crest heights are level

### Outcome Measurement Tools

**Lower Extremity**
Lower Extremity Functional Scale 30/80

### Observation

**Standing Posture** Forward head, rounded shoulders, decreased lumbar lordosis.

**Gait** Guarded, antalgic gait with decreased truck rotation.

### Range of Motion

**Lumbar AROM**
Forward Bending Hand Reach to Feet



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Physical Therapy Initial Examination**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 04/29/2021

| | | |
|---|---|---|
| Right Rotation | 50% | |
| Left Rotation | 75% | |
| Right Side Bending | Reach To Lateral Joint Line | |
| Left Side Bending | Reach To Lateral Joint Line | |

| **Knee PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | 100 ° | WFL |

## Strength

**Gross Muscle Tests Trunk**

| | | |
|---|---|---|
| Upper Abdominals | 4/5 | |
| | **Right** | **Left** |

**Gross Muscle Tests Lower**

**Hip**

| | **Right** | **Left** |
|---|---|---|
| Hip Flexion | 4/5 | 4/5 |
| Hip Abduction | 5/5 | 5/5 |
| Hip Adduction | 5/5 | 5/5 |

**Knee**

| | **Right** | **Left** |
|---|---|---|
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |

## Special Tests

| | **Right** | **Left** |
|---|---|---|
| SI Compression | Positive | Positive |

**Leg Length**

Normal

| | **Right** | **Left** |
|---|---|---|
| Elongation | None | None |

**Comments** FABER: Negative Bilaterally
Balance: Fair
Slump Test: Negative Bilaterally

## Palpation

**Comments** TTP L thoracic paraspinals, R lumbar paraspinals, B SI joints

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased lower back pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Initial Examination

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 04/29/2021

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**

1: (2 Weeks) | Indep in HEP
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities.

**Long Term Goals:**

1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks.

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sincerely,

________________________________________
Thomas Earl Hampton JR
License#1253371
*Initiated by Thomas Earl Hampton JR on April 29, 2021 at 5:44 pm*



Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on May 2, 2021 at 7:09 am*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows____________________
______________________________________________

PhysicianSignature________________________________
K. F. DICKSON, MD
Date:________________ Time:________________



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Date of Original Eval:** 04/29/2021
**TreatmentDiagnosis:** ICD10: M54.5: Low back pain

**Date of Daily Note:** 04/29/2021
**Injury/Onset/Change of Status Date:** 04/07/2021
**Diagnosis:** ICD10: M54.5: Low back pain
**Visit No.:** 1
**Insurance Name:** COMMUNITY HEALTH CHOICE

## Subjective

**Current Complaints / Gains:** Pain with deep breathing, turning in bed, relief with hanging from a pull up bar to distract spine
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Pain Location:** low back
**Pain Scale: Worst:** 9 **Best:** 5 **Current:** 7
**Pain Follow-up Plan:** Per POC
**Aggravating Factors:** Prolonged standing, walking,
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97162 | PT Evaluation: Moderate Complexity | 1 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient 61 y/o male that presents to therapy with increased lower back pain. Patient symptoms include decreased core strength, impaired lumbar/trunk mobility, decreased B LE strength, gait deficits secondary to pain. Patient will benefit from skilled physical therapy to reduce pain and improve symptoms needed to perform daily tasks with minimal restriction.
**Patient Education:** Patient received extensive training on the Home exercise program, to include: demonstration, printed illustrative copy, and an online link to videos of each exercise.
**Rehab Potential:** Good
**Patient Problems:**
- Pain, limited ROM, weakness, gait deficits.

**Short Term Goals:**
1: (2 Weeks) | Indep in HEP |
2: (2 Weeks) | Patient pain reduced to 2/10 with prolonged standing and activities. |
**Long Term Goals:**
1: (4 Weeks) | Patient demonstrate strength improvement to 5/5 for improved stability in standing |
2: (4 Weeks) | Patient demonstrate range of motion WFL in the lumbar/trunk to meet daily tasks. |



Powered by WebPT

**Sterling Physical Therapy & Wellness - Sugar Land**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 04/29/2021

## Plan

**Instructions:** Progressing Patient Next Visit

Thomas Earl Hampton JR
License#1253371
*Initiated by Thomas Earl Hampton JR on May 2, 2021 at 2:09 am*

Sterling Carter, PT, DPT, MS, CSCS
License#1120715
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on May 2, 2021 at 7:09 am*



Powered by WebPT

STERLING PHYSICAL THERAPY & WELLNESS

# Patient Information Form

GHOUS KHAN
ID: 24524873
DOB:

## Personal Info

**First Name**
Ghous

**Middle name**
Wahab

**Last Name**
Khan

**Social Security ID**

**Gender**
Male

**Mobile Phone Number**

**Email**

**Address**

**Marital Status**
Married

**Injury Cause**
None of the above

**Emergency Contact First Name**
Zahida

**Emergency Contact Last Name**
Syyeda

**Emergency Contact Phone Number**
-

**Relationship**
Wife

**Referral Source**
I've had PT here before

## Insurance

**Medicare Patient**
No

**Insurance Policy**
Yes

**Insurance Plan Name**
Market Place Community Health Choice

**Policy ID**
000805984500

**Phone Number**
(855) 315 - 5386

**Secondary Policy Holder**
Yes

STERLING
PHYSICAL THERAPY & WELLNESS

# Patient Information Form

GHOUS KHAN
ID: 24524873
DOB:

## Medical

**Height**
5' 4" (64")

**Weight**
135

**Approximate Date of Injury**
April 08, 2021

**Physician Diagnosis**
Low back muscle sprain

**Description of how injury occurred**
Weight lifting and as a consequence of Right Knee replacement complecation and atypical posture.

**Injury Location**
- Lower back
- Knee

**Previous Treatment**
Yes

**Previous Treatment**
NSAIDs and muscle relaxant medicines, message with diclofenac topical cream.

**Pain Type**
- Spasm
- Aching
- Dull

**Pain Worst Timing**
- During the day
- In the morning
- With activity

**Pain Best Timing**
- At rest
- At night

**Current**
5

**Best**
4

**Worst**
8

**Past Treatment**
- Diagnostic Tests

**Diagnostic Tests**
- MRI
- XRAY

**Recent Falls**
No

**Feel unsteady**
No

**Worry about falling**
No

**Doctor Name**
Kyle Dickson, MD

**Referring Dr Phone #**
(281) 207 - 4000

**Medical Conditions**
- Arthritis

**Medical Conditions**
- Metal Implants

**Current Medications**
Yes

**Current Medications List**
- Ibuprofen - 400 mg bid

**Therapy Goal**
Pain relief

**Medical History**
Total Right knee replacement June 2020

SOUTHWEST ORTHOPEDIC GROUP, L.L.P.

Kyle F. Dickson, M.D.
6560 Fannin, Suite 1016
Houston, Texas 77030
Ph. # (713)800-1080 Fax # (713)800-1081

## PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

PATIENT: Ghaus Khan DATE: 4/19/21

DIAGNOSIS: Low back pain DOB:

EVALUATE AND TREAT: ✓

| AREA | LEFT | RIGHT | MODALITIES | PROCEDURES |
|---|---|---|---|---|
| NECK | | | HEAT PACKS | ROM |
| BACK (circled) | | | TENS | ACTIVE |
| SHOULDER | | | WHIRLPOOL | ACTIVE ASSIST |
| ELBOW | | | ULTRASOUND | PASSIVE |
| WRIST | | | PHONOPHORESIS | MASSAGE (circled) |
| HAND | | | ICE PACKS | PROPRIOCEPTIVE TRAINING |
| HIP | | | IONTOPHORESIS | GAIT TRAINING |
| KNEE | | | RX: ______ | WEIGHT BEARING |
| ANKLE | | | MUSCLE STIMULATOR | STATUS: ______ |
| FOOT | | | OTHER ______ | STRETCHING EXERCISES (circled) |
| | | | | STRENGTHENING EXERCISES (circled) |
| | | | | VMO |
| | | | | BACK EXERCISE PROGRAM (circled) |
| | | | | PATIENT / FAMILY EDUCATION |

OTHER: ______________________________

3 TIMES A WEEK FOR 8 WEEKS OR ______ MONTHS

______ AS NEEDED ______

PHYSICIAN SIGNATURE: [signature]

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

From: Sterling Carter 12816055075 2021-07-29 21:27:36 GMT Page: 42 of 43 To: 16033340380

COMMUNITY HEALTH CHOICE

# Marketplace Plan

Member: Ghous Khan
Member ID: 000805984500
Plan name: Community Standard Silver 12-06
Effective Date: 1/1/2021
Assigned Provider: SALIM GOPALANI

| Deductibles | In-network visit after meeting deductible | Prescription cost after meeting deductible |
|---|---|---|
| Individual: $0 | PCP: $10 | Generic: $5 |
| | Specialist: $20 | Preferred: $20 |
| Family: $0 | Urgent care: $20 | Non-preferred: $40 |
| | Hospital ER: 10% | Specialty: 20% |

No charge for preventive care
Pharmacy: Navitus Health Solutions BIN: 610602 PCN: NVT RXGroup: CHX TDI/QHP

PAGE 42/43 * RCVD AT 7/29/2021 5:27:46 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID:12816055075 * ANI:13055038239 * DURATION (mm-ss):66-55

From: Sterling Carter 12816055075 2021-07-29 21:27:36 GMT Page: 43 of 43 To: 16033340380

PAGE 43/43 * RCVD AT 7/29/2021 5:27:46 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID:12816055075 * ANI:13055038239 * DURATION (mm-ss):66-55

## How to use your benefits

1. Show this card when you get care
2. Pay for 100% of your care until you meet your deductible
3. After that, pay the copay or coinsurance that's due at the time of service
4. Some services require pre-authorization, check your plan to find out
5. In a health emergency, call 9-1-1 or go to the nearest hospital ER

**Send claims to:** Community Health Choice, Inc. P.O. Box 301424, Houston, TX 77230

**Electronic claims:** Payer ID 60495

For more information about your plan, log in to your Member Account at CommunityHealthChoice.org.

---

## Helpful numbers

**Community Health Choice**
713.295.6704 or
1.855.315.5386 (toll-free)

**Pharmacy** 1.866.333.2757

**Talk to a doctor 24/7**
1.800.835.2362

**Behavioral health**
1.855.539.5881

**Nurse Hotline**
1.833.955.1528

NAVITUS HEALTH SOLUTIONS

524-43C

Subject: FW: Re evaluation_9.18.2020
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-07-29 07:44:30

From: Ghous Khan <
Sent: Wednesday, July 28, 2021 7:12 PM
To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Shyla,

I hope you are doing well. I'm writing to you to ask about the responses from the doctors you mentioned in the letter dated 25 Jun 2021. I had requested Dr. Gopalani, Dr. Dickson and Sterling Physical Therapy to update you about my clinical condition, as I have been seeing them regularly after the knee replacement surgery.

Though Dr. Blum had performed the knee replacement procedure, I am seeing Dr. Dickson for the follow-up, not Dr. Blum. I saw Dr. Kancherla only once for the opinion about the knee implant metal allergy.

Please let me know if you did not receive a response from any of the doctors I mentioned above. I look forward to hearing from you soon.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Thursday, April 22, 2021 3:53 PM
To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>>
Subject: Re: Re evaluation_9.18.2020

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000

Salim Gopalani, MD (PCP) phone: 713.802.9025 and

Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,

Ghous Khan

---

From: Terrell, Shayla <Shayla.Terrell@lfg.com>
Sent: Sunday, April 18, 2021 2:32 PM
To: Ghous Khan <
Subject: RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

Shayla Terrell
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Ghous Khan <
Sent: Friday, April 16, 2021 10:43 AM
To: Wood, Kelly <Kelly.Wood@lfg.com>

Cc: Terrell, Shayla <Shayla.Terrell@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Wood, Kelly <Kelly.Wood@lfg.com>
Sent: Thursday, February 18, 2021 6:49 AM
To: Ghous Khan <
Cc: Terrell, Shayla <Shayla.Terrell@lfg.com>
Subject: RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

Kelly Wood
LTD Team Manager
Group Protection

Lincoln Financial Group
LincolnFinancial.com
<https://www.lfg.com/public/individual>

800-291-0112 Ext*10275 Office
<https://www.facebook.com/lincolnfinancialgroup>
<https://twitter.com/lincolnfingroup>
<http://www.youtube.com/lincolnfinancialgrp>
<https://www.instagram.com/lincolnfingroup>

<http://www.linkedin.com/company/lincoln-financial-group>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Ghous Khan <
Sent: Thursday, February 18, 2021 1:24 AM
To: Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments
<DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Tuesday, February 2, 2021 12:40 PM
To:Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
Subject: Fw: Re evaluation_9.18.2020

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Tuesday, February 2, 2021 12:35 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Friday, December 4, 2020 11:13 AM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Wednesday, November 11, 2020 1:36 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Friday, September 25, 2020 11:29 AM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Thursday, August 27, 2020 6:05 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,

Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you

are
hereby notified that any dissemination, distribution, copying, or action taken
in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please notify
the
sender immediately and permanently delete the original and any copy of this
E-mail
and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 26, 2021 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | |
| Fax: | (281) 605-5075 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 26, 2021

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by August 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
**DATE LAST TREATED** — ____________
**NEXT OFFICE VISIT** — ____________
**DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

*pg. 1 LMB.Psychotherapy.2020*

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 26, 2021 |
| To: | HENRY BLUM |
| Attn: | |
| Fax: | (713) 383-1473 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 26, 2021

Henry Blum

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __  Other

We ask that you provide this information by August 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 26, 2021 |
| To: | KYLE DICKSON |
| Attn: | |
| Fax: | (713) 800-1081 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 26, 2021

Kyle Dickson

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by August 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 26, 2021 |
| To: | DR. VIKAS KANCHERLA<br>ALLERGY & ENT ASSOCIATES |
| Attn: | |
| Fax: | (281) 325-0375 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 26, 2021

Dr. Vikas Kancherla

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __ Other

We ask that you provide this information by August 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________
   **DATE LAST TREATED** — ____________ ______________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________
______________________________________________
______________________________________________
______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________
______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________
______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 28, 2021 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | |
| Fax: | (281) 605-5075 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 28, 2021

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to Ghous Khan's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 5, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: 10420268-REQUEST-PROVIDER-06.24.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2021 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | |
| Fax: | (281) 605-5075 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2021

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   ____________________
   ____________________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   ____________________
   ____________________
   ____________________
   ____________________

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

   ____________________
   ____________________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   ____________________
   ____________________

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ____________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

# SALIM GOPALANI M.D. P.A.

1631 NORTH LOOP WEST, SUITE 260
HOUSTON, TX 77008
PH: (713)802-9024 F: (713)802-1868

## FAX COVER SHEET

TO: Lincoln Financial Group
PHONE: 800 291 0112
FAX: 603 3340380
ATTN:
FROM: Maria
COMMENT: Clinicals + forms Signed

WE ARE TRANSMITTING 12 PAGES (INCLUDING COVER SHEET) IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (713)802-9024 AS SOON AS POSSIBLE.

**CONFIDENTIALTY NOTICE**

The document accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on he consents of this telecopy information is strictly prohibited. If you have received this copy in error, please notify us by telephone (713)802-9024 immediately to arrange for the return of the documents to us.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — 7/16/2010
   DATE LAST TREATED — 6/28/2021
   NEXT OFFICE VISIT — ______
   (R) Knee pain M25.561
   Z96.651
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- [x] **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   pain knee & swelling after surgery, not able to bend, or move get tired & fatigue c̄ slight walk

4. RESTRICTIONS IMPOSED FROM June/2020 TO permanent

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   Getting pain control & off & on PT. So far no response not yet determine to return to work.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   Not able to walk or stand long, knee swelling

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| SALIM GOPALANI | MD | 76-0484886 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 1631 N Loop W #260 | (713) 802 9024 | 713 802 1868 |
| Street Address | Telephone Number | Fax Number |
| HOUSTON, TX 77008 | [signature] | 6/28/21 |
| City, State & Zip Code | Signature | Date |

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN. GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 06/28/2021

Clinical Note ID#64341977

**Care Type**
Transitional Visit

**Reason for Visit** Follow up

**Problems**

| | |
|---|---|
| Acute pharyngitis, unspecified | J02.9 |
| Allergic rhinitis, unspecified | J30.9 |
| Arthritis due to other bacteria, unspecified joint | M00.80 |
| Cervicalgia | M54.2 |
| Gastro-esophageal reflux disease without esophagitis | K21.9 |
| Nodular prostate with lower urinary tract symptoms | N40.3 |
| Other fatigue | R53.83 |
| Pain in right knee | M25.561 |
| Presence of right artificial knee joint | Z96.651 |
| Rash and other nonspecific skin eruption | R21 |
| Restless legs syndrome | G25.81 |

**Social History**
**Never smoked**
**Negative** for: Alcohol use; Passive smoker; Other tobacco use; Current some day smoker; Current every day smoker

**Active Allergies/Adverse Reactions**
No Known Active Allergies/Adverse Reactions

**Active Medications**
**triamcinolone topical** 0.1% cream; 1 app TOP bid; Dispense: 60 Gram(s); 4 refill(s); Date Issued: 03/18/2021; by Salim Gopalani MD
**Cialis** 20 mg tablet; 1 tab PO tiw; Dispense: 30 Tablet(s); 4 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**finasteride** 5 mg tablet; 1 tab PO qhs; Dispense: 30 Tablet(s); 5 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**Fluzone High-Dose Quadrivalent PF 2020-2021** high-dose preservative-free quadrivalent suspension; IM 0 refill(s); Date Issued: 10/12/2020;
**sertraline** 100 mg tablet; TAKE 1/2 TABLET BY MOUTH EVERY DAY; Dispense: 45 Tablet(s); 90 days supply 0 refill(s); Date Issued: 03/04/2019; by Salim Gopalani MD
**tamsulosin** 0.4 mg capsule; TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Dispense: 60 Capsule(s); 30 days supply 0 refill(s); Date Issued: 06/25/2018; by Salim Gopalani MD
**traMADol** 50 tablet; TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED; Dispense: 60 Tablet(s); 30 days supply 0 refill(s); Date Issued: 10/13/2017; by Salim Gopalani MD
**Fluvirin 2016-2017** trivalent suspension; 0.5 IM 0 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**Nuvigil** 150 mg tablet; 1 tab(s) PO qd; Dispense: 30 Unspecified; 3 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**pantoprazole** 40 mg delayed release tablet; TAKE ONE TABLET BY MOUTH ONCE DAILY; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**pramipexole** 0.5 mg tablet; TAKE ONE TABLET BY MOUTH AT BEDTIME; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**Maxitrol** 1 mg-3.5 mg-10000 units/mL suspension; OPH 2 drops in each eye two times a day as needed; Dispense: 2 Bottle(s); 0 refill(s); Date Issued: 11/26/2014; by Salim Gopalani MD

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 06/28/2021

**Review of Systems**

**HEENT**
Pt Reports: Sinus problems
Pt Denies: Vision change; Glaucoma; Ear problems; Difficulty swallowing

**Cardiovascular**
Pt Denies: Chest pain; Heart murmur; Palpitations; Swelling; Orthopnea; Claudication

**Respiratory**
Pt Denies: Difficulty breathing; Wheezing; Cough; Phlegm

**Gastrointestinal**
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Constipation; Diarrhea

**Neurological**
Pt Denies: Headaches; Migraines; Seizures; Dizziness upon standing; Vertigo; Short term memory problems; Long term memory problems; Confusion/disorientation; Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg; Numbness/tingling; Involuntary movements; Trouble with coordination; Tremors; Balance problems

**Deferred**: Genitourinary

**Subjective**
Still pain and swelling for the knee right after surgery , not able to work ,
Poor compliance with activities, poor endurance, not able to walk or stand little long, developing restless and fatigue and frustration due to this disability, on disability long term,

**Vitals**
**L/H**: 64.0 in.; **W**: 136.0 lb.; **BMI**: 23.3; **B/P**: 128/70; **P**: 59 BPM; **$O_2$ Sat**: 97 %;

**Physical Exam**

**Constitutional**: Cooperative; No acute distress; Overweight

**Psychiatric:** Alert and oriented to person, place, and time; Recent and remote memory normal; Mood and affect appropriate for situation; Judgment and insight normal; Normal attention span and concentration

**HEENT**: PERRLA; Fundi normal; External ears normal; Ear canal normal; Hearing grossly normal; Nose and sinuses normal; External nose normal; Lips, teeth, tongue, and gums unremarkable; Teeth normal; Edentulous; Oral/dental hygiene normal; Cranial nerves grossly normal; Nasopharynx unremarkable

**Neck**: No crepitus; Thyroid normal; No regional lymphadenopathy; No masses; No carotid bruits

**Cardiovascular:** Heart rate and rhythm regular; Normal S1 and S2; No murmurs, rubs, gallops, or clicks; No lifts, heaves, or thrills felt on palpation; Heart location and apex normal; Carotid artery pulsations normal; No jugular vein distention; Normal peripheral pulses; No peripheral edema; No varicosities

**Respiratory**: Respiratory effort unremarkable; Respiratory rate and pattern normal; Lungs clear to auscultation bilaterally; No crackles or wheezing noted; Palpation of chest unremarkable

**Chest/Breasts**: No regional lymphadenopathy; Chest unremarkable

**Gastrointestinal**: Normal bowel sounds; Abdomen soft and nontender; No palpable masses; Liver and spleen normal; No hernias; No hemorrhoids

**Genitourinary exam deferred**

**Lymphatic**: No lymphadenopathy; No lymphadenopathy of the neck, axillae, or groin

**Integumentary**: Inspection and palpation of skin and subcutaneous tissue normal; No lesions, rashes, or ulcers; No pigmentation changes; Striae:; Eczema/Atopic dermatitis

**Musculoskeletal/Neurologic**: Cranial nerves II-XII normal; Range of motion, motor, and sensory exam normal; Range of motion, motor, and sensory exam grossly normal

**Comprehensive Diabetic Foot Exam exam deferred**

**Objective**
BP stable, exam stable.
No acute weaknesses.
Labs needed.

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 06/28/2021

Meds reviewed.

**Diagnoses**

Presence of right artificial knee joint Z96.651
Artificial knee joint present-911000119102
Rash and other nonspecific skin eruption R21
Eruption-271807003
Restless legs syndrome G25.81
Restless legs-32914008
Pain in right knee M25.561
Knee pain-30989003
Other fatigue R53.83
Malaise and fatigue-271795006
Nodular prostate with lower urinary tract symptoms N40.3
Benign prostatic hyperplasia-266569009
Gastro-esophageal reflux disease without esophagitis K21.9
Gastroesophageal reflux disease-235595009
Cervicalgia M54.2
Neck pain-81680005
Arthritis due to other bacteria, unspecified joint M00.80
Bacterial arthritis-48245008
Allergic rhinitis, unspecified J30.9
Allergic rhinitis-61582004

**Assessment**
As above

**Medications**
**levoFLOXacin**; **SIG**: 500 mg tablet; 1 tab PO qd; Quantity: 14; 2 refill(s); **Ordered**: 06/28/2021; **Ordering Provider**: Salim Gopalani MD;

**Procedures**
99214 - OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN; Performed in Office

**Plan of Care**

**Plan Text**
Meds reviewed.
Disability form filled and discussed.
Continue present care.
Diet discussed.
Reduce Salt intake recommended.
Exercise recommended.
Compliance with Meds and diet discussed.
Functional status reviewed, cooking etc, bathing , ironing, laundry, occ yard work etc.
Comprehensive pain assessment done, no pain,
Medication list reviewed, and updated.
Advance directive discussed.

*Finalized and Signed at 12:59:00 on 06/28/2021 by Salim Gopalani MD*

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 03/18/2021

Clinical Note ID#63046414

**Care Type**
Transitional Visit

**Reason for Visit** Follow up

**Problems**

| | |
|---|---|
| Acute pharyngitis, unspecified | J02.9 |
| Allergic rhinitis, unspecified | J30.9 |
| Arthritis due to other bacteria, unspecified joint | M00.80 |
| Cervicalgia | M54.2 |
| Gastro-esophageal reflux disease without esophagitis | K21.9 |
| Nodular prostate with lower urinary tract symptoms | N40.3 |
| Other fatigue | R53.83 |
| Pain in right knee | M25.561 |
| Presence of right artificial knee joint | Z96.651 |
| Restless legs syndrome | G25.81 |

**Social History**
**Never smoked**
**Negative** for: Alcohol use; Passive smoker; Other tobacco use; Current some day smoker; Current every day smoker

**Active Allergies/Adverse Reactions**
No Known Active Allergies/Adverse Reactions

**Active Medications**
**Cialis** 20 mg tablet; 1 tab PO tiw; Dispense: 30 Tablet(s); 4 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**finasteride** 5 mg tablet; 1 tab PO qhs; Dispense: 30 Tablet(s); 5 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**Fluzone High-Dose Quadrivalent PF 2020-2021** high-dose preservative-free quadrivalent suspension; IM 0 refill(s); Date Issued: 10/12/2020;
**sertraline** 100 mg tablet; TAKE 1/2 TABLET BY MOUTH EVERY DAY; Dispense: 45 Tablet(s); 90 days supply 0 refill(s); Date Issued: 03/04/2019; by Salim Gopalani MD
**tamsulosin** 0.4 mg capsule; TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Dispense: 60 Capsule(s); 30 days supply 0 refill(s); Date Issued: 06/25/2018; by Salim Gopalani MD
**traMADol** 50 tablet; TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED; Dispense: 60 Tablet(s); 30 days supply 0 refill(s); Date Issued: 10/13/2017; by Salim Gopalani MD
**Fluvirin 2016-2017** trivalent suspension; 0.5 IM 0 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**Nuvigil** 150 mg tablet; 1 tab(s) PO qd; Dispense: 30 Unspecified; 3 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**pantoprazole** 40 mg delayed release tablet; TAKE ONE TABLET BY MOUTH ONCE DAILY; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**pramipexole** 0.5 mg tablet; TAKE ONE TABLET BY MOUTH AT BEDTIME; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**Maxitrol** 1 mg-3.5 mg-10000 units/mL suspension; OPH 2 drops in each eye two times a day as needed; Dispense: 2 Bottle(s); 0 refill(s); Date Issued: 11/26/2014; by Salim Gopalani MD

**Review of Systems**
HEENT
Pt Denies: Vision change; Glaucoma; Ear problems; Sinus problems; Difficulty swallowing

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024 **Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143
2738 ELDRIDGE PARKWAY, SUGARLAND, TX 77498

Visit with provider: Salim Gopalani MD on 03/18/2021

**Cardiovascular**
Pt Denies: Chest pain; Heart murmur; Palpitations; Swelling; Orthopnea; Claudication
**Respiratory**
Pt Denies: Difficulty breathing; Wheezing; Cough; Phlegm
**Gastrointestinal**
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Constipation; Diarrhea
**Neurological**
Pt Denies: Headaches; Migraines; Seizures; Dizziness upon standing; Vertigo; Short term memory problems; Long term memory problems; Confusion/disorientation; Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg; Numbness/tingling; Involuntary movements; Trouble with coordination; Tremors; Balance problems
**Deferred**: Genitourinary

**Subjective**
Rash at the back both shoulder blades,
Right buttock, maculopapular rash.
Itching a lot.

**Vitals**
**L/H**: 64.0 in.; **W**: 136.0 lb.; **BMI**: 23.3; **B/P**: 135/80; **P**: 67 BPM; **$O_2$ Sat**: 93 %;

**Physical Exam**
**Constitutional**: Cooperative; No acute distress; Overweight
**Psychiatric**: Alert and oriented to person, place, and time; Recent and remote memory normal; Mood and affect appropriate for situation; Judgment and insight normal; Normal attention span and concentration
**HEENT**: PERRLA; Fundi normal; External ears normal; Ear canal normal; Hearing grossly normal; Nose and sinuses normal; External nose normal; Lips, teeth, tongue, and gums unremarkable; Teeth normal; Edentulous; Oral/dental hygiene normal; Cranial nerves grossly normal; Nasopharynx unremarkable
**Neck**: No crepitus; Thyroid normal; No regional lymphadenopathy; No masses; No carotid bruits
**Cardiovascular**: Heart rate and rhythm regular; Normal S1 and S2; No murmurs, rubs, gallops, or clicks; No lifts, heaves, or thrills felt on palpation; Heart location and apex normal; Carotid artery pulsations normal; No jugular vein distention; Normal peripheral pulses; No peripheral edema; No varicosities
**Respiratory**: Respiratory effort unremarkable; Respiratory rate and pattern normal; Lungs clear to auscultation bilaterally; No crackles or wheezing noted; Palpation of chest unremarkable
**Chest/Breasts**: No regional lymphadenopathy; Chest unremarkable
**Gastrointestinal**: Normal bowel sounds; Abdomen soft and nontender; No palpable masses; Liver and spleen normal; No hernias
**Genitourinary exam deferred**
**Lymphatic**: No lymphadenopathy; No lymphadenopathy of the neck, axillae, or groin
**Integumentary**: Inspection and palpation of skin and subcutaneous tissue normal; No lesions, rashes, or ulcers; No pigmentation changes; Striae:; Eczema/Atopic dermatitis
**Musculoskeletal/Neurologic**: Cranial nerves II-XII normal; Range of motion, motor, and sensory exam normal; Range of motion, motor, and sensory exam grossly normal
**Comprehensive Diabetic Foot Exam exam deferred**

**Objective**
Maculopapular rashes both shoulder and right buttock
Started after prick test. Wait to get opinion of allergy specialist.

**Diagnoses**
Rash and other nonspecific skin eruption R21
Eruption 271807003
Arthritis due to other bacteria, unspecified joint M00.80

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024 **Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 03/18/2021

Bacterial arthritis-48245008
Acute pharyngitis, unspecified J02.9
Pharyngitis-405737000
Allergic rhinitis, unspecified J30.9
Allergic rhinitis-61582004
Cervicalgia M54.2
Neck pain-81680005
Gastro-esophageal reflux disease without esophagitis K21.9
Gastroesophageal reflux disease-235595009
Nodular prostate with lower urinary tract symptoms N40.3
Benign prostatic hyperplasia-266569009
Other fatigue R53.83
Malaise and fatigue-271795006
Pain in right knee M25.561
Knee pain-30989003
Presence of right artificial knee joint Z96.651
Artificial knee joint present-911000119102
Restless legs syndrome G25.81
Restless legs-32914008

**Assessment**
As above

**Medications**
**triamcinolone topical**; **SIG:** 0.1% cream; 1 app TOP bid; Quantity: 60; 4 refill(s); **Ordered:** 03/18/2021;
**Ordering Provider:** Salim Gopalani MD;

**Procedures**
99214 - OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN; Performed In Office

**Plan of Care**
**Plan Text**
Refer back to allergist for rash due to skin prick test, this is not shingles.
Seen Dr. Kancherla
Continue present care.
Diet discussed
Reduce Salt intake recommended.
Exercise recommended.
Compliance with Meds and diet discussed.
Functional status reviewed, cooking etc, bathing , ironing, laundry, occ yard work etc.
Comprehensive pain assessment done, no pain,
Medication list reviewed, and updated.
Advance directive discussed.

*Finalized and Signed at 13:27:45 on 03/18/2021 by Salim Gopalani MD*

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 01/19/2021

Clinical Note ID#62268061

**Care Type**
Transitional Visit

**Reason for Visit** Follow-up

**Problems**

| | |
|---|---|
| Acute pharyngitis, unspecified | J02.9 |
| Allergic rhinitis, unspecified | J30.9 |
| Arthritis due to other bacteria, unspecified joint | M00.80 |
| Cervicalgia | M54.2 |
| Gastro-esophageal reflux disease without esophagitis | K21.9 |
| Nodular prostate with lower urinary tract symptoms | N40.3 |
| Other fatigue | R53.83 |
| Pain in right knee | M25.561 |
| Presence of right artificial knee joint | Z96.651 |
| Restless legs syndrome | G25.81 |

**Social History**
**Never smoked**
**Negative** for: Alcohol use; Passive smoker; Other tobacco use; Current some day smoker; Current every day smoker

**Active Allergies/Adverse Reactions**
No Known Active Allergies/Adverse Reactions

**Active Medications**
**Cialis** 20 mg tablet; 1 tab PO tiw; Dispense: 30 Tablet(s); 4 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**finasteride** 5 mg tablet; 1 tab PO qhs; Dispense: 30 Tablet(s); 5 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**Fluzone High-Dose Quadrivalent PF 2020-2021** high-dose preservative-free quadrivalent suspension; IM 0 refill(s); Date Issued: 10/12/2020;
**sertraline** 100 mg tablet; TAKE 1/2 TABLET BY MOUTH EVERY DAY; Dispense: 45 Tablet(s); 90 days supply 0 refill(s); Date Issued: 03/04/2019; by Salim Gopalani MD
**tamsulosin** 0.4 mg capsule; TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Dispense: 60 Capsule(s); 30 days supply 0 refill(s); Date Issued: 06/25/2018; by Salim Gopalani MD
**traMADol** 50 tablet; TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED; Dispense: 60 Tablet(s); 30 days supply 0 refill(s); Date Issued: 10/13/2017; by Salim Gopalani MD
**Fluvirin 2016-2017** trivalent suspension; 0.5 IM 0 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**Nuvigil** 150 mg tablet; 1 tab(s) PO qd; Dispense: 30 Unspecified; 3 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**pantoprazole** 40 mg delayed release tablet; TAKE ONE TABLET BY MOUTH ONCE DAILY; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**pramipexole** 0.5 mg tablet; TAKE ONE TABLET BY MOUTH AT BEDTIME; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**Maxitrol** 1 mg-3.5 mg-10000 units/mL suspension; OPH 2 drops in each eye two times a day as needed; Dispense: 2 Bottle(s); 0 refill(s); Date Issued: 11/26/2014; by Salim Gopalani MD

**Review of Systems**
HEENT
Pt Denies: Vision change; Glaucoma; Ear problems; Sinus problems; Difficulty swallowing

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143
2738 ELDRIDGE PARKWAY, SUGARLAND, TX 77498

Visit with provider: Salim Gopalani MD on 01/19/2021

**Cardiovascular**
Pt Denies: Chest pain; Heart murmur; Palpitations; Swelling; Orthopnea; Claudication
**Respiratory**
Pt Denies: Difficulty breathing; Wheezing; Cough; Phlegm
**Gastrointestinal**
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Constipation; Diarrhea
**Neurological**
Pt Denies: Headaches; Migraines; Seizures; Dizziness upon standing; Vertigo; Short term memory problems; Long term memory problems; Confusion/disorientation; Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg; Numbness/tingling; Involuntary movements; Trouble with coordination; Tremors; Balance problems
**Deferred**: Genitourinary

**Subjective**
Knee pain, and swelling.
Doing better, not in distress, no complaints voiced.
No pain, tolerating Meds well.

**Vitals**
**L/H**: 64.0 in.; **W**: 134.8 lb.; **BMI**: 23.1; **T**: 97.5°F Temporal; **B/P**: 138/76 Sitting/Right Arm; **P**: 78 BPM Radial; **$O_2$ Sat**: 98 %;

**Physical Exam**
**Constitutional**: Cooperative; No acute distress; Normal BMI
**Psychiatric**: Alert and oriented to person, place, and time; Recent and remote memory normal; Mood and affect appropriate for situation; Judgment and insight normal; Normal attention span and concentration
**HEENT**: PERRLA; Fundi normal; External ears normal; Ear canal normal; Hearing grossly normal; Nose and sinuses normal; External nose normal; Lips, teeth, tongue, and gums unremarkable; Teeth normal; Edentulous; Oral/dental hygiene normal; Cranial nerves grossly normal; Nasopharynx unremarkable
**Neck**: No crepitus; Thyroid normal; No regional lymphadenopathy; No masses; No carotid bruits
**Cardiovascular**: Heart rate and rhythm regular; Normal S1 and S2; No murmurs, rubs, gallops, or clicks; No lifts, heaves, or thrills felt on palpation; Heart location and apex normal; Carotid artery pulsations normal; No jugular vein distention; Normal peripheral pulses; No peripheral edema; No varicosities
**Respiratory**: Respiratory effort unremarkable; Respiratory rate and pattern normal; Lungs clear to auscultation bilaterally; No crackles or wheezing noted; Palpation of chest unremarkable
**Chest/Breasts**: No regional lymphadenopathy; Chest unremarkable
**Gastrointestinal**: Normal bowel sounds; Abdomen soft and nontender; No palpable masses; Liver and spleen normal; No hernias
**Genitourinary exam deferred**
**Lymphatic**: No lymphadenopathy; No lymphadenopathy of the neck, axillae, or groin
**Integumentary**: Inspection and palpation of skin and subcutaneous tissue normal; No lesions, rashes, or ulcers, No pigmentation changes; Striae:; Eczema/Atopic dermatitis
**Musculoskeletal/Neurologic**: Cranial nerves II-XII normal; Range of motion, motor, and sensory exam normal; Range of motion, motor, and sensory exam grossly normal
**Comprehensive Diabetic Foot Exam exam deferred**

**Objective**
Right knee swelling, full flexion limited.
BP stable, exam stable.
No acute weaknesses.
Labs stable.
Meds reviewed.

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 06/28/2021 at 01:02 PM CDT by Ms. Maria Molina

**KHAN, GHOUS W.** (M) 62y ( **PID:** 143
2738 ELDRIDGE PARKWAY, SUGARLAND, TX 77498

Visit with provider: Salim Gopalani MD on 01/19/2021

**Diagnoses**

Arthritis due to other bacteria, unspecified joint M00.80
Bacterial arthritis-48245008
Cervicalgia M54.2
Neck pain-81680005
Gastro-esophageal reflux disease without esophagitis K21.9
Gastroesophageal reflux disease-235595009
Nodular prostate with lower urinary tract symptoms N40.3
Benign prostatic hyperplasia-266569009
Other fatigue R53.83
Malaise and fatigue-271795006
Pain in right knee M25.561
Knee pain-30989003
Presence of right artificial knee joint Z96.651
Artificial knee joint present-911000119102
Restless legs syndrome G25.81
Restless legs-32914008

**Assessment**

As above

**Procedures**

99214 - OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN; Performed in Office
1160F - RVW ALL MEDS BY RXNG PRCTIONR OR CLIN RPH DOCD; Performed in Office
1159F - MEDICATION LIST DOCUMENTED IN MEDICAL RECORD; Performed in Office
1158F - ADVNC CARE PLANNING TLK DOCD IN MED RCRD; Performed in Office
1170F - FUNCTIONAL STATUS ASSESSED; Performed in Office
1126F - PAIN SEVERITY QUANTIFIED NO PAIN PRESENT; Performed in Office
3008F - BODY MASS INDEX DOCUMENTED; Performed in Office
3078F - MOST RECENT DIASTOLIC BLOOD PRESSURE < 80 MM HG; Performed in Office
3074F - MOST RECENT SYSTOLIC BLOOD PRESSURE <130 MM HG; Performed in Office

**Plan of Care**

**Plan Text**

Labs needed.
Reviewed labs done 12/01/2020. following orthopedics for long term disability.
Continue present care.
Diet discussed.
Reduce Salt intake recommended.
Exercise recommended.
Compliance with Meds and diet discussed.
Functional status reviewed, cooking etc, bathing , ironing, laundry, occ yard work etc.
Comprehensive pain assessment done, no pain.
Medication list reviewed, and updated.

*Finalized and Signed at 12:52:04 on 01/19/2021 by Salim Gopalani MD*

Copyright (c) 2021 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2021 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | |
| Fax: | (281) 605-5075 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2021

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __  Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2021 |
| To: | HENRY BLUM |
| Attn: | |
| Fax: | (713) 383-1473 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2021

Henry Blum

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| | | |
|---|---|---|
| Ghous Khan | | 10420268 |
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ____________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2021 |
| To: | KYLE DICKSON |
| Attn: | |
| Fax: | (713) 800-1081 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2021

Kyle Dickson

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form
- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — __________
   **DATE LAST TREATED** — __________
   **NEXT OFFICE VISIT** — __________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** __________ **TO** __________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ____________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2021 |
| To: | DR SALIM GOPALANI<br>1631 NORTH LOOP W<br>#260<br>HOUSTON TX 77008 |
| Attn: | |
| Fax: | (713) 802-1868 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2021

Dr. Salim Gopalani
1631 NORTH LOOP W
#260
HOUSTON, TX 77008

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form
- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________
   **DATE LAST TREATED** — ____________ ____________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2021 |
| To: | DR. VIKAS KANCHERLA<br>ALLERGY & ENT ASSOCIATES |
| Attn: | |
| Fax: | (281) 325-0375 |
| From: | Shayla Terrell<br>Sr. Claims Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2021

Dr. Vikas Kancherla

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2021 through present date
- Completion of restriction form

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
10420268-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.27.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Shayla Terrell

| Ghous Khan | | 10420268 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

A copy of this authorization will be considered as valid as the original.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ____________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 25, 2021

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 24, 2021, we requested medical records from Sterling Physical Therapy, Dr. Blum, Dr. Dickson, Dr. Kancherla and Dr. Gopalani. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 15, 2021 through present date from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

PRA Health Sciences's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 7, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by September 6, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 7, 2021 as required under the

terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shayla Terrell
Sr. Claims Specialist
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

SOUTHWEST Orthopedic Group, L.L.P.

**CONFIDENTIAL:**

**THIS IS A FAX FROM THE OFFICE OF:**

**Kyle F. Dickson, M.D.**
**Return Phone: (713) 800-1080**
**Return Fax: (713) 800-1081**

**ATTENTION:**

**NOTES:**

**This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.**

**If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:278089-A-256]**

**KHAN, GHOUS (id #278089, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**04/19/2021** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | None recorded. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



**GHOUS KHAN**
**DOB:**

**DOS: 4/20/2021**

**PERSONAL INS FOLLOW UP**

This is a 61 year old who had a total knee by Dr. Blum on 06/09/2020. He had some increased pain with redness. On 09/02/2020, we did an aspiration as well as a PCR. This all turned out to be negative, so maybe some cellulitis. We also did some allergy testing, and their seemed to be a nickel allergy as well as iron as well as molybdenum. We did try some Pennsaid as well as Voltaren. It did make it feel better, but when he was on it, it was giving him problems. He did see a rheumatologist to make sure there was no kind of autoimmune. He did get a rash and he got some allergy testing, but there was no real medicine that made the knee pain any better. We did get Dr. Blum's operative report, and he had used a Mako knee.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he has some GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI, or endocrine.

**EXAMINATION:** On physical exam, he has had normal sensation, normal toe motion. 2+ dorsalis pedis. The skin is intact.

**RADIOGRAPHS:** We had gotten a CT that showed no evidence of any malrotation. Everything looked like it was in a good position. His range of motion has been about 0 to 90 degrees.

**PLAN:** He is already on some ibuprofen. We are going to start him on some Neurontin 300 mg three times a day and would like to get up to 1200 mg, but would kind of maybe increase it gradually three times a day by the week, and then we are going to send him for physical therapy for his back to do some core strengthening. I think he is going to go to the allergy testing and get some more metal testing, but my thinking is that I would probably end up recommending us doing a revision. We have kind of tried everything out, and I would just kind of remove the nickel and do a prosthesis without nickel. The Smith & Nephew one does not have a hinge, but it does have a posterior cruciate-sacrificing one that would give him more stability and I think remove the nickel, so that is kind of what my thinking and my recommendation would be. We will just wait at least a year from his surgery, so we are going to have him come back on 06/21/2021, and if he has any problems before that, he will let me know.

KYLE F. DICKSON M.D.

KFD/afl/232074178

**02/22/2021** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | None recorded. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



**GHOUS KHAN**
**DOB:**

**DOS: 2/22/2021**

**PERSONAL INS FOLLOW UP**

This is a 61-year-old who had a total knee by Dr. Blum on 06/09/2020. He had some increased pain and redness. On 09/02, 2020, we did an aspiration as well as a PCR. We are thinking that maybe he had some kind of cellulitis, but that all turned out negative. We also did allergy testing and nickel seemed the most predominant highly reactive allergy, but he also had some iron that was mildly reactive as well as molybdenum which may be components of this. We did try steroids at some point. We did try some Pennsaid, some cream on it as well as some Voltaren, and he still feels kind of tightness and he has got some pain in it, hits is quite frequently as well as he feels like there is a band of stiffness. He was not really able to do the biking. He did see a rheumatologist and his labs were normal, so he did not feel like there was any autoimmune type injury. He feels like there is a combination of swelling in there as well which may be from the knee itself, and he definitely has more swelling on that side versus the other side, but I think it is probably more at this point scar tissue. He can get to about 90 degrees. Not sure that he is able to go back to work and I think that could be a concern.

**REVIEW OF SYSTEMS:** In terms of his review of systems, she has got GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI or endocrine problems.

**EXAMINATION:** On physical exam, he goes maybe 0-90 degrees. Normal sensation, normal toe motion, 2+ dorsalis pedis. The skin is intact.

**IMAGING:** We had done a CT scan that showed no evidence of malrotation. Everything looked like it was in a good position.

**ASSESSMENT:** Again, a concern with the possible allergy.

**PLAN:** We are going to see him back in two months, but I am going to send him to an allergist to see if there is something more like an antihistamine that may work

**KHAN, GHOUS**
**FEBRUARY 22, 2021**
**PAGE 2**

better to help kind of with the discomfort that he has in the knee, and he is going to kind of decide about whether he can tolerate this or not or would want a revision where we would kind of put in the kind of Oxinium type knee from Smith & Nephew. It really depends on whether he can live with this or not. We will see him on April 19 here at Sugar Land. At that point, hopefully Raul is going to see if we can get the actual implant that was used either by the pictures taken or by calling Dr. Blum and then with the company what kind there. Hopefully, he then has two months to work with the allergist to see if there is some kind of antihistamine that may help him with the allergy that he has in the knee. Then, we will see him in two months and make a decision whether we need to do another surgery or just continue conservative treatment.

KYLE F. DICKSON M.D.

KFD/PKM/228554674

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

TO:
Liberty Mutual

FROM:
Customer Resource Center

FAX NUMBER:

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

DATE:
5/7/2021

PHONE NUMBER:

TOTAL NUMBER OF PAGES INCLUDING COVER:
2

RE:
Ghous Khan
(10420268)

DIRECT FAX NUMBER:
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

May 7, 2021

LTD Claims Examiner
Lincoln Financial Group
400 Interstate North Pkwy SE
Atlanta, GA 30339

**RE: Ghous Khan**
**LTD: 10420268**

Dear Claims Examiner:

Please be advised that we filed Ghous Khan's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

Subject: FW: Re evaluation_9.18.2020
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-05-06 09:03:05

From: Ghous Khan <
Sent: Wednesday, May 5, 2021 4:12 PM
To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Shayla,

I'm in contact with Brown and Brown to work on SSDI, but have some questions before I proceed. To confirm the time period for receipt of the benefits from Lincoln Financial, I need the long-term disability policy. Could you forward me the policy as I could not find it in my files? I'll appreciate your help.

The other questions I have are:

Why do I have to switch to Social Security to receive my benefits when I have the LTDI policy from my ex-employer?
How much will be the total per month amount I may receive from SSD?
Since the orthopedic doctor's advice is to revise the implant for the failed knee joint replacement, I'm hoping to rely on LTD funds for a short period rather than lifelong support from social security. So, do I have to apply to social security for the compensation?

I'll appreciate it if I receive the response to make a well-informed decision before I apply for the SSDI.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Thursday, April 22, 2021 3:53 PM
To: Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>>
Subject: Re: Re evaluation_9.18.2020

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000

Salim Gopalani, MD (PCP) phone: 713.802.9025 and

Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Terrell, Shayla <Shayla.Terrell@lfg.com>
Sent: Sunday, April 18, 2021 2:32 PM
To: Ghous Khan <
Subject: RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

Shayla Terrell
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Ghous Khan <
Sent: Friday, April 16, 2021 10:43 AM
To: Wood, Kelly <Kelly.Wood@lfg.com>
Cc: Terrell, Shayla <Shayla.Terrell@lfg.com>

Subject: Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,

Ghous Khan

---

From: Wood, Kelly <Kelly.Wood@lfg.com>
Sent: Thursday, February 18, 2021 6:49 AM
To: Ghous Khan <
Cc: Terrell, Shayla <Shayla.Terrell@lfg.com>
Subject: RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

Kelly Wood
LTD Team Manager
Group Protection

Lincoln Financial Group
LincolnFinancial.com
<https://www.lfg.com/public/individual>

800-291-0112 Ext*10275 Office
<https://www.facebook.com/lincolnfinancialgroup>
<https://twitter.com/lincolnfingroup>
<http://www.youtube.com/lincolnfinancialgrp>
<https://www.instagram.com/lincolnfingroup>
<http://www.linkedin.com/company/lincoln-financial-group>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Ghous Khan <
Sent: Thursday, February 18, 2021 1:24 AM
To: Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments
<DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Tuesday, February 2, 2021 12:40 PM
To:Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
Subject: Fw: Re evaluation_9.18.2020

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Tuesday, February 2, 2021 12:35 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Friday, December 4, 2020 11:13 AM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Wednesday, November 11, 2020 1:36 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,

Ghous Khan

--------------------------------------------------------------------------------

From: Ghous Khan <
Sent: Friday, September 25, 2020 11:29 AM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have

attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,

Ghous Khan

---

From: Ghous Khan <
Sent: Thursday, August 27, 2020 6:05 PM
To:DisabilityDocuments@lfg.com
<DisabilityDocuments@lfg.com>;caitlin.wilkinson@lfg.com
<caitlin.wilkinson@lfg.com> <caitlin.wilkinson@lfg.com>
Subject: Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,

Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are

hereby notified that any dissemination, distribution, copying, or action taken
in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please notify
the
sender immediately and permanently delete the original and any copy of this
E-mail
and any printout. Thank You.**

**From:**Ghous Khan <
**Sent:**Wed, 5 May 2021 20:12:11 +0000
**To:**Terrell, Shayla;DisabilityDocuments
**Subject:**Re: Re evaluation_9.18.2020

Hi Shayla,

I'm in contact with Brown and Brown to work on SSDI, but have some questions before I proceed. To confirm the time period for receipt of the benefits from Lincoln Financial, I need the long-term disability policy. Could you forward me the policy as I could not find it in my files? I'll appreciate your help.

The other questions I have are:

- Why do I have to switch to Social Security to receive my benefits when I have the LTDI policy from my ex-employer?
- How much will be the total per month amount I may receive from SSD?
- Since the orthopedic doctor's advice is to revise the implant for the failed knee joint replacement, I'm hoping to rely on LTD funds for a short period rather than lifelong support from social security. So, do I have to apply to social security for the compensation?

I'll appreciate it if I receive the response to make a well-informed decision before I apply for the SSDI.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, April 22, 2021 3:53 PM
**To:** Terrell, Shayla <Shayla.Terrell@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000
Salim Gopalani, MD (PCP) phone: 713.802.9025 and

Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,
Ghous Khan

**From:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Sent:** Sunday, April 18, 2021 2:32 PM
**To:** Ghous Khan <
**Subject:** RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

**Shayla Terrell**
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Friday, April 16, 2021 10:43 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,
Ghous Khan

---

**From:** Wood, Kelly <Kelly.Wood@lfg.com>
**Sent:** Thursday, February 18, 2021 6:49 AM
**To:** Ghous Khan <
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

**Kelly Wood**
LTD Team Manager
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112
Ext*10275 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Thursday, February 18, 2021 1:24 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,

Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:40 PM
**To:** Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
**Subject:** Fw: Re evaluation_9.18.2020

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:35 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com

<caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in

relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Continuity of Care Document (C-CDA R2.1)

| | |
|---|---|
| Patient | Ghous Khan |
| Date of birth | [redacted] |
| Current Gender | Male |
| Race(s) | Asian |
| Ethnicity | No Information |
| Language(s) | English (Preferred) |
| Contact info | [redacted] US<br>Mobile Phone: [redacted]<br>Primary Home Phone: [redacted]<br>Email: [redacted] |

| | |
|---|---|
| Document Id | 21700f24-2865-45f4-9200-c0e0d80f71a1 0001 |
| Document Created: | March 12, 2021, 01:52:49, CST |

| | |
|---|---|
| Performer | Vikas Kancherla MD<br>1201 Creek Way Drive<br>Suite A<br>Sugar Land, TX 77478, US |

| | |
|---|---|
| Author | Rosetta v5.9.3.88.583033 |
| Contact info | |

| | |
|---|---|
| Care giver | No Information<br>(primary care physician) |

| | |
|---|---|
| Informant | Nextgen Patient Portal of Allergy & ENT Associates |
| Contact info | |

| | |
|---|---|
| Legal authenticator | Nextgen Patient Portal of Allergy & ENT Associates signed at March 12, 2021, 01:52:49, CST |
| Contact info | |

| | |
|---|---|
| Document maintained by | Allergy & ENT Associates |
| Contact info | 450 Gears Road<br>Houston, TX 77067-4509, US<br><br>Work Phone: +1-2818740400 |

## Table of Contents


- Allergies, Adverse Reactions, Alerts
- Medications
- Problems

- Procedures
- Results
- Advance Directives
- Encounters
- Family History
- Immunizations
- Payers
- Social History
- Vital Signs
- Chief Complaint And Reason For Visit
- Reason For Referral
- Plan Of Treatment
- Functional Status
- Medications Administered
- Instructions
- Assessments
- Goals
- Medical Equipment
- Mental Status
- Health Concerns
- Physical Examination


---

## Allergies, Adverse Reactions, Alerts

| Substance | Reaction | Status | Criticality |
|---|---|---|---|
| cefepime | • rash/hives | Active | No Information |

## Medications

| Medication | Instructions | Dosage | Effective Dates (start - stop) | Status | Comments |
|---|---|---|---|---|---|
| Zyrtec 10 mg tablet | take 1 tablet by ORAL route daily as needed | | Mar-10-2021 - | Active | |
| Nasacort 55 mcg nasal spray aerosol | spray 2 sprays by nasal route every day | 2 sprays | Mar-10-2021 - | Active | Dispense 1 bottle |
| sertraline 50 mg tablet | take 1 tablet by oral route every day | 50 MG | - | Active | |
| rosuvastatin 5 mg tablet | take 1 tablet by oral route every day | 5 MG | - | Active | |
| pramipexole 0.5 mg tablet | take 1 tablet by oral route 3 times every day | 0.5 MG | - | Active | |
| meloxicam 7.5 mg tablet | take 1 tablet by oral route every day | 7.5 MG | - | Active | |
| diclofenac 1 % topical gel | apply 2 gram by topical route 4 times every day to the affected area(s) | 2.00 gram | - | Active | |
| modafinil 100 mg tablet | take 2 tablet by oral route every day in the morning | 200 MG | - | Active | |
| Flomax 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal each day | 0.4 MG | - | Active | |
| aspirin 81 mg chewable tablet | chew 1 tablet by oral route every day | 81 MG | - | Active | |

## Problems

| Condition | Type | Effective Dates (start - stop) | Clinical Status | Comments |
|---|---|---|---|---|
| Allergic contact dermatitis due to metals | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |
| Allergic rhinitis, unspecified | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |
| Allergic rhinitis due to pollen | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |
| Other allergic rhinitis | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |

## Procedures

| Procedure | Date |
|---|---|
| Evaulation & Management IV | Mar-10-2021 |
| Allergy Test Prick | Mar-10-2021 |
| Allergy Testing ID | Mar-10-2021 |

## Results

| Test Name | Date and Time | Measure | Units | Reference Range | Abnormal Flag | Status | Comments |
|---|---|---|---|---|---|---|---|
| No Information | | | | | | | |

## Advance Directives

| Directive | Yes / No | Effective Date | File Name |
|---|---|---|---|
| No Information | | | |

## Encounters

| Encounter Description | Practice | Location | Reason(s) For Visit | Diagnoses | Date | Provider | Providers Copied on Encounter |
|---|---|---|---|---|---|---|---|
| Evaulation & Management IV | Allergy & ENT Associates, 450 Gears RoadSuite 420B, Houston, TX, 770674509, US tel:+1-2818740400 | LP Allergy & ENT Associates | | • Allergic contact dermatitis due to metals<br>• Allergic rhinitis, unspecified<br>• Allergic rhinitis due to pollen<br>• Other allergic rhinitis | Mar-10-2021 | Kancherla MD Vikas. 1201 Creek Way Drive, Suite A, Sugar Land, TX, 77478, US. tel:+1-2813250258 | • Referring Provider: Vikas Kancherla MD Subhash, 1201 Creek Way Drive Suite A, Sugar Land, TX, 77478. tel:+1-2813250258 |
| | Allergy & ENT Associates, 450 Gears RoadSuite 420B, Houston, TX, 770674509, US tel:+1-2818740400 | WSR Allergy & ENT Associates | | No Information | Mar-10-2021 | Bednarski MD Karen. 7707 Fannin, Suite 195, Houston, TX, 770541918, US. tel:+1-7137970045 | |

## Family History

| Family Member | Type | Diagnosis | Age At Onset |
|---|---|---|---|
| No Information | | | |

## Immunizations

| Vaccine | Date | Status | Comments |
|---|---|---|---|
| No Information | | | |

## Payers

| Payer name | Insurance type | Covered party ID | Authorization(s) |
|---|---|---|---|
| Community Health Choice Marketplace Plan | CI | 000805984500 | |

## Social History

| Type | Description | Quantity | Date Captured | Comments |
|---|---|---|---|---|
| Alcohol Use Details | Unknown | | Mar-10-2021 | |
| Caffeine Use Details | Unknown | | Mar-10-2021 | |
| Tobacco Use Status | Never smoked tobacco | | Mar-10-2021 | |
| Smoking Status | Never smoker | | Mar-10-2021 | |
| Birth Sex | Male | | | |

## Vital Signs

| Date / Time: | Height | Weight | BMI | Pulse Rate | Blood Pressure | Temperature | Respiratory Rate | Body Surface Area | Head Circumference | BMI percentile | Pulse Ox | Inhaled Ox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-10-2021 1:40 PM | 64.00 in | 136.80 lbs | 23.48 kg/meter(2) | 80 /min | 122/68 mm[Hg] | 98.6 F | 20 /min | 1.67 meter(2) | | | | |

## Chief Complaint And Reason For Visit

No Information

## Reason For Referral

| Reason For Referral |
|---|
| No Information |

## Plan Of Treatment

| Date | Type | Action | Status |
|---|---|---|---|
| No Information | | | |

## Functional Status

| Date | Functional Assessment |
|---|---|
| No Information | |

## Medications Administered

| Medication | Instructions | Dosage | Effective Dates (start - stop) | Status | Comments |
|---|---|---|---|---|---|
| No Information | | | | | |

## Instructions

| Date | Instruction | Additional Information |
|---|---|---|
| No Information | | |

## Assessments

| Type | Assessment | Date |
|---|---|---|
| No Information | | |

## Goals

| Health Concern | Goal | Type | Priority | Status | Date |
|---|---|---|---|---|---|
| No Information | | | | | |

## Medical Equipment

| Description | Device | Universal Device Identifier | Effective Dates (start - stop) | Status |
|---|---|---|---|---|
| No Information | | | | |

## Mental Status

| Date | Cognitive Assessment |
|---|---|
| Mar-10-2021 | • Orientation - Oriented to time, place, person, situation. |

## Health Concerns

| Observation | Date |
|---|---|
| No Information | |

| Concern | Status | Date |
|---|---|---|
| No Information | | |

## Physical Examination

| Exam | Findings | Details |
|---|---|---|
| Head/Face | Normal | Facial features - Normal. |
| Lymph Detail | Normal | Submental. Submandibular. Anterior cervical. Posterior cervical. Supraclavicular. Axillary. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Eyes | Normal | Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Nares - Right: Normal, Left: Normal. Nasal Mucosa - Normal. Septum - Normal. Sinuses - Right: Normal, Left: Normal. Turbinates - Right: Normal, Left: Normal. Lips/teeth/gums - Normal. Tongue - Normal. Buccal mucosa - Normal. Palate & uvula - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Vascular | Normal | No varicosities. |
| Extremity | Normal | No edema. No Varicosities. |

| Exam | Findings | Details |
|---|---|---|
| Skin | Normal | Inspection - Normal. Palpation/texture - Normal. Nails - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Extra sounds - None. Murmurs - None. Extremities - No edema. Rhythm - Regular. Extra sounds - None. Murmurs - None. |

# Data Portability for Ghous Khan

## Table of Contents


- Demographics
- Care Team Members
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Advance Directives
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 04/19/2021 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | Follow Up 15 | 06/21/2021 01:00PM | | Kyle F. Dickson, MD | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/11/2020 | Global Imaging, 1435 Hwy 6, Sugar Land, TX, 77478, Ph (281) 313-1700 | |

## Reason for Referral
None Reported.

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures
Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment
None Reported.

## Allergies
No known drug allergies - True

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| prednisone 10 mg tablet | TK 1 T PO QD | | | active | |
| Neurontin 300 mg capsule | Take 1 capsule po q.d. the 1st week, take 1 capsule po b.i.d. the 2nd week, 1 capsule po t.i.d. | 04/19/2021 | | active | |
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | TAKE 1 TABLET BY MOUTH DAILY | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TAKE 1 CAPSULE BY MOUTH ONCE DAILY IN THE MORNING AND TAKE 1 CAPSULE BY MOUTH EVERY NOON | | | active | |
| pramipexole 0.5 mg tablet | TAKE 1 TABLET BY MOUTH NIGHTLY | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| meloxicam 7.5 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AS DIRECTED | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | TAKE 1 CAPSULE BY MOUTH DAILY WITH DINER | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | TAKE 1 TABLET BY MOUTH NIGHTLY | | | active | |
| diclofenac 1 % topical gel | APPLY 2 GRAMS EXTERNALLY TO THE AFFECTED AREA FOUR TIMES DAILY | | | active | |
| armodafinil 150 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILM UNDER THE TONGUE DAILY | | | active | |
| 24 Hour Nasal Allergy 55 mcg spray aerosol | USE 2 SPRAYS IN EACH NOSTRIL EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

| Date Recorded | Body height | Body weight | Body mass index (BMI) [Ratio] |
|---|---|---|---|
| 2021-04-19 | 162.56 cm | 61234.97 g | 23.2 kg/m2 |

## Social History

None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
| --- | --- | --- |
| 04/19/2021<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Sugar Land/Creekway: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. (281) 207-4000 | Knee joint effusion | 202381003 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
| --- | --- | --- | --- | --- | --- |
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
| --- |
| None Recorded |

| Concern | Status | Updated by | Updated on |
| --- | --- | --- | --- |
| None Recorded | | | |

## Advance Directives

| Directive |
| --- |
| None Recorded |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/19/2021 | 1 | *SELF PAY* | | | | | Ghous Khan |

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. tel: (281) 207-4000

## Table of Contents


- Demographics
- Care Team Members
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 04/19/2021 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | Follow Up 15 | 06/21/2021 01:00PM | | Kyle F. Dickson, MD | |
| **Lab** | None recorded. | | | | |
| **Referral** | None recorded. | | | | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | None recorded. | | | | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No known drug allergies - True

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| prednisone 10 mg tablet | TK 1 T PO QD | | | active | |
| Neurontin 300 mg capsule | Take 1 capsule po q.d. the 1st week, take 1 capsule po b.i.d. the 2nd week, 1 capsule po t.i.d. | 04/19/2021 | | active | |
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | TAKE 1 TABLET BY MOUTH DAILY | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TAKE 1 CAPSULE BY MOUTH ONCE DAILY IN THE MORNING AND TAKE 1 CAPSULE BY MOUTH EVERY NOON | | | active | |
| pramipexole 0.5 mg tablet | TAKE 1 TABLET BY MOUTH NIGHTLY | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| meloxicam 7.5 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AS DIRECTED | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | TAKE 1 CAPSULE BY MOUTH DAILY WITH DINER | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | TAKE 1 TABLET BY MOUTH NIGHTLY | | | active | |
| diclofenac 1 % topical gel | APPLY 2 GRAMS EXTERNALLY TO THE AFFECTED AREA FOUR TIMES DAILY | | | active | |
| armodafinil 150 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILM UNDER THE TONGUE DAILY | | | active | |
| 24 Hour Nasal Allergy 55 mcg spray aerosol | USE 2 SPRAYS IN EACH NOSTRIL EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

| Date Recorded | Body height | Body weight | Body mass index (BMI) [Ratio] |
|---|---|---|---|
| 2021-04-19 | 162.56 cm | 61234.97 g | 23.2 kg/m2 |

## Social History

None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 04/19/2021<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Sugar Land/Creekway: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. (281) 207-4000 | Knee joint effusion | 202381003 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 04/19/2021 | 1 | *SELF PAY* | | | | | Ghous Khan |

**ALLERGY & ENT** ASSOCIATES
1201 Creek Way Drive
Sugar Land, TX 77478-5135
Phone: (281)325-0258
Fax: (281)325-0375

**Patient Name:** Ghous Khan
**Date of Birth:**
**Date of Service:** 03/10/2021 1:30 PM

**Provider:** Kancherla MD, Vikas Subhash

**REASON FOR VISIT:**
allergies

**VITAL SIGNS:**

| Time | Height (In) | Weight (Lb) | BMI |
|---|---|---|---|
| 1:40 PM | 64.00 | 136.80 | 23.48 |

| Time | Temp (F) | Systolic | Diastolic | Pulse |
|---|---|---|---|---|
| 1:40 PM | 98.6 | 122 | 68 | 80 |

| Time | Respiration | Pulse Ox | Peak Flow |
|---|---|---|---|
| 1:40 PM | 20 | | |

**DIAGNOSIS:**

**Dx1** Dermatitis, Contact Due To Metals

**Dx2** Rhinitis, Allergic Pollen

**TEST/LABORATORY RESULTS:**

**Skin Test Summary**

Prick Test Date: 03/10/2021
ID Test Date: 03/10/2021

**TREES** Pos./Neg. Result

| **TREES** | **Pos./Neg.** | **Result** |
|---|---|---|
| Maple Mix | - | |
| Mountain Cedar | - | |
| Virginia Live Oak | - | |
| Pecan Pollen | - | |

| | | |
|---|---|---|
| Ash | - | |
| American Elm | - | |
| Red Mulberry | - | |
| Eastern Cottonwood | - | |
| Box Elder (Ash Leaf Maple) | - | |
| American Sycamore | - | |
| Alder | - | |
| Mesquite | + | 2 |
| White Pine | - | |
| Sweet Gum | - | |
| Bayberry/Wax Myrtle | - | |
| Queen Palm | - | |
| Red Cedar | - | |
| Acacia | + | 2 |
| Mixed Oak | - | |
| Privet | - | |
| Olive | - | |
| White Poplar | - | |
| Black Walnut Pollen | - | |
| Black Willow | - | |
| Hackberry | - | |
| White Birch | + | 2 |
| Cedar Elm | - | |

| GRASS | Pos./Neg. | Result |
|---|---|---|
| **GRASS** | **Pos./Neg.** | **Result** |
| Bahia Grass | - | |
| Bermuda | - | |
| Johnson Grass | + | 2 |
| Timothy | + | 2 |
| Meadow Fescue | - | |
| June | - | |
| Orchard | - | |
| Perennial Rye | - | |
| Redtop | - | |

| WEEDS | Pos./Neg. | Result |
|---|---|---|
| **WEEDS** | **Pos./Neg.** | **Result** |
| Rough Marsh Elder | - | |
| Mixed Ragweed | - | |
| Sheep Sorrel | - | |
| Russian Thistle | - | |
| Careless Weed | - | |

| | | |
|---|---|---|
| Sagebrush, Common | - | |
| English Plantain | - | |
| Lambs Quarters | - | |
| Rough Pigweed | + | 2 |
| Lenscale | - | |
| Yellow Dock | - | |
| False Ragweed | - | |
| Kochia (Firebush) | - | |
| Western Water Hemp | - | |
| Mugwort | - | |
| Cocklebur | - | |

| **MOLDS** | Pos./Neg. | Result |
|---|---|---|
| **MOLDS** | **Pos./Neg.** | **Result** |
| Bipolaris | + | 2 |
| Cladosporium | - | |
| Aspergillus Mix | - | |
| Alternaria | - | |
| Fusarium Mix | + | 2 |
| Drechslera | - | |
| Epicoccum | - | |
| Stemphylium | - | |
| Aureobasidium | + | 2 |
| Trichophyton | + | 2 |
| Botrytis Cin | - | |
| Paecilomyces | - | |
| Phoma | + | 2 |
| Rhizopus | + | 2 |
| Candida | + | 2 |
| Grain Smut | + | 2 |
| Rhodotorula | + | 2 |
| Mucor Mix | + | 2 |
| Trichoderma | + | 2 |
| Chaetomium | + | 2 |
| Penicillium Mix | + | 2 |

| **OTHERS** | Pos./Neg. | Result |
|---|---|---|
| **OTHERS** | **Pos./Neg.** | **Result** |
| Cat Hair | - | |
| Dog Epithelium | + | 2 |
| Mite, D. Farinae | + | 2 |
| Mite, D. Pteronyssinus | + | 2 |
| Mixed Cockroach | + | 2 |

**MEDICATIONS PRESCRIBED TODAY:**

| Medication Name |
|---|
| ZYRTEC (cetirizine HCl) - 10 mg |
| NASACORT (triamcinolone acetonide) - 55 mcg |

**DISCUSSIONS:**

**EDUCATION/HANDOUTS:**

| Category | Item |
|---|---|
| Education - Allergy | Patch Test Consent |
| Education - Allergy | Patch Testing Instructions |

**PATIENT INSTRUCTIONS:**

Follow-up with Vikas Subhash Kancherla MD at Town & Country Allergy & ENT Associates for patch testing. At patient convenience.

# Continuity of Care Document (C-CDA R2.1)

| | |
|---|---|
| Patient | Ghous Khan |
| Date of birth | [redacted] |
| Current Gender | Male |
| Race(s) | Asian |
| Ethnicity | No Information |
| Language(s) | English (Preferred) |
| Contact info | [redacted] US<br><br>Mobile Phone: [redacted]<br>Primary Home Phone: [redacted]<br>Email: [redacted] |

| | |
|---|---|
| Document Id | 21700f24-2865-45f4-9200-c0e0d80f71a1 0001 |
| Document Created: | March 12, 2021, 01:52:49, CST |

| | |
|---|---|
| Performer | Vikas Kancherla MD<br>1201 Creek Way Drive<br>Suite A<br>Sugar Land, TX 77478, US |

| | |
|---|---|
| Author | Rosetta v5.9.3.88.583033 |
| Contact info | |

| | |
|---|---|
| Care giver | No Information<br>(primary care physician) |

| | |
|---|---|
| Informant | Nextgen Patient Portal of Allergy & ENT Associates |
| Contact info | |

| | |
|---|---|
| Legal authenticator | Nextgen Patient Portal of Allergy & ENT Associates signed at March 12, 2021, 01:52:49, CST |
| Contact info | |

| | |
|---|---|
| Document maintained by | Allergy & ENT Associates |
| Contact info | 450 Gears Road<br>Houston, TX 77067-4509, US<br><br>Work Phone: +1-2818740400 |

## Table of Contents


- Allergies, Adverse Reactions, Alerts
- Medications
- Problems

- Procedures
- Results
- Advance Directives
- Encounters
- Family History
- Immunizations
- Payers
- Social History
- Vital Signs
- Chief Complaint And Reason For Visit
- Reason For Referral
- Plan Of Treatment
- Functional Status
- Medications Administered
- Instructions
- Assessments
- Goals
- Medical Equipment
- Mental Status
- Health Concerns
- Physical Examination


---

## Allergies, Adverse Reactions, Alerts

| Substance | Reaction | Status | Criticality |
|---|---|---|---|
| cefepime | • rash/hives | Active | No Information |

## Medications

| Medication | Instructions | Dosage | Effective Dates (start - stop) | Status | Comments |
|---|---|---|---|---|---|
| Zyrtec 10 mg tablet | take 1 tablet by ORAL route daily as needed | | Mar-10-2021 - | Active | |
| Nasacort 55 mcg nasal spray aerosol | spray 2 sprays by nasal route every day | 2 sprays | Mar-10-2021 - | Active | Dispense 1 bottle |
| sertraline 50 mg tablet | take 1 tablet by oral route every day | 50 MG | - | Active | |
| rosuvastatin 5 mg tablet | take 1 tablet by oral route every day | 5 MG | - | Active | |
| pramipexole 0.5 mg tablet | take 1 tablet by oral route 3 times every day | 0.5 MG | - | Active | |
| meloxicam 7.5 mg tablet | take 1 tablet by oral route every day | 7.5 MG | - | Active | |
| diclofenac 1 % topical gel | apply 2 gram by topical route 4 times every day to the affected area(s) | 2.00 gram | - | Active | |
| modafinil 100 mg tablet | take 2 tablet by oral route every day in the morning | 200 MG | - | Active | |
| Flomax 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal each day | 0.4 MG | - | Active | |
| aspirin 81 mg chewable tablet | chew 1 tablet by oral route every day | 81 MG | - | Active | |

## Problems

| Condition | Type | Effective Dates (start - stop) | Clinical Status | Comments |
|---|---|---|---|---|
| Allergic contact dermatitis due to metals | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |
| Allergic rhinitis, unspecified | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |
| Allergic rhinitis due to pollen | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |
| Other allergic rhinitis | Diagnosis interpretation (observable entity) | Mar-10-2021 - | | |

## Procedures

| Procedure | Date |
|---|---|
| Evaulation & Management IV | Mar-10-2021 |
| Allergy Test Prick | Mar-10-2021 |
| Allergy Testing ID | Mar-10-2021 |

## Results

| Test Name | Date and Time | Measure | Units | Reference Range | Abnormal Flag | Status | Comments |
|---|---|---|---|---|---|---|---|
| No Information | | | | | | | |

## Advance Directives

| Directive | Yes / No | Effective Date | File Name |
|---|---|---|---|
| No Information | | | |

## Encounters

| Encounter Description | Practice | Location | Reason(s) For Visit | Diagnoses | Date | Provider | Providers Copied on Encounter |
|---|---|---|---|---|---|---|---|
| Evaulation & Management IV | Allergy & ENT Associates, 450 Gears RoadSuite 420B, Houston, TX, 770674509, US tel:+1-2818740400 | LP Allergy & ENT Associates | | • Allergic contact dermatitis due to metals<br>• Allergic rhinitis, unspecified<br>• Allergic rhinitis due to pollen<br>• Other allergic rhinitis | Mar-10-2021 | Kancherla MD Vikas. 1201 Creek Way Drive, Suite A, Sugar Land, TX, 77478, US. tel:+1-2813250258 | • Referring Provider: Vikas Kancherla MD Subhash, 1201 Creek Way Drive Suite A, Sugar Land, TX, 77478. tel:+1-2813250258 |
| | Allergy & ENT Associates, 450 Gears RoadSuite 420B, Houston, TX, 770674509, US tel:+1-2818740400 | WSR Allergy & ENT Associates | | No Information | Mar-10-2021 | Bednarski MD Karen. 7707 Fannin, Suite 195, Houston, TX, 770541918, US. tel:+1-7137970045 | |

## Family History

| Family Member | Type | Diagnosis | Age At Onset |
|---|---|---|---|
| No Information | | | |

## Immunizations

| Vaccine | Date | Status | Comments |
|---|---|---|---|
| No Information | | | |

## Payers

| Payer name | Insurance type | Covered party ID | Authorization(s) |
|---|---|---|---|
| Community Health Choice Marketplace Plan | CI | 000805984500 | |

## Social History

| Type | Description | Quantity | Date Captured | Comments |
|---|---|---|---|---|
| Alcohol Use Details | Unknown | | Mar-10-2021 | |
| Caffeine Use Details | Unknown | | Mar-10-2021 | |
| Tobacco Use Status | Never smoked tobacco | | Mar-10-2021 | |
| Smoking Status | Never smoker | | Mar-10-2021 | |
| Birth Sex | Male | | | |

## Vital Signs

| Date / Time: | Height | Weight | BMI | Pulse Rate | Blood Pressure | Temperature | Respiratory Rate | Body Surface Area | Head Circumference | BMI percentile | Pulse Ox | Inhaled Ox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-10-2021 1:40 PM | 64.00 in | 136.80 lbs | 23.48 kg/meter(2) | 80 /min | 122/68 mm[Hg] | 98.6 F | 20 /min | 1.67 meter(2) | | | | |

## Chief Complaint And Reason For Visit

No Information

## Reason For Referral

| Reason For Referral |
|---|
| No Information |

## Plan Of Treatment

| Date | Type | Action | Status |
|---|---|---|---|
| No Information | | | |

## Functional Status

| Date | Functional Assessment |
|---|---|
| No Information | |

## Medications Administered

| Medication | Instructions | Dosage | Effective Dates (start - stop) | Status | Comments |
|---|---|---|---|---|---|
| No Information | | | | | |

## Instructions

| Date | Instruction | Additional Information |
|---|---|---|
| No Information | | |

## Assessments

| Type | Assessment | Date |
|---|---|---|
| No Information | | |

## Goals

| Health Concern | Goal | Type | Priority | Status | Date |
|---|---|---|---|---|---|
| No Information | | | | | |

## Medical Equipment

| Description | Device | Universal Device Identifier | Effective Dates (start - stop) | Status |
|---|---|---|---|---|
| No Information | | | | |

## Mental Status

| Date | Cognitive Assessment |
|---|---|
| Mar-10-2021 | • Orientation - Oriented to time, place, person, situation. |

## Health Concerns

| Observation | Date |
|---|---|
| No Information | |

| Concern | Status | Date |
|---|---|---|
| No Information | | |

## Physical Examination

| Exam | Findings | Details |
|---|---|---|
| Head/Face | Normal | Facial features - Normal. |
| Lymph Detail | Normal | Submental. Submandibular. Anterior cervical. Posterior cervical. Supraclavicular. Axillary. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Eyes | Normal | Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Nares - Right: Normal, Left: Normal. Nasal Mucosa - Normal. Septum - Normal. Sinuses - Right: Normal, Left: Normal. Turbinates - Right: Normal, Left: Normal. Lips/teeth/gums - Normal. Tongue - Normal. Buccal mucosa - Normal. Palate & uvula - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Vascular | Normal | No varicosities. |
| Extremity | Normal | No edema. No Varicosities. |

| Exam | Findings | Details |
| --- | --- | --- |
| Skin | Normal | Inspection - Normal. Palpation/texture - Normal. Nails - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Extra sounds - None. Murmurs - None. Extremities - No edema. Rhythm - Regular. Extra sounds - None. Murmurs - None. |

SOUTHWEST ORTHOPEDIC
GROUP, L.L.P.

**Kyle F. Dickson, M.D.**
6560 Fannin, Suite 1016
Houston, Texas 77030
Ph. # (713)800-1080 Fax # (713)800-1081

## PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

PATIENT: Ghaus Khan DATE: 4/19/21

DIAGNOSIS: Low back pain DOB:

EVALUATE AND TREAT: ✓

| AREA | LEFT | RIGHT | MODALITIES | PROCEDURES |
|---|---|---|---|---|
| | | | [redacted] | |
| NECK | | | HEAT PACKS | ROM |
| BACK (circled) | | | TENS | ACTIVE |
| SHOULDER | | | WHIRLPOOL | ACTIVE ASSIST |
| ELBOW | | | ULTRASOUND | PASSIVE |
| WRIST | | | PHONOPHORESIS | MASSAGE (circled) |
| HAND | | | ICE PACKS | PROPRIOCEPTIVE TRAINING |
| HIP | | | IONTOPHORESIS | GAIT TRAINING |
| KNEE | | | RX: ______ | WEIGHT BEARING |
| ANKLE | | | MUSCLE STIMULATOR | STATUS: ______ |
| FOOT | | | OTHER ______ | STRETCHING EXERCISES (circled) |
| | | | | STRENGTHENING EXERCISES (circled) |
| | | | | VMO |
| | | | | BACK EXERCISE PROGRAM (circled) |
| | | | | PATIENT / FAMILY EDUCATION |

OTHER: ______________________

3 TIMES A WEEK FOR 8 WEEKS OR ______ MONTHS

______ AS NEEDED ______________________

PHYSICIAN SIGNATURE: [signature]

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

**ALLERGY & ENT** ASSOCIATES
1201 Creek Way Drive
Sugar Land, TX 77478-5135
Phone: (281)325-0258
Fax: (281)325-0375

**Patient Name:** Ghous Khan
**Date of Birth:**
**Date of Service:** 03/10/2021 1:30 PM

**Provider:** Kancherla MD, Vikas Subhash

**REASON FOR VISIT:**
allergies

**VITAL SIGNS:**

| Time | Height (In) | Weight (Lb) | BMI |
|---|---|---|---|
| 1:40 PM | 64.00 | 136.80 | 23.48 |

| Time | Temp (F) | Systolic | Diastolic | Pulse |
|---|---|---|---|---|
| 1:40 PM | 98.6 | 122 | 68 | 80 |

| Time | Respiration | Pulse Ox | Peak Flow |
|---|---|---|---|
| 1:40 PM | 20 | | |

**DIAGNOSIS:**

**Dx1** Dermatitis, Contact Due To Metals

**Dx2** Rhinitis, Allergic Pollen

**TEST/LABORATORY RESULTS:**

**Skin Test Summary**

Prick Test Date: 03/10/2021
ID Test Date: 03/10/2021

**TREES** Pos./Neg. Result

| **TREES** | Pos./Neg. | Result |
|---|---|---|
| Maple Mix | - | |
| Mountain Cedar | - | |
| Virginia Live Oak | - | |
| Pecan Pollen | - | |

| | | |
|---|---|---|
| Ash | - | |
| American Elm | - | |
| Red Mulberry | - | |
| Eastern Cottonwood | - | |
| Box Elder (Ash Leaf Maple) | - | |
| American Sycamore | - | |
| Alder | - | |
| Mesquite | + | 2 |
| White Pine | - | |
| Sweet Gum | - | |
| Bayberry/Wax Myrtle | - | |
| Queen Palm | - | |
| Red Cedar | - | |
| Acacia | + | 2 |
| Mixed Oak | - | |
| Privet | - | |
| Olive | - | |
| White Poplar | - | |
| Black Walnut Pollen | - | |
| Black Willow | - | |
| Hackberry | - | |
| White Birch | + | 2 |
| Cedar Elm | - | |

| GRASS | Pos./Neg. | Result |
|---|---|---|
| GRASS | Pos./Neg. | Result |
| Bahia Grass | - | |
| Bermuda | - | |
| Johnson Grass | + | 2 |
| Timothy | + | 2 |
| Meadow Fescue | - | |
| June | - | |
| Orchard | - | |
| Perennial Rye | - | |
| Redtop | - | |

| WEEDS | Pos./Neg. | Result |
|---|---|---|
| WEEDS | Pos./Neg. | Result |
| Rough Marsh Elder | - | |
| Mixed Ragweed | - | |
| Sheep Sorrel | - | |
| Russian Thistle | - | |
| Careless Weed | - | |

| | | |
|---|---|---|
| Sagebrush, Common | - | |
| English Plantain | - | |
| Lambs Quarters | - | |
| Rough Pigweed | + | 2 |
| Lenscale | - | |
| Yellow Dock | - | |
| False Ragweed | - | |
| Kochia (Firebush) | - | |
| Western Water Hemp | - | |
| Mugwort | - | |
| Cocklebur | - | |

| **MOLDS** | Pos./Neg. | Result |
|---|---|---|
| **MOLDS** | **Pos./Neg.** | **Result** |
| Bipolaris | + | 2 |
| Cladosporium | - | |
| Aspergillus Mix | - | |
| Alternaria | - | |
| Fusarium Mix | + | 2 |
| Drechslera | - | |
| Epicoccum | - | |
| Stemphylium | - | |
| Aureobasidium | + | 2 |
| Trichophyton | + | 2 |
| Botrytis Cin | - | |
| Paecilomyces | - | |
| Phoma | + | 2 |
| Rhizopus | + | 2 |
| Candida | + | 2 |
| Grain Smut | + | 2 |
| Rhodotorula | + | 2 |
| Mucor Mix | + | 2 |
| Trichoderma | + | 2 |
| Chaetomium | + | 2 |
| Penicillium Mix | + | 2 |

| **OTHERS** | Pos./Neg. | Result |
|---|---|---|
| **OTHERS** | **Pos./Neg.** | **Result** |
| Cat Hair | - | |
| Dog Epithelium | + | 2 |
| Mite, D. Farinae | + | 2 |
| Mite, D. Pteronyssinus | + | 2 |
| Mixed Cockroach | + | 2 |

**MEDICATIONS PRESCRIBED TODAY:**

| Medication Name |
|---|
| ZYRTEC (cetirizine HCl) - 10 mg |
| NASACORT (triamcinolone acetonide) - 55 mcg |

**DISCUSSIONS:**

**EDUCATION/HANDOUTS:**

| Category | Item |
|---|---|
| Education - Allergy | Patch Test Consent |
| Education - Allergy | Patch Testing Instructions |

**PATIENT INSTRUCTIONS:**

Follow-up with Vikas Subhash Kancherla MD at Town & Country Allergy & ENT Associates for patch testing. At patient convenience.

SOUTHWEST ORTHOPEDIC
GROUP, L.L.P.

**Kyle F. Dickson, M.D.**
6560 Fannin, Suite 1016
Houston, Texas 77030
Ph. # (713)800-1080 Fax # (713)800-1081

## PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

PATIENT: Ghaus Khan DATE: 4 / 19 / 21

DIAGNOSIS: Low back pain DOB:

EVALUATE AND TREAT: ✓

| AREA LEFT RIGHT | MODALITIES [redacted] | PROCEDURES |
|---|---|---|
| NECK | HEAT PACKS | ROM |
| BACK | TENS | ACTIVE |
| SHOULDER | WHIRLPOOL | ACTIVE ASSIST |
| ELBOW | ULTRASOUND | PASSIVE |
| WRIST | PHONOPHORESIS | MASSAGE |
| HAND | ICE PACKS | PROPRIOCEPTIVE TRAINING |
| HIP | IONTOPHORESIS | GAIT TRAINING |
| KNEE | RX: ______ | WEIGHT BEARING |
| ANKLE | MUSCLE STIMULATOR | STATUS: ______ |
| FOOT | OTHER ______ | STRETCHING EXERCISES |
| | | STRENGTHENING EXERCISES |
| | | VMO |
| | | BACK EXERCISE PROGRAM |
| | | PATIENT / FAMILY EDUCATION |

OTHER: ______________________________

3 TIMES A WEEK FOR 8 WEEKS OR ______ MONTHS

______ AS NEEDED ______________________________

PHYSICIAN SIGNATURE: [signature]

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. tel: (281) 207-4000

## Table of Contents


Demographics
Care Team Members
Assessment
Plan of Treatment
Reason for Referral
Results
Problems
Procedures
Medical Equipment
Allergies
Medications
Vitals
Social History
Functional Status
Mental Status
Family History
Medical History
Immunizations
Past Encounters
Goals Section
Health Concerns Section
Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home)
tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 04/19/2021 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | Follow Up 15 | 06/21/2021 01:00PM | | Kyle F. Dickson, MD | |
| **Lab** | None recorded. | | | | |
| **Referral** | None recorded. | | | | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | None recorded. | | | | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No known drug allergies - True

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| prednisone 10 mg tablet | TK 1 T PO QD | | | active | |
| Neurontin 300 mg capsule | Take 1 capsule po q.d. the 1st week, take 1 capsule po b.i.d. the 2nd week, 1 capsule po t.i.d. | 04/19/2021 | | active | |
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | TAKE 1 TABLET BY MOUTH DAILY | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TAKE 1 CAPSULE BY MOUTH ONCE DAILY IN THE MORNING AND TAKE 1 CAPSULE BY MOUTH EVERY NOON | | | active | |
| pramipexole 0.5 mg tablet | TAKE 1 TABLET BY MOUTH NIGHTLY | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| meloxicam 7.5 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AS DIRECTED | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | TAKE 1 CAPSULE BY MOUTH DAILY WITH DINER | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | TAKE 1 TABLET BY MOUTH NIGHTLY | | | active | |
| diclofenac 1 % topical gel | APPLY 2 GRAMS EXTERNALLY TO THE AFFECTED AREA FOUR TIMES DAILY | | | active | |
| armodafinil 150 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILM UNDER THE TONGUE DAILY | | | active | |
| 24 Hour Nasal Allergy 55 mcg spray aerosol | USE 2 SPRAYS IN EACH NOSTRIL EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

| Date Recorded | Body height | Body weight | Body mass index (BMI) [Ratio] |
|---|---|---|---|
| 2021-04-19 | 162.56 cm | 61234.97 g | 23.2 kg/m2 |

## Social History

None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 04/19/2021<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Sugar Land/Creekway: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. (281) 207-4000 | Knee joint effusion | 202381003 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 04/19/2021 | 1 | *SELF PAY* | | | | | Ghous Khan |

**From:**Ghous Khan <
**Sent:**Thu, 22 Apr 2021 20:53:56 +0000
**To:**Terrell, Shayla;DisabilityDocuments
**Subject:**Re: Re evaluation_9.18.2020
**Attachments:**SOUTHWEST-ORTHOPEDIC-GROUP,-L.L.P_04-22-21.zip, GK Allergy Test_3.10.2021.pdf, GK_PersonalHealthRecord_Allergy and ENT Ass.pdf, GK_PT prescription BP_4.19.2021.pdf

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000
Salim Gopalani, MD (PCP) phone: 713.802.9025 and
Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,
Ghous Khan
**From:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Sent:** Sunday, April 18, 2021 2:32 PM
**To:** Ghous Khan <
**Subject:** RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

**Shayla Terrell**
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Friday, April 16, 2021 10:43 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,
Ghous Khan

---

**From:** Wood, Kelly <Kelly.Wood@lfg.com>
**Sent:** Thursday, February 18, 2021 6:49 AM
**To:** Ghous Khan <
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

**Kelly Wood**
LTD Team Manager
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112
Ext*10275 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National

Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Thursday, February 18, 2021 1:24 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:40 PM
**To:** Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
**Subject:** Fw: Re evaluation_9.18.2020

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:35 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Ghous Khan <
**Sent:**Thu, 22 Apr 2021 20:53:56 +0000
**To:**Terrell, Shayla;DisabilityDocuments
**Subject:**Re: Re evaluation_9.18.2020
**Attachments:**SOUTHWEST-ORTHOPEDIC-GROUP,-L.L.P_04-22-21.zip, GK Allergy Test_3.10.2021.pdf, GK_PersonalHealthRecord_Allergy and ENT Ass.pdf, GK_PT prescription BP_4.19.2021.pdf

Hi Shayla,

I have attached my visit reference to my consultation with Dr. Kyle Dickson for your review. Because of constant pain and then resulting lower back pain, he advised physical therapy and continue pain and allergy medication.

The detailed notes, which contain findings, advice prescriptions can be obtained from the offices of:

Kyle Dickson, MD (orthopedic surgeon) phone: 281.207.4000
Salim Gopalani, MD (PCP) phone: 713.802.9025 and
Vikas Kanchara, MD (allergy) phone: 281.325.0258

If you need any other information, please let me know.

Kind regards,
Ghous Khan
**From:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Sent:** Sunday, April 18, 2021 2:32 PM
**To:** Ghous Khan <
**Subject:** RE: Re evaluation_9.18.2020

Hi Ghous

I will reach out to Brown and Brown to follow up with you.

**Shayla Terrell**
Sr. Case Manager

1-800-291-0112 x 59520 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Friday, April 16, 2021 10:43 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Good morning Shayla,

I hope you are doing well. I wanted to follow up with you regarding contact with Brown & Brown Absence Services Group for SSDI. I have called twice after missing their call and left messages but have not received a callback. Please let me know who to contact for the SSDI process.

I have my knee surgeon's visit next Monday and will update you.

Kind regards,
Ghous Khan

---

**From:** Wood, Kelly <Kelly.Wood@lfg.com>
**Sent:** Thursday, February 18, 2021 6:49 AM
**To:** Ghous Khan <
**Cc:** Terrell, Shayla <Shayla.Terrell@lfg.com>
**Subject:** RE: Re evaluation_9.18.2020

Thank you!

I have included your new case manager, Shayla Terrell.

**Kelly Wood**
LTD Team Manager
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112
Ext*10275 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National

Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Ghous Khan <
**Sent:** Thursday, February 18, 2021 1:24 AM
**To:** Wood, Kelly <Kelly.Wood@lfg.com>; DisabilityDocuments <DisabilityDocuments@lfg.com>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:40 PM
**To:** Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
**Subject:** Fw: Re evaluation_9.18.2020

---

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:35 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

ORTHOPEDIC ANALYSIS

# Metal-LTT Analysis Report

**Panel 1**

| | | | | |
|---|---|---|---|---|
| **Report Date** | 2/15/2021 | | | |
| **Report Time** | 12:01 PM | **Sample Collected** | 2/4/2021 | 1:50 PM |
| **Patient ID** | 30370 | **Sample Received** | 2/5/2021 | 9:21 AM |
| **Report For** | **Khan, Ghous** | **DOB** | | |
| **Attending Physician** | **Dr. Dickson, Kyle** | **Gender** | 0 | |

| | |
|---|---|
| **Control cpm** | 969.7 |
| **Positive control (PHA) cpm** | 77805.3 |




| | |
|---|---|
| Non Reactive | less than 2 |
| Mildly Reactive | 2 to 4 |
| Reactive | 4 to 8 |
| Highly Reactive | above 8 |

ORTHOPEDIC ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Report Date** | 2/15/2021 | | | |
| **Report Time** | 12:01 PM | **Sample Collected** | 2/4/2021 | 1:50 PM |
| **Patient ID** | 30370 | **Sample Received** | 2/5/2021 | 9:21 AM |
| **Report For** | **Khan, Ghous** | **DOB** | | |
| **Attending Physician** | **Dr. Dickson, Kyle** | **Gender** | 0 | |
| Control cpm | 969.7 | | | |
| Positive control (PHA) cpm | 77805.3 | | | |

| Metal Challenge | Stimulation Index | Range (percentile based) |
|---|---|---|
| Known Stimulant (PHA) | 80.2 | Normal |
| Aluminum | 1.8 | Normal |
| Cobalt | 0.6 | Normal |
| Chromium | 1.9 | Normal |
| Molybdenum | 2.7 | **Mildly Reactive** |
| Nickel | 9.0 | **Highly Reactive** |
| Vanadium | 1.8 | Normal |
| Zirconium | 1.3 | Normal |
| Iron | 2.3 | **Mildly Reactive** |

*(Normal = Non-Reactive)*

**IMPORTANT DISCLAIMERS:**
Metal-LTT is a diagnostic test for hypersensitivity responses. It is a highly quantitative blood assay that has been used in many published scientific studies of metal allergy. The results of this testing are the property of the patient and should be used in combination with patient evaluation for diagnosis. It remains unclear to what degree metal hypersensitivity in general is etiologically linked to poor implant performance.

The performance characteristics of this test were determined by Orthopedic Analysis, LLC. It has not been cleared or approved by the U.S Food and Drug Administration (FDA). FDA has determined that such clearance or approval is not necessary. This laboratory is certified under the Clinical Laboratory Improvement Amendment (CLIA-88) as qualified to perform high complexity clinical laboratory testing.

**From:**Ghous Khan <
**Sent:**Thu, 18 Feb 2021 06:24:18 +0000
**To:**Wood, Kelly;DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation_9.18.2020
**Attachments:**Khan Ghous Metal Allergy Testing Report_2-15-2021.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached. Please let me know if you have questions. I have my appointment scheduled on 22nd Feb with Dr. Dickson. Will update you about his opinion related to my operated knee.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:40 PM
**To:** Kelly.Wood@lfg.com <Kelly.Wood@lfg.com>
**Subject:** Fw: Re evaluation_9.18.2020

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:35 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com

<caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained

from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 4, 2021

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Shayla Terrell has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Krista Gibson
Claims Team Manager
On Behalf Of: Shayla Terrell
Phone No.: (800) 291-0112 Ext. 59520
Secure Fax No.: (603) 334-0380

**From:**Ghous Khan <
**Sent:**Tue, 2 Feb 2021 18:40:01 +0000
**To:**Wood, Kelly
**Subject:**Fw: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** Ghous Khan <
**Sent:** Tuesday, February 2, 2021 12:35 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months

of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

**From:**Ghous Khan <
**Sent:**Tue, 2 Feb 2021 18:35:07 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Wilkinson,

To update the status of the efforts towards the diagnosis post knee joint replacement complications, I have received the allergy testing kit from "Orthopedic Analysis" today 2n Feb 2021. Once Dr. Dickson signs the request form; I'll proceed to the lab for a sample drawing facility and ship the sample for analysis. As soon as I receive the test results, I'll update you accordingly.

Please let me know if you have questions related to my knee condition.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,

Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

# Billing Statement:

ReleasePoint

**Invoice Date: 01/06/2021** **Invoice #: 713391-549**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2020 and Dec 31 2020**

**LIBMT0** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7194195<br>10420268 | KHAN, GHOUS<br>STERLING PHYSICAL THERAPY | Complete | 12/03/20<br>C Wilkinson | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>55 | **$ 8.00** |
| 6956586<br>10420268 | KHAN, GHOUS<br>STERLING PHYSICAL THERAPY | Complete | 10/23/20<br>C Wilkinson | $ 8.00 | $ 100.00 | $ 0.00 | $ 0.00<br>82 | **$ 108.00** |
| 6956585<br>10420268 | KHAN, GHOUS<br>SOUTHWEST ORTHOPEDIC GROUP | Complete | 09/22/20<br>C Wilkinson | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>4 | **$ 8.00** |
| 7194196<br>10420268 | KHAN, GHOUS<br>SOUTHWEST ORTHOPEDIC GROUP | Complete | 11/19/20<br>C Wilkinson | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>16 | **$ 8.00** |
| 7239849<br>10420268 | KHAN, GHOUS<br>GOPALANI, DR SALIM | Complete | 11/24/20<br>C Wilkinson | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>10 | **$ 8.00** |
| 6956584<br>10420268 | KHAN, GHOUS<br>UNIVERSITY OF TEXAS PHYSICIANS | Canceled | 11/30/20<br>C Wilkinson | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |

**ReleasePoint**

**Total Amount Due: $ 144.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**From:**Ghous Khan <
**Sent:**Thu, 14 Jan 2021 19:52:56 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Wilkinson,

I hope you are doing well. I wanted to give you an update about my knee condition and also would like your advice related to this long-standing uncertain status of fitness after the knee replacement.

I saw Dr. Dickson on December 21st to discuss the knee CT scan and blood report the rheumatologist, Dr. El-Khallili ordered. After acknowledging the swelling of the knee, Dr. Dickson advised me to stop physical therapy and see Dr. El-Khallili again to order the allergy testing to confirm the probability of the local allergy of the knee implant contents.

During the meeting with Dr. El-Khallili, yesterday January 13th, he advised me to see the infectious disease specialist as he had ruled out rheumatoid arthritis which Dr. Dickson had requested and that his office does not perform or refers to allergy testing for the condition under discussion. I have informed Dr. Dickson about his opinion and will wait for his plan of action.

Ms. Wilkinson, I'm clueless about how this situation will end up since I was better off prior to the knee replacement procedure. I'm just bouncing among the referrals by the physicians and uncertain about the fate of the knee. The swelling and pain in the knee are persistent preventing me to fold the knees, climbing upstairs and lifting even 10-12 lbs. I am trying to find a job locally where I do not have to travel but the limitations of movements are not even preventing me from sitting for long hours but also to drive and climb the stairs.

Please advise how should I proceed in my efforts for the rehabilitation vs resumption of my job under an already COVID-affected situation. I want to go back to my work as soon as possible but also to prevent permanent disability.

I highly appreciate your suggestions. Please let me know if you have questions or need any other information.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM

**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained

from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

**From:**Ghous Khan <
**Sent:**Thu, 10 Dec 2020 16:04:34 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation_9.18.2020

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning Ms. Wilkinson,

I just wanted to know if you need any other information or have any questions after my descriptive email dated 12/4/2020. Regarding my job search, I am in contact with a couple of local companies to accommodate me as in-house monitor but nothing has been finalized. With the prednisone I've been taking, has reduced the swelling but the pain in bending the knee is still there. Still wonder, what is the main cause of the swelling and pain. As mentioned in last email, I'll see Dr. Dickson on 12/21/2020 for CT Scan review.

If you think I should call you to further discuss the status of the investigations and meeting with the doctors, please let me know with a good time to call you.

Beast regards,
Ghous Khan
**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,

Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

MyQuest™

# KHAN,GHOUS

DOB:
Sex: M
Phone:
Patient ID: 139200

Age: 61
Fasting:

Specimen: HL687827C
Requisition: 0135974
Lab Reference ID: 2154678
Report Status: FINAL / SEE REPORT

Collected: 12/01/2020 10:01
Received: 12/01/2020 10:03
Reported: 12/03/2020 07:21

Client #: 3255300
ELKHALILI,ABDELNASER
CLEARLAKE SPECIALTIES
600 N KOBAYASHI
WEBSTER, TX 77598-4840
Phone: (281) 724-1860
Fax: (281) 724-1861

0; 0; 0; 0; 0; 0; 0; 0; 0; 0; 0; 0; 0

## ⚠ CBC (INCLUDES DIFF/PLT)

| Analyte | Value | |
|---|---|---|
| WHITE BLOOD CELL COUNT | 4.1 | Reference Range: 3.8-10.8 Thousand/uL |
| RED BLOOD CELL COUNT | 4.74 | Reference Range: 4.20-5.80 Million/uL |
| ⚠ **HEMOGLOBIN** | 13.0 L | Reference Range: 13.2-17.1 g/dL |
| HEMATOCRIT | 39.8 | Reference Range: 38.5-50.0 % |
| MCV | 84.0 | Reference Range: 80.0-100.0 fL |
| MCH | 27.4 | Reference Range: 27.0-33.0 pg |
| MCHC | 32.7 | Reference Range: 32.0-36.0 g/dL |
| RDW | 14.3 | Reference Range: 11.0-15.0 % |
| PLATELET COUNT | 248 | Reference Range: 140-400 Thousand/uL |
| MPV | 10.5 | Reference Range: 7.5-12.5 fL |
| ABSOLUTE NEUTROPHILS | 2476 | Reference Range: 1500-7800 cells/uL |
| ABSOLUTE LYMPHOCYTES | 1136 | Reference Range: 850-3900 cells/uL |
| ABSOLUTE MONOCYTES | 369 | Reference Range: 200-950 cells/uL |
| ABSOLUTE EOSINOPHILS | 98 | Reference Range: 15-500 cells/uL |
| ABSOLUTE BASOPHILS | 21 | Reference Range: 0-200 cells/uL |
| NEUTROPHILS | 60.4 | % |
| LYMPHOCYTES | 27.7 | % |
| MONOCYTES | 9.0 | % |
| EOSINOPHILS | 2.4 | % |
| BASOPHILS | 0.5 | % |

## ⚠ VITAMIN D,25-OH,TOTAL,IA

| Analyte | Value | |
|---|---|---|
| ⚠ **VITAMIN D,25-OH,TOTAL,IA** | 21 L | Reference Range: 30-100 ng/mL |

```
Vitamin D Status         25-OH Vitamin D:

Deficiency:                    <20 ng/mL
Insufficiency:             20 - 29 ng/mL
Optimal:                 > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).
```

COMMENT

See Note 1

Note 1

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ199 (This link is being provided for informational/ educational purposes only.)

## COMPREHENSIVE METABOLIC PANEL

| Analyte | Value | |
|---|---|---|
| GLUCOSE<br>Fasting reference interval | **84** | Reference Range: 65-99 mg/dL |
| UREA NITROGEN (BUN) | **16** | Reference Range: 7-25 mg/dL |
| CREATININE | **0.70** | Reference Range: 0.70-1.25 mg/dL |
| eGFR NON-AFR. AMERICAN | **102** | Reference Range: > OR = 60 mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | **118** | Reference Range: > OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | Reference Range: 6-22 (calc) |
| SODIUM | **141** | Reference Range: 135-146 mmol/L |
| POTASSIUM | **4.1** | Reference Range: 3.5-5.3 mmol/L |
| CHLORIDE | **107** | Reference Range: 98-110 mmol/L |
| CARBON DIOXIDE | **31** | Reference Range: 20-32 mmol/L |
| CALCIUM | **9.6** | Reference Range: 8.6-10.3 mg/dL |
| PROTEIN, TOTAL | **6.6** | Reference Range: 6.1-8.1 g/dL |
| ALBUMIN | **4.2** | Reference Range: 3.6-5.1 g/dL |
| GLOBULIN | **2.4** | Reference Range: 1.9-3.7 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | **1.8** | Reference Range: 1.0-2.5 (calc) |
| BILIRUBIN, TOTAL | **0.5** | Reference Range: 0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | **88** | Reference Range: 35-144 U/L |
| AST | **17** | Reference Range: 10-35 U/L |
| ALT | **16** | Reference Range: 9-46 U/L |

## MAGNESIUM

| Analyte | Value | |
|---|---|---|
| MAGNESIUM | **2.1** | Reference Range: 1.5-2.5 mg/dL |

## PHOSPHATE (AS PHOSPHORUS)

| Analyte | Value | |
|---|---|---|
| PHOSPHATE (AS PHOSPHORUS) | **3.1** | Reference Range: 2.5-4.5 mg/dL |

## URIC ACID

| Analyte | Value | |
|---|---|---|
| URIC ACID | **4.3** | Reference Range: 4.0-8.0 mg/dL |

## CREATINE KINASE, TOTAL

| Analyte | Value |
|---|---|

| | | |
|---|---|---|
| CREATINE KINASE, TOTAL | **113** | Reference Range: 44-196 U/L |

## SED RATE BY MODIFIED WESTERGREN

| Analyte | Value | |
|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | **6** | Reference Range: < OR = 20 mm/h |

## CYCLIC CITRULLINATED PEPTIDE (CCP) AB (IGG)

| Analyte | Value | |
|---|---|---|
| CYCLIC CITRULLINATED PEPTIDE (CCP) AB (IGG) | **<16** | UNITS |

```
Reference Range
Negative:          <20
Weak Positive:     20-39
Moderate Positive: 40-59
Strong Positive:   >59
```

## RHEUMATOID FACTOR

| Analyte | Value | |
|---|---|---|
| RHEUMATOID FACTOR | **<14** | Reference Range: <14 IU/mL |

## C-REACTIVE PROTEIN

| Analyte | Value | |
|---|---|---|
| C-REACTIVE PROTEIN | **2.1** | Reference Range: <8.0 mg/L |

## TSH W/REFLEX TO FT4

| Analyte | Value | |
|---|---|---|
| TSH W/REFLEX TO FT4 | **2.32** | Reference Range: 0.40-4.50 mIU/L |

## VITAMIN B12/FOLATE, SERUM PANEL

| Analyte | Value | |
|---|---|---|
| VITAMIN B12 | **541** | Reference Range: 200-1100 pg/mL |
| FOLATE, SERUM | **>24.0** | ng/mL |

```
Reference Range
Low:         <3.4
Borderline:  3.4-5.4
Normal:      >5.4
```

**Performing Sites**
I8M Quest Diagnostics-Clear Lake, 600 N Kobayashi, Ste 109B, Webster, TX 77598-4841 Laboratory Director: Julia P Kenny
IG Quest Diagnostics-Dallas Lab, 4770 Regent Blvd, Irving, TX 75063-2445 Laboratory Director: Dr. Robert L Breckenridge
RGA Quest Diagnostics-Houston Lab, 5850 Rogerdale Road, Houston, TX 77072-1602 Laboratory Director: Robert L Breckenridge
ZFS Quest Diagnostics-Texas City RRL, 7111 Medical Center Drive, Suite 200, Texas City, TX 77591-2667 Laboratory Director: Julia P Kenny

**Key**

Priority Out of Range  Out of Range

These results have been sent to the person who ordered the tests. Your receipt of these results should not be viewed as medical advice and is not meant to replace discussion with your doctor or other healthcare professional.

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - '®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

Quest Diagnostics™

**From:**Ghous Khan <
**Sent:**Mon, 7 Dec 2020 17:53:21 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re-evaluation_Dr. Dickson
**Attachments:**GK_Quest Results Simple_12.01.2020.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning Ms. Wilkinson,
I hope you had a nice weekend. I'm attaching the blood report as per your request. My appointment to see Dr. Dickson (orthopedic surgeon) has been scheduled for 21st December to discuss the knee CT Scan and blood report.

I have started my prednisone short course which hopefully will suppress the inflammation and swelling for the time being. I'm also communicating with a couple of research companies for the in-house positions, but my priority and main concern is the health of my knee. I'll update you about my meeting with Dr. Dickson and the progress of my knee.

Best regards,
Ghous Khan
**From:** Ghous Khan <
**Sent:** Friday, December 4, 2020 11:13 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

ReleasePoint

**Medical Record Overview**

**Date:** **December 3, 2020**

**Patient Name:** KHAN, GHOUS

**Records From:** sterling pt

,
(281) 240-3140

**Request Scope:** From October 13, 2020 to Present

**Chart Range:** 10/15/2020 - 11/23/2020

**RP ID:** 7194195

**Client ID:** 10420268

**Source:** LIBMT0

**Req By:** C Wilkinson
05-291839

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 15 2020 | Nov 23 2020 | 33 | 2 |
| Non Medical/Other | | | 19 | 35 |
| Request Correspondence | | | 3 | 54 |

**Total Page Count:** 55

**Notes From QC:**

Progress Notes - 11/23/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 32
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 11/23/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that he is really noticing less swelling in the knee since doing ultrasound.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Improved strength and stability with good tolerance to dynamic balance activities. Tightness remains in ITB and limitations into R knee flexion evident. Pt has plateaued in regards to R knee flexion and no notable changes seen over the past few weeks in regards to flexion.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 11/23/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Sierra I. Andreason

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on November 23, 2020 at 2:48 pm*

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 24, 2020 at 2:40 pm*



Powered by WebPT™

Progress Notes - 11/18/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 31
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 11/18/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports the US tx helped the last time and he's feeling less swelling than he did before.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt continues to improve well with increased SL strength and stability on R LE. However, flexion ROM remains limited with only ~100* gained in prone position. Good patellar mobility noted in all planes but did have mild crepitus with sup-inf direction. Pt will need to continue working on increasing knee flexion ROM to improve gait mechanics and transfer skills.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Progress Notes - 11/18/2020**

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 11/18/2020

### Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on November 18, 2020 at 2:59 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 19, 2020 at 8:34 am*

Progress Notes - 11/16/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 30
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 11/16 /2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.56 1: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.56 1: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports his knee still feels stiff and swollen mainly at the bottom and lateral side.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Good step lengths and equal strides displayed on treadmill. Focused on increasing knee flexion ROM with prolonged duration stretching and wall heel slides. Continued with US modality as pt reported of increased relief after last session. Pt would continue to benefit from further LE strength training to improve overall function.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 11/16/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on November 16, 2020 at 3:38 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 17, 2020 at 2:26 pm*

Progress Notes - 11/11/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 29
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 11/11/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.56 1: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.56 1: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports his knee still bothers him a bit and feels stiff and swollen.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Improved gait mechanics displayed today with decreased deviations displayed. Added wall heel slides and pt was able to achieve 130* knee flexion. Also added US modality due to remaining tightness and tenderness at distal lateral patella area. Pt would continue to benefit from further LE strength training to improve overall function.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 11/11/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on November 11, 2020 at 3:36 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 12, 2020 at 8:08 am*

Progress Notes - 11/10/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 28
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 11/10/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.56 1: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.56 1: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports his knee still gets sore and stiff especially when he bends his knee. Pt states seeing MD today and said that he shouldn't be having this much pain this far out from surgery and may be do further testing.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt still ambulates with elongated step length but has improved well with increased TKE. Pt did complete all ex's with good form and control with decreased corrections needed. Pt did have mild tenderness and tightness remaining at distal quads and superior patella areas during CFM. Pt would continue to benefit from further LE strength training to improve overall function.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT™

Progress Notes - 11/10/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 11/10/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on November 10, 2020 at 3:55 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 10, 2020 at 9:34 pm*

Progress Notes - 11/05/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 27
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 11/05/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.56 1: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.56 1: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports his knee still gets sore and swollen when he ex's and had to wrap his knee today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Progressed pt with increased SL challenges today and pt did fairly well with all with only minimum difficulty displayed with ball toss with several step downs needed to regain balance. Added TM walking and pt was able to improve TKE in both forward and retro directions. Pt would continue to benefit from further LE strength training to improve overall function.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

Powered by WebPT™

Progress Notes - 11/05/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 11/05/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on November 5, 2020 at 12:05 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 6, 2020 at 9:20 am*

Progress Notes - 11/02/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 26
**Insurance Name:** COMMU NITY HEALTH CHOICE

**Date of Daily Note:** 11/02/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.56 1: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.56 1: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that he is still having quite a bit of swelling in the R knee and has pain with walking longer distances.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt continues to have limitations with R knee flexion, and only able to get to 125 deg flexion with overpressure (L knee is 150 deg). Pt demos good strength in R knee, and has WNL knee extension. Pt to benefit from aggressive stretching and joint mobs of R knee to improve flexion.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN. GHOU S
**Date of Birth:**
**Document Date:** 11/02/2020

## Plan

**Instructions:** Progressing Patient Next V isit
Continue per POC.

Supvd by Dr. Carter.

Sierra I. Andreason

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on November 2, 2020 at 2:54 pm*

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on November 3, 2020 at 10:23 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 25
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 10/28/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports he did some walking over the weekend but noticed that his knee swelled up again and still bothers him when it does. Pt states having knee braces at home but has noticed that they haven't helped.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt continues to improve well with increased R LE strength and stabilization. Gait is improving well with improved TKE but does lack full hip extension with strides. Mild tightness remains with knee flexion ROM with only 125* achieved. Pt would still benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT™

Progress Notes - 10/28/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/28/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on October 28, 2020 at 3:25 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 29, 2020 at 3:06 am*

Progress Notes - 10/26/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 24
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 10/26/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports he did some walking over the weekend but noticed that his knee swelled up again and still bothers him when it does. Pt states having knee braces at home but has noticed that they haven't helped.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Improved quads and hip strength displayed with increased exercise challenges today with improved control. Mild quads tightness remains at superior patella with nodule present during STM. Knee flexion ROM is improving well with decreased stiffness present and improved patellar mobility in all planes. Added kinesiotaping to improve patellar stability and inhibit remaining muscle tightness. Pt would still benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan

**Instructions:** Progressing Patient Next Visit

Progress Notes - 10/26/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/26/2020

Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on October 26, 2020 at 10:24 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 27, 2020 at 6:43 am*

**Progress Notes - 10/22/2020**

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 23
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 10/22/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

### Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that his R knee is doing pretty good now but was more swollen the other day from lifting some heavy objects.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

### Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

### Assessment

**Assessment/Diagnosis:** Pt did well today with increased ex progression but did have minimum compensation displayed during fwd lunges but was able to improve form after cues. Mild quads tightness remains but improved knee flexion ROM displayed with passive stretching. No notable edema present in R knee and gait is improving with decreased deviations noted. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/22/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC.

Supvd by Dr. Carter.

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on October 22, 2020 at 4:30 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 23, 2020 at 12:50 pm*

Progress Notes - 10/20/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 22
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 10/20/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that his R knee is a little stiff today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt performed higher level strengthening and balance exercises without cueing or complaints. Continues to have limitations in R knee flexion and tightness present in R ITB. Educated pt on importance of performing heel slides regularly at home to improve knee flexion ROM.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 10/20/2020

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

*Sierra I. Andreason*

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 20, 2020 at 2:42 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 20, 2020 at 7:32 pm*



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 21

**Date of Recertification:** 10/16/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Mobility: Walking & Moving Around:**

**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

### Outcome Measurement Tools

**Previous Findings as of 09/18/2020*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 31/80/80 | *33/80* |

### Observation

**Gait** Normal

### Range of Motion

**Previous Findings as of 09/18/2020*

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *120°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

### Strength

**Previous Findings as of 09/18/2020*

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Physical Therapy Recertification Note**

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

**Gross Muscle Tests**
**Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5/5 | 4+/5 | *4+/5* | *4+/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 4+/5 | 5/5 | *4/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *4+/5* | *5/5* |

**Palpation**

**Comments** mild TTP to superior patella and ITB
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes. Per re-evaluation pt demos improved R knee and hip strength, improved gait, and has improved balance. Pt continues to have limitations with R knee flexion and LE mobility. Pt to benefit from additional skilled therapy to address above deficits.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Rehab Potential:** Good

**Patient Problems:**

- R knee pain

**Short Term Goals:**

1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |

**Long Term Goals:**

1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

✔ I have no revisions to the plan of care.
__Revise the plan of care as follows

Physician Signature________________
K. F. DICKSON, MD

Date: 10/20/2020 Time:________

*Sierra I. Andreason*

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 16, 2020 at 9:57 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 19, 2020 at 5:38 am*

Progress Notes - 10/16/2020

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 21
**Insurance Name:** COMMUNITY HEALTH CHOICE

**Date of Daily Note:** 10/16/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164 | PT Re-Evaluation | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 35 |
| Treatment Minutes | 45 |

## Assessment

**Assessment/Diagnosis:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes. Per re-evaluation pt demos improved R knee and hip strength, improved gait, and has improved balance. Pt continues to have limitations with R knee flexion and LE mobility. Pt to benefit from additional skilled therapy to address above deficits.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

**Plan**

**Instructions:** Progressing Patient Next Visit

*Sierra I. Andreason*

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 19, 2020 at 12:38 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on October 19, 2020 at 5:38 am*

**Sterling Phy sic al Therap y & W ellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Phy sic al Therap y Recertification Note

STERLING
PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 21

**Date of Recertification:** 10/16/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Outcome Measurement Tools** **Previous Findings as of 09/18/2020*

| **Lower Extremity** | | |
|---|---|---|
| Lower Extremity Functional Scale | 31/80/80 | *33/80* |

**Observation**

**Gait** Normal

**Range of Motion** **Previous Findings as of 09/18/2020*

| **Knee AROM** | **Right** | **Left** | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *120°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

**Strength** **Previous Findings as of 09/18/2020*

**Sterling Phy sic al Therap y & W ellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

**Gross Muscle Tests**
**Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Abduction | 5/5 | 4+/5 | 4+/5 | 4+/5 |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 4+/5 | 5/5 | 4/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 | 4+/5 | 5/5 |

**Palpation**

**Comments** mild TTP to superior patella and ITB
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes. Per re-evaluation pt demos improved R knee and hip strength, improved gait, and has improved balance. Pt continues to have limitations with R knee flexion and LE mobility. Pt to benefit from additional skilled therapy to address above deficits.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |



Powered by WebPT™

**Sterling Phy sic al Therap y & W ellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Sierra I. Andreason

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 16, 2020 at 9:57 am*

Physician Signature____________________
K. F. DICKSON, MD
Date:______________ Time:______________

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 19, 2020 at 5:38 am*

Progress Notes - 10/16/2020

**Sterling Phy sic al Therap y & W ellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

STERLING
PHYSICAL THERAPY & WELLNESS

# Plan of Care

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 21

**Date of Plan of Care:** 10/16/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Assessment

**Assessment/Diagnosis:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes. Per re-evaluation pt demos improved R knee and hip strength, improved gait, and has improved balance. Pt continues to have limitations with R knee flexion and LE mobility. Pt to benefit from additional skilled therapy to address above deficits.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

*Sierra I. Andreason*

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 16, 2020 at 9:57 am*

Physician Signature________________________
K. F. DICKSON, MD
Date:______________ Time:______________

*Sterling L. Carter*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 19, 2020 at 5:38 am*



Powered by WebPT™

Progress Notes - 10/15/2020

**Sterling Phy sic al Therap y & W ellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily N ote / B illing Sheet

STERLING
PHYSICAL THERAPY & WELLNESS

**Patient N ame:** KHAN, GHOUS
**Date of B irth:**
**Referring Phy sic ian(s):** DICKSON, KYLE F. MD
**Su rgery** (Date/Type) 05/27/2020 R TKA
**V isit N o.** 20
**Insu ranc e N ame** COMMUNITY HEALTH CHOICE

**Date of Daily N ote:** 10/15/2020
**Inju ry /O nset/Change of Statu s Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of O riginal E v al:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

### Su bjec tiv e

**Treatment Side:** Right
**Cu rrent Comp laints / Gains:** Pt reports he's still having some stiffness in his knee and irritation at the top of his knee.
**B efore the inju ry /onset/c hange of statu s date, the p atient w as able to p erform the follow ing ac tiv ities:**
**Self Care:**
**Changing & M aintaining B ody Position:**
**M obility : W alk ing & M ov ing Arou nd:**
**Carry ing, M ov ing & H andling O bjec ts:**
**Cu rrent F u nc tional Limitations:**
**M obility : W alk ing & M ov ing Arou nd:**
**Aggrav ating F ac tors** Stairs - up, Stairs - down
**H ome H ealth Care** No
**M edic al H istory** GERD, Anxiety, High cholesterol
**Comp lic ating/Personal F ac tors** No Known Complicating Factors Affecting the Plan of Care
**M ental Statu s/Cognitiv e F u nc tion Ap p ears Imp aired?**
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

### O bjec tiv e

| CPT® Code | Direc t Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

### Assessment

**Assessment/Diagnosis:** Pt continues to progress well with increased ex challenges with display of improved LE strength and stabilization. Remaining tenderness and tightness present at the top of patella. Added US modality and will assess benefits at next tx. Pt would continue to benefit from further LE strength training to improve overall function and normalizing gait.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

### Plan

**Instru c tions:** Progressing Patient Next Visit

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 10/15/2020

Cont per POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on October 15, 2020 at 2:26 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 15, 2020 at 8:59 pm*

Non Medical/Other

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

97.3

Date: 11-13-20

Name: Ghous Khan DOB: ________

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NO

Date(s): ________

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

*If any of the symptoms are present, patient is given a mask immediately.*

Non Medical/Other

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 11-16-20 97.3

Name: Ghous Khan DOB: ________

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NO

Date(s): ____________________

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

*If any of the symptoms are present, patient is given a mask immediately.*

Non Medical/Other

*Patient:* GHOUS KHAN *DOB:*

## BENEFIT DETAILS

*Please use Patient Demographic and Payor Information in previous Page(s) to complete Benefit Verification*

☑ Sugar Land Clinic
Facility NPI - 1417114364
Dr. Sterling Carter - 1184672206
Dr. Lakshmi Urlam - 1578806816
Tax ID - 262630132

☐ Houston Clinic - OakBend
Facility NPI - 1700883196
Dr. Sterling Carter - 1184672206
Tax ID - 760339462

| **PRIMARY** ID: 000805984500 | **SECONDARY** |
|---|---|
| **Plan Name** CHC HMO | **Plan Name** |
| ☑ In Network ☐ Out of Network | ☐ In Network ☐ Out of Network |
| This is a Federally Funded Flan? ☐ Yes ☑ No | This is a Federally Funded Flan? ☐ Yes ☐ No |
| Informed Payor this is outpatient therapy performed in an office setting ☑ | Informed Payor this is outpatient therapy performed in an office setting ☐ |
| Patient Has PT Coverage? ☑ Yes ☐ No | Patient Has PT Coverage? ☐ Yes ☐ No |
| Effective Date 06/01/2020 End Date | Effective Date End Date |
| Visit Limitation UNLIMITED Coinsurance (%) 0% | Visit Limitation Coinsurance (%) |
| Copay $ N/A ☐ Per visit ☐ IE/RE Only | Copay $ ☐ Per visit ☐ IE/RE Only |
| DED *Ind* $ N/A *Fam* $ Met: ☐ Yes ☐ No; OOP MAX *Ind* $ 2500/$2500 *Fam* $ Met: ☑ Yes ☐ No | DED *Ind* $ *Fam* $ Met: ☐ Yes ☐ No; OOP MAX *Ind* $ *Fam* $ Met: ☐ Yes ☐ No |
| **Required for Therapy** ☑ Authorization ☐ Pre-Cert ☐ PCP e-referral | **Required for Therapy** ☐ Authorization ☐ Pre-Cert ☐ PCP e-referral |
| **Approved CPT Code** ☑97161 ☑97162 ☑97163 ☑97164 ☑97110 ☑97112 ☑97113 ☑97116 ☑97140 ☑97530 ☑97535 ☑97012 ☑97032 ☑97035 ☑76881 ☑97750 | **Approved CPT Code** ☐97161 ☐97162 ☐97163 ☐97164 ☐97110 ☐97112 ☐97113 ☐97116 ☐97140 ☐97530 ☐97535 ☐97012 ☐97032 ☐97035 ☐76881 ☐97750 |
| *Additional Notes:* FACILITY&PROVIDER INN. AUTH REQUIRED @ FAX 713-295-9019. TELEHEALTH COVERED @100%. | *Additional Notes:* NO OON BENEFITS. |
| **Claim Address** P O Box 301424. Houston, TX 77230 | **Claim Address** |

***Verification Date:*** 11/04/20 ***Agent:*** JOEL M ***Verification Date:*** ***Agent:***
***Verified by:*** GRAYSON ***Ref #:*** 1788253 ***Verified by:*** ***Ref #:***

CPT CODES 97161,97162,97163,97164,76881 NO AUTH REQUIRED, REMAINING CODES AUTH REQUIRED @ FAX 713-295-9019.
MEMBER HAS MET THE OUT OF POCKET MAX. PLAN WILL COVER 100%. NO MEMBER RESPONSIBILITY.

## CHARGE ESTIMATE (DUE AT ARRIVAL)

*This section is for clinic use only*

☐ **Unmet Deductible**
Initial Evaluation $
Follow Up $

☐ **Met Deductible**
Initial Evaluation $
Follow Up $

Applied toward Deductible ☐ YES ☐ NO
Applied toward Out of Pocket Max ☐ YES ☐ NO

**The above estimate is true as of Verification date. Charges are due at Appointment time. Any changes in accumulated amount toward Deductible or Out of Pocket Max that affect charges at Appointments require Re-verfication with Insurance Entity. Finance charges are accrued monthly to account outstanding balance.*

## Acknowledgement

*By signing, I certify the above information has been fully explained to me and will fulfill my financial responsibility that is due at each visit.*

Patient/Guardian/Responsible Party ______________ Date ______________

Witness ______________

Version 08/28/19

Non Medical/Other

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

96.7

Date: 11-11-20

Name: Ghous Khan DOB: ________

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): No

Date(s): ________

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

*If any of the symptoms are present, patient is given a mask immediately.*

Non Medical/Other

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 11/5/2020 97.5

Name: Khan Alous DOB: ______

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NO

Date(s): ______

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

If any of the symptoms are present, patient is given a mask immediately.

Non Medical/Other

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

## Missed Appointment

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of Cancel:** 11/04/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** Cancel
Other
**Comments:**
PT RESCHEDULED FOR TOMORROW, STATING HE WAS IN ALOT OF PAIN

Donna Flores
License #318250
*Document created on November 4, 2020 at 7:44 pm*



Powered by WebPT™

Non Medical/Other

STERLING
PHYSICAL THERAPY & WELLNESS

9:18

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 11-2-20

Name: Ghos Khan DOB: 5-27-59

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): No

Date(s): ______

Check all that applies: No

☐ Fever ☐ Cough ☐ Shortness of breath

*If any of the symptoms are present, patient is given a mask immediately.*

Non Medical/Other

97.3

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 10-28-20

Name: Ghous Khan DOB: 5-27-59

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): No

Date(s): ______

Check all that applies: NO

☐ Fever ☐ Cough ☐ Shortness of breath

If any of the symptoms are present, patient is given a mask immediately.

Non Medical/Other . ealth Choice To: 281 605 5075 Page: 1/2 Date: 10/27/2020 1:08:18 PM

COMMUNITY HEALTH CHOICE

October 27, 2020
**Patient's Information:**

| | |
|---|---|
| Member Name: GHOUS KHAN | Member ID: 000805984500 |
| DOB: | Plan Name: Marketplace |
| PCP Name: SALIM GOPALANI | Authorization No: 201009206 |
| Requesting Name: STERLING THERAPY AND REHABILITATION PLLC | Requesting Address: PO Box 18705 Sugar Land, TX 774968705 |
| Treating Name: STERLING CARTER | Treating Address: PO Box 18705 Sugar Land, TX 774968705 |

| Service Code | Requested* | Assigned* | Auth Start Date | Auth End Date | Decision |
|---|---|---|---|---|---|
| 97164 PT RE-EVAL EST PLAN CARE | 8 | 0 | | | Dismissed |
| **Total Requested:** | 8 | **Total Approved:** | 0 | **Total Denied:** | 8 |
| 97110 THERAPEUTIC EXERCISES | 8 | 8 | 10/29/2020 | 04/29/2021 | Approved |
| **Total Requested:** | 8 | **Total Approved:** | 8 | **Total Denied:** | 0 |
| 97112 NEUROMUSCULAR REEDUCATION | 8 | 8 | 10/29/2020 | 04/29/2021 | Approved |
| **Total Requested:** | 8 | **Total Approved:** | 8 | **Total Denied:** | 0 |
| 97140 MANUAL THERAPY 1/> REGIONS | 8 | 8 | 10/29/2020 | 04/29/2021 | Approved |
| **Total Requested:** | 8 | **Total Approved:** | 8 | **Total Denied:** | 0 |
| 97113 AQUATIC THERAPY/EXERCISES | 8 | 8 | 10/29/2020 | 04/29/2021 | Approved |
| **Total Requested:** | 8 | **Total Approved:** | 8 | **Total Denied:** | 0 |
| 97530 THERAPEUTIC ACTIVITIES | 8 | 8 | 10/29/2020 | 04/29/2021 | Approved |
| **Total Requested:** | 8 | **Total Approved:** | 8 | **Total Denied:** | 0 |

**ADDITIONAL COMMENTS:**
Your authorization request has been reviewed. Please see above for the approved services. For additional services or extensions, please fax request 1 week prior to end date to:

**CHIP/CHIP P/STAR:** 713-295-2283
**Marketplace:** 713-295-7019
**ERS:** 713-295-7017

Thank you,
Community Health Choice, Inc.
If you disagree with our decision and wish to appeal, please see below next steps.

**Expedited Appeal** - Community members hospitalized or who require services within the next 24 hours, can request an expedited appeal. You may continue the services that you are appealing; however, there is no guarantee of approval. Community will respond to expedited appeals within 1 working day if your appeal is a denial of care for a life-threatening condition, emergency, continued hospital stay, a denial of a prescription drugs or intravenous infusions for which the enrollee is currently receiving benefits. For all other expedited appeals, within 72 hours.



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

COMMUNITY HEALTH CHOICE

**Standard Appeals** – If an Appeal is required, it should be submitted by the following timelines per the member's plan:

**CHIP/ CHIP P/ STAR:** 60 days
**Marketplace:** 180 days
**ERS:** 180 days

Community will respond with our decision within 30 days of receipt of your appeal.
You may submit your appeal via fax to:
Appeals Fax number : 713-295-7033

Medical records related to the requested services above must accompany all appeal requests to be considered.

**CONFIDENTIALITY NOTICE:** Unpublished property of Community Health Choice, Inc. Use and distribution is limited solely to authorized personnel.

2636 South Loop West, Suite 125 | Houston, TX 77054 | tel 713.295.2200 | toll-free 1.888.760.2600 | fax 713.295.2293

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com