Non Medical/Other

95.2

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

Coronavirus

Date: 10-22-20

Name: Ghous Khan DOB: ______

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NO

Date(s): ______

Check all that applies: None

☐ Fever ☐ Cough ☐ Shortness of breath

*If any of the symptoms are present, patient is given a mask immediately.*

EXHIBIT
3, part 2

**Non Medical/Other**

Provider Services Phone: 713.295.6704 | 1.855.315.5386
Urgent/Emergent requests: Call Community to Confirm Receipt

MEDICAL SERVICES
Authorization & Notification Fax: 713.295.7019

BEHAVIORAL HEALTH SERVICES
Pre-Authorization OP Fax: 713.576.0930
Pre-Authorization IP Fax: 713.576.0932
BH Case Management Fax: 713.576.0933

COMMUNITY HEALTH CHOICE

**Failure to Complete All Applicable Fields May Delay Processing**

# TEXAS STANDARD PRIOR AUTHORIZATION REQUEST FORM FOR HEALTH CARE SERVICES

SECTION I - SUBMISSION    Reference #: EREF00000147156    **Marketplace**

| Issuer Name: | Phone: | Fax: | Date: |
|---|---|---|---|
| Community Health Choice | 713.295.6704 | 713.295.7019 | 10/22/2020 |

SECTION II - GENERAL INFORMATION

| | |
|---|---|
| Review Type: [X] Non-Urgent [ ] Urgent | Clinical Reason for Urgency: |
| Request Type: [ ] Initial Request [X] Extension/Renewal/Amendment | Prev. Auth. #: 20710196 |

SECTION III - PATIENT INFORMATION

| Name: | Phone: | DOB: | Sex: [X] Male [ ] Female [ ] Unknown |
|---|---|---|---|
| KHAN, GHOUS | | | |
| Subscriber Name (if different): | Member or Medicaid ID #: | Group #: | |
| KHAN, GHOUS | 000805984500 | | |

SECTION IV - PROVIDER INFORMATION

| Requesting Provider or Facility | | Service Provider or Facility | |
|---|---|---|---|
| Name: STERLING THERAPY AND REHABILITATION PLLC, | | Name: CARTER, STERLING | |
| NPI #: 1417114364 | Specialty: PHYSICAL THERAPY | NPI #: 1184672206 | Specialty: PHYSICAL THERAPY |
| Phone: 2812403140 | Fax: 2816055075 | Phone: 2812403140 | Fax: 2816055075 |
| Contact Name: KELLY GARNER | Phone: 2812403140 | Primary Care Provider Name (see instructions): NALINI BALACHANDRAN, MD | |
| Requesting Provider's Signature and Date (if required): *Dr. Sterling L. Carter* | *10/22/2020 10:24:26 AM* | Phone: 2812779800 | Fax: |

SECTION V - SERVICES REQUESTED (with CPT. CDT, or HCPCS CODE) and SUPPORTING DIAGNOSES (with ICD CODE)

| Planned Service or Procedure | Code | Start Date | End Date | Diagnosis Description | Code |
|---|---|---|---|---|---|
| PT RE-EVAL EST PLAN CARE | 97164 | 10/29/2020 | 11/28/2020 | PAIN IN RIGHT KNEE | M25.561 |
| NEUROMUSCULAR REEDUCATION | 97112 | 10/29/2020 | 11/28/2020 | PAIN IN RIGHT KNEE | M25.561 |
| MANUAL THERAPY 1/> REGIONS | 97140 | 10/29/2020 | 11/28/2020 | PAIN IN RIGHT KNEE | M25.561 |
| THERAPEUTIC EXERCISES | 97110 | 10/29/2020 | 11/28/2020 | PAIN IN RIGHT KNEE | M25.561 |
| AQUATIC THERAPY/EXERCISES | 97113 | 10/29/2020 | 11/28/2020 | PAIN IN RIGHT KNEE | M25.561 |
| THERAPEUTIC ACTIVITIES | 97530 | 10/29/2020 | 11/28/2020 | PAIN IN RIGHT KNEE | M25.561 |

[ ] Inpatient [ ] Outpatient [X] Provider Office [ ] Observation [ ] Home [ ] Day Surgery [ ] Other : ________

[X] Physical Therapy [ ] Occupational Therapy [ ] Speech Therapy [ ] Cardiac Rehab [ ] Mental Health/Substance Abuse
Number of Sessions: 8 Duration: 4 WEEKS Frequency: 2 PER WEEK Other: ________

[ ] Home Health (MD Signed Order Attached? [ ] Yes [X] No) (Nursing Assessment Attached? [ ] Yes [X] No)
Number of Visits: ________ Duration: ________ Frequency: ________ Other: ________

[ ] DME (MD Signed Order Attached? [ ] Yes [X] No) (Medicaid Only: Title 19 Certification Attached? [ ] Yes [X] No)
Equipment/Supplies (include any HCPCS codes): ________ Duration: ________

SECTION VI - CLINICAL DOCUMENTATION (See Instructions Page, Section VI)

**Non Medical/Other**

| |
|---|
| |

***An issuer needing more information may call the requesting provider directly at:*** 2812403140

Non Medical/Other

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 10/20/2020 97.2

Name: Khan Cattous DOB: ______

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): ______

Date(s): ______

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

If any of the symptoms are present, patient is given a mask immediately.

# CONFIDENTIAL Fax

**FROM:**

KYLE F. DICKSON, MD
6560 Fannin, Suite 1016, Houston, TX 77030-2761
Phone: (713) 610-4260
Fax: (713) 800-1081

**TO:**

STERLING PHYSICAL THERAPY
1449 HWY 6, SUGAR LAND, TX 77478
Phone: (281) 240-3140
Fax: (281) 605-5075

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:2342426-H-256]

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

STERLING
PHYSICAL THERAPY & WELLNESS

# Fax Cover Sheet

**To: DICKSON, KYLE, MD**
**Fax: 7138001081**

**From: Sierra I. Andreason, PT, DPT**
**Sent on: October 19, 2020**

## Regarding: Recertification Note: 10/16/2020 for KHAN, GHOUS

Thank you for this referral --

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

# The Lower Extremity Functional Scale

We are interested in knowing whether you are having any difficulty at all with the activities listed below **because of your lower limb problem** for which you are currently seeking attention. Please provide an answer for **each** activity.

**Today, *do you* or *would you* have any difficulty at all with:**

| | Activities | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|---|
| 1 | Any of your usual work, housework, or school activities. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 2 | Your usual hobbies, re creational or sporting activities. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 3 | Getting into or out of the bath. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☑ | 4 ☐ |
| 4 | Walking between rooms. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☑ | 4 ☐ |
| 5 | Putting on your shoes or socks. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 6 | Squatting. | 0 ☑ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 7 | Lifting an object, like a bag of groceries from the floor. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 8 | Performing light activities around your home. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☑ | 4 ☐ |
| 9 | Performing heavy activities around your home. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 10 | Getting into or out of a car. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☑ | 4 ☐ |
| 11 | Walking 2 blocks. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 12 | Walking a mile. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 13 | Going up or down 10 stairs (about 1 flight of stairs). | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 14 | Standing for 1 hour. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 15 | Sitting for 1 hour. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 158 |
| 16 | Running on even ground. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 17 | Running on uneven ground. | 0 ☑ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 18 | Making sharp turns while running fast. | 0 ☑ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 19 | Hopping. | 0 ☑ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 20 | Rolling over in bed. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| | **Column Totals:** | | 0 | 0 | 0 | 0 |

**Minimum Level of Detectable Change (90% Confidence): 9 points** **SCORE: 0 /80 (fill in the blank with the sum of your responses)**

31/40

**Source:** Binkley et al (1999): The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383.

Non Medical/Other

Non Medical/Other

97.5

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 10-16-20

Name: Ghous Khan DOB: 5-27-59

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NA

Date(s): ______

Check all that applies: NA

☐ Fever ☐ Cough ☐ Shortness of breath

If any of the symptoms are present, patient is given a mask immediately.

Non Medical/Other

**Sterling Phy sic al Therap y & W ellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (28 1)6 05-5075

## Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of Cancel:** 10/14/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** Cancel
R/S TO 10/15

Daiana Varughese
License #284117
*Document created on October 13, 2020 at 6:32 pm*



Powered by WebPT™

Request Corresponden ..... ...... porated 1.626.628.9628 Tue Nov 17 16:08:18 2020 MST Page 1 of 5

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**Sterling Physical Therapy**
**1449 Highway 6 Suite 260**
**ATTN: MEDICAL RECORDS**
**Sugar Land, TX 77478-5146**

Date: Nov 17, 2020

**Re: Long Term Disability Benefits**
Claim# 7194195 10420268
Claimant: KHAN, GHOUS
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: NYZLVQ

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 13, 2020 to Present**
sterling pt

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leonardo Toledo Jr.
Disability Information Specialist
Phone No.: (213) 269-4244
Fax No: (213) 884-4921

7194195

RPID: 7194195

Request Corresponden

From WFI Incorporated 1.626.628.9628 Tue Nov 24 21:24:43 2020 MST Page 1 of 1

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO**
**63376**

Sterling Physical Therapy
1449 Highway 6 Suite 260
ATTN: MEDICAL RECORDS
Sugar Land, TX 77478-5146

Nov 24, 2020
Re: Disability Benefits
Claim# 7194195 10420268
Claimant: KHAN, GHOUS
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: NYZLVQ

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **11/17/2020** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☑ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☐ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ___________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ___________
- ☐ Records cannot be released because:

___________________________________________________________

- ☐ Other status information we should know:

___________________________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
Leonardo Toledo Jr.
Disability Information Specialist
Phone No.: (213) 269-4244
Fax No.: (213) 884-4921

7194195

Request Corresponden

STERLING
PHYSICAL THERAPY & WELLNESS

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 11-23-20 96.4

Name: Ghous Khan DOB: ______

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NO

Date(s): ______

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

If any of the symptoms are present, patient is given a mask immediately.

# Quality Assurance Report

## Request Information

Report Date: December 3, 2020

**RP ID:** 7194195

Patient Name: KHAN, GHOUS

Provider Name: Sterling Physical Therapy

## Quality Assurance Information

Scope Requested: **From October 13, 2020 to Present**

Special Request:
sterling pt

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: NSAJO

ReleasePoint

## Medical Record Overview

**Date:** **November 18, 2020**

**Patient Name:** KHAN, GHOUS

**Records From:** kyle dickson

,
(713) 800-1080

**Request Scope:** From August 22, 2020 to Present

**Chart Range:** 11/09/2020 - 11/10/2020

**RP ID:** 7194196

**Client ID:** 10420268

**Source:** LIBMT0

**Req By:** C Wilkinson
05-291839

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 9 2020 | Nov 10 2020 | 14 | 2 |
| Questionnaires | | | 1 | 16 |
| Non Medical/Other | | | 1 | 17 |

**Total Page Count:** 16

**Notes From QC:**

KHAN, GHOUS (id #278089, dob:

## Encounters and Procedures

Clinical Encounter Summaries

**11/09/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD

**GHOUS KHAN**
**DOB:**

**DOS: 11/10/2020**

**PERSONAL INS FOLLOW UP**

This is a 61-year-old who Dr. Blum did a total knee. He had some increased pain and redness. His surgery was on 06/09/2020. Unfortunately, 09/02/2020 was 12 weeks and we ended up doing an aspiration. Everything was negative as well as the PCR so we were fairly convinced that he did not have an infection and maybe just had some cellulitis and some inflammation. So he is now five months. We had written for some therapy. He feels like if he is on it a lot he gets a lot of swelling and pain. Most of his pain seems to be more kind of on the top area, almost where the kneecap attaches to the patellar tendon and then on the side a little bit where his knee is.

**REVIEW OF SYSTEMS:** He does have GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI or endocrine.

**EXAMINATION:** On physical exam, he is probably 0 to about 120. 2+ dorsalis pedis, normal sensation, skin is intact.

**RADIOGRAPHS:** Looking at his x-rays from today, I do not see any evidence of loosening. Maybe a line kind of on the superior phalange but otherwise there looks like there is good interface. His kneecap is centered on the Sunrise view.

**PLAN:** What I would like to do is get some allergy testing on his knee. I would like him to try to do 30 minutes of biking. We are going to try to give him some Pennsaid to rub on that area to see if that makes it any better. He has been on Voltaren. I would probably keep him doing that. We will get a CT scan of his right knee and specifically to make sure the alignment is okay and there is not any other factor that may be giving a problem that I do not see on the plain x-ray. Then, I would like to have him see a rheumatologist. If we could get his labs back before we see him next month, I am really interested in a sed rate and a CRP. If he does not do those, then we will order those, but I want to make sure he does not

**KHAN, GHOUS**
**NOVEMBER 10, 2020**
**PAGE 2**

have any kind of autoimmune disorder. So what we will do is we will see him on the 14th of December and hopefully go over all of these.

KYLE F. DICKSON M.D.

KFD/PKM/222668914

**08/21/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD

KHAN, GHOUS #278089

* 8665943w256 E-HealthHx

## ACKNOWLEDGEMENT OF REVIEW OF NOTICE OF PRIVACY PRACTICES

I have reviewed this office's Notice of Privacy Practices, which explains how my medical information will be used and disclosed.
I understand that I am entitled to receive a copy of this document.

☑ Copy given to patient
☐ Patient declined copy

## EMAIL USE

This practice may send email notification to you regarding appointment reminders or general health information you may be interested in. By giving us your email address, you have consented to receiving information from us.

Email Address: ghous38@hotmail.com

## CONSENT TO OBTAIN MEDICATION HISTORY

Our practice is moving toward an electronic medical records environment. We have enabled new functionality where we are able to obtain your medication history from a pharmacy clearinghouse called Surescripts. Surescripts will provide your provider a 2 year medication history if you give consent for us to obtain this information. Please check the box below indicating your consent.

☑ I give consent to Southwest Orthopedic Group to obtain my 2 year medication history from Surescripts
☐ I **DO NOT** wish to allow Southwest Orthopedic Group to obtain my 2 year medication history from Surescripts

X ____________________
**Signature of Patient or Personal Representative**

GHOUS KHAN
**Printed Name of Patient**

**Description of Personal Representative's Authority** ____________________

**Date:** ____________

KHAN, GHOUS #278089

* 8885943w256 E-HealthHx

## FINANCIAL POLICY

Thank you for choosing Southwest Orthopedic Group, LLP as your Orthopedic specialty healthcare provider. We are committed to providing you and your family with the best available medical care. In our ongoing process to make sure that all your medical needs are met, our billing department and financial counselors are available to discuss our fees and this policy with you.

We ask that all responsible parties read and sign our financial policy as well as complete the patient information forms prior to seeing the physician.

Payment for all services will be due at the time services are rendered. In order to serve you better, we accept cash, check, Visa, MasterCard, Discover and American Express. We can also provide you with the resources to obtain a line of credit to be used for your services at Southwest Orthopedic Group. Ask to speak to a financial counselor regarding this option. As a courtesy to you, it is the policy of Southwest Orthopedic Group to bill your insurance carrier, although you are ultimately responsible for the entire bill. As the responsible party, please understand:

**(Please Initial The Following)**

GK 1. Your insurance policy is a contract between you, your employer and the insurance company. We are not a party to that contract. Our relationship is with you, not your insurance company. We will not become involved in disputes between you and your insurer regarding deductibles, co-payments, covered charges, secondary insurance and "usual customary" charges. As your medical provider, we will only supply factual information to facilitate claim processing.

GK 2. Fees for services, which include unpaid balances, deductibles, and co-payments, are due at the time of service. Returned checks and unpaid balances may be subject to collection placement and collection fees.

GK 3. All charges are your responsibility, whether your insurance company pays or does not pay. If your insurance carrier does not remit payment within sixty days, the balance will be due in full from you. If any payment is made directly to you for services billed by Southwest Orthopedic Group, you recognize an obligation to promptly remit payment to the Southwest Orthopedic Group, LLP.

GK 4. I understand and agree that if I fail to make any of the payments for which I am responsible in a timely manner, after such default and upon referral to a collection agency or attorney by Southwest Orthopedic Group, LLP, I will be responsible for all costs of collection monies owed, including court costs, collection agency fees and attorney fees.

GK 5. The above does not apply for those patients that are considered Workers' Compensation. However, be advised that as a compensation patient you may be held responsible for charges in the event that your claim is denied or overturned.

At Southwest Orthopedic Group, we understand that financial problems may affect timely payment, so we encourage you to communicate any such problems to us, so that we may assist you in keeping your account in good standing. If you have any questions, please call (713) 610-4286.

**I UNDERSTAND THE ABOVE INFORMATION AND WILL BE RESPONSIBLE FOR MY ACCOUNT.**

x [signature]
**Signature of Patient/Representative**

**GHOUS KHAN**
**Name of Patient/Representative**

**Description of Personal Representative's Authority**______________

**Date:** ______________

KHAN, GHOUS #278089

* 8866943w256 E-HealthHx

**ALLERGIES** - LIST ANY MEDICATIONS YOU ARE ALLERGIC TO AND THE REACTION:

☐ NONE – I do not have any Allergies

| Name | Reaction |
|---|---|
| Cefepime | Rashes chest & back |
| | |
| | |

**MEDICATIONS** - GIVE NAMES, STRENGTH AND DOSAGE FOR ALL THAT APPLY:

☐ NONE – I am not taking any Medications

| Name | Strength | Frequency |
|---|---|---|
| Flomax | 0.4mg | 1X evening |
| Finasteride | 5 mg | 1x evening |
| Aspirin | 81 mg | twice/day |
| Mirapex | 0.5mg | |
| NORCO | 5-325 mg | 1X6hr as needed |
| Rosuvastatin | 5 mg | 1X day |
| Sertraline | 50 mg | 1X evening |

**PAST MEDICAL HISTORY** - CHECK ALL ITEMS THAT APPLY TO YOU:

☐ NONE
☐ AIDS/HIV+
☐ Alcoholism
☐ Anemia
☐ Anesthesia Problems
☐ Anxiety/Depression
☐ Arthritis
☐ Asthma
☐ Bleeding Disorder
☐ Blood Clots
☐ Cancer
☐ Cholesterol
☐ COPD/Emphysema
☐ Diabetes
☐ Digestive Disorder
☐ Drug Abuse
☐ Epilepsy/Seizures
☐ Eyes/Vision
☑ Gastroesophageal Reflux Disease
☐ Gout
☐ Heart Disease
☐ Hepatitis (A, B, C)
☐ Hernia
☐ High Blood Pressure
☐ Kidney Disease
☐ Liver Disease
☐ Lung Disease
☐ Lupus
☐ Migraines/Headaches
☐ Neurological Disorder
☐ Osteoarthritis
☐ Osteoporosis
☐ Peripheral Vascular Disease
☐ Pneumonia
☐ Psychiatric Disorder
☐ Pulmonary Embolism
☐ Rheumatoid Arthritis
☐ Seasonal Allergies
☐ Skin Disease
☐ Sleep Disorder
☐ Stomach Ulcer
☐ Stroke/T.I.A.
☐ Thyroid Disease
☐ Tuberculosis

☐ Other

Patient Signature: X [signature] Date: 07/13/2020

KHAN, GHOUS | #278089
*8665943w258 E-HealthHx

## PAST SURGICAL HISTORY - CHECK ALL ITEMS THAT APPLY TO YOU:

☐ NONE – I have never had surgery

| | | |
|---|---|---|
| ☐ Ankle/Foot Surgery | ☐ Heart Stent Placement | ☐ Pacemaker Implantation |
| ☐ Appendectomy | ☐ Heart Surgery | ☐ Plastic Surgery |
| ☐ C-Section | ☐ Hernia Repair | ☐ Shoulder Surgery |
| ☐ Elbow Surgery | ☐ Hip Surgery | ☐ Spine Surgery |
| ☐ Gallbladder Surgery | ☐ Hysterectomy | ☐ Thyroid Surgery |
| ☐ Hand Surgery | ☐ Intestinal Surgery | ☐ Tonsillectomy/Adenoidectomy |
| ☐ Head/Neck Surgery | ☑ Knee Surgery | ☐ Vascular Surgery |

☐ Other Right Eye cataract surgery

## SOCIAL HISTORY - PLEASE FILL OUT ANY CHANGES BELOW:

Smoking Status: ☑ Never ☐ Former ☐ Every day ☐ Some days ☐ Current status unknown ☐ Unknown if ever smoked

Smoking - How much?: ☒ None ☐ 1 PPW ☐ 2 PPW ☐ ¼ PPD ☐ ½ PPD ☐ 1 PPD ☐ 1 ½ PPD ☐ 2 PPD ☐ 3+PPD

Chewing tobacco: ☒ None ☐ 1 / day ☐ 2-4 / day ☐ 5+ / day

Alcohol Intake: ☑ None ☐ Occasional ☐ Moderate ☐ Heavy

## FAMILY HISTORY - PLEASE CHECK ANY OF THE PROBLEMS THAT IMMEDIATE FAMILY HAVE HAD:

| | Family Member | | Family Member | | Family Member |
|---|---|---|---|---|---|
| ☐ Anesthesia | | ☐ Diabetes Mellitus | Father | ☐ Mental Disorder | |
| ☑ Arthritis | Father | ☐ Heart Disease | | ☐ Stroke | |
| ☐ Blood Disorder | | ☐ Hypertension | | ☐ Tuberculosis | |
| ☐ Cancer | | ☐ Liver Disease | | ☐ Other | |

## PHARMACY INFORMATION

Pharmacy Name: Walgreens Pharmacy Phone #: (281) 240 0040

Pharmacy Address: Pharmacy Fax #:

Patient Signature: X [signature] Date: 07/13/2020

KHAN, GHOUS #278089
* 8666943w256 E-HealthHx

## PATIENT HISTORY QUESTIONNAIRE

Account #: 278089 Date: 07/13/2020
Patient Name: GHOUS KHAN DOB:
I am: ☑ Right-handed ☐ Left-handed Height: 5' 4" Weight: 134 Lbs
Who referred you for this visit? Post op. visit by Dr. Dickson
Who is your Primary Care Physician? SALIM GOPALANI
Major Hobbies Painting, photography
What are you here to see the doctor for? Rt Knee post op. for infection of replacement Knee
When did the problem begin? 2003
Is this the result of an accident/injury? ☑ Yes ☐ No If yes, when, where and how did the accident occur?
Where: ☐ Personal ☐ Work Related ☐ Motor Vehicle Accident ☐ Other Sports
When: 2003
Please describe what happened: R Knee medial menicus tear → arthroscopic procedures twice → Knee replacement →
Have you had any testing for the condition we are seeing you for? ☑ Yes ☐ No
If X-ray / MRI / CT films, Nerve Test / EMG, or Blood tests were taken, please state: When: May-June 2020 Where: Hermann Mem. Methodist. June Jul 2020
Have you been treated for this problem or a similar problem before? ☐ Yes ☑ No
If yes, please state: When: Where:
What kind of treatment did you receive for the condition we are seeing you for?:

☐ Oral Medication
☐ Splint/Bracing
☐ Topical Medication (creams, ointments, patches, etc.)
☐ Injection
☐ Physical Therapy
☐ Other total Rt Knee replacement

Have you ever been hospitalized or had surgery on this body part before? ☒ Yes ☐ No
If yes, when? 05/29/2020 Who was the surgeon? HENRY BLUM, MD
What type of surgery was performed? Knee replacement (R)
Is there a possibility you could be pregnant? ☐ Yes ☐ No Last Menstrual Cycle: NA
Have you ever had an adverse reaction to a blood transfusion? ☐ Yes ☐ No Never had blood transfusion

Patient Signature: X [signature] Date: 07/13/2020

07/13/2020 MON 15:16 FAX →→→ athena Dickson 008/008

KHAN, GHOUS #278089

* 8665943w256 E-HealthHx

## WORK COMP RELATED

☑ *The below information does not apply to me. My injury is not work related.*

Was the injury reported to your employer? ☐ Yes ☐ No

Contact person with Employer:________ Phone:________ Fax:________

Are you currently working? ☐ Yes ☐ No

If yes, do you have any present work restrictions: ________

If no, how long have you been off work? ________

How long have you worked at this job? ________

Any history of other job related injury? ________ If yes, please describe: ________

Is there an attorney involved: ☐ Yes ☐ No

Name:________ Phone:________ Fax:________

## REVIEW OF SYSTEMS: (CHECK ALL THAT YOU HAVE EXPERIENCED RECENTLY)

**General**
- ☐ Weight loss
- ☐ Weight gain
- ☑ Poor appetite
- ☑ Chills
- ☑ Fever
- ☐ Night sweats

**Skin**
- ☐ Rash
- ☐ Hives
- ☐ Lesions

**Head/Eyes/Ears/Nose/Throat**
- ☐ Postnasal drip
- ☐ Hoarseness
- ☐ Visual problems
- ☐ Nose bleeds
- ☐ Neck stiffness/pain

**Psychiatric**
- ☐ Anxiety
- ☐ Depression
- ☐ Other ________

**Pulmonary**
- ☐ Shortness of Breath
- ☐ Wheezing
- ☐ Coughing
- ☐ Coughing up blood

**Genitourinary**
- ☐ Frequent urination (frequency)
- ☐ Urgent urination (urgency)
- ☐ Painful urination (dysuria)
- ☐ Need to awaken to urinate
- ☐ Blood in urine
- ☐ Kidney stone pain

**Gastrointestinal**
- ☐ Indigestion
- ☐ Gas
- ☐ Nausea
- ☐ Vomiting
- ☐ Vomiting blood
- ☐ Yellow skin
- ☐ Abdominal pain
- ☐ Constipation
- ☐ Diarrhea
- ☐ Black stools
- ☐ Rectal bleeding

**Cardiovascular**
- ☐ Chest pain (angina)
- ☐ Palpitations (rapid heartbeat)
- ☐ Irregular heartbeat (arrhythmia)
- ☐ Rheumatic Fever
- ☐ Swollen ankles (pedal edema)
- ☐ Shortness of breath on exertion
- ☐ Shortness of breath at night

**Neurological**
- ☐ Loss of consciousness
- ☐ Headaches
- ☐ Seizures (fits)

**Lymphatics**
- ☐ Lymph node swelling
- ☐ Node tenderness

**Endocrine**
- ☐ Excessive urination
- ☐ Excessive thirst
- ☐ Excessive appetite
- ☐ Hot intolerance
- ☐ Cold intolerance
- ☐ Easy bleeding

Patient Signature: X [signature] Date: 07/13/2020

## Imaging Orders

# Imaging Order

**Date Ordered: 11/09/2020**

| To Facility | Ordering Provider |
|---|---|
| GLOBAL IMAGING<br>1435 HWY 6<br>SUGAR LANDTX<br>Phone: (281) 313-1700<br>Fax: (281) 313-1705 | Kyle F. Dickson, M.D.<br>6560 Fannin Street, Suite 1016<br>HOUSTON, TX 77030-2716<br>Phone: (713) 800-1080<br>Fax: (713) 800-1081 |

## Patient Information

| | |
|---|---|
| **Patient Name** | KHAN, GHOUS |
| **Sex - DOB - Age** | M 61yo |
| **Address** | |
| **Phone** | H:<br>M: |
| **Primary Insurance** | *SELF PAY*<br><br>**Case Injury Date:**<br>**Case Claim Number:**<br>**Adjuster:** |
| **Secondary Insurance** | None recorded. |

## Order Information

| | |
|---|---|
| **Diagnosis** | • Mechanical complication of internal orthopedic device, implant AND/OR graft ICD-10: T84.418A: Breakdown (mechanical) of other internal orthopedic devices, implants and grafts, initial encounter |
| **Order Details** | Orders included: 1<br><br>**Mechanical complication of internal orthopedic device, implant AND/OR graft** \| ICD-10: T84.418A: Breakdown (mechanical) of other internal orthopedic devices, implants and grafts, initial encounter<br>• **CT, KNEE, W/O CONTRAST**<br>\| TO BE PERFORMED ON OR AROUND: 11/11/2020 \| ORDERED: 11/09/2020<br><br>Scheduling: please call patient and give patient the CT on a disk<br>Side: RIGHT<br>Special Instructions: 1.5 mm cuts with sagital and coronal reconstructions |

**Electronically Signed by: KYLE F. DICKSON, MD**

**Electronically ordered/documented by: KYLE F. DICKSON, MD**

## Lab Results

SOUTHWEST ORTHOPEDIC GROUP, L.L.P • 6560 Fannin, Suite 1016, Houston TX 77030-2761

**KHAN, GHOUS (id #278089, dob:**

CULTURE, ASPIRATE 07/09/2020 (#2239770, 07/01/2020)



CD Laboratories
Confidence in Diagnostics
Baltimore, Maryland 21286
Office: 410 296 1400 | Fax: 410 296 1405
Laboratory Director: Paul Forney, M.D.

FINAL COPY

**Patient:** **KHAN, GHOUS W**
Provider: DICKSON, MD, M.B.A., KYLE F.
Home Phone:
Birth:
Age: 61 years
Gender: Male
**Accession #:** **1505030**
Collection Date: 7/1/2020
Received In Lab: 7/2/2020 10:57 AM
Organization: HOUSTON METHODIST HOSPITAL

| Test Name | Result | Units | Flag |
|---|---|---|---|
| **SYNOVASURE® PJI** | | | *Run by: GS on 7/2/2020 4:21 PM Reported on 7/2/2020 5:01 PM* |
| SYNOVASURE® ALPHA DEFENSIN PJI | NEGATIVE | | |
| SPECIMEN SITE | RIGHT KNEE | | |
| ALPHA-DEFENSINS-SF | NEGATIVE | | |
| CRP-SF | 3.3 | mg/L | |
| **CELL COUNT/DIFF, SYNOVIAL FLUID** | | | *Run by: JD on 7/2/2020 11:26 AM Reported on 7/2/2020 5:01 PM* |
| RED BLOOD CELL COUNT | 2000 | /uL | |
| TOTAL NUCLEATED CELL COUNT | 568 | /uL | |
| NEUTROPHILS | 22.5 | % | |
| MONONUCLEAR CELLS | 77.5 | % | |

***Clinical Decision Limit: Total nucleated cells: > 3000 cells/µL or Neutrophils: > 80%***
***Based on Musculoskeletal Infection Society (MSIS) recommended criteria for PJI***

| Test Name | Result | Units | Flag |
|---|---|---|---|
| **SYNOVASURE® NEUTROPHIL ELASTASE** | | | *Run by: GS on 7/2/2020 4:21 PM Reported on 7/2/2020 5:01 PM* |
| SYNOVASURE® NEUTROPHIL ELASTASE | NEGATIVE | | |
| **CRYSTAL ID, SYNOVIAL FLUID** | | | *Run by: KG on 7/2/2020 11:59 AM Reported on 7/2/2020 5:01 PM* |
| CRYSTAL ID, SYNOVIAL FLUID | NO CRYSTALS FOUND | | |
| **SYNOVASURE® MICROBIAL ID PANEL** | | | *Run by: JI on 7/2/2020 4:07 PM Reported on 7/2/2020 5:01 PM* |
| P. ACNES | NEGATIVE | | |
| STAPHYLOCOCCUS PANEL | NEGATIVE | | |
| CANDIDA PANEL | NEGATIVE | | |
| ENTEROCOCCUS PANEL | NEGATIVE | | |

CD Laboratories
Confidence in Diagnostics

810 Gleneagles Court, Suite 100
Baltimore, Maryland 21286
Office: 410-296-1400 | Fax: 410-296-1409
Laboratory Director: Paul Enemo, M.D.

FINAL COPY

| | | | |
|---|---|---|---|
| **Patient:** | **KHAN, GHOUS W** | | **Accession #:** 1505030 |
| Provider: | DICKSON, MD, M.B.A., KYLE F. | Birth: | |
| Home Phone: | | Age: 61 years | Collection Date: 7/1/2020 |
| | | Gender: Male | Received in Lab: 7/2/2020 10:57 AM |

Organization: HOUSTON METHODIST HOSPITAL

| Test Name | Result | Units | Flag |
|---|---|---|---|
| **FLUID CULTURE SCREEN** | | | *Run by: BP on 7/9/2020 1:25 PM Reported on 7/9/2020 1:33 PM* |
| AEROBIC CULTURE RESULTS | No Growth | | |
| INCUBATION TIME | 7 | Days | |
| ANAEROBIC CULTURE RESULTS | No Growth | | |
| INCUBATION TIME | 7 | Days | |

CD Laboratories
Confidence in Diagnostics
810 Gleneagles Court, Suite 100
Baltimore, Maryland 21286
Office: 410-296-2403 | Fax: 410-296-1403
Laboratory Director: Paul Brown, M.D.

FINAL COPY

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **KHAN, GHOUS W** | | | **Accession #:** | **1505030** |
| Provider: | DICKSON, MD, M.B.A., KYLE F. | Birth: | | | |
| Home Phone: | | Age: | 61 years | Collection Date: | 7/1/2020 |
| | | Gender: | Male | Received in Lab: | 7/2/2020 10:57 AM |

Organization: HOUSTON METHODIST HOSPITAL

Synovasure® Periprosthetic Joint Infection (PJI) Comprehensive Lab Panel consists of laboratory tests intended for clinical use to aid in the diagnosis of periprosthetic joint infection in synovial fluid (SF) of patients experiencing pain and/or inflammation after total joint arthroplasty. Test performance for joints other than the knee and hip joint, or in joints with spacers or partial joint replacements, has not been established. Test results are intended to be used in conjunction with other diagnostic information, such as patient's clinical history and imaging techniques. Results do not preclude an alternative diagnosis.

The laboratory-developed tests (LDTs) used in this panel were developed and their performance characteristics were determined by CD Laboratories. CD Laboratories is certified under the Clinical Laboratories Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity testing. The LDT tests comprising this panel have not been reviewed by the U.S. Food and Drug Administration.

**For Technical Assistance regarding the Synovasure® PJI Comprehensive Lab Panel, call 1-888-981-8378.**

**SYNOVASURE® PJI LABORATORY DEVELOPED TESTS – DESCRIPTION AND INTERPRETATION**

| Test | Description |
|---|---|
| **Specimen Integrity** | The accuracy of synovial fluid diagnostics tests can be significantly impacted by the quality of the specimen that is submitted for evaluation. As part of specimen analysis, specimen integrity tests are performed. Clinicians are notified when a suboptimal specimen has been submitted, and the test results should be interpreted with caution. The specimen integrity tests assess:<br>• Absorbance at 280 nm (A280) – Specimens that fall outside the normal range for synovial fluid may be diluted by saline or contrast agents<br>• Red Blood Cell Count – Specimens that have elevated levels of RBCs may be diluted by blood |
| **Synovial Fluid CRP** | Synovial Fluid CRP has been demonstrated to be comparable to serum CRP for the detection of PJI. The Synovasure PJI LDT diagnostic algorithm utilizes CRP results in conjunction with Alpha Defensin results for the final result determination. A CRP cut-off of 3 mg/L is recommended. |
| **Synovasure Alpha Defensin ELISA** | Alpha defensins are antimicrobial peptides released by activated neutrophils in response to infection. The Synovasure Alpha Defensin (AD) ELISA is a qualitative in vitro test developed to detect human alpha defensins 1-3 in the synovial fluid of a person with a suspected joint infection. This test is covered by U.S. patent 7598080.<br><br>The results are intended to be used in conjunction with other clinical and diagnostic findings to aid in the diagnosis of infection. |
| **Synovasure Neutrophil Elastase ELISA** | The Synovasure Neutrophil Elastase (NE) ELISA is a qualitative in vitro test that measures neutrophil elastase in synovial fluid.<br>The results are intended to be used as a proxy for neutrophil detection in synovial fluid. |
| **Synovasure Microbial ID Panel** | The Synovasure Microbial Identification (MID) Test is a qualitative in vitro diagnostic test intended for the early detection of microbial antigen in synovial fluid. The test measures antigens from Staphylococcus sp., Candida sp., Enterococcus sp. and Cutibacterium acnes (formerly called P. acnes) in the synovial fluid.<br>The results are intended to be used as an adjunct to synovial fluid culture and to detect the presence of an organism in culture negative samples. |

KHAN, GHOUS #278089

*8665943w256 E-HealthHx

## PATIENT HISTORY QUESTIONNAIRE CONT.

**Are you experiencing any of the following symptoms?:**

☑ Pain

| | | |
|---|---|---|
| ☐ Swelling | ☐ Locking/Catching | ☐ Sharp/Stabbing Pain |
| ☐ Redness | ☐ Stiffness | ☐ Shooting Pain |
| ☑ Limited Motion | ☐ Numbness | ☐ Clicking |
| ☐ Weakness | ☐ Tingling | ☐ Grinding |
| ☐ Atrophy | ☐ Mass | ☐ Tenderness |
| ☐ Cramps | ☐ Instability or Giving Way | ☐ Night Pain |
| ☐ Popping | ☐ Dull Ache | ☐ Burning |

**Frequency of the pain:**
☐ Constant ☐ Occasional ☑ Intermittent

**Severity of the pain:**
☐ Mild ☑ Moderate ☐ Severe

**Have you or are you experiencing any numbness?** ☐ Yes ☑ No **If yes, please describe:** ____________
☐ Constant ☐ Occasional ☐ Intermittent

**Have you or are you experiencing any weakness?** ☐ Yes ☑ No **If yes, please describe:** ____________
☐ Constant ☐ Occasional ☐ Intermittent

**Have you or are you experiencing any tingling?** ☐ Yes ☑ No **If yes, please describe:** ____________
☐ Constant ☐ Occasional ☐ Intermittent

**Have you or are you experiencing any radiating pain?** ☐ Yes ☑ No **If yes, please describe:** ____________
☐ Constant ☐ Occasional ☐ Intermittent

**What make the pain better?**

| | | |
|---|---|---|
| ☑ Rest | ☑ Massage | ☐ Elevation |
| ☐ Heat | ☐ Exercise | ☐ Nothing |
| ☐ Ice | ☑ Medication | ☐ Other ____________ |

**What make the pain worse?**

| | | |
|---|---|---|
| ☑ Activity | ☑ Lifting | ☐ Standing |
| ☑ Bending | ☐ Movement | ☐ Stairs |
| ☐ Change of weather / seasons | ☑ Running | ☑ Twisting |
| ☐ Driving | ☐ Sitting | ☐ Walking |
| ☑ Jumping | ☑ Sports | ☐ Other ____________ |
| ☑ Kneeling | ☑ Squatting | |

**Patient Signature:** X [signature] **Date:** 07/13/2020

KHAN, GHOUS #278089

* 8665943w256 E-HealthHx

Today's Date: 07/13/2020

## NEW PATIENT REGISTRATION FORM

| | | |
|---|---|---|
| Last Name: KHAN | First Name: GHOUS | (middle): W |
| Social Security #: | D.O.B: | Sex: M |
| Home Address: | City: State: | Zip: |
| Home #: | Cell #: ( | Work #: |
| Contact Preference: (Please Check one) | ☐ Home: ☐ Work: ☒ Cell: ☐ Mail | |
| Referring Physician: SALIM GOPALANI, MD | Telephone #: | |
| Patient Race: PAKISTANI | Patient Ethnicity: | Preferred Language: English |
| Patient Marital Status: M | Name of Spouse: ZAHIDA SYYEDA | D.O.B.: |
| Patient Email: ghous38@hotmail.com | | |

## IN CASE OF EMERGENCY

| | | |
|---|---|---|
| Who may we call in case of emergency? Name: | | |
| Relationship to patient: ZAHIDA SYYEDA | Primary Tel #: | Secondary Tel #: |

## PATIENT EMPLOYER INFORMATION:

| | | |
|---|---|---|
| Employer Name: unemployed (N/A) | Phone: | Fax: |
| Address: | City: | State: Zip: |

## BILLING INFORMATION

| | | | |
|---|---|---|---|
| Name of person responsible for bill (Guarantor): GHOUS KHAN | | | |
| Address: | City: | State: TX | Zip: |
| Home Tel #: | | Work Tel #: | |
| Social Security #: | | D.O.B.: | |
| Name of employer of guarantor: SELF | | | |
| Address: | City: | State: | Zip: |

## INSURANCE INFORMATION

| | | | |
|---|---|---|---|
| Primary Insurance Carrier: Community Health Choice (HMO) | | | |
| Address on back of card: PO BOX 301424 | City: HOUSTON | State: TX | Zip: 77230-1424 |
| ID/Policy Number: 000805984500 | Group Number: | Customer Service No.: | |
| Secondary Insurance Carrier: | | | |
| Address on back of card: | City: | State: | Zip: |
| ID/Policy Number: | Group Number: | Customer Service No.: | |
| Name of WC Insurance: | Claim #: | Date of Injury: | |
| Adjuster Name: | Tel #: | Fax: | |
| Nurse Case Manager Name: | Tel #: | Fax: | |

Patient Signature: X [signature] Date: 07/13/2020

# Quality Assurance Report

## Request Information

Report Date: November 18, 2020

**RP ID:** 7194196

Patient Name: KHAN, GHOUS

Provider Name: SOUTHWEST ORTHOPEDIC GROUP

## Quality Assurance Information

Scope Requested: **From August 22, 2020 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen by: kyle dickson

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

ReleasePoint

**Medical Record Overview**

**Date:** **November 24, 2020**

**Patient Name:** KHAN, GHOUS

**Records From:** GOPALANI, DR SALIM
1631 NO. Loop West
HOUSTON, TX 77024
(713) 802-9024

**RP ID:** 7239849

**Client ID:** 10420268

**Source:** LIBMT0

**Request Scope:** From January 1, 2020 to Present

**Req By:** C Wilkinson
05-291839

**Chart Range:** 10/29/2020 - 10/29/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 29 2020 | Oct 29 2020 | 9 | 2 |
| Request Correspondence | | | 1 | 11 |

**Total Page Count:** 10

**Notes From QC:**

| Patient Name: KHAN, GHOUS W. DOB: | Age: 61y Sex: M PID: 143 |
|---|---|

## Demographics

**Home Phone:**
**Work Phone:**
**Mobile Phone:**

## Medications

| Medication Name | Sig | Date Issued | Status |
|---|---|---|---|
| Fluvirin 2016-2017 trivalent suspension | 0.5 intramuscular; 0 refill(s) | 12/08/2016 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 09/23/2015 | Inactive |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 07/26/2016 | Inactive |
| Flomax 0.4 mg capsule | oral TAKE ONE CAPSULE BY MOUTH EVERY DAY last refill call; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 10/28/2016 | Inactive |
| tamsulosin 0.4 mg capsule | TAKE 2 CAPSULES BY MOUTH AT BEDTIME; Quantity: 60 Capsule(s); 30 days supply; 0 refill(s) | 05/09/2017 | Active |
| pantoprazole 40 mg delayed release tablet | TAKE ONE TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 01/04/2016 | Active |
| Protonix 40 mg delayed release tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 4 refill(s) | 12/30/2014 | Inactive |
| sertraline 100 mg tablet | ORAL TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY LAST REFILL CALL; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 07/20/2018 | Active |
| traMADol 50 mg tablet | 1 tab(s) oral three times a day; Quantity: 60 Unspecified; 0 refill(s) | 06/02/2015 | Inactive |
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 01/11/2016 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 02/17/2016 | Inactive |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 06/29/2015 | Inactive |
| tamsulosin 0.4 mg capsule | 2 cap(s) oral at bedtime; Quantity: 60 Unspecified; 4 refill(s) | 12/08/2016 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 04/06/2015 | Inactive |
| Lipitor 20 mg tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 4 refill(s) | 06/02/2015 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 12/07/2015 | Active |

| | | | |
|---|---|---|---|
| tamsulosin 0.4 mg capsule | TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Quantity: 60 Capsule(s); 30 days supply; 0 refill(s) | 05/17/2018 | Active |
| sertraline 100 mg tablet | ORAL TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY LAST REFILL CALL; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 08/24/2018 | Active |
| traMADol 50 mg tablet | 1 tab(s) oral two times a day as needed; Quantity: 60 Unspecified; 1 refill(s) | 07/25/2017 | Inactive |
| Maxitrol 1 mg-3.5 mg-10000 units/mL suspension | ophthalmic 2 drops in each eye two times a day as needed; Quantity: 2 Bottle(s); 0 refill(s) | 11/26/2014 | Active |
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 2 refill(s) | 06/02/2015 | Active |
| Flomax 0.4 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY. LAST REFILL CALL FOR APPOINTMENT; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 11/07/2016 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH ONCE DAILY AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 2 refill(s) | 09/14/2015 | Active |
| sertraline 100 mg tablet | ORAL TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY LAST REFILL CALL; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 05/24/2018 | Active |
| Cialis 5 mg tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 1 refill(s) | 12/30/2014 | Inactive |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 03/15/2016 | Inactive |
| tamsulosin 0.4 mg capsule | TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Quantity: 60 Capsule(s); 30 days supply; 0 refill(s) | 04/17/2018 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 01/13/2016 | Inactive |
| buprenorphine 2 mg tablet | 1 tab(s) sublingual two times a day as needed; Quantity: 60 Unspecified; 0 refill(s) | 03/22/2016 | Inactive |
| tamsulosin 0.4 mg capsule | oral 2 caps by mouth daily last refill; Quantity: 60 Unspecified; 4 refill(s) | 12/30/2014 | Inactive |
| tamsulosin 0.4 mg capsule | TAKE 2 CAPSULES BY MOUTH AT BEDTIME; Quantity: 60 Capsule(s); 30 days supply; 0 refill(s) | 10/31/2017 | Active |
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 10/31/2017 | Active |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 2 refill(s) | 06/02/2015 | Active |
| Cialis 5 mg tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 2 refill(s) | 06/02/2015 | Inactive |
| Protonix 40 mg delayed release tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 2 refill(s) | 06/02/2015 | Inactive |

| | | | |
|---|---|---|---|
| Nuvigil 150 mg tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 3 refill(s) | 12/08/2016 | Active |
| tamsulosin 0.4 mg capsule | TAKE 2 CAPSULES BY MOUTH AT BEDTIME; Quantity: 60 Capsule(s); 30 days supply; 0 refill(s) | 02/14/2018 | Active |
| sertraline 100 mg tablet | oral TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY last refill call; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 04/26/2018 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 08/22/2016 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 4 refill(s) | 12/30/2014 | Active |
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 01/22/2018 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 01/16/2015 | Inactive |
| Levaquin 500 mg tablet | 1 tab(s) oral every day; Quantity: 10 Unspecified; 1 refill(s) | 07/25/2017 | Inactive |
| sertraline 100 mg tablet | TAKE 1/2 TABLET BY MOUTH EVERY DAY; Quantity: 45 Tablet(s); 90 days supply; 0 refill(s) | 03/04/2019 | Active |
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 5 refill(s) | 12/08/2016 | Active |
| tamsulosin 0.4 mg capsule | TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Quantity: 60 Capsule(s); 30 days supply; 0 refill(s) | 06/25/2018 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 10/22/2014 | Inactive |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 04/07/2016 | Inactive |
| traMADol 50 tablet | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED; Quantity: 60 Tablet(s); 30 days supply; 0 refill(s) | 10/13/2017 | Active |
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 03/23/2015 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 12/14/2015 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 2 refill(s) | 10/27/2014 | Active |
| Flomax 0.4 mg capsule | oral TAKE ONE CAPSULE BY MOUTH EVERY DAY last refill call; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 10/06/2016 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 01/04/2016 | Active |

Progress Notes - 10/29/2020
11/23/20 16:49:43 513.204.2529 -> +1.213.804.4921 Quest Diagnostics In Page 005

| | | | |
|---|---|---|---|
| sertraline 100 mg tablet | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 60 days supply; 0 refill(s) | 01/22/2018 | Active |
| Flomax 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 07/01/2016 | Inactive |
| Zoloft 100 mg tablet | oral every day; Quantity: 30; 2 refill(s) | 06/18/2013 | Inactive |
| Mirapex 0.25 mg tablet | oral every day; Quantity: 30; 2 refill(s) | 06/18/2013 | Inactive |
| sertraline 100 mg tablet | TAKE ONE TABLET BY MOUTH ONCE DAILY; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 03/25/2014 | Inactive |
| pramipexole 0.5MG tablet | oral TAKE ONE TABLET BY MOUTH AT BEDTIME<br>last refill call; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 03/25/2014 | Inactive |
| sertraline 100MG tablet | oral TAKE ONE TABLET BY MOUTH EVERY DAY<br>last refill call; Quantity: 30; 30 days supply; 0 refill(s) | 01/27/2014 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 05/27/2014 | Inactive |
| Zoloft 100 mg tablet | oral 1 tab by mouth daily; Quantity: 30 Unspecified; 0 refill(s) | 07/29/2014 | Inactive |
| pramipexole 0.25 mg tablet | Quantity: 30; 30 days supply; 1 refill(s) | 09/07/2012 | Inactive |
| Levaquin 500 mg tablet | oral every day; Quantity: 10; 0 refill(s) | 10/05/2012 | Inactive |
| ciprofloxacin 500 mg tablet | oral two times a day; Quantity: 20; 0 refill(s) | 10/05/2012 | Inactive |
| Zoloft 100 mg tablet | oral every day; Quantity: 30 Unspecified; 0 refill(s) | 02/25/2014 | Inactive |
| tamsulosin 0.4 mg capsule | oral; Quantity: 30 Unspecified; 0 refill(s) | 02/25/2014 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 04/23/2014 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 06/23/2014 | Inactive |
| tamsulosin 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 0 refill(s) | 06/23/2014 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 2 refill(s) | 06/27/2014 | Inactive |
| tamsulosin 0.4 mg capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY; Quantity: 30 Capsule(s); 30 days supply; 2 refill(s) | 06/27/2014 | Inactive |
| pramipexole 0.5 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30 Tablet(s); 30 days supply; 0 refill(s) | 02/24/2014 | Inactive |
| sertraline 100 mg tablet | 1/2 tab(s) every day; Quantity: 30 Tablet(s); 3 refill(s) | 04/09/2014 | Active |
| Protonix 40 mg delayed release tablet | 1 tab(s) oral every day; Quantity: 30 Unspecified; 4 refill(s) | 04/09/2014 | Inactive |

| | | | |
|---|---|---|---|
| Zoloft 100 mg tablet | oral 1 tab by mouth daily<br>last refill; Quantity: 30 Unspecified; 0 refill(s) | 08/28/2014 | Inactive |
| pramipexole 0.25 mg tablet | TAKE ONE TABLET BY MOUTH AT BEDTIME; Quantity: 30; 30 days supply; 0 refill(s) | 02/25/2013 | Inactive |
| tamsulosin 0.4 capsule | oral; Quantity: 30; 0 refill(s) | 04/22/2013 | Inactive |
| sertraline 100MG tablet | oral TAKE ONE TABLET BY MOUTH EVERY DAY<br>last refill; Quantity: 30; 0 refill(s) | 09/30/2013 | Inactive |
| tamsulosin 0.4 mg capsule | oral 1 tab by mouth daily<br>last refill; Quantity: 30 Unspecified; 0 refill(s) | 03/28/2014 | Inactive |
| Fluzone High-Dose Quadrivalent PF 2020-2021 high-dose preservative-free quadrivalent suspension | intramuscular; 0 refill(s) | 10/12/2020 | Active |
| finasteride 5 mg tablet | 1 tab oral at bedtime; Quantity: 30 Tablet(s); 5 refill(s) | 10/29/2020 | Active |
| Cialis 20 mg tablet | 1 tab oral three times per week; Quantity: 30 Tablet(s); 4 refill(s) | 10/29/2020 | Active |

## Clinical Notes

| Description | Doc Type | Category | Date of Service | Provider |
|---|---|---|---|---|
| Seen after long time. | Encounter Note | Encounter Note | 10/29/2020 | Salim Gopalani |

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 11/23/2020 at 03:45 PM CST by paola macias

**KHAN, GHOUS W.** (M) 61y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 10/29/2020

Clinical Note ID#61276375

**Care Type**
New Patient Visit (Over 3 Years Since Visit)

**Reason for Visit** Seen after long time.

**Problems**

| | |
|---|---|
| Acute pharyngitis, unspecified | J02.9 |
| Allergic rhinitis, unspecified | J30.9 |
| Arthritis due to other bacteria, unspecified joint | M00.80 |
| Cervicalgia | M54.2 |
| Gastro-esophageal reflux disease without esophagitis | K21.9 |
| Nodular prostate with lower urinary tract symptoms | N40.3 |
| Other fatigue | R53.83 |
| Pain in right knee | M25.561 |
| Presence of right artificial knee joint | Z96.651 |
| Restless legs syndrome | G25.81 |

**Past Medical History**
**NONE**
**Surgical History**
**Arthroscopic knee operation**
**Social History**
**Never smoked**
**Negative** for: Alcohol use; Passive smoker; Other tobacco use; Current some day smoker; Current every day smoker

**Active Allergies/Adverse Reactions**
No Known Active Allergies/Adverse Reactions

**Active Medications**
**Cialis** 20 mg tablet; 1 tab PO tiw; Dispense: 30 Tablet(s); 4 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**finasteride** 5 mg tablet; 1 tab PO qhs; Dispense: 30 Tablet(s); 5 refill(s); Date Issued: 10/29/2020; by Salim Gopalani MD
**sertraline** 100 mg tablet; TAKE 1/2 TABLET BY MOUTH EVERY DAY; Dispense: 45 Tablet(s); 90 days supply 0 refill(s); Date Issued: 03/04/2019; by Salim Gopalani MD
**tamsulosin** 0.4 mg capsule; TAKE 2 CAPSULES BY MOUTH EVERY NIGHT AT BEDTIME; Dispense: 60 Capsule(s); 30 days supply 0 refill(s); Date Issued: 06/25/2018; by Salim Gopalani MD
**traMADol** 50 tablet; TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED; Dispense: 60 Tablet(s); 30 days supply 0 refill(s); Date Issued: 10/13/2017; by Salim Gopalani MD
**Fluvirin 2016-2017** trivalent suspension; 0.5 IM 0 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**Nuvigil** 150 mg tablet; 1 tab(s) PO qd; Dispense: 30 Unspecified; 3 refill(s); Date Issued: 12/08/2016; by Salim Gopalani MD
**pantoprazole** 40 mg delayed release tablet; TAKE ONE TABLET BY MOUTH ONCE DAILY; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**pramipexole** 0.5 mg tablet; TAKE ONE TABLET BY MOUTH AT BEDTIME; Dispense: 30 Tablet(s); 30 days supply 0 refill(s); Date Issued: 01/04/2016; by Salim Gopalani MD
**Maxitrol** 1 mg-3.5 mg-10000 units/mL suspension; OPH 2 drops in each eye two times a day as needed; Dispense: 2 Bottle(s); 0 refill(s); Date Issued: 11/26/2014; by Salim Gopalani MD

**Review of Systems**

Copyright (c) 2020 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 11/23/2020 at 03:45 PM CST by paola macias

**KHAN, GHOUS W.** (M) 61y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 10/29/2020

**General/Constitutional**
Pt Denies: Change in appetite; Weight change; Pain; Mood change; Sleep problems; Fever; Chills; Dizziness; Fatigue; Weakness
**HEENT**
Pt Denies: Vision problems; Ear problems; Nasal problem; Oral Problems
**ROS 1**
Pt Denies: Thyroid problems; Lymphadenopathy; Disorder of carotid artery
**Cardiovascular**
Pt Denies: Chest pain; Heart murmur; Palpitations; Orthopnea
**Respiratory**
Pt Denies: Difficulty breathing; Wheezing; Chest congestion; Cough; Phlegm
**Gastrointestinal**
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Change in stool; Constipation; Diarrhea; Blood in the stool
**Musculoskeletal**
Pt Denies: Joint pain; Muscle pain; Back pain
**Integumentary**
Pt Denies: Mole changes; Varicose veins
**Neurological**
Pt Denies: Migraines; Seizures; Vertigo; Short term memory problems; Long term memory problems; Balance problems
**Psychiatric**
Pt Denies: Anxiety; Depression; Memory loss; Stress
**Endocrine**
Pt Denies: Excessive urination; Heat/cold intolerance; Hair loss
**Hematologic/Lymphatic**
Pt Denies: Easy bleeding or bruising; Swollen glands
**Osteoporosis Risk Evaluation**
Pt Denies: Education about risk of fall; Bone pain
**Deferred**: Genitourinary, Anticoagulation Monitoring, DM/HTN/Hyperlipidemia Chronic Care, Engagement and Self Management DM/HTN/Hyperlipidemia, Evaluating Risk Factors for CAD

**Subjective**
Post op knee surgery.
Still lots of pain with activity, not able to lift any weight, causing swelling and pain.
Can not sit long as causing stiffness, not able to travel.
Doing better, not in distress, no complaints voiced.
No pain, tolerating Meds well.

**Vitals**
**L/H**: 64.0 in.; **W**: 134.0 lb.; **BMI**: 23.0; **T**: 97.4°F Temporal; **B/P**: 137/81 Sitting/Right Arm; **P**: 68 BPM Radial; **$O_2$ Sat**: 99 %;

**Physical Exam**
**Constitutional**: Well nourished; No acute distress; Normal BMI
**Neck**: Supple; Thyroid normal; No masses; No carotid bruits
**HEENT**: PERRLA; Hearing grossly normal; Nose and sinuses normal; Cranial nerves grossly normal
**Respiratory**: Lungs clear to auscultation bilaterally; No crackles or wheezing noted
**Cardiovascular**: Heart rate and rhythm regular; Normal S1 and S2; No murmurs, rubs, or gallops; Carotid artery pulsations normal; No jugular vein distention; No peripheral edema; No varicosities; No carotid bruits
**Chest/Breasts**: No regional lymphadenopathy; Chest unremarkable; No breast lumps
**Gastrointestinal**: No scars; Normal bowel sounds; Abdomen soft and nontender; No palpable masses; No

Copyright (c) 2020 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 11/23/2020 at 03:45 PM CST by paola macias

**KHAN, GHOUS W.** (M) 61y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 10/29/2020

organomegaly; Liver and spleen normal; No abdominal or inguinal hernias; No inguinal adenopathy

**Genitourinary exam deferred**

**Musculoskeletal**: Normal gait; Cranial nerves II-XII grossly normal; Range of motion, motor, and sensory exam grossly normal; Normal inspection, palpation, stability, muscle strength, tone, and ROM for the following:; Right upper extremity; Left upper extremity; Right lower extremity; Left lower extremity

**Comprehensive Diabetic Foot Exam exam deferred**

**Integumentary**: Inspection and palpation of skin and subcutaneous tissue normal; No lesions, rashes, or ulcers; No pigmentation changes; Eczema/Atopic dermatitis

**Neurologic**: Cranial nerves II to XII intact; Normal sensory exam

**Psychiatric**: Alert and oriented to person, place, and time; Recent and remote memory normal; Mood and affect appropriate for situation; Judgment and insight normal; Normal attention span and concentration

**Objective**

BP stable, exam stable.
No acute weaknesses.
Labs stable.
Meds reviewed.

**Diagnoses**

Pain in right knee M25.561
Knee pain-30989003
Presence of right artificial knee joint Z96.651
Artificial knee joint present-911000119102
Restless legs syndrome G25.81
Restless legs-32914008
Other fatigue R53.83
Malaise and fatigue-271795006
Nodular prostate with lower urinary tract symptoms N40.3
Benign prostatic hyperplasia-266569009
Gastro-esophageal reflux disease without esophagitis K21.9
Gastroesophageal reflux disease-235595009
Cervicalgia M54.2
Neck pain-81680005
Arthritis due to other bacteria, unspecified joint M00.80
Bacterial arthritis-48245008
Allergic rhinitis, unspecified J30.9
Allergic rhinitis-61582004
Acute pharyngitis, unspecified J02.9
Pharyngitis-405737000

**Assessment**

As above.

**Medications**

**finasteride**; **SIG**: 5 mg tablet; 1 tab PO qhs; Quantity: 30; 5 refill(s); **Ordered**: 10/29/2020; **Ordering Provider**: Salim Gopalani MD;
**Cialis**; **SIG**: 20 mg tablet; 1 tab PO tiw; Quantity: 30; 4 refill(s); **Ordered**: 10/29/2020; **Ordering Provider**: Salim Gopalani MD;

**Procedures**

99204 - OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES; Performed in Office
1160F - RVW ALL MEDS BY RXNG PRCTIONR OR CLIN RPH DOCD; Performed in Office
1159F - MEDICATION LIST DOCUMENTED IN MEDICAL RECORD; Performed in Office

Copyright (c) 2020 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

**Salim Gopalani MD**
1631 North Loop W
Ste 260 Houston, TX 77008
(713) 802-9024 / Fax (713) 802-9024

**Printed** 11/23/2020 at 03:45 PM CST by paola macias

**KHAN, GHOUS W.** (M) 61y ( **PID:** 143

Visit with provider: Salim Gopalani MD on 10/29/2020

1158F - ADVNC CARE PLANNING TLK DOCD IN MED RCRD; Performed in Office
1170F - FUNCTIONAL STATUS ASSESSED; Performed in Office
1158F - ADVNC CARE PLANNING TLK DOCD IN MED RCRD; Performed in Office
1125F - PAIN SEVERITY QUANTIFIED PAIN PRESENT; Performed in Office
3008F - BODY MASS INDEX DOCUMENTED; Performed in Office
3078F - MOST RECENT DIASTOLIC BLOOD PRESSURE < 80 MM HG; Performed in Office
3074F - MOST RECENT SYSTOLIC BLOOD PRESSURE <130 MM HG; Performed in Office

**Plan of Care**

**Plan Text**

Pain severe with bending 6/10
Advised not to lift heavy object more than 10lbs- 15lbs
Not advised for prolong sitting , need intermittent standing for stretching, so not able to travel.
Continue with PT.
Meds reviewed.
Continue present care.
Diet discussed.
Reduce Salt intake recommended.
Exercise recommended.
Compliance with Meds and diet discussed.
Functional status reviewed, cooking etc, bathing , ironing, laundry, occ yard work etc.
Comprehensive pain assessment done, no pain,
Medication list reviewed, and updated.

*Finalized and Signed at 12:27:17 on 10/29/2020 by Salim Gopalani MD*

Copyright (c) 2020 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2019 American Medical Association. All rights reserved.

Fax Cover Sheet

*The medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipientï¿½s agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately at the telephone number indicated below and either destroy these documents or return the originals to us by mail. Thank you.*

| | | | |
|---|---|---|---|
| **To:** | lincoln financial | **From:** | paola macias |
| **Org.:** | medical records | **Org.:** | Salim Gopalani MD |
| **Fax:** | (213) 884-4921 | **Phone:** | 713-802-9024 |
| **Subj:** | KHAN.GHOUS | | |

**Reason for Disclosure:** Government Required

*To learn how your practice can enjoy the benefits of Quanum, the system that originated this clinical message, please call Customer Support at 1-800-444-6235. Clinical Messaging is just one of the many features of Quanum that enables you to access, use, and share critical patient information.*

**Notes:**

# Quality Assurance Report

## Request Information

Report Date: November 24, 2020

**RP ID:** 7239849

Patient Name: KHAN, GHOUS

Provider Name: GOPALANI, DR SALIM

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen By: GOPALANI, DR SALIM

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ACOSM

# Summary of Today's Visit

**Khan , Ghous DOB:**
**Account No 139200**
**Sex:Male**
**Race:Asian**
**Preferred Language:English**
**12/01/2020 visit with Abdelnaser Elkhalili, MD**

### Reason for Visit

- NP here for second opinon of right knee possible arthritis, no autoimmune labs done reff by Dr Dickson (Dr E)

### Vitals

- Ht 64 (in)
- Wt 136 (lbs)
- BMI 23.34 (Index)
- Temp 97.7 (F)
- BP 146/76 (mm Hg)
- RR 16 (/min)
- HR 70 (/min)
- Oxygen sat % 99

### Allergies

- N.K.D.A.

### Today's Diagnoses Include

- M06.4 Inflammatory polyarthropathy
- M25.561 Pain in right knee

### Medication List

- Start PredniSONE : 10 MG 1 tablet Orally once a day,21

**Other medications you are on**

- Taking Zoloft : 50 MG 1 tablet Orally once a day
- Taking Rosuvastatin Calcium : 5 MG 1 tablet Orally once a day
- Taking Voltaren : 1 % 2-4 grams Transdermal four times a day (qid) prn
- Taking Flomax : 0.4 MG 1 capsule Orally once a day,30 day(s) ,30
- Taking Aspirin 81 : 81 MG 1 tablet Orally once a day,30 day(s) ,30
- Taking Pramipexole Dihydrochloride : 1 MG 1/2 half tablet Orally once a day

### Tests Ordered/Performed Today

**Labs**

- C-REACTIVE PROTEIN on 12/01/2020
- CBC (INCLUDES DIFF/PLT) on 12/01/2020
- COMPREHENSIVE METABOLIC PANEL on 12/01/2020
- CREATINE KINASE, TOTAL on 12/01/2020
- CYCLIC CITRULLINATED PEPTIDE (CCP) AB (IGG) on 12/01/2020
- MAGNESIUM on 12/01/2020
- PHOSPHATE (AS PHOSPHORUS) on 12/01/2020
- VITAMIN D,25-OH,TOTAL,IA on 12/01/2020
- VITAMIN B12/FOLATE, SERUM PANEL on 12/01/2020
- URIC ACID on 12/01/2020
- TSH, W/REFLEX TO FT4 on 12/01/2020
- SED RATE BY MODIFIED WESTERGREN on 12/01/2020
- RHEUMATOID FACTOR on 12/01/2020

### Other Medical Conditions (Problem List)

- M25.561 Pain in right knee
  **Onset Date:** **Modified On:** 12/01/2020
- M06.4 Inflammatory polyarthropathy


*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

**Onset Date:** **Modified On:** 12/01/2020

- M06.4 Inflammatory polyarthropathy
  **Onset Date:** **Modified On:** 12/01/2020

### Preventive Medicine

- Counseling:

Smoking Cessation - Patient is a smoker: 12/01/2020
Care goal follow up plan: - See overall treatment plan: See overall treatment plan
Medication - Discussed medication plan with patient.
Depression Screening Follow up - Depression Screening Findings: Negative
BP Management: - REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physicianLIFESTYLE RECOMMENDATION: Lifestyle education
Alcohol Follow-up - MODERATION OF ETOH CONSUMPTION RECOMMENDATION: Non-drinker
BMI Management: - BMI counseling provided to patient: Discussed importance of healthy BMI
Pain management - Follow-up Plan documented: yes
zzzBMI Management - Pt advised on the benefits of healthy lifestyle : yes

### Smoking Status

- never smoker

### Your Next Appointment(s)

- Wed, 13 Jan 2021 at 03:30 PM with Abdelnaser Elkhalili, MD at CLS - Clear Lake Arthritis Clinic 600 N KOBAYASHI STE 310 Webster, TX 77598-4841 Phone: 281-724-8184 (Reason: 4 week f/u)

---



*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

GLOBAL IMAGING
OUTPATIENT RADIOLOGY CENTER

1435 Highway 6, Suite 102
Sugar Land, TX 77478
*Phone:* 281-313-1700 *Fax:* 281-313-1834
*Website:* www.globalimagingsugarland.com

Medical Record Number: 205542
Patient Name: KHAN, GHOUS
Type of Exam: CT KNEE (RIGHT) KNEE WITHOUT CONTRAST
Referring Physician: DR. SALIM GOPALANI M.D.
NPI:

DOB:
DOS: 11/25/2020
Fax: (713) 802-1868

**PROCEDURE:** CT KNEE (RIGHT) KNEE WITHOUT CONTRAST

**INDICATIONS:** Right knee arthroplasty.

**TECHNIQUE:**
Imaging protocol: CT of the Right lower extremity without contrast was performed. Exam focused on the knee.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.

**COMPARISON:**
No relevant prior studies available.

**FINDINGS:**
Bones/joints: A right total knee prosthesis is in place without evidence of loosening or periprosthetic fracture within the limits of obscuring adjacent streak metal artifact. There is a moderate joint effusion with a 4 mm thick synovial border that suggests chronic inflammation (series 6/image 24).
Soft tissues: The integrity of the patellar tendon cannot be assessed due to intermediate density soft tissue deep to the tendon. The distal quadriceps tendon is thickened.

**IMPRESSION:**
1. Total knee prosthesis without loosening or periprosthetic fracture within the limits of streak metal artifact.
2. Moderate joint effusion with 4 mm thick synovial borders suggesting chronic inflammation.
3. Nonspecific increased density soft tissue deep to the patellar tendon that limits assessment of the tendon.

Thank you for allowing us to participate in the care of your patient.
Dictated and Authenticated by: Roberts, Catherine, MD
11/25/2020 4:27 PM Central Time (US & Canada)
Approved by: VIRTUAL RADIOLOGY on 11/30/2020 at 11:59

**From:**Ghous Khan <
**Sent:**Fri, 4 Dec 2020 17:13:17 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation_9.18.2020
**Attachments:**GK_Rt Knee CT Scan_11.25.2020.pdf, GK_Elkhalili Consultation_12.01.2020_2.pdf, GK_Dr. Elkhalili Consultation_12.01.2020.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Wilkinson,

I'm attaching my knee CT scan report and f/u from rheumatologist for your review. The CT report indicates chronic inflammation and some effusion with joint capsule thickening. The blood work to exclude rheumatoid arthritis was done on the day of my visit (12/1/20) and I'm waiting for the results. In last 8-10 days, I have noticed moderate pain and tightness in the knee flexion (like a tight bandage around the joint).

According to the rheumatologist Elkhalili, my clinical evaluation did not support rheumatoid arthritis but thinks that swelling and warm skin at the knee joint unusual after about 6 months of the surgery. He prescribed a short course of prednisone to suppress the inflammation and wanted a f/u visit after 4-5 weeks once the steroid course is completed.

Please review the reports attached and I'll call you in about an hour to discuss further about the progress of it.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson

referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

ReleasePoint

**Medical Record Overview**

**Date:** November 18, 2020

**Patient Name:** KHAN, GHOUS

**Records From:** kyle dickson

,
(713) 800-1080

**Request Scope:** From August 22, 2020 to Present

**Chart Range:** 11/09/2020 - 11/10/2020

**RP ID:** 7194196

**Client ID:** 10420268

**Source:** LIBMT0

**Req By:** C Wilkinson
05-291839

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 9 2020 | Nov 10 2020 | 14 | 2 |
| Questionnaires | | | 1 | 16 |
| Non Medical/Other | | | 1 | 17 |

**Total Page Count:** 16

**Notes From QC:**

KHAN, GHOUS (id #278089, dob:

## Encounters and Procedures

Clinical Encounter Summaries

**11/09/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD

**GHOUS KHAN**
**DOB:**

**DOS: 11/10/2020**

**PERSONAL INS FOLLOW UP**

This is a 61-year-old who Dr. Blum did a total knee. He had some increased pain and redness. His surgery was on 06/09/2020. Unfortunately, 09/02/2020 was 12 weeks and we ended up doing an aspiration. Everything was negative as well as the PCR so we were fairly convinced that he did not have an infection and maybe just had some cellulitis and some inflammation. So he is now five months. We had written for some therapy. He feels like if he is on it a lot he gets a lot of swelling and pain. Most of his pain seems to be more kind of on the top area, almost where the kneecap attaches to the patellar tendon and then on the side a little bit where his knee is.

**REVIEW OF SYSTEMS:** He does have GERD, BPH, anxiety, hyperlipidemia, RLS. No other heart, lung, GI or endocrine.

**EXAMINATION:** On physical exam, he is probably 0 to about 120. 2+ dorsalis pedis, normal sensation, skin is intact.

**RADIOGRAPHS:** Looking at his x-rays from today, I do not see any evidence of loosening. Maybe a line kind of on the superior phalange but otherwise there looks like there is good interface. His kneecap is centered on the Sunrise view.

**PLAN:** What I would like to do is get some allergy testing on his knee. I would like him to try to do 30 minutes of biking. We are going to try to give him some Pennsaid to rub on that area to see if that makes it any better. He has been on Voltaren. I would probably keep him doing that. We will get a CT scan of his right knee and specifically to make sure the alignment is okay and there is not any other factor that may be giving a problem that I do not see on the plain x-ray. Then, I would like to have him see a rheumatologist. If we could get his labs back before we see him next month, I am really interested in a sed rate and a CRP. If he does not do those, then we will order those, but I want to make sure he does not

**KHAN, GHOUS**
**NOVEMBER 10, 2020**
**PAGE 2**

have any kind of autoimmune disorder. So what we will do is we will see him on the 14th of December and hopefully go over all of these.

KYLE F. DICKSON M.D.

KFD/PKM/222668914

**08/21/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



07/13/2020 MON 15:15 FAX →→→ athena Dickson 002/008

KHAN, GHOUS #278089

* 8665943w256 E-HealthHx

## ACKNOWLEDGEMENT OF REVIEW OF NOTICE OF PRIVACY PRACTICES

I have reviewed this office's Notice of Privacy Practices, which explains how my medical information will be used and disclosed.
I understand that I am entitled to receive a copy of this document.

☑ Copy given to patient
☐ Patient declined copy

## EMAIL USE

This practice may send email notification to you regarding appointment reminders or general health information you may be interested in. By giving us your email address, you have consented to receiving information from us.

Email Address: ghous38@hotmail.com

## CONSENT TO OBTAIN MEDICATION HISTORY

Our practice is moving toward an electronic medical records environment. We have enabled new functionality where we are able to obtain your medication history from a pharmacy clearinghouse called Surescripts. Surescripts will provide your provider a 2 year medication history if you give consent for us to obtain this information. Please check the box below indicating your consent.

☑ I give consent to Southwest Orthopedic Group to obtain my 2 year medication history from Surescripts
☐ I **DO NOT** wish to allow Southwest Orthopedic Group to obtain my 2 year medication history from Surescripts

X ______________________
Signature of Patient or Personal Representative

GHOUS KHAN
Printed Name of Patient

Description of Personal Representative's Authority ______________________

Date: ______________

KHAN, GHOUS #278089

* 8885943w256 E-HealthHx

## FINANCIAL POLICY

Thank you for choosing Southwest Orthopedic Group, LLP as your Orthopedic specialty healthcare provider. We are committed to providing you and your family with the best available medical care. In our ongoing process to make sure that all your medical needs are met, our billing department and financial counselors are available to discuss our fees and this policy with you.

We ask that all responsible parties read and sign our financial policy as well as complete the patient information forms prior to seeing the physician.

Payment for all services will be due at the time services are rendered. In order to serve you better, we accept cash, check, Visa, MasterCard, Discover and American Express. We can also provide you with the resources to obtain a line of credit to be used for your services at Southwest Orthopedic Group. Ask to speak to a financial counselor regarding this option. As a courtesy to you, it is the policy of Southwest Orthopedic Group to bill your insurance carrier, although you are ultimately responsible for the entire bill. As the responsible party, please understand:

**(Please Initial The Following)**

GK 1. Your insurance policy is a contract between you, your employer and the insurance company. We are not a party to that contract. Our relationship is with you, not your insurance company. We will not become involved in disputes between you and your insurer regarding deductibles, co-payments, covered charges, secondary insurance and "usual customary" charges. As your medical provider, we will only supply factual information to facilitate claim processing.

GK 2. Fees for services, which include unpaid balances, deductibles, and co-payments, are due at the time of service. Returned checks and unpaid balances may be subject to collection placement and collection fees.

GK 3. All charges are your responsibility, whether your insurance company pays or does not pay. If your insurance carrier does not remit payment within sixty days, the balance will be due in full from you. If any payment is made directly to you for services billed by Southwest Orthopedic Group, you recognize an obligation to promptly remit payment to the Southwest Orthopedic Group, LLP.

GK 4. I understand and agree that if I fail to make any of the payments for which I am responsible in a timely manner, after such default and upon referral to a collection agency or attorney by Southwest Orthopedic Group, LLP, I will be responsible for all costs of collection monies owed, including court costs, collection agency fees and attorney fees.

GK 5. The above does not apply for those patients that are considered Workers' Compensation. However, be advised that as a compensation patient you may be held responsible for charges in the event that your claim is denied or overturned.

At Southwest Orthopedic Group, we understand that financial problems may affect timely payment, so we encourage you to communicate any such problems to us, so that we may assist you in keeping your account in good standing. If you have any questions, please call (713) 610-4286.

**I UNDERSTAND THE ABOVE INFORMATION AND WILL BE RESPONSIBLE FOR MY ACCOUNT.**

X [signature]
**Signature of Patient/Representative**

**GHOUS KHAN**
**Name of Patient/Representative**

**Description of Personal Representative's Authority** ____________

**Date:** ____________

KHAN, GHOUS #278089

* 8866943w256 E-HealthHx

**ALLERGIES** - LIST ANY MEDICATIONS YOU ARE ALLERGIC TO AND THE REACTION:

☐ NONE – I do not have any Allergies

| Name | Reaction |
|---|---|
| Cefepime | Rashes chest & back |
| | |
| | |

**MEDICATIONS** - GIVE NAMES, STRENGTH AND DOSAGE FOR ALL THAT APPLY:

☐ NONE – I am not taking any Medications

| Name | Strength | Frequency |
|---|---|---|
| Flomax | 0.4mg | 1X evening |
| Finasteride | 5 mg | 1x evenigng |
| Aspirin | 81 mg | twice/day |
| Mirapex | 0.5mg | |
| NORCO | 5-325 mg | 1X6hr as needed |
| Rosuvastatin | 5 mg | 1Xday |
| Sertraline | 50 mg | 1X evening |

**PAST MEDICAL HISTORY** - CHECK ALL ITEMS THAT APPLY TO YOU:

☐ NONE
☐ AIDS/HIV+
☐ Alcoholism
☐ Anemia
☐ Anesthesia Problems
☐ Anxiety/Depression
☐ Arthritis
☐ Asthma
☐ Bleeding Disorder
☐ Blood Clots
☐ Cancer
☐ Cholesterol
☐ COPD/Emphysema
☐ Diabetes
☐ Digestive Disorder
☐ Drug Abuse
☐ Epilepsy/Seizures
☐ Eyes/Vision
☑ Gastroesophageal Reflux Disease
☐ Gout
☐ Heart Disease
☐ Hepatitis (A, B, C)
☐ Hernia
☐ High Blood Pressure
☐ Kidney Disease
☐ Liver Disease
☐ Lung Disease
☐ Lupus
☐ Migraines/Headaches
☐ Neurological Disorder
☐ Osteoarthritis
☐ Osteoporosis
☐ Peripheral Vascular Disease
☐ Pneumonia
☐ Psychiatric Disorder
☐ Pulmonary Embolism
☐ Rheumatoid Arthritis
☐ Seasonal Allergies
☐ Skin Disease
☐ Sleep Disorder
☐ Stomach Ulcer
☐ Stroke/T.I.A.
☐ Thyroid Disease
☐ Tuberculosis

☐ Other__________

Patient Signature: X [signature] Date: 07/13/2020

KHAN, GHOUS #278089

*8665943w258 E-HealthHx

## PAST SURGICAL HISTORY - CHECK ALL ITEMS THAT APPLY TO YOU:

☐ NONE – I have never had surgery

| | | |
|---|---|---|
| ☐ Ankle/Foot Surgery | ☐ Heart Stent Placement | ☐ Pacemaker Implantation |
| ☐ Appendectomy | ☐ Heart Surgery | ☐ Plastic Surgery |
| ☐ C-Section | ☐ Hernia Repair | ☐ Shoulder Surgery |
| ☐ Elbow Surgery | ☐ Hip Surgery | ☐ Spine Surgery |
| ☐ Gallbladder Surgery | ☐ Hysterectomy | ☐ Thyroid Surgery |
| ☐ Hand Surgery | ☐ Intestinal Surgery | ☐ Tonsillectomy/Adenoidectomy |
| ☐ Head/Neck Surgery | ☑ Knee Surgery | ☐ Vascular Surgery |

☐ Other Right Eye cataract surgery

## SOCIAL HISTORY - PLEASE FILL OUT ANY CHANGES BELOW:

Smoking Status: ☑ Never ☐ Former ☐ Every day ☐ Some days ☐ Current status unknown ☐ Unknown if ever smoked

Smoking - How much?: ☒ None ☐ 1 PPW ☐ 2 PPW ☐ ¼ PPD ☐ ½ PPD ☐ 1 PPD ☐ 1 1½ PPD ☐ 2 PPD ☐ 3+PPD

Chewing tobacco: ☒ None ☐ 1 / day ☐ 2-4 / day ☐ 5+ / day

Alcohol Intake: ☑ None ☐ Occasional ☐ Moderate ☐ Heavy

## FAMILY HISTORY - PLEASE CHECK ANY OF THE PROBLEMS THAT IMMEDIATE FAMILY HAVE HAD:

| | Family Member | | Family Member | | Family Member |
|---|---|---|---|---|---|
| ☐ Anesthesia | | ☐ Diabetes Mellitus | | ☐ Mental Disorder | |
| ☑ Arthritis | Father | ☐ Heart Disease | Father | ☐ Stroke | |
| ☐ Blood Disorder | | ☐ Hypertension | | ☐ Tuberculosis | |
| ☐ Cancer | | ☐ Liver Disease | | ☐ Other | |

## PHARMACY INFORMATION

Pharmacy Name: Walgreens Pharmacy Phone #: (281) 240 0040

Pharmacy Address: Pharmacy Fax #:

Patient Signature: X [signature] Date: 07/13/2020

KHAN, GHOUS #278089

* 8666943w256 E-HealthHx

## PATIENT HISTORY QUESTIONNAIRE

**Account #:** 278089 **Date:** 07/13/2020
**Patient Name:** GHOUS KHAN **DOB:**
**I am:** ☑ Right-handed ☐ Left-handed Height: 5' 4" Weight: 134Lbs

**Who referred you for this visit?** Post op. visit by Dr. Dickson

**Who is your Primary Care Physician?** SALIM GOPALANI

**Major Hobbies** Painting, photography

**What are you here to see the doctor for?** Rt Knee post op. for infection of replacement Knee

**When did the problem begin?** 2003

**Is this the result of an accident/injury?** ☑ Yes ☐ No If yes, when, where and how did the accident occur?

**Where:** ☐ Personal ☐ Work Related ☐ Motor Vehicle Accident ☐ Other Sports

**When:** 2003

**Please describe what happened:** R Knee medial menicus tear → arthroscopic procedures twice → Knee replacement

**Have you had any testing for the condition we are seeing you for?** ☑ Yes ☐ No

If X-ray / MRI / CT films, Nerve Test / EMG, or Blood tests were taken, please state: When: May-June 2020 Where: Hermann Mem. Methodist. June Jul 2020

**Have you been treated for this problem or a similar problem before?** ☐ Yes ☑ No

If yes, please state: When:________ Where:________

**What kind of treatment did you receive for the condition we are seeing you for?:**

☐ Oral Medication
☐ Splint/Bracing
☐ Topical Medication (creams, ointments, patches, etc.)
☐ Injection
☐ Physical Therapy
☐ Other total Rt Knee replacement

**Have you ever been hospitalized or had surgery on this body part before?** ☒ Yes ☐ No

If yes, when? 05/27/2020 Who was the surgeon? HENRY BLUM, MD

What type of surgery was performed? Knee replacement (R)

**Is there a possibility you could be pregnant?** ☐ Yes ☐ No **Last Menstrual Cycle:** NA

**Have you ever had an adverse reaction to a blood transfusion?** ☐ Yes ☐ No Never had blood transfusion

**Patient Signature:** X [signature] Date: 07/13/2020

07/13/2020 MON 15:16 FAX →→→ athena Dickson 008/008

KHAN, GHOUS #278089

* 8665943w256 E-HealthHx

## WORK COMP RELATED

☑ *The below information does not apply to me. My injury is not work related.*

Was the injury reported to your employer? ☐ Yes ☐ No

Contact person with Employer:________ Phone:________ Fax:________

Are you currently working? ☐ Yes ☐ No

If yes, do you have any present work restrictions: ________

If no, how long have you been off work? ________

How long have you worked at this job? ________

Any history of other job related injury? ________ If yes, please describe: ________

Is there an attorney involved: ☐ Yes ☐ No

Name:________ Phone:________ Fax:________

## REVIEW OF SYSTEMS: (CHECK ALL THAT YOU HAVE EXPERIENCED RECENTLY)

**General**
- ☐ Weight loss
- ☐ Weight gain
- ☑ Poor appetite
- ☑ Chills
- ☑ Fever
- ☐ Night sweats

**Skin**
- ☐ Rash
- ☐ Hives
- ☐ Lesions

**Head/Eyes/Ears/Nose/Throat**
- ☐ Postnasal drip
- ☐ Hoarseness
- ☐ Visual problems
- ☐ Nose bleeds
- ☐ Neck stiffness/pain

**Psychiatric**
- ☐ Anxiety
- ☐ Depression
- ☐ Other ________

**Pulmonary**
- ☐ Shortness of Breath
- ☐ Wheezing
- ☐ Coughing
- ☐ Coughing up blood

**Genitourinary**
- ☐ Frequent urination (frequency)
- ☐ Urgent urination (urgency)
- ☐ Painful urination (dysuria)
- ☐ Need to awaken to urinate
- ☐ Blood in urine
- ☐ Kidney stone pain

**Gastrointestinal**
- ☐ Indigestion
- ☐ Gas
- ☐ Nausea
- ☐ Vomiting
- ☐ Vomiting blood
- ☐ Yellow skin
- ☐ Abdominal pain
- ☐ Constipation
- ☐ Diarrhea
- ☐ Black stools
- ☐ Rectal bleeding

**Cardiovascular**
- ☐ Chest pain (angina)
- ☐ Palpitations (rapid heartbeat)
- ☐ Irregular heartbeat (arrhythmia)
- ☐ Rheumatic Fever
- ☐ Swollen ankles (pedal edema)
- ☐ Shortness of breath on exertion
- ☐ Shortness of breath at night

**Neurological**
- ☐ Loss of consciousness
- ☐ Headaches
- ☐ Seizures (fits)

**Lymphatics**
- ☐ Lymph node swelling
- ☐ Node tenderness

**Endocrine**
- ☐ Excessive urination
- ☐ Excessive thirst
- ☐ Excessive appetite
- ☐ Hot intolerance
- ☐ Cold intolerance
- ☐ Easy bleeding

Patient Signature: X [signature] Date: 07/13/2020

## Imaging Orders

# Imaging Order

**Date Ordered: 11/09/2020**

| To Facility | Ordering Provider |
|---|---|
| GLOBAL IMAGING<br>1435 HWY 6<br>SUGAR LANDTX<br>Phone: (281) 313-1700<br>Fax: (281) 313-1705 | Kyle F. Dickson, M.D.<br>6560 Fannin Street, Suite 1016<br>HOUSTON, TX 77030-2716<br>Phone: (713) 800-1080<br>Fax: (713) 800-1081 |

KHAN, GHOUS (id #278089, dob:

## Patient Information

| | |
|---|---|
| **Patient Name** | KHAN, GHOUS |
| **Sex - DOB - Age** | M 61yo |
| **Address** | |
| **Phone** | H:<br>M: |
| **Primary Insurance** | *SELF PAY<br><br>**Case Injury Date:**<br>**Case Claim Number:**<br>**Adjuster:** |
| **Secondary Insurance** | None recorded. |

## Order Information

| | |
|---|---|
| **Diagnosis** | • Mechanical complication of internal orthopedic device, implant AND/OR graft ICD-10: T84.418A: Breakdown (mechanical) of other internal orthopedic devices, implants and grafts, initial encounter |
| **Order Details** | Orders included: 1<br><br>**Mechanical complication of internal orthopedic device, implant AND/OR graft** \| ICD-10: T84.418A: Breakdown (mechanical) of other internal orthopedic devices, implants and grafts, initial encounter<br>• **CT, KNEE, W/O CONTRAST**<br>\| TO BE PERFORMED ON OR AROUND: 11/11/2020 \| ORDERED: 11/09/2020<br><br>Scheduling: please call patient and give patient the CT on a disk<br>Side: RIGHT<br>Special Instructions: 1.5 mm cuts with sagital and coronal reconstructions |

**Electronically Signed by: KYLE F. DICKSON, MD**



**Electronically ordered/documented by: KYLE F. DICKSON, MD**

## Lab Results

**KHAN, GHOUS (id #278089, dob:**

CULTURE, ASPIRATE 07/09/2020 (#2239770, 07/01/2020)



CD Laboratories
Confidence in Diagnostics

FINAL COPY

| | | | |
|---|---|---|---|
| Patient: KHAN, GHOUS W | | Accession #: | 1505030 |
| Provider: DICKSON, MD, M.B.A., KYLE F. | Birth: | | |
| Home Phone: | Age: 61 years | Collection Date: | 7/1/2020 |
| | Gender: Male | Received In Lab: | 7/2/2020 10:57 AM |

Organization: HOUSTON METHODIST HOSPITAL

| Test Name | Result | Units | Flag |
|---|---|---|---|
| **SYNOVASURE® PJI** | | | *Run by: GS on 7/2/2020 4:21 PM Reported on 7/2/2020 5:01 PM* |
| SYNOVASURE® ALPHA DEFENSIN PJI | NEGATIVE | | |
| SPECIMEN SITE | RIGHT KNEE | | |
| ALPHA-DEFENSINS-SF | NEGATIVE | | |
| CRP-SF | 3.3 | mg/L | |
| **CELL COUNT/DIFF, SYNOVIAL FLUID** | | | *Run by: JD on 7/2/2020 11:20 AM Reported on 7/2/2020 5:01 PM* |
| RED BLOOD CELL COUNT | 2000 | /uL | |
| TOTAL NUCLEATED CELL COUNT | 568 | /uL | |
| NEUTROPHILS | 22.5 | % | |
| MONONUCLEAR CELLS | 77.5 | % | |

*Clinical Decision Limit: Total nucleated cells: > 3000 cells/µL or Neutrophils: > 80%*
*Based on Musculoskeletal Infection Society (MSIS) recommended criteria for PJI*

| Test Name | Result | Units | Flag |
|---|---|---|---|
| **SYNOVASURE® NEUTROPHIL ELASTASE** | | | *Run by: GS on 7/2/2020 4:21 PM Reported on 7/2/2020 5:01 PM* |
| SYNOVASURE® NEUTROPHIL ELASTASE | NEGATIVE | | |
| **CRYSTAL ID, SYNOVIAL FLUID** | | | *Run by: KG on 7/2/2020 11:59 AM Reported on 7/2/2020 5:01 PM* |
| CRYSTAL ID, SYNOVIAL FLUID | NO CRYSTALS FOUND | | |
| **SYNOVASURE® MICROBIAL ID PANEL** | | | *Run by: II on 7/2/2020 4:07 PM Reported on 7/2/2020 5:01 PM* |
| P. ACNES | NEGATIVE | | |
| STAPHYLOCOCCUS PANEL | NEGATIVE | | |
| CANDIDA PANEL | NEGATIVE | | |
| ENTEROCOCCUS PANEL | NEGATIVE | | |

CD Laboratories
Confidence in Diagnostics

FINAL COPY

| | | | |
|---|---|---|---|
| **Patient:** | **KHAN, GHOUS W** | **Accession #:** | **1505030** |
| Provider: | DICKSON, MD, M.B.A., KYLE F. | | |
| Home Phone: | | | |
| Birth: | | | |
| Age: | 81 years | Collection Date: | 7/1/2020 |
| Gender: | Male | Received in Lab: | 7/2/2020 10:57 AM |

Organization: HOUSTON METHODIST HOSPITAL

| Test Name | Result | Units | Flag |
|---|---|---|---|
| **FLUID CULTURE SCREEN** | | | *Run by: BP on 7/9/2020 1:25 PM Reported on 7/9/2020 1:33 PM* |
| AEROBIC CULTURE RESULTS | No Growth | | |
| INCUBATION TIME | 7 | Days | |
| ANAEROBIC CULTURE RESULTS | No Growth | | |
| INCUBATION TIME | 7 | Days | |

CD Laboratories®
Confidence in Diagnostics
810 Gleneagles Court, Suite 100
Baltimore, Maryland 21286
Office: 410-296-1403 | Fax: 410-296-1409
Laboratory Director: Paul Emerson, M.D.

FINAL COPY

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **KHAN, GHOUS W** | | | **Accession #:** | **1505030** |
| Provider: | DICKSON, MD, M.B.A., KYLE F. | Birth: | | | |
| Home Phone: | | Age: | 61 years | Collection Date: | 7/1/2020 |
| | | Gender: | Male | Received in Lab: | 7/2/2020 10:57 AM |

Organization: HOUSTON METHODIST HOSPITAL

Synovasure® Periprosthetic Joint Infection (PJI) Comprehensive Lab Panel consists of laboratory tests intended for clinical use to aid in the diagnosis of periprosthetic joint infection in synovial fluid (SF) of patients experiencing pain and/or inflammation after total joint arthroplasty. Test performance for joints other than the knee and hip joint, or in joints with spacers or partial joint replacements, has not been established. Test results are intended to be used in conjunction with other diagnostic information, such as patient's clinical history and imaging techniques. Results do not preclude an alternative diagnosis.

The laboratory-developed tests (LDTs) used in this panel were developed and their performance characteristics were determined by CD Laboratories. CD Laboratories is certified under the Clinical Laboratories Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity testing. The LDT tests comprising this panel have not been reviewed by the U.S. Food and Drug Administration.

**For Technical Assistance regarding the Synovasure® PJI Comprehensive Lab Panel, call 1-888-981-8378.**

| SYNOVASURE® PJI LABORATORY DEVELOPED TESTS – DESCRIPTION AND INTERPRETATION | |
|---|---|
| **Test** | **Description** |
| **Specimen Integrity** | The accuracy of synovial fluid diagnostics tests can be significantly impacted by the quality of the specimen that is submitted for evaluation. As part of specimen analysis, specimen integrity tests are performed. Clinicians are notified when a suboptimal specimen has been submitted, and the test results should be interpreted with caution.<br>The specimen integrity tests assess:<br>• Absorbance at 280 nm (A280) – Specimens that fall outside the normal range for synovial fluid may be diluted by saline or contrast agents<br>• Red Blood Cell Count – Specimens that have elevated levels of RBCs may be diluted by blood |
| **Synovial Fluid CRP** | Synovial Fluid CRP has been demonstrated to be comparable to serum CRP for the detection of PJI. The Synovasure PJI LDT diagnostic algorithm utilizes CRP results in conjunction with Alpha Defensin results for the final result determination. A CRP cut-off of 3 mg/L is recommended. |
| **Synovasure Alpha Defensin ELISA** | Alpha defensins are antimicrobial peptides released by activated neutrophils in response to infection. The Synovasure Alpha Defensin (AD) ELISA is a qualitative in vitro test developed to detect human alpha defensins 1-3 in the synovial fluid of a person with a suspected joint infection. This test is covered by U.S. patent 7598080.<br><br>The results are intended to be used in conjunction with other clinical and diagnostic findings to aid in the diagnosis of infection. |
| **Synovasure Neutrophil Elastase ELISA** | The Synovasure Neutrophil Elastase (NE) ELISA is a qualitative in vitro test that measures neutrophil elastase in synovial fluid.<br>The results are intended to be used as a proxy for neutrophil detection in synovial fluid. |
| **Synovasure Microbial ID Panel** | The Synovasure Microbial Identification (MID) Test is a qualitative in vitro diagnostic test intended for the early detection of microbial antigen in synovial fluid. The test measures antigens from Staphylococcus sp., Candida sp., Enterococcus sp. and Cutibacterium acnes (formerly called P. acnes) in the synovial fluid.<br>The results are intended to be used as an adjunct to synovial fluid culture and to detect the presence of an organism in culture negative samples. |

KHAN, GHOUS #278089

*8665943w256 E-HealthHx

## PATIENT HISTORY QUESTIONNAIRE CONT.

**Are you experiencing any of the following symptoms?:**

☑ Pain

| | | |
|---|---|---|
| ☐ Swelling | ☐ Locking/Catching | ☐ Sharp/Stabbing Pain |
| ☐ Redness | ☐ Stiffness | ☐ Shooting Pain |
| ☑ Limited Motion | ☐ Numbness | ☐ Clicking |
| ☐ Weakness | ☐ Tingling | ☐ Grinding |
| ☐ Atrophy | ☐ Mass | ☐ Tenderness |
| ☐ Cramps | ☐ Instability or Giving Way | ☐ Night Pain |
| ☐ Popping | ☐ Dull Ache | ☐ Burning |

**Frequency of the pain:**

☐ Constant ☐ Occasional ☑ Intermittent

**Severity of the pain:**

☐ Mild ☑ Moderate ☐ Severe

**Have you or are you experiencing any numbness?** ☐ Yes ☑ No **If yes, please describe:** ______
☐ Constant ☐ Occasional ☐ Intermittent

**Have you or are you experiencing any weakness?** ☐ Yes ☑ No **If yes, please describe:** ______
☐ Constant ☐ Occasional ☐ Intermittent

**Have you or are you experiencing any tingling?** ☐ Yes ☑ No **If yes, please describe:** ______
☐ Constant ☐ Occasional ☐ Intermittent

**Have you or are you experiencing any radiating pain?** ☐ Yes ☑ No **If yes, please describe:** ______
☐ Constant ☐ Occasional ☐ Intermittent

**What make the pain better?**

| | | |
|---|---|---|
| ☑ Rest | ☑ Massage | ☐ Elevation |
| ☐ Heat | ☐ Exercise | ☐ Nothing |
| ☐ Ice | ☑ Medication | ☐ Other ______ |

**What make the pain worse?**

| | | |
|---|---|---|
| ☑ Activity | ☑ Lifting | ☐ Standing |
| ☑ Bending | ☐ Movement | ☐ Stairs |
| ☐ Change of weather / seasons | ☑ Running | ☑ Twisting |
| ☐ Driving | ☐ Sitting | ☐ Walking |
| ☑ Jumping | ☑ Sports | ☐ Other ______ |
| ☑ Kneeling | ☑ Squatting | |

**Patient Signature: X** [signature] **Date:** 07/13/2020

07/13/2020 MON 15:15 FAX →→→ athena Dickson 001/008

KHAN, GHOUS )#278089

* 8865943w256 E-HealthHx

Today's Date: 07/13/2020

## NEW PATIENT REGISTRATION FORM

| | | |
|---|---|---|
| Last Name: KHAN | First Name: GHOUS | (middle): W |
| Social Security #: | D.O.B: | Sex: M |
| Home Address: | City: State: | Zip: |
| Home #: | Cell #: ( | Work #: |
| Contact Preference: (Please Check one) | ☐ Home: ☐ Work: ☑ Cell: ☐ Mail | |
| Referring Physician: SALIM GOPALANI, MD | Telephone #: | |
| Patient Race: PAKISTANI | Patient Ethnicity: | Preferred Language: English |
| Patient Marital Status: M | Name of Spouse: ZAHIDA SYYEDA | D.O.B.: |
| Patient Email: ghous38@hotmail.com | | |

## IN CASE OF EMERGENCY

| | | |
|---|---|---|
| Who may we call in case of emergency? Name: | | |
| Relationship to patient: ZAHIDA SYYEDA | Primary Tel #: | Secondary Tel #: |

## PATIENT EMPLOYER INFORMATION:

| | | | |
|---|---|---|---|
| Employer Name: unemployed (N/A) | Phone: | Fax: | |
| Address: | City: | State: | Zip: |

## BILLING INFORMATION

| | | | |
|---|---|---|---|
| Name of person responsible for bill (Guarantor): GHOUS KHAN | | | |
| Address: | City: | State: TX | Zip: |
| Home Tel #: | | Work Tel #: | |
| Social Security #: | | D.O.B.: | |
| Name of employer of guarantor: SELF | | | |
| Address: | City: | State: | Zip: |

## INSURANCE INFORMATION

| | | | |
|---|---|---|---|
| Primary Insurance Carrier: Community Health Choice (HMO) | | | |
| Address on back of card: PO BOX 301424 | City: HOUSTON | State: TX | Zip: 77230-1424 |
| ID/Policy Number: 000805984500 | Group Number: | Customer Service No.: | |
| Secondary Insurance Carrier: | | | |
| Address on back of card: | City: | State: | Zip: |
| ID/Policy Number: | Group Number: | Customer Service No.: | |
| Name of WC Insurance: | Claim #: | Date of Injury: | |
| Adjuster Name: | Tel #: | Fax: | |
| Nurse Case Manager Name: | Tel #: | Fax: | |

Patient Signature: X [signature] Date: 07/13/2020

# Quality Assurance Report

## Request Information

Report Date: November 18, 2020

**RP ID:** 7194196

Patient Name: KHAN, GHOUS

Provider Name: SOUTHWEST ORTHOPEDIC GROUP

## Quality Assurance Information

Scope Requested: **From August 22, 2020 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen by: kyle dickson

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. tel: (713) 800-1080

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

Tenisha Beck:

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 06/30/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | None recorded. | | | | |
| **Referral** | None recorded. | | | | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | None recorded. | | | | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No information

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active | |
| pramipexole 0.5 mg tablet | | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | | | | active | |
| gabapentin 300 mg capsule | | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | | | | active | |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 06/30/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Pain in right knee | 316931000119104 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 06/30/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. tel: (713) 800-1080

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

Tenisha Beck:

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 07/01/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | None recorded. | | | | |
| **Referral** | None recorded. | | | | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | None recorded. | | | | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No information

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active | |
| pramipexole 0.5 mg tablet | | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | | | | active | |
| gabapentin 300 mg capsule | | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | | | | active | |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 07/01/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Knee joint effusion | 202381003 |
| 06/30/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Pain in right knee | 316931000119104 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 07/01/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. tel: (281) 207-4000

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

Tenisha Beck:

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 07/13/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | None recorded. | | | | |
| **Referral** | None recorded. | | | | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | None recorded. | | | | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No information

## Medications

| Name | Sig | Start Date | Stop Date | StatusNote |
|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active |
| sertraline 100 mg tablet | | | | active |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active |
| amoxicillin 500 mg tablet | | | | active |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active |
| pramipexole 0.5 mg tablet | | | | active |
| cefadroxil 500 mg capsule | | | | active |
| aspirin 325 mg tablet,delayed release | | | | active |
| tamsulosin 0.4 mg capsule | | | | active |
| gabapentin 300 mg capsule | | | | active |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active |
| finasteride 5 mg tablet | | | | active |
| minocycline 100 mg tablet | | | | active |
| rosuvastatin 5 mg tablet | | | | active |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active |

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 07/13/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Sugar Land/Creekway: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. (281) 207-4000 | Knee joint effusion | 202381003 |
| 07/01/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Knee joint effusion | 202381003 |
| 06/30/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Pain in right knee | 316931000119104 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 07/13/2020 | 2 | COMMUNITY HEALTH CHOICE - HARRIS COUNTY - TEXAS 3 SHARE PROGRAM (HMO) | | Ghous Khan | 000805984500 | | Ghous Khan |

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 6560 Fannin, Suite 1016, HOUSTON, TX 77030-2761, Ph. tel: (713) 610-4260

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home)
tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

:

**Lincoln/Khan 0837**

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 08/21/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | None recorded. | | | | |
| **Referral** | None recorded. | | | | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | None recorded. | | | | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No information

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active | |
| pramipexole 0.5 mg tablet | | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | | | | active | |
| gabapentin 300 mg capsule | | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | | | | active | |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History

No medical history recorded.

## Immunizations

None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 08/21/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Medical Ctr - SCUR 10: 6560 Fannin, Suite 1016, HOUSTON, TX 77030-2761, Ph. (713) 610-4260 | Knee joint effusion | 202381003 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 08/21/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. tel: (281) 977-4870

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

:

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 11/09/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/10/2020 | Simonmed Imaging - Holcombe, 2256 W Holcombe Blvd, Houston, TX, 77030, Ph (346) 335-8512 | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies

No information

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active | |
| pramipexole 0.5 mg tablet | | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | | | | active | |
| gabapentin 300 mg capsule | | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | | | | active | |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 11/09/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Pearland/Shadow Creek: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. (281) 977-4870 | Knee joint effusion | 202381003 |
| | Mechanical complication of internal orthopedic device, implant AND/OR graft | 5285008 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 11/09/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |

# Referral Note for Ghous Khan

## Encounter Details

Kyle Dickson: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. tel: (281) 977-4870

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Reason for Referral
- Reason for Visit
- Assessment
- Plan of Treatment
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- History of Present Illness
- Physical Exam
- Review of Systems
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

:

## Reason for Referral

## Reason for Visit

Knee joint effusion, Mechanical complication of internal orthopedic device, implant AND/OR graft

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 11/09/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/10/2020 | Simonmed Imaging - Holcombe, 2256 W Holcombe Blvd, Houston, TX, 77030, Ph (346) 335-8512 | |

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment
None Reported.

## Allergies
No information

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active | |
| pramipexole 0.5 mg tablet | | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | | | | active | |
| gabapentin 300 mg capsule | | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | | | | active | |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## History of Present Illness
None recorded.

## Physical Exam

**Notes:** Patient is a 61-year-old male.

## Review of Systems
None recorded.

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 11/09/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Pearland/Shadow Creek: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. (281) 977-4870 | Knee joint effusion | 202381003 |
| | Mechanical complication of internal orthopedic device, implant AND/OR graft | 5285008 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

# Data Portability for Ghous Khan

## Table of Contents


- Demographics
- Care Team Members
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Advance Directives
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home)
tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 11/09/2020 | | |
| 08/21/2020 | | |
| 07/13/2020 | | |
| 07/01/2020 | | |
| 06/30/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/10/2020 | Simonmed Imaging - Holcombe, 2256 W Holcombe Blvd, Houston, TX, 77030, Ph (346) 335-8512 | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Allergies
No information

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| ciprofloxacin 750 mg tablet | | | | active | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | | active | |
| sertraline 100 mg tablet | | | | active | |
| hydrocodone 10 mg-acetaminophen 325 mg tablet | | | | active | |
| amoxicillin 500 mg tablet | | | | active | |
| Adderall XR 20 mg capsule,extended release | TK 1 C PO QAM AND TK 1 C PO D AT NOON | | | active | |
| pramipexole 0.5 mg tablet | | | | active | |
| cefadroxil 500 mg capsule | | | | active | |
| aspirin 325 mg tablet,delayed release | | | | active | |
| tamsulosin 0.4 mg capsule | | | | active | |
| gabapentin 300 mg capsule | | | | active | |
| sertraline 50 mg tablet | TK 1 T PO NIGHTLY | | | active | |
| finasteride 5 mg tablet | | | | active | |
| minocycline 100 mg tablet | | | | active | |
| rosuvastatin 5 mg tablet | | | | active | |
| armodafinil 150 mg tablet | TK 1 T PO QD | | | active | |
| buprenorphine 8 mg-naloxone 2 mg sublingual film | PLACE 1 FILLM UNDER THE TONGUE EVERY DAY | | | active | |
| Flucelvax Quad 2020-2021 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe | ADM 0.5ML IM UTD | | | active | |

## Vitals

None Recorded

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 11/09/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Pearland/Shadow Creek: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. (281) 977-4870 | Knee joint effusion | 202381003 |
| | Mechanical complication of internal orthopedic device, implant AND/OR graft | 5285008 |
| 08/21/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Medical Ctr - SCUR 10: 6560 Fannin, Suite 1016, HOUSTON, TX 77030-2761, Ph. (713) 610-4260 | Knee joint effusion | 202381003 |
| 07/13/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Sugar Land/Creekway: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. (281) 207-4000 | Knee joint effusion | 202381003 |
| 07/01/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Knee joint effusion | 202381003 |
| 06/30/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Pain in right knee | 316931000119104 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Advance Directives

| Directive |
|---|
| None Recorded |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 11/09/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |
| 08/21/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |
| 07/13/2020 | 2 | COMMUNITY HEALTH CHOICE - HARRIS COUNTY - TEXAS 3 SHARE PROGRAM (HMO) | | Ghous Khan | 000805984500 | | Ghous Khan |
| 07/01/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |
| 06/30/2020 | 1 | *SELF PAY* | | | | | Ghous Khan |

**From:**Ghous Khan <
**Sent:**Thu, 19 Nov 2020 22:04:00 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Fw: Re evaluation_9.18.2020
**Attachments:**ghous_khan_ContinuityofCare1_alltime.pdf, ghous_khan_ContinuityofCare2_alltime.pdf, ghous_khan_ContinuityofCare3_alltime.pdf, ghous_khan_ContinuityofCare4_alltime.pdf, ghous_khan_ContinuityofCare5_alltime.pdf, ghous_khan_ReferralNote7_alltime.pdf, ghous_khan_AmbulatorySummary6_alltime.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Wilkinson,

I received letter from Lincoln Financial Group dated November 12th, 2020 requesting current medical records from Dr. Dickson, Sterling Physical Therapy and any other treating physician. I had emailed the office visit records from Dr. Dickson dated 11.11.2020 and also the last evaluation from Sterling Physical Therapy. I'm re-attaching these documents and also, my office visit records can be requested from my PCP, Salim Gopalani, MD.

The phone # for Dr. Gopalani is 713.802.9025 and Fax # is 713.802.1868. I do have my CT Scan of knee scheduled for November 25th and visit to Rheumatologist on December 1st, 2020. As soon as I receive the results from radiology, lab and new evaluations, I'll email the reports to you. In the meantime, if you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Wednesday, November 11, 2020 1:36 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some

blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

November 12, 2020

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On November 11, 2020, we requested office and treatment notes, labs, x-rays and test results from Dr. Dickson and Sterling Physical Therapy for the period of August 22, 2020 through the present. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 22, 2020 through the present from Dr. Dickson and Sterling Physical Therapy

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

PRA Health Sciences's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 25, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 24, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 25, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

ReleasePoint

**Medical Record Overview**

**Date:** **September 22, 2020**

**Patient Name:** KHAN, GHOUS

**Records From:** dickson

,
(713) 800-1080

**Request Scope:** From July 14, 2020 to Present

**Chart Range:** 08/21/2020 - 08/21/2020

**RP ID:** 6956585

**Client ID:** 10420268

**Source:** LIBMT0

**Req By:** C Wilkinson
05-281839

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 21 2020 | Aug 21 2020 | 3 | 2 |
| Non Medical/Other | | | 1 | 5 |

**Total Page Count:** 4

**Notes From QC:**

SOUTHWEST ORTHOPEDIC GROUP, L.L.P • 6560 Fannin, Suite 1016, Houston TX 77030-2761

KHAN, GHOUS (id #278089, dob:

## Encounters and Procedures

Clinical Encounter Summaries

**08/21/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD

**GHOUS KHAN**
**DOB:**

**DOS: 8/21/2020**

**PERSONAL INS FOLLOW UP**

This is a 61 year old who Dr. Blum did a total knee. He had some increased pain and redness. His surgery was on 06/09/2020. Unfortunately, 09/02/2020 would be 12 weeks. We ended up doing an aspiration. Everything was negative as well as the PCR so we are pretty convinced that he did not have an infection. He just had maybe some cellulitis and some inflammation. Over the last few days he has had some increased pain kind of laterally and more superior with some swelling. We are going to order some more infection labs to make sure that nothing has increased. That would be a sed rate, CRP, and white blood count.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he does have GERD, BPH, anxiety, hyperlipidemia, and RLS. No other heart, lung, GI, or endocrine.

**EXAMINATION:** On physical exam, I think he is pretty much 0 to 110 degrees.

We talked about doing a manipulation, but I think he is pretty good. In the next two weeks we would need to do it if he is not happy with his range of motion. I do not think that would change. I do think he will still get better from his total knee. I just do not think he will increase his range of motion. He has 2+ dorsalis pedis, normal sensation, and the skin is intact.

**RADIOGRAPHS:** Everything with the x-rays look good. There is no evidence of loosening or acute changes.

**PLAN:** At this point, what we will do is we will just kind of see him on 12/11/2020. We did do the aspiration that was on 07/01/2020. We will go ahead and write for some more therapy. We will check his labs and then we will let him know what the results are. What we will do is we will see him on 12/11/2020. At that point, we will get some x-rays in terms of an AP, lateral, mortise. If something is wrong with his labs or if he has any problems, he will let us know.

**KHAN, GHOUS**
**AUGUST 21, 2020**
**PAGE 2**

KYLE F. DICKSON M.D.

KFD/esa/sma/217095081

SOUTHWEST ORTHOPEDIC GROUP, L.L.P • 6560 Fannin, Suite 1016, Houston TX 77030-2761

KHAN, GHOUS (id #278089, dob:

SOUTHWEST
Orthopedic Group, L.L.P.

**CONFIDENTIAL:**

**THIS IS A FAX FROM THE OFFICE OF:**

**Kyle F. Dickson, M.D.**
**Return Phone: (713) 800-1080**
**Return Fax: (713) 800-1081**

**ATTENTION:**

**NOTES:**

**This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.**

**If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:278089-A-256]**

# Quality Assurance Report

## Request Information

Report Date: September 22, 2020

**RP ID:** 6956585

Patient Name: KHAN, GHOUS

Provider Name: SOUTHWEST ORTHOPEDIC GROUP

## Quality Assurance Information

Scope Requested: **From July 14, 2020 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen by: Dr. Dickson

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KCHIO

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 21

**Date of Recertification:** 10/16/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Mobility: Walking & Moving Around:**

**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

### Outcome Measurement Tools

**Previous Findings as of 09/18/2020*

| | | |
|---|---|---|
| **Lower Extremity** | | |
| Lower Extremity Functional Scale | 31/80/80 | *33/80* |

### Observation

Gait Normal

### Range of Motion

**Previous Findings as of 09/18/2020*

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *120°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

### Strength

**Previous Findings as of 09/18/2020*

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

**Gross Muscle Tests**
**Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5/5 | 4+/5 | *4+/5* | *4+/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 4+/5 | 5/5 | *4/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *4+/5* | *5/5* |

**Palpation**

**Comments** mild TTP to superior patella and ITB
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Pt reports that his R knee is doing better over the past few weeks. Pt reports that he still has some soreness and swelling in the R knee. Pt continues to have discomfort with sitting for about 5 minutes. Per re-evaluation pt demos improved R knee and hip strength, improved gait, and has improved balance. Pt continues to have limitations with R knee flexion and LE mobility. Pt to benefit from additional skilled therapy to address above deficits.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 50% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 90% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

Sterling Physical Therapy & Wellness
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Recertification Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/16/2020

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows______________

Sierra I. Andreason

Sierra I. Andreason, PT, DPT
License #1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 16, 2020 at 9:57 am*

Physician Signature______________
K. F. DICKSON, MD
Date:__________ Time:__________

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 19, 2020 at 5:38 am*

# Continuity of Care Document for Ghous Khan

## Encounter Details

Kyle Dickson: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. tel: (281) 977-4870

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator

:

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 11/09/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/10/2020 | Simonmed Imaging - Holcombe, 2256 W Holcombe Blvd, Houston, TX, 77030, Ph (346) 335-8512 | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

# Data Portability for Ghous Khan

## Table of Contents


- Demographics
- Care Team Members
- Assessment
- Plan of Treatment
- Reason for Referral
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section
- Advance Directives
- Payers


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 11/09/2020 | | |
| 08/21/2020 | | |
| 07/13/2020 | | |
| 07/01/2020 | | |
| 06/30/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/10/2020 | Simonmed Imaging - Holcombe, 2256 W Holcombe Blvd, Houston, TX, 77030, Ph (346) 335-8512 | |

## Reason for Referral

Rheumatology Referral for Mechanical complication of internal orthopedic device, implant AND/OR graft

Referring Physician: Kyle Dickson, Orthopedic Surgery, (281) 977-4870
Encounter Date: 11/09/2020

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment

None Reported.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 11/09/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Pearland/Shadow Creek: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. (281) 977-4870 | Knee joint effusion | 202381003 |
| | Mechanical complication of internal orthopedic device, implant AND/OR graft | 5285008 |
| 08/21/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Medical Ctr - SCUR 10: 6560 Fannin, Suite 1016, HOUSTON, TX 77030-2761, Ph. (713) 610-4260 | Knee joint effusion | 202381003 |
| 07/13/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Sugar Land/Creekway: 1350 Creekway Drive, SUGAR LAND, TX 77478-3827, Ph. (281) 207-4000 | Knee joint effusion | 202381003 |
| 07/01/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Knee joint effusion | 202381003 |
| 06/30/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Kyle F. Dickson, M.D.: 6560 Fannin Street, Suite 1016, HOUSTON, TX 77030-2716, Ph. (713) 800-1080 | Pain in right knee | 316931000119104 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Advance Directives

| Directive |
|---|
| None Recorded |

# Referral Note for Ghous Khan

## Encounter Details
Kyle Dickson: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. tel: (281) 977-4870

## Table of Contents


- Demographics
- Care Team Members
- LegalAuthenticator
- Reason for Referral
- Reason for Visit
- Assessment
- Plan of Treatment
- Results
- Problems
- Procedures
- Medical Equipment
- Allergies
- Medications
- History of Present Illness
- Physical Exam
- Review of Systems
- Vitals
- Social History
- Functional Status
- Mental Status
- Family History
- Medical History
- Immunizations
- Past Encounters
- Goals Section
- Health Concerns Section


## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Married |
| **Previous Name:** | | | |

**Contact:** 2262, Ph. tel:+1- (Primary Home) tel:+1- (Mobile)

## Care Team Members

**Other**

None Recorded

## LegalAuthenticator
:

## Reason for Referral

## Reason for Visit

Knee joint effusion, Mechanical complication of internal orthopedic device, implant AND/OR graft

## Assessment

No assessment recorded.

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 11/09/2020 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | |
| **Lab** | C-reactive protein, quantitative | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | erythrocyte sedimentation rate by westergren method | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| | CBC w/ diff | 11/09/2020 | 11/09/2020 | Quest Diagnostics PSC, 15259 Southwest Frwy, Sugar Land, TX, 77478, Ph (281) 494-4553 | |
| **Referral** | rheumatology referral | 11/10/2020 | 11/10/2020 | Abdelnaser A Elkhalili MD, 500 N Kobayashi, Ste A, Webster, TX, 77598, Ph (281) 724-1860 | |
| **Procedures** | None recorded. | | | | |
| **Surgeries** | None recorded. | | | | |
| **Imaging** | CT, knee, w/o contrast | 11/09/2020 | 11/10/2020 | Simonmed Imaging - Holcombe, 2256 W Holcombe Blvd, Houston, TX, 77030, Ph (346) 335-8512 | |

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Knee joint effusion | Active | 07/13/2020 | 07/13/2020 | | RIGHT | |

## Procedures

Surgical History

None recorded.

Imaging Results

None recorded.

## Vitals

None Recorded

## Social History

None recorded.

## Functional Status

None recorded.

## Mental Status

None recorded.

## Family History

Nothing Reported.

## Medical History

No medical history recorded.

## Immunizations

None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 11/09/2020<br>Kyle Dickson, TX - Southwest Orthopedic Group, LLP, Pearland/Shadow Creek: 10970 Shadow Creek Parkway, Suite 130, PEARLAND, TX 77584-0101, Ph. (281) 977-4870 | Knee joint effusion | 202381003 |
| | Mechanical complication of internal orthopedic device, implant AND/OR graft | 5285008 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

**From:**Ghous Khan <
**Sent:**Wed, 11 Nov 2020 19:36:16 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation_9.18.2020
**Attachments:**20201016_STERLING_Evaluation.pdf, ghous_khan_11.09.2020_3.pdf, ghous_khan_11.09.2020_2.pdf, ghous_khan_11.09.2020_1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Wilkinson,

Sorry to miss your call this morning. I'll give you a call to update about my knee condition, but I'm attaching the f/u from my knee surgeon, Dr. Kyle Dickson whom I saw yesterday for the opinion.

I am having dull and sometimes radiating pain and swelling in the operated knee joint. The swelling and pain is off and on and increases after walking and lifting some weight. Dr. Dickson referred me to a rheumatologist (scheduled for December 1st) and referred CT scan and some blood tests. In the meantime, I have to continue my physical therapy and see him after the investigations are completed.

I'm keen to get back to my job but am uncertain about the progress of the knee. Attached are the f/u reports and referrals for rheumatologist and labs/scans. These updates can be obtained from Southwest Orthopedic Group (Dr. Kyle Dickson) and Sterling Physical Therapy. If you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033347830 |
| FROM | SterlingCarter |
| DATE | 2020-10-15 19:42:42 GMT |
| RE | MR RELEASE \| GHOUS KHAN |

COVER MESSAGE

ATTN: CAITLIN WILKINSON

Please see attached Medical Record for the above mentioned patient per your request

Thank you

--

**Sterling Physical Therapy & Wellness**
fax: (281) 605-5075
website: www.sterlingtherapy.com

**Sugar Land Clinic**
business: (281) 240-3140
1449 Hwy 6, Suite #260
Sugar Land, TX 77478
*inside Offices on Brooks Lake building* (cross street Fluor Daniel)

**Southwest Houston Clinic**
business: (832) 333-3360
8323 Southwest Freeway, Suite #651
Houston, TX 77074

**Sterling Therapy & Rehabilitation, PLLC**
1449 Hwy 6, Suite 260
Sugar Land, TX 77478 US
281-240-3140
mperez@fdtownsend.com
www.sterlingtherapy.com

# Invoice

BILL TO
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON
GROUP BENEFITS DISABILITY
CLAIMS

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1688 | 08/27/2020 | USD 0.00 | 09/01/2020 | Due on receipt | |

**SALES REP**
CHI NGUYEN

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Medical Records - None LOP**<br>Patient's Clinical Records | 1 | 100.00 | 100.00 |

PAYMENT 100.00
BALANCE DUE **USD 0.00**

PAID

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of Cancel:** 10/14/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** Cancel
R/S TO 10/15

Daiana Varughese
License#284117
*Document created on October 13, 2020 at 6:32 pm*



Powered by WebPT™

**Sterling Physical Therapy and Wellness**
1449 Highway 6, Suite 260
Sugar Land, TX 77478
281-240-3140

| | |
|---|---|
| Transaction ID: | 5709113641 |
| Auth ID: | 430568 |
| Transaction Date: | 10/12/2020 09:23 AM |
| Name: | GHOUS W KHAN |
| Type: | Amex |
| Account Number: | ***********0335 |
| Amount: | $10.00 |

Entry Method - CHIP CARD
Verification Method - signature
EMV Application ID - A000000025010402
EMV Application Label - AMEX
EMV Terminal Status - 7800

I authorize the merchant to charge the above amount to my account.

X ______________________

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 19
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 10/12/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 19

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that his knee feels a little achy at the bottom of his knee cap.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Pt was able to progress well today with added LE strengthening and stabilization ex's with fairly good tolerance and control. No notable edema in R knee but did have continued flexion ROM limitations. Pt did have mild tenderness at patellar tendon possibly from remaining weakness in quads. Pt would continue to benefit from further LE strength training to improve overall function and normalizing gait.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

 Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/12/2020

## Plan

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit
Cont per POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on October 12, 2020 at 11:28 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 13, 2020 at 10:00 am*



Powered by WebPT

STERLING
PHYSICAL THERAPY & WELLNESS

973

# HEALTH ALERT—SCREENING TOOL

## Coronavirus

Date: 10-12-20

Name: Ghous Khan DOB:

(Please Print)

Have you visited a country outside the United States?

Country Visited (last 2 weeks): NA

Date(s): NA

Check all that applies:

☐ Fever ☐ Cough ☐ Shortness of breath

*If any of the symptoms are present, patient is given a mask immediately.*

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of No Show:** 10/08/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** No Show

Fernando Stennett
License #300343
*Document created on October 8, 2020 at 2:38 pm*



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 18
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 10/07/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 18

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that "today is not a good day" in regards to his knee. Reports that he did a lot of stair climbing yesterday and his knee feels stiff and has a "deep pain" within the joint.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 13 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 53 |
| Treatment Minutes | 53 |

## Assessment

**Assessment/Diagnosis:** Pt ambulates around the clinic with antalgic gait today with cueing for proper heel strike and knee flexion. Added theraband resistance with monster/lateral walking with good form and no complaints. Tightness remains in R ITB with MFTPR performed today.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

## Plan



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/07/2020

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit
Cont per POC.

SVPT: Dr. Carter

*Sierra I. Andreason*

Sierra I. Andreason, PT, DPT
License#1279406
*Initiated by Sierra I. Andreason, PT, DPT on October 7, 2020 at 9:55 am*

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License#112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 9, 2020 at 6:49 am*



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 17
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 10/05/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 17

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports his knee is doing better than it has been the past few weeks.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.) See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.) See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.) See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Improved performance with ex's today with improved control with all with increased R LE strength and stabilization displayed. Pt did have mild tenderness remaining in R ITB and continued knee flexion restrictions with decreased tolerance to manual overpressure stretching. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to return to PLOF.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 10/05/2020

## Plan

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit
Cont per POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on October 5, 2020 at 10:29 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on October 6, 2020 at 1:55 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 16
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/29/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 16

## Subjective

**TreatmentSide:** Right
**Current Complaints / Gains:** Pt reports that he did some gardening over the weekend but it made his knee really stiff and swollen a little.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Pt progressed well with monster/lateral walks with theraband resistance with improved form with decreased corrections needed. Pt did have remaining tightness in R ITB and was reminded to perform stretches at home. Added facilitation stretches to hamstrings and quads and pt did report of increased relaxation and flexibility but did have remaining limitations with knee flexion ROM. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/29/2020

Documentation was reviewed and approved by the therapist supervising treatment.

### Plan

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit
Cont per POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on September 29, 2020 at 11:37 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on September 29, 2020 at 12:15 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of Cancel:** 09/28/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** Cancel

Fernando Stennett
License #300343
*Document created on September 28, 2020 at 1:36 pm*



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 14
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/25/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 14

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt states that he's still getting soreness in his knee mainly after the therapy sessions.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 13 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 53 |
| Treatment Minutes | 53 |

## Assessment

**Assessment/Diagnosis:** Improved gait mechanics displayed with decreased deviations but does still lack full TKE in stance phase. R LE strength and stability are improving well along with improved form with squats with even weight distribution. ROM has improved to 0*-120* with slight manual overpressure. Pt could still benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/25/2020

## Plan

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit
Cont per POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on September 25, 2020 at 9:14 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on September 26, 2020 at 9:04 am*

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

STERLING PHYSICAL THERAPY & WELLNESS

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of No Show:** 09/24/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** No Show
Other

Alain Tran PTA

Alain Tran, PTA
License #196911
*Document created on September 24, 2020 at 4:16 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 14
**SOC Date:** 07/23/2020
**Insurance Name:** COMMU NITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/24/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 14

## Subjective

**TreatmentSide:** Right
**Current Complaints / Gains:** Pt reports that his knee is quite stiff today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 13 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 53 |
| Treatment Minutes | 53 |

## Assessment

**Assessment/Diagnosis:** Tightness in R ITB with education on importance of stretching at home. Able to perform step ups with improving quad strength and control. Some balance deficits noted with standing on an unstable surface.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

## Plan


Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Document Date:** 09/24/2020

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit
Continue per POC

*Sierra I. Andreason*

Sierra I. Andreason, PT, DPT
License#1279406
*Initiated by Sierra I. Andreason, PT, DPT on September 24, 2020 at 5:07 pm*

Sterling L. Carter

Sterling Carter, PT, DPT, MS, CSCS
License#112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on September 26, 2020 at 9:05 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 13
**SOC Date:** 07/23/2020
**Insurance Name:** COMMU NITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/18/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 13

## Subjective

**TreatmentSide:** Right
**Current Complaints / Gains:** Difficulty bending the R knee, increased pain with stairs

Patient reports increased pain and crepitus after therapy. Increased pain with lifting. Increased pain with stairs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Pain Location:** R knee
**Pain Scale: Worst:** 8 **Best:** 4 **Current:** 6 **Previous Findings as of 07/23/2020 - Worst:7 Best:5 Current:7*
**Pain Description:** Dull/Achy
**Pain Follow-up Plan:** per POC
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 15 min.)<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97164 | PT Re-Evaluation ( 8 min.) | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 45 |
| Treatment Minutes | 53 |

## Assessment

**Assessment/Diagnosis:** Patient is progressing slowly, however additional skilled PT is required to meet all set goals. Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |


Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Document Date:** 09/18/2020

2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |

## Plan

Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Instructions:** Progressing Patient Next Visit

Sterling Carter, PT, DPT, MS, CSCS
License#112075
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on September 18, 2020 at 10:35 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 26 0
Sugar Land, TX 77478 -5146
Phone: (28 1)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOU S
**Date of Birth:**
**Referring Physician(s):** DICKSON, KY LE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 13
**SOC Date:** 07/23/2020
**Insurance Name:** COMMU NITY HEALTH CHOICE CHIP

**Date of Progress Note:** 09/18/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 13

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Difficulty bending the R knee, increased pain with stairs

Patient reports increased pain and crepitus after therapy. Increased pain with lifting. Increased pain with stairs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Pain Location:** R knee
**Pain Scale: Worst:** 8 **Best:** 4 **Current:** 6 **Previous Findings as of 07/23/2020 - Worst:7 Best:5 Current:7*
**Pain Description:** Dull/Achy
**Pain Follow-up Plan:** per POC
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

### Outcome Measurement Tools

**Previous Findings as of 07/23/2020*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 33/80/80 | *26/80* |

### Observation

**Gait** Normal

### Range of Motion

**Previous Findings as of 07/23/2020*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Physical Therapy Progress Note**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/18/2020

| **Knee AROM** | **Right** | **Left** | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *118°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

**Strength** **Previous Findings as of 07/23/2020*

**Gross Muscle Tests**
**Lower**

**Hip**

| | **Right** | **Left** | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 4+/5 | 4+/5 | *4+/5* | *4+/5* |

**Knee**

| | **Right** | **Left** | | |
|---|---|---|---|---|
| Knee Flexion | 4/5 | 5/5 | *4/5* | *5/5* |
| Knee Extension | 4+/5 | 5/5 | *4+/5* | *5/5* |

**Palpation**

**Comments** mild TTP to superior patella
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Patient is progressing slowly, however additional skilled PT is required to meet all set goals.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
**Summary/Recommendations:** 4 additional weeks of skilled PT to meet goals.

 Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/18/2020

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sterling Carter, PT, DPT, MS, CSCS
License#112075
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on September 18, 2020 at 10:35 am*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________

PhysicianSignature______________________________
K. F. DICKSON, MD

Date:_______________ Time:_______________



Powered by WebPT

# The Lower Extremity Functional Scale

We are interested in knowing whether you are having any difficulty at all with the activities listed below **because of your lower limb problem** for which you are currently seeking attention. Please provide an answer for **each** activity.

**Today, *do you* or *would you* have any difficulty at all with:**

| | Activities | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|---|
| 1 | Any of your usual work, housework, or school activities. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 2 | Your usual hobbies, re creational or sporting activities. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 3 | Getting into or out of the bath. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☑ | 4 ☐ |
| 4 | Walking between rooms. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☑ | 4 ☐ |
| 5 | Putting on your shoes or socks. | 0 ☐ | 1 ☐ | 2 ☐ | 3 ☑ | 4 ☐ |
| 6 | Squatting. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 7 | Lifting an object, like a bag of groceries from the floor. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 8 | Performing light activities around your home. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 9 | Performing heavy activities around your home. | 0 ☑ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 10 | Getting into or out of a car. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 11 | Walking 2 blocks. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| 12 | Walking a mile. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 13 | Going up or down 10 stairs (about 1 flight of stairs). | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 14 | Standing for 1 hour. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 15 | Sitting for 1 hour. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 158 |
| 16 | Running on even ground. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 17 | Running on uneven ground. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 18 | Making sharp turns while running fast. | 0 ☐ | 1 ☑ | 2 ☐ | 3 ☐ | 4 ☐ |
| 19 | Hopping. | 0 ☑ | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ |
| 20 | Rolling over in bed. | 0 ☐ | 1 ☐ | 2 ☑ | 3 ☐ | 4 ☐ |
| | **Column Totals:** | 2 | 08 | 07 | 03 | 0 |

**Minimum Level of Detectable Change (90% Confidence): 9 points** **SCORE:** 0 **/ 80 (fill in the blank with the sum of your responses)**

**Source:** Binkley et al (1999): The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

## Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 12
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/15/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 12

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Patient reports having increased soreness and swelling the past 5-6 days and continues to have difficulty with going up-down stairs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Pt continues to require cues to improve form with squats as pt still tends to lean anteriorly. Pt did do well with step ups without compensation and is improving hip strength as well. No notable edema found with manual tx, only mild jt stiffness remaining due to hardware. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and movement patterns.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/15/2020

Medicaid Recertification
**From:** 07/23/2020
**To:** 09/16/2020
**Instructions:** Progressing Patient Next Visit
Cont with POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on September 15, 2020 at 10:10 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on September 16, 2020 at 5:00 am*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 11
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/10/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 11

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Patient reports no increase in pain or soreness from last tx, only minimum tightness remaining above his kneecap.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Pt displayed improved squatting form with equal weight distribution with only minimum cues needed. Continued good ROM displayed with 120* achieved without manual overpressure today. Added Graston IASTM to distal quads and noted reduced tightness. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/10/2020

Medicaid Recertification
**From:** 07/23/2020
**To:** 09/16/2020
**Instructions:** Progressing Patient Next Visit
Cont with POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on September 10, 2020 at 12:38 pm*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on September 11, 2020 at 6:52 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 10
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/08/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 10

## Subjective

**TreatmentSide:** Right
**Current Complaints / Gains:** Patient reports his knee just feels a little stiff and tight from doing some gardening over the weekend.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Cues still required to correct form with monster walks and with mini squat positions to decrease fwd lean with knees migrating over toes and increasing weight bearing into heels. R knee ROM is making good improvements with ~120* flexion noted with passive stretching. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

**Daily Note / Billing Sheet**

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/08/2020

Medicaid Recertification
**From:** 07/23/2020
**To:** 09/16/2020
**Instructions:** Progressing Patient Next Visit
Cont with POC.

SVPT: Dr. Carter

Alain Tran, PTA
License #2057083
*Initiated by Alain Tran, PTA on September 8, 2020 at 11:39 am*

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Co-Signed by Sterling Carter, PT, DPT, MS, CSCS on September 8, 2020 at 10:05 pm*



Powered by WebPT

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Missed Appointment

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Diagnosis:** ICD10: M25.561: Pain in right knee

**Date of No Show:** 09/05/2020
**Physician Name:** DICKSON, KYLE F. MD

**Reason for missed appointment:** No Show
Other

Fernando Stennett
License #300343
*Document created on September 5, 2020 at 1:28 pm*



Powered by WebPT™

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Daily Note / Billing Sheet

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 9
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Daily Note:** 09/02/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**TreatmentDiagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 9

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Patient reports his knee is feeling a little better but is still having a little bit of swelling remaining.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:**
**Changing & Maintaining Body Position:**
**Mobility: Walking & Moving Around:**
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:**
**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 55 |
| Treatment Minutes | 55 |

## Assessment

**Assessment/Diagnosis:** Cues needed to improve form with monster/lateral walks but pt did do well with all other ex challenges. Pt was able to progress well today with increased LE strengthening and stabilization ex's with improved tolerance and control. Pt does have remaining limitations with flexion ROM and was instructed to increase stretching/ROM compliance at home. Pt would benefit from further skilled PT for increased LE strength training and jt mobility to improve overall function and normalize gait.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan



Powered by WebPT™

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH:

**CHECK ONE:** ☑ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATE:** **ZIP:**

AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ **Checking** ☐ **Savings** **BANK NAME:** BANK OF AMERICA

**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** 11563 S HIGHWAY 6

**YOUR ACCOUNT NUMBER:** **CITY:** SUGAR LAND **STATE:** TX **ZIP:** 77498

**BANK PHONE:** (281) 201 3123

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 30 SEP 2020

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

ATTACH VOIDED CHECK HERE
Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**From:**Ghous Khan <
**Sent:**Wed, 30 Sep 2020 19:46:56 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Fw: Re evaluation_9.18.2020
**Attachments:**Direct Deposit Authorization_GK_9.30.2020.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** Ghous Khan <
**Sent:** Wednesday, September 30, 2020 2:44 PM
**To:** disabilitydocuments@lfg.com <disabilitydocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Fw: Re evaluation_9.18.2020

**From:** Ghous Khan <
**Sent:** Friday, September 25, 2020 11:29 AM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Re: Re evaluation_9.18.2020

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, September 29, 2020 1:09:26 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan |
| Attachments: | nfkbbh9j2h30g5g6bvzj_9117067.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

September 29, 2020

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Thank you for speaking with me earlier today. Per your request, I am enclosing a Direct Deposit Form.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Attachments: Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

**From:** LincolnAbsenceNotification@lfg.com
**To:** HR-Benefits@prahs.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long-Term Disability for Ghous Khan 10631 Claim 10420268

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

**Long-Term Disability Information:**

Benefit Payments Period: 9/24/2020 thru 9/24/2022

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14118 or contact the assigned Case Manager at Caitlin.Wilkinson@lfg.com. Please be sure to reference claim number 10420268.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

STERLING PHYSICAL THERAPY & WELLNESS

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Referring Physician(s):** DICKSON, KYLE F. MD
**Surgery:** (Date/Type) 05/27/2020 R TKA
**Visit No.:** 13
**SOC Date:** 07/23/2020
**Insurance Name:** COMMUNITY HEALTH CHOICE CHIP

**Date of Progress Note:** 09/18/2020
**Injury/Onset/Change of Status Date:** 05/27/2020
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Date of Original Eval:** 07/23/2020
**Treatment Diagnosis:** ICD10: M25.561: Pain in right knee
**Visits from SOC:** 13

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports that he had a R TKA on 5/27/20. 10 days after the surgery he got an infection in the knee and had another surgery to get rid of the infection.
**Current Complaints / Gains:** Difficulty bending the R knee, increased pain with stairs

Patient reports increased pain and crepitus after therapy. Increased pain with lifting. Increased pain with stairs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Current Functional Limitations:**
- **Mobility: Walking & Moving Around:**

**Pain Location:** R knee
- **Pain Scale: Worst:** 8 **Best:** 4 **Current:** 6 **Previous Findings as of 07/23/2020 - Worst:7 Best:5 Current:7*
- **Pain Description:** Dull/Achy
- **Pain Follow-up Plan:** per POC

**Aggravating Factors:** Stairs - up, Stairs - down
**Home Health Care:** No
**Medical History:** GERD, Anxiety, High cholesterol
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see attached)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Outcome Measurement Tools** **Previous Findings as of 07/23/2020*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 33/80/80 | *26/80* |

**Observation**

| | |
|---|---|
| Gait | Normal |

**Range of Motion** **Previous Findings as of 07/23/2020*

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

**Patient Name:** KHAN. GHOUS
**Date of Birth:**
**Document Date:** 09/18/2020

| **Knee AROM** | **Right** | **Left** | | |
|---|---|---|---|---|
| Flexion | 120° | 145 ° | *118°* | *145 °* |
| Extension | 0 ° | 0 ° | *0 °* | *0 °* |

**Strength** **Previous Findings as of 07/23/2020*

**Gross Muscle Tests Lower**

**Hip**

| | **Right** | **Left** | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 4+/5 | 4+/5 | *4+/5* | *4+/5* |

**Knee**

| | **Right** | **Left** | | |
|---|---|---|---|---|
| Knee Flexion | 4/5 | 5/5 | *4/5* | *5/5* |
| Knee Extension | 4+/5 | 5/5 | *4+/5* | *5/5* |

**Palpation**

**Comments** mild TTP to superior patella
Good patellar mobility in all planes

## Assessment

**Assessment/Diagnosis:** Patient is progressing slowly, however additional skilled PT is required to meet all set goals.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- R knee pain

**Short Term Goals:**
1: (2 Weeks) | 75% | Pt will be independent with HEP to improve R knee AROM and strength. |
**Long Term Goals:**
1: (4 Weeks) | 40% | Pt will increase R knee flexion AROM to WNL in order to squat and stand up from a low seat. |
2: (4 Weeks) | 25% | Pt will increase LEFS score to greater than 70 in order to get back to all recreational activities. |
3: (4 Weeks) | 50% | Pt will increase B hip and knee strength to 5/5 in order to get back to working out. |
**Summary/Recommendations:** 4 additional weeks of skilled PT to meet goals.

**Sterling Physical Therapy & Wellness**
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

# Physical Therapy Progress Note

**Patient Name:** KHAN, GHOUS
**Date of Birth:**
**Document Date:** 09/18/2020

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
Medicaid Recertification
**From:** 09/17/2020
**To:** 10/14/2020
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Massage, Patient Education

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)240-3140.

Sterling Carter, PT, DPT, MS, CSCS
License #112075
*Electronically Signed by Sterling Carter, PT, DPT, MS, CSCS on September 18, 2020 at 10:35 am*

Please sign and return: Fax#: (281)605-5075

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________

Physician Signature__________________________
K. F. DICKSON, MD

Date:______________ Time:______________

Sterling Physical Therapy & Wellness
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

STERLING
PHYSICAL THERAPY & WELLNESS

## ıpcoming appointments for KHAN, GHOUS

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Friday, September 25th, 2020 | R KNEE | 08:30 am | AT | None |
| Monday, September 28th, 2020 | R KNEE | 09:15 am | SIA | None |
| Tuesday, September 29th, 2020 | R KNEE | 10:00 am | AT | None |
| Thursday, October 1st, 2020 | R KNEE | 09:15 am | AT | None |
| Monday, October 5th, 2020 | R KNEE | 09:15 am | SIA | None |
| Wednesday, October 7th, 2020 | R KNEE | 09:15 am | SIA | None |
| Thursday, October 8th, 2020 | R KNEE | 09:15 am | AT | None |
| Monday, October 12th, 2020 | R KNEE | 09:15 am | AT | None |
| Wednesday, October 14th, 2020 | R KNEE | 09:15 am | AT | None |
| Friday, October 16th, 2020 | R KNEE | 09:15 am | SIA | None |

**From:**Ghous Khan <
**Sent:**Fri, 25 Sep 2020 16:29:57 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Re: Re evaluation 9.18.2020
**Attachments:**GK_reevaluation_PT by Dr. Carter_9.18.2020.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Wilkinson,

Attached, please find the re-evaluation by Dr. Carter for my knee. Also, I have attached the PT schedule up to October 16th 2020. Should you need any other document or have any questions, please let me know.

Kind regards,
Ghous Khan

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

SOUTHWEST
Orthopedic Group, L.L.P.

**Kyle F. Dickson, M.D.**
6560 Fannin, Suite 1016
Houston, Texas 77030
P: 713-800-1080 / F: 713-800-1081

## PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

PATIENT: Ghous Khan DATE: 8/21/20

DIAGNOSIS: M25.461

EVALUATE AND TREAT: ☒

**AREA** ☐ LEFT ☒ RIGHT

☐ NECK
☐ BACK
☐ SHOULDER
☐ ELBOW
☐ WRIST
☐ HAND
☐ HIP
☒ KNEE
☐ ANKLE
☐ FOOT

**MODALITIES**
AS NEEDED
☐ HEAT PACKS
☐ TENS
☐ WHIRLPOOL
☐ ULTRASOUND
☐ PHONOPHORESIS
☐ ICE PACKS
☐ IONTOPHORESIS
RX: _
☐ MUSCLE STIMULATOR
OTHER ________

**PROCEDURES**
ROM
☒ ACTIVE
☒ ACTIVE ASSIST
☒ PASSIVE
☐ MASSAGE
☐ PROPRIOCEPTIVE TRAINING
GAIT TRAINING
☒ WEIGHT BEARING STATUS:
as tolerated
☒ STRETCHING EXERCISES
☒ STRENGTHENING EXERCISES
VMO
☐ BACK EXERCISE PROGRAM
☐ PATIENT / FAMILY EDUCATION

OTHER:

3 TIMES A WEEK FOR 8 WEEKS OR ________ MONTHS

________ AS NEEDED ________

PHYSICIAN SIGNATURE: [signature]

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

**From:**Wilkinson, Caitlin M
**Sent:**Fri, 25 Sep 2020 13:46:50 +0000
**To:**HR-USLeaveofAbsence@prahs.com
**Subject:**Ghous Khan claim 10420268

Good Morning,

I was wondering if you could please confirm the effective date of coverage for Mr. Kahn's buy up coverage?

Thank you,

Caitlin

Caitlin Wilkinson
LTD Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800.291.0112 Office
14118 Extension

LincolnFinancial.com

Follow us on:




https://pages.e2ma.net/pages/1807892/20932

This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy.

**From:** Ghous Khan
**To:** DisabilityDocuments; Wilkinson, Caitlin M
**Subject:** Fw: Completed forms_Ghous_claim# 10420268 and 9878561
**Date:** Wednesday, September 23, 2020 1:39:10 PM
**Attachments:** ~~20200829_i[redacted]scription.pdf~~

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Caitlin,

Attached is the document I forgot to email you earlier. This is the prescription for the physical therapy advised by my orthopedic surgeon, Dr. Dickson. I'm getting my physical therapy as advised and will update you about my progress after consultation with PT doctor.

If you need any other information or have any questions, please let me know.

Kind regards,
Ghous Khan

---

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 6:05 PM
**To:** DisabilityDocuments@lfg.com <DisabilityDocuments@lfg.com>; caitlin.wilkinson@lfg.com <caitlin.wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

SOUTHWEST
Orthopedic Group, L.L.P.

**Kyle F. Dickson, M.D.**
6560 Fannin, Suite 1016
Houston, Texas 77030
P: 713-800-1080 / F: 713-800-1081

## PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

PATIENT: Ghous Khan DATE: 8/21/20

DIAGNOSIS: M25.461

EVALUATE AND TREAT: ☒

**AREA** ☐ LEFT ☒ RIGHT

- ☐ NECK
- ☐ BACK
- ☐ SHOULDER
- ☐ ELBOW
- ☐ WRIST
- ☐ HAND
- ☐ HIP
- ☒ KNEE
- ☐ ANKLE
- ☐ FOOT

**MODALITIES**
AS NEEDED
- ☐ HEAT PACKS
- ☐ TENS
- ☐ WHIRLPOOL
- ☐ ULTRASOUND
- ☐ PHONOPHORESIS
- ☐ ICE PACKS
- ☐ IONTOPHORESIS

RX: _
- ☐ MUSCLE STIMULATOR

OTHER ____________

**PROCEDURES**

ROM
- ☒ ACTIVE
- ☒ ACTIVE ASSIST
- ☒ PASSIVE
- ☐ MASSAGE
- ☐ PROPRIOCEPTIVE TRAINING

GAIT TRAINING
- ☒ WEIGHT BEARING STATUS:
  as tolerated
- ☒ STRETCHING EXERCISES
- ☒ STRENGTHENING EXERCISES
  VMO
- ☐ BACK EXERCISE PROGRAM
- ☐ PATIENT / FAMILY EDUCATION

OTHER:

3 TIMES A WEEK FOR 8 WEEKS OR ________ MONTHS

________ AS NEEDED ________

PHYSICIAN SIGNATURE: [signature]

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

September 26, 2020

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability" or "Disabled", with respect to Long Term Disability, means:***
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1, 2:*
>
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Material and Substantial Duties"****, with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and
> cannot be reasonably eliminated or modified.*

> ***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*
>
> ***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is May 27, 2020 and your benefits begin on September 24, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

**From:** LincolnAbsenceNotification@lfg.com
**To:** HR-Benefits@prahs.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Acknowledgement of Long-Term Disability claim Ghous Khan 10631 Claim 10420268

This email is to inform you Ghous Khan has a PENDED Long-Term disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made.

The employee's effective date for long term disability benefits is 9/24/2020 thru .

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14118 or contact the assigned Case Manager at Caitlin.Wilkinson@lfg.com. Please be sure to reference claim number 10420268.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033347830 |
| FROM | SterlingCarter |
| DATE | 2020-09-21 21:46:03 GMT |
| RE | MEDICAL RECORD \| Claim #10420268 |

COVER MESSAGE

Please see attached W9 per your request for Medical Record Payment

Thank you

Chi Nguyen

--

**Sterling Physical Therapy & Wellness**
fax: (281) 605-5075
website: www.sterlingtherapy.com

**Sugar Land Clinic**
business: (281) 240-3140
1449 Hwy 6, Suite #260
Sugar Land, TX 77478
*inside Offices on Brooks Lake building* (cross street Fluor Daniel)

**Southwest Houston Clinic**
business: (832) 333-3360
8323 Southwest Freeway, Suite #651
Houston, TX 77074

WWW.METROFAX.COM

Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type. See **Specific Instructions** on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
STERLING THERAPY & REHABILITATION, PLLC

2 Business name/disregarded entity name, if different from above
STERLING PHYSICAL THERAPY & WELLNESS

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☑ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ ________

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ________

Exemption from FATCA reporting code (if any) ________

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.
1449 HIGHWAY 6, SUITE #260

Requester's name and address (optional)

6 City, state, and ZIP code
SUGAR LAND, TX 77478

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**
_ _ _ – _ _ – _ _ _ _

**or**

**Employer identification number**
2 6 – 2 6 3 0 1 3 2

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** **Signature of U.S. person ▶** [signature] **Date ▶** 2/1/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Lincoln Financial Group®

# Occupational Analysis

Date: 09/21/2020
Name: Ghous Khan
Claim Number: 10420268
Policy Holder: PRA Health Sciences

An Occupational Analysis was completed to compare the job, Clinical Research Associate (Light), to the own occupation in the National Economy per the eDOT of Clinical Research Associate (eDOT: 199.267-012, Sedentary; SOC/O*NET: 19-1042.00; DOT: 199.267-034). While the occupation is Sedentary in physical demand level, it does require frequent traveling.

The following resources/documents were utilized in this comparison:

- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Employer provided Job Description
- Training, Education, and Experience (TE&E) form

The employee is out of work due to right knee injury. There were no restrictions outlined within the referral.

The comparison to the position with the employer to the national economy is as follows:

Essential Duties:
Comparable between the employer and the National Economy, per the eDOT, as they both design, administer, research, and study designated clinical trials; analyze potential patient recruitment; and prepare trial related documentation.

Physical Demands:
The employer indicates this job is Light with job demands to include "more than 30% travel, lifting up to 25lbs, sitting for long periods, computer work for long periods."

The occupation is typically performed as Sedentary in the National Economy per the eDOT. National Economy demand levels include:

- Constant sitting
- Frequent handling, traveling
- Occasional standing, walking, reaching, fingering, sit/stand option
- Never stooping, kneeling, crouching, crawling, climbing, balancing

Additional demand levels as noted per the O*NET include:

- Occasional bending/twisting

Summary:
The employer requirements of the job are greater than that of the national requirements of the occupation. The occupation is most often performed at the Sedentary level in the National Economy per the eDOT and requires frequent travel.

I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

---

Respectfully submitted,

Electronically Signed
*Nicole Hall, M.S., C.R.C.*
*Vocational Rehabilitation Counselor*

ECONOMIC RESEARCH INSTITUTE

# Occupational Assessor (eDOT / eDOT+)

Position Attributes

## Clinical Research Associate

**Selected Data Option:** Subject Matter Expert (SME), Internet Analysis & Original DOT
(An asterisk (*) indicates a field that is an added, enhanced measure not found in abandoned 1991 DOT.)

| | 1991 Archive DOT Value | New eDOT Value | Std. Dev |
|---|---|---|---|
| **eDOT Code** | 199.267-012 | 199.267-012 | |
| **Occupational Code** | | 199-Miscellaneous Professi | |
| **Education Code (CIP)** | | 44.02 | |
| **Worker Functions** | | | |
| **Data** | | 2-Analyzing | |
| **People** | | 6-Speaking-Signaling | |
| **Things** | | 7-Handling | |
| **Additional Measures** | | | |
| **Creativity*** | | Not Present | 0 |
| **Administrative Activity*** | | Occasionally | 0 |
| **Discretion/Independent Judgment*** | | Occasionally | 0 |
| **Specific Vocational Preparation (SVP)** | | 6 | 0.875595 |
| **Education Level** | | 9 - College degree or equivalent - knowledge a prerequisite for entry into profession | 0 |
| **Literacy Demands** | | | |
| **Mathematics Level** | | 3 | 0.483046 |
| **Language Level** | | 5 | 0.483046 |
| **Reasoning Level** | | 5 | 0.421637 |

**Temperaments**
Attaining precise set limits, TOLERANCES, and standards
Making JUDGMENTS and decisions

| | | | |
|---|---|---|---|
| **Mental & Stress Demands** | | | |
| **Understanding & Memory** | | | |
| **Memory*** | | Frequently | 0 |
| **Short Instruction Memory*** | | Frequently | 0 |
| **Detailed Instruction Memory*** | | Occasionally | 0 |



ERI Economic Research Institute, 111 Academy Dr., Suite 270, Irvine, California 92617 USA
PHONE: (800) 627-3697 Internet: http://www.erieri.com E-Mail: info.eri@erieri.com

*Occupational Assessor data is licensed to subscribers for internal (per License Agreement) business use only; resale or public distribution of Occupational Assessor data is prohibited*

Copyright © 2019
Patent No. 6,862,596 and 7,647,322
ERI Economic Research Institute

ECONOMIC RESEARCH INSTITUTE

# Occupational Assessor (eDOT / eDOT+)

Position Attributes - Page 2

## Clinical Research Associate

| | | |
|---|---|---|
| **Sustained Concentration & Persistence** | | |
| Short Instruction Carrying Out* | Frequently | 0 |
| Detailed Instruction Carrying Out* | Frequently | 0 |
| Concentration & Attention* | Frequently | 0 |
| Work Schedule* | Frequently | 0 |
| Work Routine* | Frequently | 0 |
| Work Distractions* | Frequently | 0 |
| Work Decisions* | Frequently | 0 |
| Work Completion* | Frequently | 0 |
| **Social Interaction** | | |
| Public Interaction* | Frequently | 0 |
| Assignment/Assistance* | Frequently | 0 |
| Work Review* | Occasionally | 0 |
| Peer Interaction* | Frequently | 0 |
| Work Behavior* | Occasionally | 0 |
| **Adaptation** | | |
| Adaptation to Change* | | 0.000000 |
| Hazard Awareness* | Frequently | 0 |
| Travel* | Frequently | 0 |
| Independent Planning* | Frequently | 0 |
| **Aptitudes** | | |
| General Learning Ability | 4-High | 0.316228 |
| Verbal Aptitude | 4-High | 0.316228 |
| Numeric Aptitude | 3-Medium | 0.421637 |
| Spatial Aptitude | 2-Low | 0.471405 |
| Form Perception | 2-Low | 0.516398 |
| Clerical Perception | 4-High | 0.483046 |
| Motor Coordination | 2-Low | 0.483046 |
| Finger Dexterity | 2-Low | 0.471405 |
| Manual Dexterity | 2-Low | 0.421637 |
| Eye-Hand-Foot Coord. | 1-Markedly Low | 0.483046 |
| Color Discrimination | 2-Low | 0.567646 |



ERI Economic Research Institute, 111 Academy Dr., Suite 270, Irvine, California 92617 USA
PHONE: (800) 627-3697 Internet: http://www.erieri.com E-Mail: info.eri@erieri.com

*Occupational Assessor data is licensed to subscribers for internal (see License Agreement) business use only; resale or public distribution of Occupational Assessor data is prohibited*

Copyright © 2019
Patent No. 6,862,596 and 7,647,322
ERI Economic Research Institute

ECONOMIC RESEARCH INSTITUTE

# Occupational Assessor (eDOT / eDOT+)

Position Attributes - Page 3

## Clinical Research Associate

**Physical Demands**

| | | |
|---|---|---|
| **Strength** | Sedentary Work | 0.421637 |
| **Occasionally Lift/Carry*** | Less than 10 pounds | 0 |
| **Frequently Lift/Carry*** | Less than 10 pounds | 0 |
| **Push/Pull*** | Not Present | 0 |
| **Walking*** | Occasionally | 0 |
| **Sitting*** | Constantly | 0 |
| **Standing*** | Occasionally | 0 |
| **Sit/Stand Option*** | Occasionally | 0 |
| **Climbing** | Not Present | 0.421637 |
| **Balancing** | Not Present | 0.316228 |
| **Stooping** | Not Present | 0.674949 |
| **Kneeling** | Not Present | 0.421637 |
| **Crouching** | Not Present | 0.483046 |
| **Crawling** | Not Present | 0.316228 |
| **Reaching** | Occasionally | 0.421637 |
| **Reaching Upward*** | Occasionally | 0 |
| **Reaching Downward*** | Occasionally | 0 |
| **Handling** | Frequently | 0.421637 |
| **Fingering** | Occasionally | 0.737865 |
| **Feeling** | Not Present | 0.516398 |
| **Keyboard Use*** | Occasionally | 0 |
| **Talking** | Frequently | 0.421637 |
| **Hearing** | Frequently | 0.471405 |
| **Tasting/Smelling** | Not Present | 0 |
| **Near Acuity** | Frequently | 0.674949 |
| **Far Acuity** | Not Present | 0.483046 |
| **Depth Perception** | Not Present | 0.699206 |
| **Accommodation** | Not Present | 0.699206 |
| **Color Vision** | Occasionally | 0.632456 |
| **Field of Vision** | Not Present | 0.421637 |



ERI Economic Research Institute, 111 Academy Dr., Suite 270, Irvine, California 92617 USA
PHONE: (800) 627-3697 Internet: http://www.erieri.com E-Mail: info.eri@erieri.com

*Occupational Assessor data is licensed to subscribers for internal (see License Agreement) business use only; resale or public distribution of Occupational Assessor data is prohibited*

Copyright © 2019
Patent No. 6,862,596 and 7,647,322
ERI Economic Research Institute

ECONOMIC RESEARCH INSTITUTE

# Occupational Assessor (eDOT / eDOT+)

Position Attributes - Page 4

## Clinical Research Associate

| | | |
|---|---|---|
| **Environmental Conditions** | | |
| **Exposure to Weather** | Not Present | 0.483046 |
| **Extreme Cold** | Not Present | 0 |
| **Extreme Heat** | Not Present | 0.421637 |
| **Wet and/or Humid** | Not Present | 0.421637 |
| **Noise Intensity Level** | 3-Moderate | 0.471405 |
| **Vibration** | Not Present | 0 |
| **Atmospheric Conditions** | Not Present | 0.516398 |
| **Proximity to Moving Parts** | Not Present | 0.316228 |
| **Exposure to Electrical Shock** | Not Present | 0 |
| **Working In High, Exposed Places** | Not Present | 0 |
| **Exposure to Radiation** | Not Present | 0 |
| **Working With Explosives** | Not Present | 0 |
| **Exposure to Toxic/Caustic Chemicals** | Not Present | 0.316228 |
| **Exposure to Injury from Biohazards*** | Occasionally | 0 |
| **Other Environmental Conditions** | Not Present | 0.516398 |



ERI Economic Research Institute, 111 Academy Dr., Suite 270, Irvine, California 92617 USA
PHONE: (800) 627-3697 Internet: http://www.erieri.com E-Mail: info.eri@erieri.com

*Occupational Assessor data is licensed to subscribers for internal (see License Agreement) business use only; resale or public distribution of Occupational Assessor data is prohibited*

Copyright © 2019
Patent No. 6,862,596 and 7,647,322
ERI Economic Research Institute

Lincoln/Khan 0941

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

| | |
|---|---|
| Date: | September 17, 2020 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | W-9 Request |
| Fax: | (281) 605-5075 |
| From: | Kimberly Herterich<br>Svc Rep, Financial Operations<br>On Behalf Of: Caitlin Wilkinson<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-7830 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

September 17, 2020

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claims Administrator for the above named patient. We have received an invoice for medical records in the amount of $100.00. Lincoln Financial Group requires a W-9 form in order to remit payment.

We are contacting your office to request a copy of your W-9, including your EIN or SSN. We are unable to process this payment until it has been received.

If you have any questions regarding this matter, please contact his assigned Disability Case Manager at the number below.

Sincerely,

Kimberly Herterich
Svc Rep, Financial Operations
On Behalf Of: Caitlin Wilkinson
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

SOUTHWEST Orthopedic Group, L.L.P.

**CONFIDENTIAL:**

**THIS IS A FAX FROM THE OFFICE OF:**

**Kyle F. Dickson, M.D.**
**Return Phone: (713) 800-1080**
**Return Fax: (713) 800-1081**

**ATTENTION:**

**NOTES:**

**This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.**

**If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:278089-A-256]**

## Encounters and Procedures

Clinical Encounter Summaries

**07/13/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD



KHAN, GHOUS #278089
* 2666426x256 First Page E-ProgNote

**GHOUS KHAN**
**DOB:**

**DOS: 7/13/2020**

**PERSONAL INS NEW PATIENT EVALUATION**

**HISTORY OF PRESENT ILLNESS:** This is a 61-year-old who Dr. Blum did a total knee, had some increased pain and some redness, and on June 9, 2020 did an I&D by Dr. Blum. He was already on antibiotics and the cultures were all negative. We ended up doing an aspiration that everything was negative and he just did not look like he was infected, so we tried to kind of see how he did without the antibiotic. This aspiration included crystals as well as PCR and so I was pretty convinced that it looked like it was doing fine. He has now been off two to three weeks and is doing well with it.

**REVIEW OF SYSTEMS:** In terms of his review of systems, he has GERD, BPH, anxiety disorder, hyperlipidemia, RLS. No other heart, lung, GI or endocrine problems.

**EXAMINATION:** On physical exam, he has had normal motion, 2+ dorsalis pedis, normal sensation, skin is intact.

**RADIOGRAPHS:** Looking at his x-rays, no acute changes in it. Everything looks like it is in a reasonable position.

**PLAN:** So, I would like him to have a little bit more flexion of it. I think he is pretty much full extension, but we can send him for physical therapy. If he likes it, he can continue to do it. If not, we will just let him kind of do it on his own. What

KHAN, GHOUS #278089
* 2666426y256 Last Page E-ProgNote

**KHAN, GHOUS**
**JULY 13, 2020**
**PAGE 2**

I would like to do is maybe have him come back in a month, August 17. What we will do is see how he is doing. If there are any problems before that he will let me know.

KYLE F. DICKSON M.D.

KFD/PKM/215161159

**07/01/2020** **KHAN,GHOUS**

| | |
|---|---|
| **HISTORY:** | None recorded. |
| **EXAMINATION:** | Patient is a 61-year-old male. |
| **REVIEW OF SYSTEMS:** | None recorded. |
| **PROCEDURE:** | None recorded. |
| **ASSESSMENT:** | |

Electronically Signed by: KYLE F. DICKSON, MD

HOUSTON METHODIST HOSPITAL
TEXAS MEDICAL CENTER
HOUSTON, TEXAS

OPERATIVE REPORT

PATIENT NAME: KHAN, GHOUS
ENCOUNTER NO: 2100080841500
DATE OF BIRTH:

DATE OF ADMISSION: 06/29/2020
DATE OF OPERATION: 07/01/2020

SURGEON: KYLE DICKSON-FARR, MD
ADMITTING PHYSICIAN: JAMES F. ASBURY, MD

ASSISTANT:
Nurse.

PREOPERATIVE DIAGNOSIS:
The patient with a question of an infection in right total knee arthroplasty, had a previous washout. No cultures have ever grown out, but there was a positive alpha defensin. At this point, it looks pretty good and so we were taken him to rule out it with another aspiration.

ANESTHESIA:
General.

ESTIMATED BLOOD LOSS:
Minimal.

COMPLICATIONS:
None.

PROCEDURE IN DETAIL:
The right knee was sterilely prepped and draped in the usual manner. We used the C-arm to kind of position at the joint line and then went underneath the patella and took out about 20 mL of clear fluid that was not cloudy at all, so we are sending that for culture and then alpha defensin and crystals and white blood count. The patient tolerated the procedure well, was awakened and taken to the recovery room in good condition.

040973/CAM216177
D: 07/01/2020 15:01:59 T: 07/01/2020 20:49:52
Conf/Job#: 250397 / Ref#: 4139756

CC: 005165/JAMES F. ASBURY, MD
006185/WILLIAM P. GOINS
040973/KYLE DICKSON-FARR, MD


Unreviewed Copy for: Dickson-Farr, Kyle MD (40973)

**06/30/2020** **Khan,Ghous**

**HISTORY:** None recorded

**EXAMINATION:** Patient is a 61-year-old male.

**REVIEW OF SYSTEMS:** None recorded

**PROCEDURE:** None recorded

**ASSESSMENT:**

Electronically Signed by: KYLE F. DICKSON, MD

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033347830 |
| FROM | SterlingCarter |
| DATE | 2020-08-27 20:40:40 GMT |
| RE | INVOICE #1688 \| Medical Records \| Patient: GHOUS KHAN |

COVER MESSAGE

ATTN: CAITLIN WILKINSON

This email is in response to your request of Medical Records of the above mentioned patient
Your request has been received and is being processed.

Please see the attached invoice and remit payment according to the term listed.

We currently only accept *Hard Copy Check* to be sent to the address as listed on the invoice

Please let us know if you have any questions or concerns

Regards

CHI NGUYEN

--
**Sterling Physical Therapy & Wellness**
fax: (281) 605-5075
website: www.sterlingtherapy.com

**Sugar Land Clinic**
business: (281) 240-3140
1449 Hwy 6, Suite #260
Sugar Land, TX 77478
*inside Offices on Brooks Lake building* (cross street Fluor Daniel)

**Southwest Houston Clinic**
business: (832) 333-3360
8323 Southwest Freeway, Suite #651

Houston, TX 77074

**Sterling Therapy & Rehabilitation, PLLC**
1449 Hwy 6, Suite 260
Sugar Land, TX 77478 US
281-240-3140
mperez@fdtownsend.com
www.sterlingtherapy.com

# Invoice

| BILL TO |
|---|
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON GROUP BENEFITS DISABILITY CLAIMS |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1688 | 08/27/2020 | USD 100.00 | 09/01/2020 | Due on receipt | |

**SALES REP**
CHI NGUYEN

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Medical Records - None LOP**<br>Patient's Clinical Records | 1 | 100.00 | 100.00 |

BALANCE DUE **USD 100.00**

# Clinical Research Associate

Job Description

| | | | | |
|---|---|---|---|---|
| **Job Title** | Clinical Research Associate | **FOR HR COMPENSATION USE ONLY** | | |
| **# of Job Levels** | ☐ 0 ☑ 1 ☑ 2 ☑ 3 ☐ 4 ☐ 5 | FLSA Status (US Jobs Only) | | |
| **Functional Area** | Clinical Operations | **Level** | **Exempt** | **Non-Exempt** |
| **Report To Job Title** | Mgr of Clinical Operations | **Level 0** | ☐ | ☐ |
| **# of Direct Reports** | ☑ 0 ☐ 1-5 ☐ 6-25 ☐ 26+ | **Level 1** | ☑ | ☐ |
| | | **Level 2** | ☑ | ☐ |
| | | **Level 3** | ☑ | ☐ |
| | | **Level 4** | ☐ | ☐ |
| | | **Level 5** | ☐ | ☐ |

## 1.0 General Summary

| |
|---|
| The Clinical Research Associate (CRA) will monitor the progress of clinical studies at investigative sites or remotely, and ensure clinical trials are conducted, recorded, and reported in accordance with the protocol, standard operating procedures (SOPs), ICH-GCP, and all applicable regulatory requirements. |

## 2.0 Accountabilities

- The following charts are used to distinguish the differences between each level in a PRA job family.
- The separate categories or job factors typically define job level differences.
- It is not necessary that all PRA jobs have levels 0 ? 5.

| Job Level | Accountabilities (Responsibilities) |
|---|---|
| **Level 1 (Entry Level)** | • Implements and monitors clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH-GCP guidelines<br>• Assesses the qualification of potential investigative sites, initiates clinical trials at investigative sites, instructs site personnel on the proper conduct of clinical trials, and close clinical trials at investigative sites<br>• Reviews and verifies accuracy of clinical trial data collected, either onsite or remotely<br>• Provides regular site status information to team members, trial management, and updates trial management tools<br>• Completes monitoring activity documents as required by PRA SOPs or other contractual obligations<br>• Works closely with other clinical team members to facilitate timely resolution of trial and/or clinical issues<br>• Escalates site and trial related issues per PRA SOPs, until identified issues are resolved or closed<br>• Performs essential document site file reconciliation<br>• Performs source document verification and query resolution<br>• Assesses IP accountability, dispensation, and compliance at the investigative sites<br>• Verifies Serious Adverse Event (SAE) reporting according to trial specifications and ICH-GCP guidelines<br>• Communicates with investigative sites<br>• Updates applicable tracking systems<br>• Ensures all required training is completed and documented<br>• Serves as observation visit leader |


PRA is an EEO/AA employer and is committed to providing opportunities to minorities, women, veterans, and individuals with disabilities.

| Job Level | Accountabilities (Responsibilities) |
|---|---|
| | • Facilitates audit s and audit resolution |
| **Level 2 (Career, Fully Experienced Level)** | • Implements and monitors clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH-GCP guidelines<br>• Assesses the qualification of potential investigative sites, initiates clinical trials at investigative sites, instructs site personnel on the proper conduct of clinical trials, and close clinical trials at investigative sites<br>• Reviews and verifies accuracy of clinical trial data collected, either onsite or remotely<br>• Provides regular site status information to team members, trial management, and updates trial management tools<br>• Completes monitoring activity documents as required by PRA SOPs or other contractual obligations<br>• Works closely with other clinical team members to facilitate timely resolution of trial and/or clinical issues<br>• Escalates site and trial related issues per PRA SOPs, until identified issues are resolved or closed<br>• Performs essential document site file reconciliation<br>• Performs source document verification and query resolution<br>• Assesses IP accountability, dispensation, and compliance at the investigative sites<br>• Verifies Serious Adverse Event (SAE) reporting according to trial specifications and ICH-GCP guidelines<br>• Communicates with investigative sites<br>• Updates applicable tracking systems<br>• Ensures all required training is completed and documented<br>• Serves as observation visit leader<br>• Facilitates audit s and audit resolution<br><br>• Mentors junior level CRAs and serves as a resource for new employees<br>• Serves as observation and performance visit leader<br>• May be assigned additional Clinical Operations tasks<br>• May serve as a resource for and interact with other functional areas to resolve site issues and facilitate trial timelines<br>• May be assigned clinical tasks where advanced negotiating skills are required |
| **Level 3 (Advanced Level)** | Same as level 1 & 2 |

| Job Level | Accountabilities (Responsibilities) |
|---|---|
| | • If responsible for supervising other CRAs: Schedules and reviews trial tasks, provides leadership in the delivery of services to clients, ensures that staff fulfill their responsibilities in accordance with PRA's policies, procedures, and SOPs, and ensures HR processes are properly implemented<br>• Serves as a Preceptor for new CRAs participating in the CRA Bridge Program<br>• Functions independently with minimal oversight required<br>• May serve as subject matter expert for CTM on monitoring related activities<br>• May be assigned to complex studies and/or sites<br>• Provides leadership skills to assigned projects and within the Clinical Operations department |

## 3.0 Job Factors (Knowledge, Skills and Abilities)

| Job Level | Applied Knowledge Skills | Problem solving Fact Finding Analysis | Impact | Supervision Given / Received |
|---|---|---|---|---|
| **Level 1 (Entry Level)** | • Applies knowledge of PRA's policies and procedures<br>• Demonstrates excellent written and oral communication<br>• Demonstrates excellent knowledge of ICH/GCP<br>• Displays ability to manage investigative sites to facilitate trial deliverables<br>• Demonstrates ability to escalate | • Confirms investigative sites are appropriately utilizing protocol and trial process for trial conduct<br>• Confirms investigative sites are following ICH/GCP<br>• Demonstrates trial system compliance and skills<br>• Resolves investigative site issues related to trial. May seek assistance from | • Failure to adequately monitor and manage the investigative site could result is endangerment of subjects, safety, non-evaluable data, and failure to meet project timelines. | • Supervision under the guidance of functional manager, CTM and /or tenured CRAs. Limited/minimal instruction needed on routine work. |

| Job Level | Applied Knowledge Skills | Problem solving Fact Finding Analysis | Impact | Supervision Given / Received |
|---|---|---|---|---|
| | issues appropriately<br>• Conducts monitoring to confirm subject safety and data ntegrity<br>• Describes and demonstrates the principals of IP accountability<br>• Identifies scientific misconduct at the site level<br>• Demonstrates working knowledge of Microsoft Office applications, Clinical Trial Management Systems, IVRS/IWRS and Electronic Data Capture platforms | peers, quality assurance, team lead, project management, subject matter experts and functional management to resolve more complex and difficult issues<br>• Utilizes PRA systems to analysis investigative site metrics (i.e. backlog, enrollment, protocol deviations, and audits.) to appropriately manage the site | | |
| **Level 2 (Career, Fully Experienced Level)** | • Applies knowledge of PRA's policies and procedures<br>• Demonstrates excellent written and oral communication | • Confirms investigative sites are appropriately utilizing protocol and trial process for trial conduct | • Failure to adequately monitor and manage the investigative site could result is endangerment of subjects, safety, | • Independently performs Investigative site monitoring and management |

| Job Level | Applied Knowledge Skills | Problem solving Fact Finding Analysis | Impact | Supervision Given / Received |
|---|---|---|---|---|
| | • Demonstrates excellent knowledge of ICH/GCP<br>• Displays ability to manage investigative sites to facilitate trial deliverables<br>• Demonstrates ability to escalate issues appropriately<br>• Conducts monitoring to confirm subject safety and data ntegrity<br>• Describes and demonstrates the principals of IP accountability<br>• Identifies scientific misconduct at the site level<br>• Demonstrates working knowledge of Microsoft Office applications, Clinical Trial Management Systems, IVRS/IWRS and Electronic Data Capture platforms | • Confirms investigative sites are following ICH/GCP<br>• Demonstrates trial system compliance and skills<br>• Resolves investigative site issues related to trial. May seek assistance from peers, quality assurance, team lead, project management, subject matter experts and functional management to resolve more complex and difficult issues<br>• Utilizes PRA systems to analysis investigative site metrics (i.e. backlog, enrollment, protocol deviations, and audits.) to appropriately manage the site<br>• Demonstrates capability to conduct delegated CTM tasks | non-evaluable data, and failure to meet trial timelines. | • Limited/minimal supervision needed to perform delegated CTM tasks |

| Job Level | Applied Knowledge Skills | Problem solving Fact Finding Analysis | Impact | Supervision Given / Received |
|---|---|---|---|---|
| | • Mentors CRAs new to the position or company<br>• Serves as an observation visit leader<br>• Conducts monitoring evaluation visits<br>• Assists team lead in the development of trial tools or documents | • Volunteers and actively participates in task forces for improvement/change | | |
| **Level 3 (Advanced Level)** | • Applies knowledge of PRA's policies and procedures<br>• Demonstrates excellent written and oral communication<br>• Demonstrates excellent knowledge of ICH/GCP<br>• Displays ability to manage investigative sites to facilitate trial deliverables<br>• Demonstrates ability to escalate issues appropriately | • Confirms investigative sites are appropriately utilizing protocol and trial process for trial conduct<br>• Confirms investigative sites are following ICH/GCP<br>• Demonstrates trial system compliance and skills<br>• Resolves investigative site issues related to trial. May seek assistance from peers, quality assurance, team lead, project management, | • Failure to adequately monitor and manage the investigative site could result is endangerment of subjects, safety, non-evaluable data, and failure to meet trial timelines. | • Independently performs Investigative site monitoring and management<br>• Limited/minimal supervision needed to perform delegated CTM tasks |

| Job Level | Applied Knowledge Skills | Problem solving Fact Finding Analysis | Impact | Supervision Given / Received |
|---|---|---|---|---|
| | • Conducts monitoring to confirm subject safety and data ntegrity<br>• Describes and demonstrates the principals of IP accountability<br>• Identifies scientific misconduct at the site level<br>• Demonstrates working knowledge of Microsoft Office applications, Clinical Trial Management Systems, IVRS/IWRS and Electronic Data Capture platforms<br>• Mentors CRAs new to the position or company<br>• Serves as an observation visit leader<br>• Conducts monitoring evaluation visits<br>• Assists team lead in the development of trial tools or documents | subject matter experts and functional | | |

| Job Level | Applied Knowledge Skills | Problem solving Fact Finding Analysis | Impact | Supervision Given / Received |
|---|---|---|---|---|
| | • Assists with CTM tasks<br>• Participates in the development of process changes/improvements<br>• Presents at client meetings/Investigator meetings<br>• Provides training to trial teams | management to resolve more complex and difficult issues<br>• Utilizes PRA systems to analysis investigative site metrics (i.e. backlog, enrollment, protocol deviations, and audits.) to appropriately manage the site<br>• Demonstrates capability to conduct delegated CTM tasks<br>• Volunteers and actively participates in task forces for improvement/change | | |

## 4.0 Minimum Qualifications

| Job Level | Education* | Experience* | Preferred Education and/or Experience |
|---|---|---|---|
| **Level 1 (Entry Level)** | • Undergraduate degree or its international equivalent in clinical, science, or health-related field | • Read, write and speak fluent English; fluent in host country language required. | • Clinical research experience |

| Job Level | Education* | Experience* | Preferred Education and/or Experience |
|---|---|---|---|
| | from an accredited institution; a licensed health-care professional (i.e., registered nurse); or equivalent work experience required | | • Knowledge of ICH and local regulatory authority regulations regarding drug<br>• An advanced degree (e.g., M.S., M.B.A., PharmD, etc) |
| **Level 2 (Career, Fully Experienced Level)** | • Undergraduate degree or its international equivalent in clinical, science, or health-related field from an accredited institution; a licensed health-care professional (i.e., registered nurse); or equivalent work experience required | • Read, write and speak fluent English; fluent in host country language required.<br>• 2+ years of clinical monitoring experience required<br>• Knowledge of ICH and local regulatory authority regulations regarding drug | • Clinical research experience<br>• Knowledge of ICH and local regulatory authority regulations regarding drug<br>• An advanced degree (e.g., M.S., M.B.A., PharmD, etc)<br>• Experience in monitoring all trial components (PSSV to COV)<br>• Experience in coaching/mentoring other CRAs |
| **Level 3 (Advanced Level)** | • Undergraduate degree or its international equivalent in clinical, science, or health-related field from an accredited institution; a licensed health-care professional (i.e., registered nurse); or equivalent work experience required | • Read, write and speak fluent English; fluent in host country language required.<br>• Knowledge of ICH and local regulatory authority regulations regarding drug<br>• 5+ years of clinical monitoring experience required | • Clinical research experience<br>• Knowledge of ICH and local regulatory authority regulations regarding drug<br>• An advanced degree (e.g., M.S., M.B.A., PharmD, etc)<br>• Experience in monitoring complex trials<br>• Participation in departmental initiatives |

* or, an equivalent combination of education and experience sufficient to successfully perform the key responsibilities of the job.

## 5.0 Working Conditions

| Travel | Lifting | Other |
|---|---|---|
| ☐ Less than 10% | ☐ No Significant Lifting | ☐ Not Applicable |
| ☐ 10% - 20% | ☑ Lifting up to 25 lbs. | ☑ Sitting for long periods |
| ☐ 20% - 30% | ☐ Lifting up to 50 lbs. | ☑ Computer work for long periods |
| ☑ More than 30% | ☐ Lifting up to 75 lbs. | ☐ Possible exposure to infectious agents |
| | | ☐ Working with radioactive materials |

## 6.0 Document History

| Effective Date | Version | Modified/Reviewed By | Brief Summary of Changes (if created from a template, include template code) |
|---|---|---|---|
| 01-Aug-2017 | F | Anne-Marie Laster<br>Jana Westbrook | Updated working conditions |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

September 17, 2020

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268

Dear Mr. Ghous Khan:

This letter is in regards to your claim for Long Term Disability benefits.

As of the date of this letter we are in receipt of your claim forms; however, the required office and treatment notes have still not been received. Please note that the due date for this information is October 09, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Attachments: 10420268-ACKNOWLEDGE-NEW CLAIM-08.26.2020

From: LFGNotifications@LFG.com
Sent: Wednesday, August 26, 2020 1:49:38 PM
To:
CC:
BCC:
Subject: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan
Attachments: 5uequg95pgndsliyjvua_8919619.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

August 26, 2020

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 10420268 and 9878561

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since June 3, 2020. Should your disability continue through the maximum benefit date, STD benefits are payable through September 22, 2020.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under PRA Health Sciences's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

PRA Health Sciences's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

> ***Notice and Proof of Claim***
>
> ***1. Notice***
>
> *a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 180 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On August 26, 2020, we requested office and treatment notes from Dr. Blum, Dr. Dickson and Sterling Physical Therapy for the period of July 14, 2020 through the present. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from July 14, 2020 through the present from Dr. Blum, Dr. Dickson and Sterling Physical Therapy .

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Authorization
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that

we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

PRA Health Sciences's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 9, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson ____________________



EMPLOYEE/CLAIMANT NAME: Ghous Khan ____________________

CLAIM NO: 10420268 ____________ DATE OF BIRTH: ________

EMPLOYER/SPONSOR: PRA Health Sciences ____________________

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children? ____________________

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: __ ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

**EMPLOYEE/CLAIMANT NAME:** Ghous Khan **CLAIM #:** 10420268
**EMPLOYER:** PRA Health Sciences **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____

**DATE:** ____ **EMPLOYEE'S SIGNATURE:** ____

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: _

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ______

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department:______________________ From: _________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

4. Company: ______________________ Department:______________________ From: _________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

5. Company: ______________________ Department:______________________ From: _________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understaud** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: __ ________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson



EMPLOYEE/CLAIMANT NAME: Ghous Khan

CLAIM NO: 10420268 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: PRA Health Sciences

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 1-2 hours stand 10-15 minutes walk 5-10 minutes

How many hours a day do you:

sit 2-3 hours stand 50-60 minutes walk 20-30 minutes

Do you take a nap during the day?

Yes Yes No ______

If Yes, for how long? 20-30 minutes At what time of the day? afternoon

How many hours a day do you spend in bed? 8-10 hours

Do you require any assistive devices such as a:

cane Yes walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 50-60 minutes

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 30-35 minutes

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
In person, email, phone

Do you have children?

Yes X No ______ If Yes, what are their dates of birth 1- 02/05/1988, 2- 01/10/1991, 3- 01/22/1994

Do you need help caring for your children?

Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 3-4 times/week

On the weekends? 1-2 times

How often do you run errands? 2-3 times/week

Please describe what errands you most commonly run: Pharmacy, bank, hair dresser

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? 1-2 times/week

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes X No ____

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:

X Pay bills ____ Read news/articles X Use search engines X Send emails

____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: Print required documents

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Wife | |
| Carrying groceries into the house | Self | Yes |
| Cooking meals | Wife | |
| Cleaning after meals | Self | Yes |
| Cleaning bathrooms | Wife | |
| Vacuuming | Wife | |
| Doing the laundry | Self | Yes |
| Opening and responding to mail | Self | No |
| Managing your finances | Self | No |
| Balancing your checkbook | Self | Yes |
| Bathing yourself | Self | No |
| Styling your own hair | Self | No |
| Getting dressed | Self | No |
| Going up and down stairs | Self | Yes |

Have you been confined to a hospital within the last 12 months? Yes X No ____

If Yes, please provide reason and hospital contact Information:
5/27/2020-Right knee replacement (Henry Blum, MD) 6/9/2020-post operative knee infection and complications (Henry Blum, MD)
6/23/2020-6/29/2020-Knee infection/complication management-Houston Lee Braly II, MD(Memorial Herman Hospital Sugar Land
6/29/2020-7/5/2020-Complication of internal fixation device-aspiration and fluoroscopic examination (Methodist Hospital-Kyle Dickson, MD)

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? While employed-twice/year. Airline and automobile travel.

Where do you go? How do you get there (transportation method)? Airline and automobile

Are you able to pursue your hobbies? Yes X No

If Yes, please describe Drawing and painting

Do you participate in an exercise program? Yes X No

If Yes, please describe Physical therapy and home exercises as instructed

Do you do any Volunteer work? Yes X No

If Yes:

how many hours per day? NA

how many hours per week? 1-2 hours

for whom? Community Health Clinic

Are you working for wages? Yes No X

If Yes, please provide employer's name Currently unemployed

**Describe in your own words, what prevents you from engaging in any gainful employment.**

As a Clinical Research Associate, travel requirement is about 80%. It is required to travel out of town 3-4 days/week. It requires airline and automobile travel to distant hospitals ans individual clinics and hotel stays. Therefore, hectic out of town airline travel and carrying luggage and office laptops is laborious.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Physical therapy 2-3 times a week and daily home exercises, emails, financial management, household work, continuing education and professional certification maintenance, literature review, drawing painting and family get together.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Zahida Syyeda (wife)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Ghous W Khan

Date: 27 AUG 2020

Signature: [signature]

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Henry J Blum, MD
Specialty: Orthopedic Surgeon
Address: 5420 West Loop South, Suite 3210
Bellaire, Texas 77401
Telephone No. :(713) 314-4585 Fax No. :(713) 314-4599

Name: Houston Lee Braly, MD
Specialty: Orthopedic Surgeon
Address: UT Physicians
Telephone No. :(713) 486-3550 Fax No. :( )

Name: Kyle Dickson, MD
Specialty: Orthopedic Surgeon
Address: 6560 Fannin, Suite 1016
Houston, TX 77030
Telephone No. :(713) 800-1080 Fax No. :( )

Name: Sterling Physical Therapy
Specialty:
Address: 1449 Highway 6, Suite 260
Sugar Land, TX 77478
Telephone No. :(281) 240-3140 Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: AETNA
Specialty:
Address: P.O. BOX 14079
LEXINGTON, KY 40512-4079
Telephone No. :(888) 850-2386 Fax No. :( )

Name: Community Health Choice
Specialty:
Address: PO Box 301412
Houston, TX 77230
Telephone No. :(713) 295-6704 Fax No. :( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 2103 Eldridge Road
Sugar Land, TX 77478
Telephone No. :(281) 240-0040 Fax No. :( )

Name: CVS Pharmacy
Specialty:
Address: 2102 Eldridge Road
Sugar Land, TX 77478
Telephone No. :(281) 242-2890 Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________ DATE: 27 AUG 2020

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

**EMPLOYEE/CLAIMANT NAME:** Ghous Khan **CLAIM #:** 10420268
**EMPLOYER:** PRA Health Sciences **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Khan, Ghous, W | | |
| Street Address | City | State / Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | Married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Zahida Sultana Syyeda | 3 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Salwa Ghous Khan Relationship to you? Daughter Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) None | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Ghous W Khan

**DATE:** 27 AUG 2020 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Zahida S Syyeda DOB: 02/02/1965

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Ghous W Khan Date: 27 AUG 2020

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: M.B;B.S MPH Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: Clinical Research Professional Certificate Program completed: CCRP, CCRA

Associates Degree: HSC College: number of years: 2

Bachelor's Degree: BA /BS Major: Medicine Graduate School: MA ☐ MS ☒ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): MBBS, CCRP, CCRA

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English Other language(s) spoken fluently: Urdu

Additional Skills, Hobbies & Volunteer Work Volunteer at Community Health Clinic

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below) Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years (add additional pages if needed for a complete work history).

1. Company: PRA Health Sciences Department: Clinical Development From: August 2018 To: May 2020
   Job Title(s): Sr. CRA
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH GCP guidelines.

2. Company: Pioneer Research Solutions Department: Quality Assurance From: April 2017 To: June 2018
   Job Title(s): Director Quality Assurance
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): To oversee the research related activities at the investigative sites and to assure and verify that the clinical trials are being conducted in compliance with Federal Regulations and protocol requirements; the rights and welfare of research subjects are being and continue to be protected

3. Company: Clinipace World Wide Department: Clinical Development From: January 2015 To: April 2017

Job Title(s): Sr. CRA

Supervisory Experience [X] Y [ ] N

Tasks/Duties (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH GCP guidelines.

4. Company: PRA Health Sciences Department: Clinical Development From: Nov 2008 To: Jan 2015

Job Title(s): Sr. CRA

Supervisory Experience [X] Y [ ] N

Tasks/Duties (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH GCP guidelines.

5. Company: Impulse Clinical Research Gp. Department: Clinical Development From: Jan 2006 To: Oct 2008

Job Title(s): Sr. CRA

Supervisory Experience [X] Y [ ] N

Tasks/Duties (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements & ICH-GCP guidelines.

**Computer Utilization:**

Computer Training/Courses, Certifications: MEDIDATA RAVE, Siebel Clinical CTMS, Clinphone

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | [X] | [X] | Graphics Software | [ ] | [ ] |
| Internet | [X] | [X] | Installation/Repair Hardware | [ ] | [ ] |
| Word Processing (MS Word) | [X] | [X] | Installation/Repair Programming | [ ] | [ ] |
| Spread Sheet (MS Excel) | [X] | [X] | Project Management | [ ] | [ ] |
| Database | [ ] | [ ] | Other: ______ | | |
| Photo Software | [ ] | [ ] | | | |

How much time is spent daily on your work computer? [ ] None [ ] 1-2 hours [ ] 2-3 hours [ ] 3+ hours

How much time is spent daily on your home computer? [ ] None [ ] 1-2 hours [X] 2-3 hours [ ] 3+ hours

Keyboarding/Typing Experience: [ ] Yes [X] No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: ______

| | |
|---|---|
| SIGNATURE: ______ | PHONE NO: ______ |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ____________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

**From:**Wilkinson, Caitlin M
**Sent:**Fri, 28 Aug 2020 12:08:48 +0000
**To:**Wilkinson, Caitlin M
**Subject:**FW: Completed forms_Ghous_claim 10420268 and 9878561
**Attachments:**19590527_Lincoln_GK_8.27.2020.pdf

Caitlin Wilkinson
LTD Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800.291.0112 Office
14118 Extension

LincolnFinancial.com

Follow us on:




https://pages.e2ma.net/pages/1807892/20932

This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy.

---

**From:** Ghous Khan <
**Sent:** Thursday, August 27, 2020 7:06 PM
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; Wilkinson, Caitlin M <Caitlin.Wilkinson@lfg.com>
**Subject:** Completed forms_Ghous_claim# 10420268 and 9878561

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson



EMPLOYEE/CLAIMANT NAME: Ghous Khan

CLAIM NO: 10420268 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: PRA Health Sciences

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 1-2 hours stand 10-15 minutes walk 5-10 minutes

How many hours a day do you:

sit 2-3 hours stand 50-60 minutes walk 20-30 minutes

Do you take a nap during the day?

Yes Yes No ______

If Yes, for how long? 20-30 minutes At what time of the day? afternoon

How many hours a day do you spend in bed? 8-10 hours

Do you require any assistive devices such as a:

cane Yes walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 50-60 minutes

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 30-35 minutes

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

In person, email, phone

Do you have children?

Yes X No ______ If Yes, what are their dates of birth 1- 02/05/1988, 2- 01/10/1991, 3- 01/22/1994

Do you need help caring for your children?

Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 3-4 times/week

On the weekends? 1-2 times

How often do you run errands? 2-3 times/week

Please describe what errands you most commonly run: Pharmacy, bank, hair dresser

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? 1-2 times/week

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes X No ____

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles X Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: Print required documents

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
| --- | --- | --- |
| Grocery Shopping | Wife | |
| Carrying groceries into the house | Self | Yes |
| Cooking meals | Wife | |
| Cleaning after meals | Self | Yes |
| Cleaning bathrooms | Wife | |
| Vacuuming | Wife | |
| Doing the laundry | Self | Yes |
| Opening and responding to mail | Self | No |
| Managing your finances | Self | No |
| Balancing your checkbook | Self | Yes |
| Bathing yourself | Self | No |
| Styling your own hair | Self | No |
| Getting dressed | Self | No |
| Going up and down stairs | Self | Yes |

Have you been confined to a hospital within the last 12 months? Yes X No ____

If Yes, please provide reason and hospital contact Information:
5/27/2020-Right knee replacement (Henry Blum, MD) 6/9/2020-post operative knee infection and complications (Henry Blum, MD)
6/23/2020-6/29/2020-Knee infection/complication management-Houston Lee Braly II, MD(Memorial Herman Hospital Sugar Land
6/29/2020-7/5/2020-Complication of internal fixation device-aspiration and fluoroscopic examination (Methodist Hospital-Kyle Dickson, MD)

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? While employed-twice/year. Airline and automobile travel.

Where do you go? How do you get there (transportation method)? Airline and automobile

Are you able to pursue your hobbies? Yes X No ____

If Yes, please describe Drawing and painting

Do you participate in an exercise program? Yes X No ____

If Yes, please describe Physical therapy and home exercises as instructed

Do you do any Volunteer work? Yes X No ____

If Yes:

how many hours per day? NA

how many hours per week? 1-2 hours

for whom? Community Health Clinic

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name Currently unemployed

**Describe in your own words, what prevents you from engaging in any gainful employment.**

As a Clinical Research Associate, travel requirement is about 80%. It is required to travel out of town 3-4 days/week.

It requires airline and automobile travel to distant hospitals ans individual clinics and hotel stays. Therefore, hectic out of town airline travel and carrying luggage and office laptops is laborious.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Physical therapy 2-3 times a week and daily home exercises, emails, financial management, household work, continuing education and professional certification maintenance, literature review, drawing painting and family get together.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Zahida Syyeda (wife)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Ghous W Khan

Date: 27 AUG 2020

Signature: [signature]

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Henry J Blum, MD
Specialty: Orthopedic Surgeon
Address: 5420 West Loop South, Suite 3210
Bellaire, Texas 77401
Telephone No.: (713) 314-4585 Fax No.: (713) 314-4599

Name: Houston Lee Braly, MD
Specialty: Orthopedic Surgeon
Address: UT Physicians
Telephone No.: (713) 486-3550 Fax No.: ( )

Name: Kyle Dickson, MD
Specialty: Orthopedic Surgeon
Address: 6560 Fannin, Suite 1016
Houston, TX 77030
Telephone No.: (713) 800-1080 Fax No.: ( )

Name: Sterling Physical Therapy
Specialty:
Address: 1449 Highway 6, Suite 260
Sugar Land, TX 77478
Telephone No.: (281) 240-3140 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: AETNA
Specialty:
Address: P.O. BOX 14079
LEXINGTON, KY 40512-4079
Telephone No.: (888) 850-2386 Fax No.: ( )

Name: Community Health Choice
Specialty:
Address: PO Box 301412
Houston, TX 77230
Telephone No.: (713) 295-6704 Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 2103 Eldridge Road
Sugar Land, TX 77478
Telephone No.: (281) 240-0040 Fax No.: ( )

Name: CVS Pharmacy
Specialty:
Address: 2102 Eldridge Road
Sugar Land, TX 77478
Telephone No.: (281) 242-2890 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________ DATE: 27 AUG 2020

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

**EMPLOYEE/CLAIMANT NAME:** Ghous Khan **CLAIM #:** 10420268
**EMPLOYER:** PRA Health Sciences **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Khan, Ghous, W | | |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Zahida Sultana Syyeda | 3 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Salwa Ghous Khan Relationship to you? Daughter Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) None | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Ghous W Khan

**DATE:** 27 AUG 2020 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Zahida S Syyeda DOB: 02/02/1965

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Ghous W Khan Date: 27 AUG 2020

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: M.B;B.S MPH Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: Clinical Research Professional Certificate Program completed: CCRP, CCRA

Associates Degree: HSC College: number of years: 2

Bachelor's Degree: BA /BS Major: Medicine Graduate School: MA ☐ MS ☒ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): MBBS, CCRP, CCRA

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English Other language(s) spoken fluently: Urdu

Additional Skills, Hobbies & Volunteer Work Volunteer at Community Health Clinic

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below) Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years (add additional pages if needed for a complete work history).

1. Company: PRA Health Sciences Department: Clinical Development From: August 2018 To: May 2020
   Job Title(s): Sr. CRA
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH GCP guidelines.

2. Company: Pioneer Research Solutions Department: Quality Assurance From: April 2017 To: June 2018
   Job Title(s): Director Quality Assurance
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): To oversee the research related activities at the investigative sites and to assure and verify that the clinical trials are being conducted in compliance with Federal Regulations and protocol requirements; the rights and welfare of research subjects are being and continue to be protected

3. Company: Clinipace World Wide Department: Clinical Development From: January 2015 To: April 2017
Job Title(s): Sr. CRA
Supervisory Experience [X] Y [ ] N
Tasks/Duties (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH GCP guidelines.

4. Company: PRA Health Sciences Department: Clinical Development From: Nov 2008 To: Jan 2015
Job Title(s): Sr. CRA
Supervisory Experience [X] Y [ ] N
Tasks/Duties (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements and ICH GCP guidelines.

5. Company: Impulse Clinical Research Gp. Department: Clinical Development From: Jan 2006 To: Oct 2008
Job Title(s): Sr. CRA
Supervisory Experience [X] Y [ ] N
Tasks/Duties (please be specific): Implement and monitor clinical trials to ensure sponsor and investigator obligations are being met and are compliant with applicable local regulatory requirements & ICH-GCP guidelines.

**Computer Utilization:**

Computer Training/Courses, Certifications: MEDIDATA RAVE, Siebel Clinical CTMS, Clinphone

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | [X] | [X] | Graphics Software | [ ] | [ ] |
| Internet | [X] | [X] | Installation/Repair Hardware | [ ] | [ ] |
| Word Processing (MS Word) | [X] | [X] | Installation/Repair Programming | [ ] | [ ] |
| Spread Sheet (MS Excel) | [X] | [X] | Project Management | [ ] | [ ] |
| Database | [ ] | [ ] | Other: ______ | | |
| Photo Software | [ ] | [ ] | | | |

How much time is spent daily on your work computer? [ ] None [ ] 1-2 hours [ ] 2-3 hours [ ] 3+ hours

How much time is spent daily on your home computer? [ ] None [ ] 1-2 hours [X] 2-3 hours [ ] 3+ hours

Keyboarding/Typing Experience: [ ] Yes [X] No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: ______

| | |
|---|---|
| SIGNATURE: [signature] | PHONE NO: ______ |

**From:**Ghous Khan <
**Sent:**Thu, 27 Aug 2020 23:05:50 +0000
**To:**DisabilityDocuments;Wilkinson, Caitlin M
**Subject:**Completed forms_Ghous_claim 10420268 and 9878561
**Attachments:**19590527_Lincoln_GK_8.27.2020.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Wilkinson,

Attached, please find the completed documents. Please let me know if you need any other information or have any questions.

Kind regards,
Ghous Khan

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Ghous W Khan

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature] Date: 27 AUG 2020

Date of Birth: ______ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

| | |
|---|---|
| Date: | August 26, 2020 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | |
| Fax: | (281) 605-5075 |
| From: | Caitlin Wilkinson<br>Ltd Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-7830 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

August 26, 2020

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 14, 2020 through the present

We ask that you provide this information by September 2, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7830 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

| | |
|---|---|
| Date: | August 26, 2020 |
| To: | STERLING PHYSICAL THERAPY AND WELLNESS |
| Attn: | |
| Fax: | (281) 605-5075 |
| From: | Caitlin Wilkinson<br>Ltd Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-7830 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

August 26, 2020

Sterling Physical Therapy and Wellness

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 14, 2020 through the present

We ask that you provide this information by September 2, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7830 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

| | |
|---|---|
| Date: | August 26, 2020 |
| To: | HENRY BLUM |
| Attn: | |
| Fax: | (713) 383-1473 |
| From: | Caitlin Wilkinson<br>Ltd Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-7830 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

August 26, 2020

Henry Blum

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 14, 2020 through the present

We ask that you provide this information by September 2, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7830 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

| | |
|---|---|
| Date: | August 26, 2020 |
| To: | KYLE DICKSON |
| Attn: | |
| Fax: | (713) 800-1081 |
| From: | Caitlin Wilkinson<br>Ltd Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-7830 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 10420268<br>Claimant: Ghous Khan<br><br>PRA Health Sciences | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

August 26, 2020

Kyle Dickson

RE: Long Term Disability (LTD) Benefits
PRA Health Sciences
Claim #: 10420268
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Kyle Dickson:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 14, 2020 through the present

We ask that you provide this information by September 2, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7830 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

From: LFGNotifications@LFG.com
Sent: Wednesday, August 26, 2020 1:49:38 PM
To:
CC:
BCC:
Subject: [Send Secure]PRA Health Sciences Claim No. 10420268 Ghous Khan
Attachments: 5uequg95pgndsliyjvua_8919619.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

August 26, 2020

Mr. Ghous W. Khan

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 10420268 and 9878561

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since June 3, 2020. Should your disability continue through the maximum benefit date, STD benefits are payable through September 22, 2020.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under PRA Health Sciences's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

PRA Health Sciences's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 180 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On August 26, 2020, we requested office and treatment notes from Dr. Blum, Dr. Dickson and Sterling Physical Therapy for the period of July 14, 2020 through the present. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from July 14, 2020 through the present from Dr. Blum, Dr. Dickson and Sterling Physical Therapy .

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Authorization
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that

we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

PRA Health Sciences's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 9, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Wilkinson
Ltd Specialist I
Phone No.: (800) 291-0112 Ext. 14118
Secure Fax No.: (603) 334-7830

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson ______



EMPLOYEE/CLAIMANT NAME: Ghous Khan ______

CLAIM NO: 10420268 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: PRA Health Sciences ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®



How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ___________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |
| Managing your finances | ____________ | ____________ |
| Balancing your checkbook | ____________ | ____________ |
| Bathing yourself | ____________ | ____________ |
| Styling your own hair | ____________ | ____________ |
| Getting dressed | ____________ | ____________ |
| Going up and down stairs | ____________ | ____________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________________________

______________________________________________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ________________________________ Relationship ____________________

Signature of claimant or legal representative ________________________________________ Date: ______________________

Date of Birth: ____________________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return To:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

**EMPLOYEE/CLAIMANT NAME:** Ghous Khan **CLAIM #:** 10420268
**EMPLOYER:** PRA Health Sciences **DATE OF BIRTH:**_________

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

**Return to:** Caitlin Wilkinson

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

EMPLOYEE/CLAIMANT NAME: Ghous Khan
CLAIM NO: 10420268
EMPLOYER/SPONSOR: PRA Health Sciences DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department:______________________ From: _________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

4. Company: ______________________ Department:______________________ From: _________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

5. Company: ______________________ Department:______________________ From: _________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7830

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 10420268

**A copy of this authorization will be considered as valid as the original**

5/27/2020

MEMORIAL HERMANN
Orthopedic and Spine Hospital

Patient: **GHOUS W KHAN**

## PATIENT DISCHARGE INSTRUCTIONS

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | |
|---|---|
| Admit Date: | 05/27/2020 |
| Discharge Date: | 05/27/2020 |
| Discharge Physician: | Blum, Henry Jacob MD |
| Test Results Pending: | None |

**MEDICATIONS:** Please see attached Home Medication Form

**Home Care Instructions:**

Diet: Regular Diet

Activity: See special instructions –patient

Special Instructions: elevate; ice; HEP; ASA 81 bid

Please contact your physician if any of the following:

- Bleeding
- Shortness of Breath
- Signs of Infection
- Fever

Please notify your physician with any questions or comments.

**HOME CARE SERVICES:**

If you have any questions or concerns regarding your Home Health services, please call the agency numbers provided to you or contact Memorial Hermann Home Health at 800–583–0326.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Henry Jacob Blum | Call for Appointment | Post Op Visit | 2 Weeks | (713) 486–3550 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Henry Jacob Blum | Orthopedic Surgery | (713) 486–3550 |
| SALIM GOPALANI | General Medicine, Medicine | (713) 802–9024 |
| Jason Joseph Thomas | Hospitalist Internal Medicine | (713) 704–9389 |

**Patient Education Materials Provided this Visit**

Benign Prostatic Hyperplasia
MHOSH General Postoperative Instructions (Custom)
Total Knee Replacement, Discharge Instructions
Discharge Instructions Preventing the Spread of Coronavirus Disease 2019 in Homes (Custom)

Blum, Henry Jacob MD
Physician E–Signature

05/27/2020 08:26
Time Stamp

6/22/2020

MEMORIAL HERMANN
Sugar Land

Patient: **GHOUS W KHAN**

**PATIENT DISCHARGE INSTRUCTIONS**

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | |
|---|---|
| Admit Date: | 06/22/2020 |
| Discharge Date: | 06/22/2020 |
| Discharge Physician: | Barge, Jaideep U MD |
| Test Results Pending: | 06/22/20 PICC replace w/o port/pump same access V Barge, Jaideep U MD |

**MEDICATIONS:** Please see attached Home Medication Form

**Home Care Instructions:**

Diet: Regular Diet

Activity: No restrictions

Please contact your physician if any of the following:
- Signs of Infection
- Fever
- Bleeding
- Pain

Please notify your physician with any questions or comments.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Jaideep U Barge | Call for Appointment | As Needed | As Needed | (713) 242-4046 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Jaideep U Barge | Diagnostic Radiology | (713) 242-4046 |
| Kevin G Garnepudi | Infectious Disease | (281) 609-4011 |

**Patient Education Materials Provided this Visit**

Fall Prevention
Changing the Dressing on Your Peripherally Inserted Central Catheter (PICC), Discharge Instructions
Caring for Your Peripherally Inserted Central Catheter (PICC), Discharge Instructions

Barge, Jaideep U MD
Physician E-Signature

06/22/2020 10:30
Time Stamp

6/23/20-6/29/20

MEMORIAL HERMANN
Sugar Land

Patient: **GHOUS W KHAN**

## PATIENT DISCHARGE INSTRUCTIONS

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | |
|---|---|
| Admit Date: | 06/23/2020 |
| Discharge Date: | 06/29/2020 |
| Discharge Physician: | Afshar, Amir MD |
| Test Results Pending: | None |

**MEDICATIONS:** Please see attached Home Medication Form

**Home Care Instructions:**

Diet: Heart Healthy Diet

Activity: No restrictions

Please contact your physician if any of the following:
- Fever

Please notify your physician with any questions or comments.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Amir Afshar | Call for Appointment | Primary Care Physician follow up | 2 Days | (281) 725-5026 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Amir Afshar | Hospitalist Internal Medicine, Medicine | (281) 725-5026 |
| Irma Alejandra Alarcon Najera | Infectious Disease, Medicine | (832) 886-4994 |
| Sarfraz Aly | Medicine | (832) 886-4994 |
| Nalini Balachandran | Family Practice | (281) 277-9800 |
| Arvind Bhandari | Oncology | (281) 277-5200 |
| Meghana S Bhandari | Hematology, Oncology | (281) 277-5200 |
| Henry Jacob Blum | Orthopedic Surgery | (713) 486-3550 |
| Houston Lee Braly II | Orthopedic Surgery | (713) 486-3550 |
| Michael Christopher Greaser | Orthopedic Surgery | (713) 486-7500 |
| Humayun Mirza | Cardiology | (713) 464-7040 |
| Ivan Enrique Mok | Hospitalist Internal Medicine, Medicine | (281) 725-5026 |
| Swathi Murali | Hospitalist Internal Medicine | (281) 725-5026 |
| Thomas Anthony Williams | Emergency Medicine | (713) 842-7831 |

**Patient Education Materials Provided this Visit**

Smoking Cessation
Deep Vein Thrombosis, Discharge Instructions
Total Knee Replacement
Total Knee Replacement, Discharge Instructions
Handwashing: Tips for Patients, Family, and Friends

MEMORIAL HERMANN
Sugar Land
Understanding Sepsis

Patient: **GHOUS W KHAN**

Afshar, Amir MD
Physician E-Signature

06/29/2020 15:31
Time Stamp

HOUSTON Methodist LEADING MEDICINE

**AFTER VISIT SUMMARY**

**Discharge Instructions**

Ghous Wahab Khan

**Date of Birth:**

**CSN:** 2100080841500

The information in this after visit summary is up to date as of: 7/5/20 12:15 PM.

# AVS AND DISCHARGE INSTRUCTIONS

**Ghous W. Khan** Date of birth: CSN: 2100080841500
HMH DUNN 7E 713-441-2076 6/29/2020 - 7/5/2020 Complication of internal fixation device of bone of extremity, initial encounter

## Instructions

**Need Help?**
Call physician for:
Temperature greater than 100.5

Call physician for:
Temperature greater than 100.5

## Reason for Hospitalization

Your primary diagnosis was: Complication of Internal Fixation Device of Bone of Extremity, Initial Encounter

## You are allergic to the following

Date Reviewed: **7/1/2020**

| Allergen | Reactions |
|---|---|
| **Cefepime** | Rash |

## Current Immunizations

No immunizations on file.

**Activity instructions**
Activity as tolerated

**Diet instructions**
Discharge Diet
Discharge Diet: Regular

Discharge Diet- Regular
Discharge Diet: Regular

## Care Providers

Chat With All

| Provider | Role | Specialty | Primary office phone |
|---|---|---|---|
| Asbury, James F., MD | Attending Provider | Hospitalist Medicine | 713-805-3811 |
| Goins, William Post II, MD | Consulting Physician | Infectious Diseases | 713-791-1020 |

## Your Next Steps

**Ask**

☐ Ask how to get these medications
- HYDROcodone-acetaminophen

**Do**

☐ Pick up 8 medications from any pharmacy with your printed prescription

☐ Follow-up with primary care physician
Next steps: Follow up

☐ Follow up with James F. Asbury, MD
Specialty: Hospitalist Medicine
2617 C West Holcombe
Suite 431
Houston TX 77025
713-805-3811

☐ Follow up with No Pcp Asked
01752

☐ Follow up with Kyle F. Dickson, MD
Specialty: Orthopedic Surgery
6560 Fannin
Suite 1016
Houston TX 77030
713-800-1080

☐ Follow-up with primary care physician
Next steps: Follow up

☐ Follow up with Kyle F. Dickson, MD
Specialty: Orthopedic Surgery
6560 Fannin
Suite 1016
Houston TX 77030
713-800-1080

## Pending Labs

| Order | Current Status |
|---|---|
| AFB culture | Preliminary result |
| Anaerobic culture | Preliminary result |
| Fungus culture | Preliminary result |
| Joint fluid culture | Preliminary result |

## What's Next

**Follow up with Follow-up with primary care physician**

| | |
|---|---|
| **Follow up with James F. Asbury, MD** | 2617 C West Holcombe<br>Suite 431<br>Houston TX 77025<br>713-805-3811 |
| **Follow up with No Pcp Asked** | 01752 |
| **Follow up with Kyle F. Dickson, MD**<br>Follow up 1- 2 weeks, call and made appointment | 6560 Fannin<br>Suite 1016<br>Houston TX 77030<br>713-800-1080 |

**Follow up with Follow-up with primary care physician**

| | |
|---|---|
| **Follow up with Kyle F. Dickson, MD**<br>Follow up in one to two weeks , call to scheduled an appiontment | 6560 Fannin<br>Suite 1016<br>Houston TX 77030<br>713-800-1080 |

# Procedures and tests performed during your visit

OR FL > I Hour
XR Chest 1 Vw Portable
XR Knee 3 Vw Right

# Patient Lines/Drains/Airways Status

**Active Drain / Line / Wound / Pressure Ulcer**

| Name: | Placement date: | Placement time: | Site: | Days: | Last dressing change: |
|---|---|---|---|---|---|
| PICC Line 06/26/20 Double Lumen Right brachial | 06/26/20 | — | Right brachial | 9 | |
| Incision 06/30/20 Right Knee | 06/30/20 | — | Knee | 5 | |
| Incision 07/01/20 Right Knee | 07/01/20 | 1459 | Knee | 4 | |

# We Will Call You

Within 24 business hours after your discharge, you will receive an automated follow-up phone call from Houston Methodist Hospital. The two-minute call will help make sure you have the support you need at home. You will be asked a series of questions about your general health, your medications and your transition home. If you indicate you have an issue, or have questions about your health status, you will receive a live call from a Care Team member who can help you.

If you have a question or problem before you receive this call, please contact your provider or the hospital at 713-790-3311. Your health and safety are always important to us. Thank you for choosing Houston Methodist Hospital.

Methodist - 1350 Creek way Dr 77478
S.W. Orth. Gp.
13th Monday - 2:00 PM
213.00

340.16
178.81
518.97

281 207 4000

Eld → 90 → Sugar lakes
Rt on creekbend Dr.
Lt. on ~~Vista Creek Dr.~~
Creek way Dr.
Rt on SW ortho.
1350

6/9–6/10 2020

MEMORIAL HERMANN
Orthopedic and Spine Hospital

Patient: **GHOUS W KHAN**

## PATIENT DISCHARGE INSTRUCTIONS

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | | |
|---|---|---|
| Admit Date: | 06/09/2020 | |
| Discharge Date: | 06/10/2020 | |
| Discharge Physician: | Blum, Henry Jacob MD | |
| Test Results Pending: | 06/09/20 Culture: AFB /Smear w/PCR if indicated | Blum, Henry Jacob MD |
| | 06/09/20 Culture: Fungal w/Smear | Blum, Henry Jacob MD |

**MEDICATIONS:** Please see attached Home Medication Form

Right knee incission and drainage with Poly exchange on 06/09/2020.

**Home Care Instructions:**

Diet: Regular Diet

Activity: See special instructions –patient

Special Instructions: elevate; ice; HEP–– stretch and strengthen; ASA 81 bid

Please contact your physician if any of the following:
- Signs of Infection
- Shortness of Breath
- Fever ——— 101.5
- Bleeding

Redness
Swelling

Please notify your physician with any questions or comments.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Henry Jacob Blum | Call for Appointment | Post Op Visit | 2 Weeks | (713) 486-3550 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Henry Jacob Blum | Orthopedic Surgery | (713) 486-3550 |
| KEVIN G GARNEPUDI | Infectious Disease | (281) 609-4011 ✓ |
| SALIM GOPALANI | General Medicine, Medicine | (713) 802-9024 |
| None PCP | Medicine | |
| Jason Joseph Thomas | Hospitalist Internal Medicine | (713) 704-9389 |

**Patient Education Materials Provided this Visit**

GERD (Adult)
T.E.D. Stockings
Discharge Instructions Preventing the Spread of Coronavirus Disease 2019 in Homes (Custom)
MHOSH General Postoperative Instructions (Custom)

Blum, Henry Jacob MD
Physician E-Signature

06/10/2020 06:34
Time Stamp

120/100

SOUTHWEST ORTHOPEDIC GROUP, L.L.P.

Kyle F. Dickson, M.D.
6560 Fannin, Suite 1016
Houston, Texas 77030
Ph. # (713)800-1080 Fax # (713)800-1081

PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

PATIENT: Ghas Khan DATE: 7/13/20

DIAGNOSIS: Right knee pain DCB

EVALUATE AND TREAT: ______

AREA LEFT RIGHT

NECK
BACK
SHOULDER
ELBOW
WRIST
HAND
HIP
KNEE
ANKLE
FOOT

MODALITIES

HEAT PACKS
TENS
WHIRLPOOL
ULTRASOUND
PHONOPHORESIS
ICE PACKS
IONTOPHORESIS
RX: ______
MUSCLE STIMULATOR
OTHER ______

PROCEDURES

ROM
ACTIVE
ACTIVE ASSIST
PASSIVE
MASSAGE
PROPRIOCEPTIVE TRAINING
GAIT TRAINING
WEIGHT BEARING
STATUS: As tol
STRETCHING EXERCISES
STRENGTHENING EXERCISES
VMO
BACK EXERCISE PROGRAM
PATIENT / FAMILY EDUCATION

OTHER: ______

3 TIMES A WEEK FOR 8 WEEKS OR ______ MONTHS

______ AS NEEDED ______

PHYSICIAN SIGNATURE: ______

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

Surgeon's Visit – 7/13/2020
Physical Therapy advice – 8 week 3 times!

Sterling Physical Therapy & Wellness
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

STERLING
PHYSICAL THERAPY & WELLNESS

**Upcoming appointments for KHAN, GHOUS**

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Thursday, July 23rd, 2020 | R KNEE | 03:30 pm | SIA | None |
| Saturday, July 25th, 2020 | R KNEE | 11:00 am | VH | None |
| Thursday, July 30th, 2020 | R KNEE | 12:15 pm | AT | None |
| Saturday, August 1st, 2020 | R KNEE | 11:00 am | VH | None |
| Thursday, August 6th, 2020 | R KNEE | 10:45 am | AT | None |
| Saturday, August 8th, 2020 | R KNEE | 10:15 am | VH | None |
| Thursday, August 13th, 2020 | R KNEE | 10:45 am | AT | None |
| Saturday, August 15th, 2020 | R KNEE | 10:15 am | VH | None |
| Thursday, August 20th, 2020 | R KNEE | 10:45 am | AT | None |
| Saturday, August 22nd, 2020 | R KNEE | 10:15 am | VH | None |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 18, 2020 |
| To: | HENRY BLUM |
| Attn: | Dr. Blum |
| Fax: | (713) 383-1473 |
| From: | Eboni Frazier<br>Dis Claims Sr Std Case Mgr<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 9878561<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 18, 2020

Henry Blum

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to Ghous Khan's claim for STD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 25, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Eboni Frazier
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: 9878561-REQUEST-PROVIDER-07.28.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 28, 2020 |
| To: | HENRY BLUM |
| Attn: | medical records |
| Fax: | (713) 383-1473 |
| From: | Johnny Robinson<br>Claims Examiner II<br>On Behalf Of: Eboni Frazier<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 9878561<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 28, 2020

Henry Blum

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 21, 2020 through present until released to return to work. Please send full summary of most recent visit and his ongoing treatment plan.

- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by August 3, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Johnny Robinson
Claims Examiner II
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Eboni Frazier

| Ghous Khan | | 9878561 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________ ____________________
   DATE LAST TREATED — ____________ ____________________
   NEXT OFFICE VISIT — ____________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, August 18, 2020 6:55:49 AM |
| To: | KHANGHOUS@PRAHS.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]PRA Health Sciences Claim No. 9878561 Ghous Khan |
| Attachments: | 45ilwsttkked83sjzgsv_8864842.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 18, 2020

Mr. Ghous W. Khan

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 25, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Eboni Frazier
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: 9878561-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-07.28.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 29, 2020

Mr. Ghous W. Khan

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On 07/28/20, we requested medical from Dr Blum. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 21, 2020 through present from all providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

PRA Health Sciences's STD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than September 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Johnny Robinson
Claims Examiner II
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

**From:**Ghous Khan <
**Sent:**Thu, 13 Aug 2020 17:17:37 +0000
**To:**Frazier, Eboni;DisabilityDocuments
**Subject:**Ghous Khan_Claim 9878561

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Frazier,

Please see attached. My apologies for using the wrong email address yesterday which caused delay in sending the required documents. Please confirm the receipt by email or a phone call.

Kind regards,
Ghous Khan
832.512.02670

**From:** Ghous Khan <
**Sent:** Wednesday, August 12, 2020 11:47 AM
**To:** eboni.frazier@lsg.com <eboni.frazier@lsg.com>; disabilitydocuments@lsg.com <disabilitydocuments@lsg.com>
**Subject:** Fw: Ghous Khan_Claim No. 9878561

**From:** Ghous Khan <ghous38@gmail.com>
**Sent:** Tuesday, August 11, 2020 9:17 PM
**To:** ghous38 <
**Subject:** Fwd: Ghous Khan_Claim No. 9878561

Ghous Khan

---------- Forwarded message ---------
From: **Ghous Khan** <ghous38@gmail.com>
Date: Tue, Jul 28, 2020 at 2:01 PM
Subject: Ghous Khan_Claim No. 9878561
To: <disabilitydocuments@lfg.com>

Attached, please find the surgery and hospitalization dates for the right knee surgery performed on 27-May-2020. The physical therapy prescription and schedule is added in the attachments.

Please let me know if any other documents are needed or if you have any questions.

Kind regards,

Ghous Khan

**From:**Ghous Khan <
**Sent:**Thu, 13 Aug 2020 17:17:37 +0000
**To:**Frazier, Eboni;DisabilityDocuments
**Subject:**Ghous Khan_Claim 9878561

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms. Frazier,

Please see attached. My apologies for using the wrong email address yesterday which caused delay in sending the required documents. Please confirm the receipt by email or a phone call.

Kind regards,
Ghous Khan
832.512.02670

**From:** Ghous Khan <
**Sent:** Wednesday, August 12, 2020 11:47 AM
**To:** eboni.frazier@lsg.com <eboni.frazier@lsg.com>; disabilitydocuments@lsg.com <disabilitydocuments@lsg.com>
**Subject:** Fw: Ghous Khan_Claim No. 9878561

**From:** Ghous Khan <ghous38@gmail.com>
**Sent:** Tuesday, August 11, 2020 9:17 PM
**To:** ghous38 <
**Subject:** Fwd: Ghous Khan_Claim No. 9878561

Ghous Khan

---------- Forwarded message ---------
From: **Ghous Khan** <ghous38@gmail.com>
Date: Tue, Jul 28, 2020 at 2:01 PM
Subject: Ghous Khan_Claim No. 9878561
To: <disabilitydocuments@lfg.com>

Attached, please find the surgery and hospitalization dates for the right knee surgery performed on 27-May-2020. The physical therapy prescription and schedule is added in the attachments.

Please let me know if any other documents are needed or if you have any questions.

Kind regards,

Ghous Khan

**From:**HR - Benefits <Hr-Benefits@prahs.com>
**Sent:**Tue, 4 Aug 2020 17:53:00 +0000
**To:**Ledbetter, Alexas;HR - Benefits
**Cc:**Frazier, Eboni
**Subject:**RE: Ghous Khan 9878561 Emp ID 10631

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Alexas,

I show Ghous Khan's employment with PRA ended on 5/11/2020.

Please let me know if you have any other questions.

Thank you,
Laura

**Laura Perry, PHR**
Benefits Specialist

DIRECT: +1 919.788-3219• VNET: # 1033219, FAX: 8884594562

4130 Parklake Ave. • Suite 400 • Raleigh, NC 27612 • USA • prahs.com
PRAHEALTHSCIENCES

---

**From:** Ledbetter, Alexas <Alexas.Ledbetter@lfg.com>
**Sent:** Friday, July 24, 2020 10:28 AM
**To:** HR - Benefits <Hr-Benefits@prahs.com>
**Cc:** Frazier, Eboni <Eboni.Frazier@lfg.com>
**Subject:** Ghous Khan 9878561 Emp ID 10631

Hi,

Please confirm if Ghous Khan has returned to work and if so, please provide the date.

Thank you!

**Alexas Ledbetter**
Claims Examiner
STD & Absence Manager

**Lincoln Financial Group**
PO BOX 7207
London, KY 40742

800-291-0112 Office
Ext: 59443
603-334-9139 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,

or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 28, 2020 |
| To: | HENRY BLUM |
| Attn: | medical records |
| Fax: | (713) 383-1473 |
| From: | Johnny Robinson<br>Claims Examiner II<br>On Behalf Of: Eboni Frazier<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9878561<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 28, 2020

Henry Blum

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 21, 2020 through present until released to return to work. Please send full summary of most recent visit and his ongoing treatment plan.

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by August 3, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Johnny Robinson
Claims Examiner II
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Eboni Frazier

| Ghous Khan | | 9878561 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________
   **DATE LAST TREATED** — ____________ ____________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 29, 2020

Mr. Ghous W. Khan

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On 07/28/20, we requested medical from Dr Blum. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 21, 2020 through present from all providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

PRA Health Sciences's STD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than September 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Johnny Robinson
Claims Examiner II
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

5/27/2020

MEMORIAL HERMANN
Orthopedic and Spine Hospital

Patient: **GHOUS W KHAN**

## PATIENT DISCHARGE INSTRUCTIONS

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | |
|---|---|
| Admit Date: | 05/27/2020 |
| Discharge Date: | 05/27/2020 |
| Discharge Physician: | Blum, Henry Jacob MD |
| Test Results Pending: | None |

**MEDICATIONS:** Please see attached Home Medication Form

**Home Care Instructions:**

Diet: Regular Diet

Activity:

See special instructions –patient

Special Instructions: elevate; ice; HEP; ASA 81 bid

Please contact your physician if any of the following:
- Bleeding
- Shortness of Breath
- Signs of Infection
- Fever

Please notify your physician with any questions or comments.

**HOME CARE SERVICES:**

If you have any questions or concerns regarding your Home Health services, please call the agency numbers provided to you or contact Memorial Hermann Home Health at 800–583–0326.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Henry Jacob Blum | Call for Appointment | Post Op Visit | 2 Weeks | (713) 486–3550 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Henry Jacob Blum | Orthopedic Surgery | (713) 486–3550 |
| SALIM GOPALANI | General Medicine, Medicine | (713) 802–9024 |
| Jason Joseph Thomas | Hospitalist Internal Medicine | (713) 704–9389 |

**Patient Education Materials Provided this Visit**

Benign Prostatic Hyperplasia
MHOSH General Postoperative Instructions (Custom)
Total Knee Replacement, Discharge Instructions
Discharge Instructions Preventing the Spread of Coronavirus Disease 2019 in Homes (Custom)

Blum, Henry Jacob MD
Physician E–Signature

05/27/2020 08:26
Time Stamp

6/9–6/10 2020

MEMORIAL HERMANN
Orthopedic and Spine Hospital

Patient: **GHOUS W KHAN**

**PATIENT DISCHARGE INSTRUCTIONS**

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | | |
|---|---|---|
| Admit Date: | 06/09/2020 | |
| Discharge Date: | 06/10/2020 | |
| Discharge Physician: | Blum, Henry Jacob MD | |
| Test Results Pending: | 06/09/20 Culture: AFB /Smear w/PCR if indicated | Blum, Henry Jacob MD |
| | 06/09/20 Culture: Fungal w/Smear | Blum, Henry Jacob MD |

**MEDICATIONS:** Please see attached Home Medication Form

Right knee incision and drainage with Poly exchange on 06/09/2020.

**Home Care Instructions:**

Diet: Regular Diet

Activity: See special instructions –patient

Special Instructions: elevate; ice; HEP–– stretch and strengthen; ASA 81 bid

Please contact your physician if any of the following:
- Signs of Infection
- Shortness of Breath
- Fever ——— 101.5
- Bleeding

Redness
Swelling

Please notify your physician with any questions or comments.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Henry Jacob Blum | Call for Appointment | Post Op Visit | 2 Weeks | (713) 486–3550 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Henry Jacob Blum | Orthopedic Surgery | (713) 486–3550 |
| KEVIN G GARNEPUDI | Infectious Disease | (281) 609–4011 ✓ |
| SALIM GOPALANI | General Medicine, Medicine | (713) 802–9024 |
| None PCP | Medicine | |
| Jason Joseph Thomas | Hospitalist Internal Medicine | (713) 704–9389 |

**Patient Education Materials Provided this Visit**

GERD (Adult)
T.E.D. Stockings
Discharge Instructions Preventing the Spread of Coronavirus Disease 2019 in Homes (Custom)
MHOSH General Postoperative Instructions (Custom)

Blum, Henry Jacob MD
Physician E–Signature

06/10/2020 06:34
Time Stamp

6/22/2020

MEMORIAL HERMANN
Sugar Land

Patient: **GHOUS W KHAN**

## PATIENT DISCHARGE INSTRUCTIONS

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | |
|---|---|
| Admit Date: | 06/22/2020 |
| Discharge Date: | 06/22/2020 |
| Discharge Physician: | Barge, Jaideep U MD |
| Test Results Pending: | 06/22/20 PICC replace w/o port/pump same access V Barge, Jaideep U MD |

**MEDICATIONS:** Please see attached Home Medication Form

**Home Care Instructions:**

Diet: Regular Diet

Activity: No restrictions

Please contact your physician if any of the following:
- Signs of Infection
- Fever
- Bleeding
- Pain

Please notify your physician with any questions or comments.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Jaideep U Barge | Call for Appointment | As Needed | As Needed | (713) 242-4046 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Jaideep U Barge | Diagnostic Radiology | (713) 242-4046 |
| Kevin G Garnepudi | Infectious Disease | (281) 609-4011 |

**Patient Education Materials Provided this Visit**

Fall Prevention
Changing the Dressing on Your Peripherally Inserted Central Catheter (PICC), Discharge Instructions
Caring for Your Peripherally Inserted Central Catheter (PICC), Discharge Instructions

Barge, Jaideep U MD
Physician E-Signature

06/22/2020 10:30
Time Stamp

MEMORIAL HERMANN
Sugar Land

Patient: **GHOUS W KHAN**

6/23/20-6/29/20

## PATIENT DISCHARGE INSTRUCTIONS

It has been our privilege to participate in your health care during your stay with us. It is important you follow these discharge instructions carefully to ensure your continued care. Please contact your physician immediately if any problems arise that concern you.

**HOSPITALIZATION SUMMARY:**

| | |
|---|---|
| Admit Date: | 06/23/2020 |
| Discharge Date: | 06/29/2020 |
| Discharge Physician: | Afshar, Amir MD |
| Test Results Pending: | None |

**MEDICATIONS:** Please see attached Home Medication Form

**Home Care Instructions:**

Diet: Heart Healthy Diet

Activity: No restrictions

Please contact your physician if any of the following:

- Fever

Please notify your physician with any questions or comments.

**FOLLOW UP CARE:**

| Who: | What: | Why: | When: | Phone Number: |
|---|---|---|---|---|
| Amir Afshar | Call for Appointment | Primary Care Physician follow up | 2 Days | (281) 725-5026 |

**PHYSICIANS INVOLVED IN YOUR CARE:**

| Name: | Specialty: | Phone Number: |
|---|---|---|
| Amir Afshar | Hospitalist Internal Medicine, Medicine | (281) 725-5026 |
| Irma Alejandra Alarcon Najera | Infectious Disease, Medicine | (832) 886-4994 |
| Sarfraz Aly | Medicine | (832) 886-4994 |
| Nalini Balachandran | Family Practice | (281) 277-9800 |
| Arvind Bhandari | Oncology | (281) 277-5200 |
| Meghana S Bhandari | Hematology, Oncology | (281) 277-5200 |
| Henry Jacob Blum | Orthopedic Surgery | (713) 486-3550 |
| Houston Lee Braly II | Orthopedic Surgery | (713) 486-3550 |
| Michael Christopher Greaser | Orthopedic Surgery | (713) 486-7500 |
| Humayun Mirza | Cardiology | (713) 464-7040 |
| Ivan Enrique Mok | Hospitalist Internal Medicine, Medicine | (281) 725-5026 |
| Swathi Murali | Hospitalist Internal Medicine | (281) 725-5026 |
| Thomas Anthony Williams | Emergency Medicine | (713) 842-7831 |

**Patient Education Materials Provided this Visit**

Smoking Cessation
Deep Vein Thrombosis, Discharge Instructions
Total Knee Replacement
Total Knee Replacement, Discharge Instructions
Handwashing: Tips for Patients, Family, and Friends

MEMORIAL HERMANN
Sugar Land
Understanding Sepsis

Patient: **GHOUS W KHAN**

Afshar, Amir MD
Physician E-Signature

06/29/2020 15:31
Time Stamp

HOUSTON Methodist LEADING MEDICINE

**AFTER VISIT SUMMARY**
**Discharge Instructions**
Ghous Wahab Khan
**Date of Birth:**
**CSN:** 2100080841500
The information in this after visit summary is up to date as of: 7/5/20 12:15 PM.

# AVS AND DISCHARGE INSTRUCTIONS

**Ghous W. Khan** Date of birth: CSN: 2100080841500
HMH DUNN 7E 713-441-2076 6/29/2020 - 7/5/2020 Complication of internal fixation device of bone of extremity, initial encounter

## Instructions

**Need Help?**
Call physician for:
Temperature greater than 100.5

Call physician for:
Temperature greater than 100.5

## Reason for Hospitalization

Your primary diagnosis was: Complication of Internal Fixation Device of Bone of Extremity, Initial Encounter

## You are allergic to the following

Date Reviewed: **7/1/2020**

| Allergen | Reactions |
|---|---|
| **Cefepime** | Rash |

## Current Immunizations

No immunizations on file.

**Activity instructions**
Activity as tolerated

**Diet instructions**
Discharge Diet
Discharge Diet: Regular

Discharge Diet- Regular
Discharge Diet: Regular

## Care Providers

Chat With All

| Provider | Role | Specialty | Primary office phone |
|---|---|---|---|
| Asbury, James F., MD | Attending Provider | Hospitalist Medicine | 713-805-3811 |
| Goins, William Post II, MD | Consulting Physician | Infectious Diseases | 713-791-1020 |

## Your Next Steps

**Ask**

☐ Ask how to get these medications
- HYDROcodone-acetaminophen

**Do**

☐ Pick up 8 medications from any pharmacy with your printed prescription

☐ Follow-up with primary care physician
Next steps: Follow up

☐ Follow up with James F. Asbury, MD
Specialty: Hospitalist Medicine
2617 C West Holcombe
Suite 431
Houston TX 77025
713-805-3811

☐ Follow up with No Pcp Asked
01752

☐ Follow up with Kyle F. Dickson, MD
Specialty: Orthopedic Surgery
6560 Fannin
Suite 1016
Houston TX 77030
713-800-1080

☐ Follow-up with primary care physician
Next steps: Follow up

☐ Follow up with Kyle F. Dickson, MD
Specialty: Orthopedic Surgery
6560 Fannin
Suite 1016
Houston TX 77030
713-800-1080

## Pending Labs

| Order | Current Status |
|---|---|
| AFB culture | Preliminary result |
| Anaerobic culture | Preliminary result |
| Fungus culture | Preliminary result |
| Joint fluid culture | Preliminary result |

## What's Next

| | |
|---|---|
| **Follow up with Follow-up with primary care physician** | |
| **Follow up with James F. Asbury, MD** | 2617 C West Holcombe<br>Suite 431<br>Houston TX 77025<br>713-805-3811 |
| **Follow up with No Pcp Asked** | 01752 |
| **Follow up with Kyle F. Dickson, MD**<br>Follow up 1- 2 weeks, call and made appointment | 6560 Fannin<br>Suite 1016<br>Houston TX 77030<br>713-800-1080 |
| **Follow up with Follow-up with primary care physician** | |
| **Follow up with Kyle F. Dickson, MD**<br>Follow up in one to two weeks , call to scheduled an appiontment | 6560 Fannin<br>Suite 1016<br>Houston TX 77030<br>713-800-1080 |

## Procedures and tests performed during your visit

OR FL > I Hour
XR Chest 1 Vw Portable
XR Knee 3 Vw Right

## Patient Lines/Drains/Airways Status

### Active Drain / Line / Wound / Pressure Ulcer

| Name: | Placement date: | Placement time: | Site: | Days: | Last dressing change: |
|---|---|---|---|---|---|
| PICC Line 06/26/20 Double Lumen Right brachial | 06/26/20 | — | Right brachial | 9 | |
| Incision 06/30/20 Right Knee | 06/30/20 | — | Knee | 5 | |
| Incision 07/01/20 Right Knee | 07/01/20 | 1459 | Knee | 4 | |

## We Will Call You

Within 24 business hours after your discharge, you will receive an automated follow-up phone call from Houston Methodist Hospital. The two-minute call will help make sure you have the support you need at home. You will be asked a series of questions about your general health, your medications and your transition home. If you indicate you have an issue, or have questions about your health status, you will receive a live call from a Care Team member who can help you.

If you have a question or problem before you receive this call, please contact your provider or the hospital at 713-790-3311. Your health and safety are always important to us. Thank you for choosing Houston Methodist Hospital.

Methodist - 1350 Creek way Dr 77478
S.W. Orth. Grp.
13th Monday - 2:00 PM
213.00

340.16
178.81
518.97

281 207 4000

Eld → 90 → Sugar Lakes
Rt on creekbend Dr.
Lt. on ~~Vista Creek Dr.~~
Creekway Dr.
Rt on SW ortho.
1350

120/100

SOUTHWEST ORTHOPEDIC GROUP, L.L.P.

Kyle F. Dickson, M.D.
6560 Fannin, Suite 1016
Houston, Texas 77030
Ph. # (713)800-1080 Fax # (713)800-1081

PHYSICAL THERAPY PRESCRIPTION / OCCUPATIONAL THERAPY

DATE: 7/13/20

PATIENT: Ghias Khan

DIAGNOSIS: Right knee pain DCB

EVALUATE AND TREAT: ______

AREA LEFT RIGHT

NECK
BACK
SHOULDER
ELBOW
WRIST
HAND
HIP
KNEE
ANKLE
FOOT

MODALITIES

HEAT PACKS
TENS
WHIRLPOOL
ULTRASOUND
PHONOPHORESIS
ICE PACKS
IONTOPHORESIS
RX: ______
MUSCLE STIMULATOR
OTHER ______

PROCEDURES

ROM
ACTIVE
ACTIVE ASSIST
PASSIVE
MASSAGE
PROPRIOCEPTIVE TRAINING
GAIT TRAINING
WEIGHT BEARING
STATUS: AS tol
STRETCHING EXERCISES
STRENGTHENING EXERCISES
VMO
BACK EXERCISE PROGRAM
PATIENT / FAMILY EDUCATION

OTHER: ______

3 TIMES A WEEK FOR 8 WEEKS OR ______ MONTHS

______ AS NEEDED ______

PHYSICIAN SIGNATURE: ______

PLEASE FORWARD ALL REPORTS TO FAX: 713-800-1081

Surgeon's Visit – 7/13/2020
Physical Therapy advice. 8 week 3 times/

Sterling Physical Therapy & Wellness
1449 Highway 6 Ste 260
Sugar Land, TX 77478-5146
Phone: (281)240-3140
Fax: (281)605-5075

STERLING
PHYSICAL THERAPY & WELLNESS

**Upcoming appointments for KHAN, GHOUS**

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Thursday, July 23rd, 2020 | R KNEE | 03:30 pm | SIA | None |
| Saturday, July 25th, 2020 | R KNEE | 11:00 am | VH | None |
| Thursday, July 30th, 2020 | R KNEE | 12:15 pm | AT | None |
| Saturday, August 1st, 2020 | R KNEE | 11:00 am | VH | None |
| Thursday, August 6th, 2020 | R KNEE | 10:45 am | AT | None |
| Saturday, August 8th, 2020 | R KNEE | 10:15 am | VH | None |
| Thursday, August 13th, 2020 | R KNEE | 10:45 am | AT | None |
| Saturday, August 15th, 2020 | R KNEE | 10:15 am | VH | None |
| Thursday, August 20th, 2020 | R KNEE | 10:45 am | AT | None |
| Saturday, August 22nd, 2020 | R KNEE | 10:15 am | VH | None |

**From:**Ghous Khan <ghous38@gmail.com>
**Sent:**Tue, 28 Jul 2020 14:01:29 -0500
**To:**DisabilityDocuments
**Subject:**Ghous Khan_Claim No. 9878561
**Attachments:**5.27.2020_Memorial Herman Hospital.pdf, 6.22.2020_picc replacement_Memorial Herman Hospital.pdf, 6.23 to 6.29 2020_Herman Memorial Hospital.pdf, 6.29 to 7.5 2020_Methodist_Southwest Orthopedic_Dr Dickson.pdf, 6.9 to 6.10 2020_Memorial Herman Hospital.pdf, 7.13-2020_Dorcto visit and Physical Therapy Priscription.pdf, GK_Physical Therapy schedule_Sterling PT.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Attached, please find the surgery and hospitalization dates for the right knee surgery performed on 27-May-2020. The physical therapy prescription and schedule is added in the attachments.

Please let me know if any other documents are needed or if you have any questions.

Kind regards,
Ghous Khan

**From:**Ledbetter, Alexas
**Sent:**Fri, 24 Jul 2020 14:28:12 +0000
**To:**Hr-Benefits@prahs.com
**Cc:**Frazier, Eboni
**Subject:**Ghous Khan 9878561 Emp ID 10631

Hi,

Please confirm if Ghous Khan has returned to work and if so, please provide the date.

Thank you!

**Alexas Ledbetter**
Claims Examiner
STD & Absence Manager

**Lincoln Financial Group**
PO BOX 7207
London, KY 40742

800-291-0112 Office
Ext: 59443
603-334-9139 Fax

LincolnFinancial.com

**Follow us on:**

**From:** LincolnAbsenceNotification@lfg.com
**To:** CANTRELLPERRY@PRAHS.COM
**Subject:** Short-Term Disability/Leave Determination for Ghous Khan 10631 Claim 9878561

This email is to inform you that a Short-Term Disability/ Leave of Absence determination has been made for Ghous Khan.

**Short-Term Disability Information:**

Last Day Worked: 5/22/2020

Benefit Payments Period: 6/3/2020 thru 7/21/2020

*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable

*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to HR-Benefits@prahs.com.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | ~~July 16, 2020~~ 7/21/20 |
| ~~To:~~ From | HENRY BLUM |
| Attn: | Medical Records |
| Fax: | ~~(713) 383-1473~~ |
| ~~From:~~ To | Kristin Belton<br>Std Claims Specialist L<br>On Behalf Of: Eboni Frazier<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | ~~5~~ 18 |
| RE: | Claim #: 9878561<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 16, 2020

Henry Blum

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by July 22, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristin Belton
Std Claims Specialist L
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ebani Frazier

| Ghous Khan | | 9878561 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 10/1/15    S/P Total knee
   **DATE LAST TREATED** — 6/10/20
   **NEXT OFFICE VISIT** —    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** 5/27 **TO** Present
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   PT, medication    Possible return to sedentary duty 10/1/20
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   Knee pain, stiffness and swelling
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______________ **TO** ______________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number 760459500 |
| Street Address 5420 West Loop S0 Suite 2400 | Telephone Number 713-486-3550 | Fax Number 713-383-1473 |
| City, State & Zip Code Bellaire TX 77401 | Signature | Date 7/21/20 |

UT★Physicians

## Orthopedics at Memorial Hermann Orthopedic and Spine Hospital

**5420 West Loop S, Suite 2400**
**Bellaire,TX. 77401**
**(713) 486-3550**
**www.utphysicians.com**

**GHOUS KHAN**

**MRN: 5698936**
**DOB:**
**Home:**
**Work: (**

**Date of Service: 05/04/2020**
**Established**

### Visit Type

**Reason for visit (Chief complaint):**
Right Knee Pain

### History of Present Illness

Patient is here today following up on his Right knee pain. patient presents today ambulating with no assistance. Patient states pain scale today is 5/10. Patient states had sports injury 18 years ago. Patient states takes Tylenol as needed for pain . Patient states pain radiates up the right thigh with tingling and numbness-- has history of lumbar disease and sciatica. Patient states does not do any home exercises due to pain. patient states wants to schedule surgery for right knee. NSAIDs are of no help as well as brace and activity restriction; no swelling; no COVID symptoms

CC and HPI reviewed by me-HJB

### Review of Systems

**Const:** no fever, no chills, no weight loss, no weight gain and does not tire easily.
**HENT:** no headache, no earache, no difficulty swallowing, no nosebleeds and no ringing in the ears.
**CV:** no chest pain, no palpitations, no fainting and no murmurs.
**Resp:** no cough, no wheezing, not short of breath, no painful inspirations and no chest tightness.
**GI:** no heartburn, no diarrhea, no nausea, no black or tarry stools, no vomiting and no constipation.
**Musc:** per HPI.
**Skin:** no skin changes, no erythema, no signs of poor healing, no rash and no itching.
**Neuro:** no numbness, no tremors, no tingling, no seizures, steady gait and no dizziness.
**Psych:** not feeling nervous, no anxiety, no depression and no hallucinations.
**Heme/Lymph:** no easy bleeding, no easy bruising and no swollen glands.

### Surgical History

1. History of Knee Arthroscopy (Therapeutic)

### Social History

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 05/04/2020**
**Established**

- Current non-drinker of alcohol (V49.89) (Z78.9)
- Married
- Never a smoker

**Family History**

1. Family history of congestive heart failure (V17.49) (Z82.49) : Father

**Allergies - Allergies list reconciled and reviewed.**

1. No Known Allergies

**Current Meds – medication list reconciled and reviewed**

1. Buprenorphine HCl - 2 MG Sublingual Tablet Sublingual;
   Therapy: (Recorded:01Oct2015) to Recorded
2. Diclofenac Sodium 75 MG Oral Tablet Delayed Release;
   Therapy: (Recorded:01Oct2015) to Recorded
3. Flomax 0.4 MG CP24;
   Therapy: (Recorded:01Oct2015) to Recorded
4. Pramipexole Dihydrochloride 0.5 MG Oral Tablet;
   Therapy: (Recorded:01Oct2015) to Recorded
5. Tylenol TABS;
   Therapy: (Recorded:01Oct2015) to Recorded

**End of Encounter Meds**

1. Buprenorphine HCl - 2 MG Sublingual Tablet Sublingual;
   Therapy: (Recorded:01Oct2015) to Recorded
2. Diclofenac Sodium 75 MG Oral Tablet Delayed Release;
   Therapy: (Recorded:01Oct2015) to Recorded
3. Flomax 0.4 MG CP24;
   Therapy: (Recorded:01Oct2015) to Recorded
4. Pramipexole Dihydrochloride 0.5 MG Oral Tablet;
   Therapy: (Recorded:01Oct2015) to Recorded
5. Tylenol TABS;
   Therapy: (Recorded:01Oct2015) to Recorded

**Physical Exam**

**Constitutional:**
No acute distress, well nourished.
**Eyes:**
anicteric sclera, pink conjunctiva.
**Ears, Nose, Mouth and Throat:**
normocephalic, atraumatic, no exophthalmos, external pinna normal, nares are patent, moist mucous membranes, no visible goiter.
**Cardiovascular:**
Palpable radial pulses in the upper extremities. Palpable dorsalis pedis and posterior tibial pulses in the lower

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 05/04/2020**
**Established**

extremities.
No pitting edema or varicosities in the lower extremities.
Maneuvers demonstrated a negative Homan's sign. No palpable cords in calf noted.
**Respiratory:**
No respiratory distress, normal respiratory rhythm and effort
**Musculoskeletal:**
Appropriate gait and station upon examination.
**Right Knee**
Appearance: genu varum (fixed), but no effusion.
Tenderness: diffuse anterior knee and medial joint line, but not over the lateral joint line. Flexion: PROM restricted and PROM 115°. Extension: PROM restricted and PROM 5°.
Special Tests: equivocal patellar grind, negative Lachman's test, no laxity on valgus stress at 0 degrees, no laxity on valgus stress at 30 degrees, no laxity on varus stress at 0 degrees and no laxity on varus stress at 30 degrees.
**Lymphatic:** no popliteal nodes palpable
**Skin:**
Appropriate skin color and pigmentation.
No erythema, warmth or evidence of infection.
**Neurologic:**
Deep tendon reflexes intact, primitive reflexes were absent.
Sensory exam intact to light touch and sensation of pain.
**Psychiatric:**
Orientation to person, place and time.
Appropriate mood and affect.

## Radiological Data

**Right Knee**
**Views:** 4 or more views.
**Findings:** Sclerotic Degenerative Changes were noted. Varus alignment noted. There are degenerative changes. Degenerative changes of the medial compartment are Severe- Stage V (Bone on Bone. Degenerative changes of the patellofemoral compartment are Mild- Stage I to II.

## Assessment

1. Primary localized osteoarthritis of right knee (715.16) (M17.11)

right knee osteoarthritis

## Plan

1. [U] XRAY KNEE 3 VWS LEFT 73562; Status:Active - Retrospective Authorization; Requested for:04May2020;

**Completed at Today's Appointment:**
MENTS completed
**Patient Education/Instructions:**
Patient education and reassurance was provided for better understanding of the diagnosis and treatment plan. An opportunity to ask questions was provided.
Patient/caregiver was instructed to contact the office or emergency room for worsening pain, swelling, and/or any

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 05/04/2020**
**Established**

concerns. Understanding was acknowledged.
**Orders:**
Surgery:
Based on the patients severe limitations and progressively increasing pain, as well as failures of desired improvement from other non-operative or operative treatments, I recommended the patient consider a total knee arthroplasty. We reviewed the surgery in detail and the risks including infection, bleeding, nerve damage, fracture, incomplete relief of pain, deep venous thrombosis, mechanical failure of the device, as well as stiffness and instability. We also discussed the potential longevity of the implant, and possible need for revision. We also discussed the risks of anesthesia. The patient understands that should infection occur, multiple procedures may be necessary including the use of long-term antibiotics through a central line. We also discussed the risks of pulmonary embolism secondary to DVT formation and the possible need for short-term anticoagulation with aspirin or other medications postoperatively. The patient was show a total knee booklets, diagrams and/or models and all of his questions have been answered at the present time. The patient may call or come in if he has any concerns or questions. The patient also understands the post-operative rehabilitation process and the need for their cooperation and participation, and their results may compromised by their lack of compliance. The patient would like to proceed. He is encouraged to seek additional opinions if he desires.

**Risk and Benefits**

The choice of implant to be used during the proposed surgery was discussed with the patient.

**Attending Note**

I have reviewed and agree with the history components of this note documented by the MA/LVN/RN.
I performed the entire exam.

**Signatures**
Electronically signed by : HENRY BLUM, M.D.; May 4 2020 10:28AM CST (Author)

UT★Physicians

www.utphysicians.com

GHOUS KHAN

MRN: 5698936
DOB:
Home:

**Date of Service: 05/27/2020**
**MHH Operative Report**

Documentation Location: Memorial Hermann Orthopedic and Spine Hospital
PATIENT NAME: GHOUS W KHAN

ACCOUNT NUMBER: 358736987500

DATE OF OPERATION/PROCEDURE: 05/27/2020

* * *

PREOPERATIVE DIAGNOSIS:
Right knee osteoarthritis with pain, limp, swelling, and stiffness resistant and progressive despite nonoperative treatment.

POSTOPERATIVE DIAGNOSIS:
Right knee osteoarthritis with pain, limp, swelling, and stiffness resistant and progressive despite nonoperative treatment.

PROCEDURES PERFORMED:
1. CPT code 27447, right total knee arthroplasty utilizing a Press-Fit size 4 Triathlon femoral component, size 4 tibial component with a 9-mm CS polyethylene and 35 mm patella.
2. CPT code 73700, CT scan interpretation, right lower extremity to visualize the hip center, knee center and ankle center and visualized osteophytes and for planning with the MAKO software.

SURGEON:
Henry Blum, M.D.

FIRST ASSISTANT:
Ty Steele, LSA, medically necessary and required certified first assistant proper form of this case as no qualified surgical resident was available for prepping, draping, positioning, retraction, visualization, help with instrumentation, implantation, and closure.

ESTIMATED BLOOD LOSS:
30 mL

TOURNIQUET TIME:
Approximately 55 minutes.

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 05/27/2020**
**MHH Operative Report**

COMPLICATIONS:
None.

DESCRIPTION OF PROCEDURE:
The CT scan was interpreted and the components were sized and positioned per the MAKO software. The patient underwent spinal and block anesthesia, brought in the room, underwent a TIVA anesthesia. The right knee was prepped and draped in the usual sterile fashion. Timeout procedure performed confirmed by all present. Of note, IV antibiotic, antibiotic jet lavage solution, antibiotic spray, diluted Betadine, vancomycin powder and multiple glove changes were all utilized during the case in order to help prevent infection. Esmarch and upper thigh tourniquet was inflated to 275 mmHg and tibial and femoral Steinmann pins were placed unicortical touching the second cortex and the arrays attached. Hip center and malleoli were registered. Incision then made anteriorly carried down to a medial parapatellar approach. There is marked arthritis of the medial compartment with varus malalignment as well as the patellofemoral compartment showed marked cartilage loss. Anterior cruciate ligament excised as well as the anterior portion of the menisci and the lateral fat pad. Check points were placed, which were removed at the completion of the case and then proximal medial release of the tibia was performed to the mid coronal plane because of the varus contracture. Registration was then performed of the femur and the tibia and the components were positioned to maximize gap balancing placing varus in the femur and the tibia and external rotation in the femur. The bone cuts were then made with the MAKO robotic system, femur, followed by tibia and then using the spacer blocks, it appeared that the medial side was still tight and therefore utilizing a needle puncture technique as well as fish scaling with the 11 blade, a medial release was performed of the medial capsule and medial collateral ligament and this balanced the knee well in both full extension and flexion. The RECK cocktail was injected pericapsular and periosteally with care taken not to inject near neurovascular structures. The laminar spreaders were utilized and the remainder of the menisci were excised, and any osteophytes. The trials were placed and the tibia was floated to note its proper rotational position and to the medial third of the tibial tubercle and then the tibia was punched and drilled. The tibia was impacted in place and noted to have good bone coverage and placement. The polyethylene was placed, but appeared to be high posteriorly therefore, it was removed and exchanged with a new one, which was fully flush. The femoral component was then impacted in place and the knee taken through range of motion, noted to have full extension with further flexion to 145 degrees and excellent stability of varus-valgus stress. The patella was depth gauged to be 25 mm and then cut 10 mm and drilled for patellar button. The patella component was fit in place. The tourniquet was released. No lateral retinacular release was required. Hemostasis was obtained with electrocautery. The knee was thoroughly irrigated with antibiotic jet lavage solution as well as diluted Betadine, vancomycin powder along with antibiotic spray was instilled in the wound and the knee was closed in flexion utilizing #1 Vicryl, 2-0 Quill deep, 2-0 Vicryl subcutaneous, 3-0 Monocryl and staples for skin, followed by Aquacel and TED

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 05/27/2020**
**MHH Operative Report**

hose. The patient was transferred to bed and taken to the recovery room in stable condition.

Dictated by: HENRY J. BLUM, MD

cc:

T: 05/27/2020 08:47:43 CST / M: CST
D: 05/27/2020 08:39:15 CST/52240
Job#: 900283
Doc#: 10214593//da/
***Blum, Henry Jacob MD. Electronically Signed: 05/27/20 12:05***

# UT★Physicians

## Orthopedics at Memorial Hermann Orthopedic and Spine Hospital

**5420 West Loop S, Suite 2400**
**Bellaire,TX. 77401**
**(713) 486-3550**
**www.utphysicians.com**

**GHOUS KHAN**

**MRN: 5698936**
**DOB:**
**Home:**

**Date of Service: 06/08/2020**
**Post-Op**

### Visit Type

Visit type: Post-Op
Right Total Knee Replacement

### History of Present Illness

still has waves of pain and "fever"-- temp max is 99.8; especially at night he has pain with laying and can not sleep; no drianage.

### Active Problems

1. Acute knee pain, right (719.46) (M25.561)
2. Back pain (724.5) (M54.9)
3. Primary localized osteoarthritis of right knee (715.16) (M17.11)
4. Restless legs syndrome (RLS) (333.94) (G25.81)
5. Status post total right knee replacement (V43.65) (Z96.651)

### Surgical History

1. History of Knee Arthroscopy (Therapeutic)

### Current Meds

1. Buprenorphine HCl - 2 MG Sublingual Tablet Sublingual;
   Therapy: (Recorded:01Oct2015) to Recorded
2. Cefadroxil 500 MG Oral Capsule; 1 tablet BID daily daily #14;
   Therapy: 04Jun2020 to (Last Rx:04Jun2020) Requested for: 04Jun2020; Status: ACTIVE
   - Retrospective Authorization Ordered
3. Diclofenac Sodium 75 MG Oral Tablet Delayed Release;
   Therapy: (Recorded:01Oct2015) to Recorded
4. Flomax 0.4 MG CP24;
   Therapy: (Recorded:01Oct2015) to Recorded
5. HYDROcodone-Acetaminophen 10-325 MG Oral Tablet; take 1-2 tablets every 6 hour prn pain;
   Therapy: 27May2020 to (Last Rx:27May2020) Requested for: 27May2020 Ordered
6. Pramipexole Dihydrochloride 0.5 MG Oral Tablet;
   Therapy: (Recorded:01Oct2015) to Recorded
7. Tylenol TABS;

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 06/08/2020**
**Post-Op**

Therapy: (Recorded:01Oct2015) to Recorded

**Allergies**

1. No Known Allergies

**Physical Exam**

Post-Op examination of the demonstrated the following: Incision is healing well with no signs of infection. No signs of erythema. Well approximated wound edges. No visible wound drainage. medial large superficial blister-- dry and healed now. Sutures/staples not removed. Minimal diffuse tenderness. Minimal swelling. Range of motion progressing as expected. 5-80 with pain; able to hold leg lift. No quad lag. Strength is progressing as expected. Neurovascular exam is intact. No evidence of DVT clinically. HEENT-- supple; lungs-- no wheezing; Heart--regular pulse; abd-- soft, non distended.

**Results/Data**

synovasure and neutrophil elastase positive; CRP mildly elevated (12); WBC < 3000; culture negative so far

**Radiologic Interpretation**

**Right Knee**
**Views:** 3 views.
**Status Post:** Total Joint Arthroplasty in acceptable alignment with no evidence of hardware failure or loss of reduction.

**Assessment**

1. Status post total right knee replacement (V43.65) (Z96.651)

possible infection right knee

**Plan**

1. Start: Gabapentin 300 MG Oral Capsule; TAKE 1 CAPSULE AT BEDTIME
2. [QL] SED RATE BY MODIFIED WESTERGREN; Status:Active - Retrospective Authorization; Requested for:08Jun2020;
3. [U] XRAY KNEE 3 VWS RIGHT 73562; Status:Active - Retrospective Authorization; Requested for:08Jun2020;
4. CPL - CRP High Sensitivity; Status:Active - Retrospective Authorization; Requested for:08Jun2020;

**Patient Education/Instructions:**
Patient education and reassurance was provided for better understanding of the diagnosis and treatment plan. An opportunity to ask questions was provided.
Patient/caregiver was instructed to contact the office or emergency room for worsening pain, swelling, and/or any concerns. Understanding was acknowledged.
we discussed lab and clinical findings suggestive of infection but not conclusive-- we discussed options with his daughter present and all questions answered---- will proceed with I and D and poly exchange; may need 2 stage if he fails this procedure
**Orders:**

**5420 West Loop S, Suite 2400**
**Bellaire, TX 77401**
**(713) 486-3550**

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 06/08/2020**
**Post-Op**

Medications:
**Medications (prescribed or recommended at this visit):** Medication was prescribed or recommended. Dosage, administration, and common potential side effects were reviewed. Please confirm and review medication information and directions with the pharmacist.
gabepentin 300 qhs
- Norco 10/325. Take 1-2 every 4-6 hours as needed for pain. Norco (hydrocodone/acetaminophen) is a narcotic pain medication. Use only as directed. Do NOT drive or operate machinery while using this medication. (# 60)
Surgery: The OR surgical time that is available is tomorrow at 3 pm

## Risk and Benefits

Surgery risks, benefits, and alternatives were discussed with the patient regarding operative intervention. Risks include but are not limited to pain, bleeding, scarring, infection, damage to nerves, arteries, veins, failure of procedure, possible loosening, migration, or hardware failure, possible painful or prominent hardware, joint stiffness, need for further procedures, nonunion, malunion, dislocation, loss of limb, heart attack, stroke and death. Patient voiced understanding and wishes to proceed with operative interventions.

## Attending Note

I have reviewed and agree with the history components of this note documented by the MA/LVN/RN.
I performed the entire exam.

## Signatures

Electronically signed by : HENRY BLUM, M.D.; Jun 8 2020 11:13AM CST (Author)
Electronically signed by : HENRY BLUM, M.D.; Jun 8 2020 11:33AM CST (Author)

UT★Physicians

www.utphysicians.com

GHOUS KHAN

MRN: 5698936
DOB:
Home:
Work:

**Date of Service: 06/09/2020**
**MHH Operative Report**

Documentation Location: Memorial Hermann Orthopedic and Spine Hospital
PATIENT NAME: GHOUS W KHAN

ACCOUNT NUMBER: 358736987502

DATE OF OPERATION/PROCEDURE: 06/09/2020

* * *
PREOPERATIVE DIAGNOSIS:
Right knee hemarthrosis with swelling, pain and positive Synovasure with negative cultures.

POSTOPERATIVE DIAGNOSIS:
Right knee hemarthrosis with swelling, pain and positive Synovasure with negative cultures.

PROCEDURES PERFORMED:
CPT code 27486, right knee irrigation and debridement and revision polyethylene exchange placing a size 4, 9-mm CS insert.

SURGEON:
Henry Blum, M.D.

FIRST ASSISTANT:
Alan Solomay, LSA, medically necessary and required certified first assistant to properly perform this case as no qualified surgical resident was available for prepping, draping, retraction, visualization, and assistance with closure.

ESTIMATED BLOOD LOSS:
30 mL.

COMPLICATIONS:
None.

INDICATIONS AND FINDINGS:
This is a 51-year-old man who underwent total knee arthroplasty for arthritis 2 weeks ago. He developed a medial blister which had dried and healed, but he continued with pain and low-grade fever not over 100 degrees. He had an

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 06/09/2020**
**MHH Operative Report**

aspiration 5 days ago, which showed a positive Synovasure Alpha Defensin and the neutrophil elastase. White blood cells were approximately 2600 and cultures were negative up to this point, he was placed on Cipro and Keflex after the aspiration was performed, but continued with low-grade fever, no drainage was noted. Because of the potential for this being an early infection it was elected to proceed with irrigation, debridement and polyethylene exchange. He fully consented.

FINDINGS AT TIME OF SURGERY:
There was no purulence present. Tissue was sent for permanent pathology and joint fluid was sent for culture.

OPERATIVE REPORT:
The patient underwent spinal anesthesia and block anesthesia and brought in the room, underwent MAC anesthesia. The right knee staples were removed and the right knee was prepped and draped in the usual sterile fashion. A timeout procedure performed and confirmed by all present. IV antibiotics were given preop including Ancef and vancomycin. The leg was elevated and upper thigh tourniquet inflated. An incision made through the previous scar, carried down to the medial arthrotomy, which was not dehisced and fully sealed. Joint fluid was evacuated, which was not purulent and sent for culture. The patella was subluxed laterally and tissue from the suprapatellar pouch was sent for permanent pathology. The tibial polyethylene was removed along with the wire and the knee was thoroughly irrigated with jet lavage solution as well as Betadine-soak and then thoroughly irrigated with Bactisure and then the Bactisure was thoroughly irrigated with saline solution. A new polyethylene was locked in place; absorbable antibiotic beads were mixed with vancomycin and gentamicin. Tourniquet released and hemostasis obtained with electrocautery. The beads were placed in the suprapatellar region as well as medial and lateral gutters as well as some in the notch. The knee was then closed in flexion utilizing #1 Vicryl figure-of-eight deep along with #2 Quill, 2-0 Monocryl for subcutaneous tissue, 3-0 Monocryl and staples for skin. An Aquacel bandage applied and of note, the patient was noted to have full extension and further flexion to 125 degrees with satisfactory stability of varus-valgus stress. The patient was transferred to bed and taken to recovery room in stable condition.

* *
Dictated by: HENRY J. BLUM, MD

cc:

UT★Physicians

**Patient: GHOUS KHAN**
**MRN: 5698936**
**DOB:**
**Date of Service: 06/09/2020**
**MHH Operative Report**

T: 06/09/2020 16:44:35 CST / M: CST
D: 06/09/2020 16:32:13 CST/52240
Job#: 917684
Doc#: 10232013//sa/
***Blum, Henry Jacob MD. Electronically Signed: 06/10/20 05:39***

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 16, 2020 |
| To: | HENRY BLUM |
| Attn: | Medical Records |
| Fax: | (713) 383-1473 |
| From: | Kristin Belton<br>Std Claims Specialist L<br>On Behalf Of: Eboni Frazier<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9878561<br>Claimant: Ghous Khan<br><br>PRA Health Sciences |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 16, 2020

Henry Blum

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by July 22, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristin Belton
Std Claims Specialist L
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Eboni Frazier

| Ghous Khan | | 9878561 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ______

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. GHOUS KHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 17, 2020

Mr. Ghous W. Khan

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561

Dear Mr. Ghous Khan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under PRA Health Sciences's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 16, 2020, we requested medical records from Dr. Blum. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2020 through present from Dr. Blum

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

PRA Health Sciences's STD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than August 31, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristin Belton
Std Claims Specialist L
On Behalf Of: Eboni Frazier
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

**From:** LincolnAbsenceNotification@lfg.com
**To:** CANTRELLPERRY@PRAHS.COM
**Subject:** Short-Term Disability/Leave Determination for Ghous Khan 10631 Claim 9878561

This email is to inform you that a Short-Term Disability/ Leave of Absence determination has been made for Ghous Khan.

**Short-Term Disability Information:**

Last Day Worked: 5/22/2020

Benefit Payments Period: 6/3/2020 thru 7/6/2020

*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable

*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to HR-USBenefits@prahs.com.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 22, 2020 |
| To: | HENRY BLUM |
| Attn: | Dr. Blum |
| Fax: | (713) 383-1473 |
| From: | Eboni Frazier<br>Dis Claims Sr Std Case Mgr<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 9878561<br>Claimant: Ghous Khan<br><br>PRA Health Sciences | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 22, 2020

Henry Blum

RE: Short Term Disability (STD) Benefits
PRA Health Sciences
Claim #: 9878561
Claimant: Ghous Khan
Claimant D.O.B.:

Dear Henry Blum:

We are the Disability Claim Administrator for your patient, Ghous Khan.

To evaluate Mr. Khan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 9, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by June 29, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khan allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Khan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eboni Frazier
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13948
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Eboni Frazier

| Ghous Khan | | 9878561 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

GHOUS KHAN

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 12, 2020

GHOUS KHAN

0000

RE: PRA HEALTH SCIENCES
Short Term Disability Benefits
Claim #: 9878561

MR. KHAN

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Texas law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Sincerely,

Eboni Frazier
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**From:** LincolnAbsenceNotification@lfg.com
**To:** PRUDHOMMEDAVID@PRAHS.COM
**Subject:** Action Required: Acknowledgement of Short-Term Disability/Leave request for Ghous Khan 10631 Claim 9878561

**This email is to inform you that Ghous Khan has applied for a Short-Term Disability Leave of Absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made.

The employee reported a Last Day Worked of 7/14/2020. If the last day reported is incorrect, please send an email with the correct last day worked to HR-USLeaveofAbsence@prahs.com.

**IMPORTANT NOTE** —If the employee is already out on Leave, please ensure that you immediately update the employee's status in GHR. To complete this process under your Manager dropdown menu, please click my Staff and select the employee. You will then follow the below steps:

- Step 1: Click Work Assignment
- Step 2: Click on the All Actions Menu icon. This icon is in the Work Assignments menu bar on the right-hand side of the screen.
- Step 3: Change Relation to Org WAPRA
- Step 4: Complete the effective date. For example, if the employee's last day worked was the 15th, the status should be entered with an effective date of the 16th.
- Step 5: Complete the Action Reason, type "Leave" and select "Employee Starting Leave"
- Step 6: Change relationship status to "On Leave"

Please ensure to change the employee status in GHR within one (1) business day from the start of the Leave. The effective date of the Leave should be the day following the employee's last day worked as noted above.

Upon the employee's return to work, please immediately change their status in GHR under Action Reason to "Employee Returning from Leave". To ensure that there is no delay in payment of the employee's regular salary, please be sure the effective date reflects the date the employee resumes working.

Instructions on how to update an employee's status in GHR can be found in Cornerstone by searching Global Human Resources (GHR) Reference Materials. Please select GHR Manual Final and reference Changing Relationship to Organization on page 25.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to HR-USLeaveofAbsence@prahs.com.**