**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GHOUS KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02071** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES**

Plaintiff Ghous Khan and Defendant The Lincoln National Life Insurance Company ("Lincoln") file this Joint Motion to Extend Briefing Deadlines in this action and, in support thereof, show the Court as follows:

1. Pursuant to the Scheduling Order (Document 13) entered by the Court on October 6, 2022, the parties must file opening briefs by December 12, 2022, and file response briefs by January 9, 2023.

2. Plaintiff and Defendant are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, the parties request a seven-day extension of the deadlines for the opening briefs and the response briefs, so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare these motions.

3. The requested extension will not interfere with any other deadlines contained in the Scheduling Order. This request is being jointly made by the parties, and is not sought for the purpose of delay, but in furtherance of the efficient resolution of this case.

**PRAYER**

Plaintiff and Defendant request the Court enter an Order extending the deadline for the parties to file opening briefs until December 19, 2022, and the deadline for the parties to file response briefs until January 16, 2023.

Dated: December 7, 2022.

Respectfully submitted,

By: /s/ J. Price McNamara (w/permission)

J. PRICE McNAMARA
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com

ATTORNEYS FOR PLAINTIFF

- AND -

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT