**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GHOUS KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02071** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>AGREED ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES</u>**

Having considered the Joint Motion to Extend Briefing Deadlines in this action, the Court finds that it should be granted. Accordingly, the deadlines to submit this ERISA action case to the Court on the merits based on the administrative record are extended as follows:

| | |
|---|---|
| December 26, 2022 | Deadline for both parties to file opening briefs. |
| January 23, 2023 | Deadline for both parties to file response briefs. |

SIGNED on ____________, 2022, at Houston, Texas.

____________________________________
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

December 15, 2022 — /s/ J. Price McNamara
Date — J. Price McNamara
Counsel for Plaintiff

December 15, 2022 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers
Counsel for Defendant