United States District Court
Southern District of Texas
**ENTERED**
December 15, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GHOUS KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02071** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES**

Having considered the Joint Motion to Extend Briefing Deadlines in this action, the Court finds that it should be granted. Accordingly, the deadlines to submit this ERISA action case to the Court on the merits based on the administrative record are extended as follows:

| | |
|---|---|
| December 26, 2022 | Deadline for both parties to file opening briefs. |
| January 23, 2023 | Deadline for both parties to file response briefs. |

SIGNED on December 15, 2022, at Houston, Texas.

Lee H. Rosenthal

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

December 15, 2022
Date

/s/ J. Price McNamara
J. Price McNamara
Counsel for Plaintiff

December 15, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant